UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>　　　　　　Defendant. | Civil Action No.<br><br>04-11681 RCL<br><br>MAGISTRATE JUDGE _____ |

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:**

Pursuant to 28 U.S.C. §§ 1441(b) and 1446, defendant The Okonite Company ("Okonite") hereby gives notice of the removal to this Court of the above-captioned civil action, commenced in the Commonwealth of Massachusetts Superior Court, Suffolk County, Civil Action No. 04-3137-BLS. As grounds for the removal, Defendants state:

　　1.　　The Complaint in Suffolk County, Civil Action No. 2004-1978E, was served on Defendants on or about July 15, 2004. A copy of the Complaint, the Summons, and Civil Action Cover Sheet from that matter are attached hereto as Exhibits 1, 2, and 3, respectively.

　　2.　　Okonite is entitled to remove the plaintiff's action to this Court pursuant to 28 U.S.C. § 1441 because this Court has original diversity jurisdiction over this matter under the provisions of 28 U.S.C. §1332(a):

　　　　a.　　Defendant Okonite is a New Jersey corporation with its principal place of business in New Jersey. (Complaint, ¶ 3)

1

b. Plaintiff is a Massachusetts corporation with its principal place of business in Massachusetts. (Complaint, ¶ 2)

c. The amount in controversy, exclusive of interest and costs, exceeds $75,000. (Exhibit 3, Civil Action Cover Sheet)

3. Pursuant to 28 U.S.C. §1446(a), copies of all process and pleadings served on Defendants in this action are attached hereto as Exhibit 1, 2, and 3.

THE OKONITE COMPANY
By their attorney,

*Andrea Kramer*
Robert E. Sullivan, BBO # 487820
Scott A. Roberts, BBO #550732
Andrea C. Kramer, BBO #632584
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902
617-348-4300

Dated: July 29, 2004

### CERTIFICATE OF SERVICE

I, Andrea C. Kramer, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Theodore Folkman, Hanify & King, P.C., One Beacon Street, Boston, Massachusetts, on July 29, 2004.

*Andrea Kramer*
Andrea C. Kramer

2