UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>Defendant. | Civil Action No. |

## NOTICE OF APPEARANCE

Please enter my appearance for defendant The Okonite Company.

*Andrea Kramer*
Andrea C. Kramer, BBO #632584
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902
617-348-4300

Dated: July 29, 2004

## CERTIFICATE OF SERVICE

I, Andrea C. Kramer, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Theodore Folkman, Hanify & King, P.C., One Beacon Street, Boston, Massachusetts, on July 29, 2004.

*Andrea Kramer*
Andrea C. Kramer