UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH ELECTRIC
COMPANY D/B/A NSTAR ELECTRIC,

　　　　Plaintiff,

vs.

THE OKONITE COMPANY,

　　　　Defendant.

Civil Action No.

## NOTICE OF APPEARANCE

Please enter my appearance for defendant The Okonite Company.

Scott A. Roberts, BBO #550732
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902
617-348-4300

Dated: July 29, 2004

## CERTIFICATE OF SERVICE

I, Andrea C. Kramer, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Theodore Folkman, Hanify & King, P.C., One Beacon Street, Boston, Massachusetts, on July 29, 2004.

Andrea C. Kramer