UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMONWEALTH ENERGY CO., d/b/a NSTAR ELECTRIC,<br><br>        Plaintiff,<br><br>vs.<br><br>THE OKONITE CO.,<br><br>        Defendant | Civ. A. No. 1:04-CV-11681-RCL |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

      The undersigned certify that NSTAR Electric and its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                                                                                                 Respectfully submitted,

| | |
|---|---|
| /s/ Timothy N. Cronin<br>Timothy N. Cronin, Esq.<br>Authorized Representative of the Plaintiff | /s/ Theodore J. Folkman<br>Daniel J. Lyne (BBO No. 309290)<br>Theodore J. Folkman (BBO No. 647642)<br>HANIFY & KING, P.C.<br>One Beacon Street<br>Boston, Mass. 02108<br>(617) 423-0400 |

Dated: October 27, 2004
416805