UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>　　　　　　　Defendant. | Civil Action No. 04-cv-11681-RCL |

### CERTIFICATION OF DEFENDANT THE OKONITE COMPANY OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3) and the Court's order contained in the Notice of Scheduling Conference and Additional Matters, the undersigned counsel and authorized representative of defendant The Okonite Company ("Okonite") certify that Okonite and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_/s/ Andrea Kramer_　　　　　　　　　　　　　　　_/s/_
Robert E. Sullivan, BBO # 487820　　　　　　THE OKONITE COMPANY
Scott A. Roberts (BBO#550732)
Andrea C. Kramer (BBO#632584)
SULLIVAN WEINSTEIN & MCQUAY
Two Park Plaza, Suite 610
Boston, MA 02116-3902
(617) 348-4300
*Attorney for The Okonite Company*
Dated: October 26, 2004