UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>            Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>            Defendant. | Civil Action No. 04-cv-11681-RCL |

**AFFIDAVIT OF JAMES V. FITZGERALD
IN SUPPORT OF THE OKONITE COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

I, James V. Fitzgerald, state and affirm the following:

1.      I am the Vice President of Application Engineering at The Okonite Company ("Okonite").  Okonite, an employee-owned corporation, is a premier manufacturer of high quality insulated electric wire and cable, founded over 125 years ago.

2.      I have worked for Okonite for 24 years.  As part of my job responsibilities, I am personally familiar with the design, manufacture, performance, and testing of the cable that is at issue in this lawsuit as well as the other submarine cables that Okonite manufactured and installed since 1983 for NStar Electric ("NStar")(formerly known as The Commonwealth Electric Company ("ComElectric")).  I also participated in the preparation of Okonite's proposal to NStar in 1994, in the review of drafts of the contract during the negotiations, and in the process of replacing the splices that experienced failures in the cable at issue in this case.

*Okonite and NStar's Relationship*

3.     Okonite first manufactured and installed a submarine cable for NStar that carries electricity to Martha's Vineyard in 1983.

4.     In 1990, Okonite first manufactured and installed an submarine cable for NStar that included Okoguard, Okonite's proprietary rubber-based insulation. That 1990 cable, like the cable at issue in this case, runs between Elm Road in Falmouth and West Chop in Oak Bluffs and contains splices. That cable has never experienced a failure, and NStar continues to use it to the present.

*The Contract*

5.     In 1994 ComElectric issued a Request for Proposal ("RFP") for a new cable system that included an undersea, electrical cable to supply electricity to Martha's Vineyard. In that RFP, ComElectric requested that bidders provide a ten-year warranty. Exh. B, at OK00065.[1]

6.     Okonite submitted a proposal on or about July 1, 1994. Okonite's proposal offered the requested ten-year warranty. Exh. C, at OK00106.

7.     ComElectric accepted Okonite's Proposal in August 1994.

8.     At some point during the negotiation of the contract for this cable, ComElectric requested that Okonite provide an extended warranty for forty years. Exh. D.

9.     There were various discussions and written communications between Okonite and NStar concerning the length of and obligations under the warranty. In the end, Okonite did not agree to NStar's request for an extended warranty. Exh. A, D.

---

[1] Citations to "Exh." refer to exhibits attached to the Affidavit of Andrea C. Kramer, filed concurrently with this Affidavit.

10.     Ultimately, the parties adhered to the ten-year warranty originally requested by NStar and offered by Okonite, which is contained in the contract that the parties executed in February 1995 (the "Contract").  Exh. A, Section 2, § 11.0(N), at OK00285-86.

*The 1995 Cable*

11.     In 1995, Okonite manufactured the submarine cable that was to be installed under the Contract.

12.     The installation of the submarine cable was completed in May 1995, at which time it was energized.

13.     In June 1995, Okonite learned that this 1995 submarine cable would not perform as warranted due to certain issues with the design that NStar had requested.  Okonite therefore immediately undertook to manufacture and install a new cable for NStar, at no charge to NStar, in accordance with the Contract (but with a change in the design to remedy the problem experienced in the 1995 cable).  The new cable is the subject of this lawsuit.

14.     The parties agreed to apply the Contract, along with its full ten-year warranty, to the new cable (the "Cable").  Exh. E.

15.     The parties also agreed that the original cable would remain in place but would no longer be under warranty.  NStar continues to use the original cable, though at lower amperage than the original specification.

*The Performance of the Cable and Replacement of the Splices*

16.     The Cable was manufactured in 1995 and 1996 and installed in 1996.  It was energized on December 6, 1996.

17.     The Cable is approximately 38,000 feet long, rated for 34,000 volts (34.5 kilovolts or kv), and runs along the bottom of Nantucket Sound from Falmouth to Oak Bluffs.

18.    The Cable is what is known as a three-phase cable because it contains three single conductors or phases. These conductors or phases are color-coded green, red, and blue for identification. Each conductor, which is approximately 2.30 inches in diameter, consists of a copper wire at its core, insulated with Okonite's Okoguard ethylene-propylene insulation, which is covered by a copper shielding tape and then a polyethylene jacket. These conductors were assembled (or cabled) together, along with a fiber optic cable and copper ground wires, and were then covered by an armor made of insulated and colored steel wires.

19.    The single conductors were manufactured in segments that were approximately 7,600 feet in length. To make them the requisite length, the various segments were spliced together. Two of the single conductors contained 5 splices each, and one conductor contained 4 splices, such that the Cable originally contained 14 splices.

20.    The splicing was accomplished by welding one end of the copper in a segment to the end of the copper in another segment.

21.    After each weld was checked by x-ray, EPR insulation was molded over the welded wires, and a copper shielding tape was applied, followed by a heat-shrink insulating jacket.

22.    After the splicing was completed, Okonite performed a high voltage, DC test, per NStar's specifications. Indeed, NStar required Okonite to perform this type of high voltage testing at even higher voltage levels at various steps during the manufacture and installation of the Cable. Exh. B, at OK00015.

23.    Since its energization in December 1996, the Cable has operated as warranted except for three occasions when a splice in the green phase of the Cable experienced a breakdown in the transition zone between the splice and the Cable itself. As detailed below,

Okonite repaired each failure. One the repairs subsequently failed, but Okonite likewise remedied it.

24. On each occasion of a failure, Okonite undertook immediately to repair the Cable at no charge to NStar and in fact repaired the Cable.

25. To date, despite testing and analysis, Okonite cannot determine the cause of any of the failures, and to the best of Okonite's knowledge, no test has identified any defect in the Cable. Nevertheless, Okonite, acting out of commercial consideration of NStar as a valued customer, repaired the Cable at no charge to NStar.

26. Each repair has required first locating the fault in the Cable. In this process, a capacitor releases a charge into the cable to assist in locating the fault. After divers enter the water in the area of the failure, the capacitor again places a charge down the cable so that the divers can hear where the actual fault has occurred. After the fault is located, the Cable is raised onto a barge, the failed section is cut out, and then a new section of cable is spliced onto the existing cable. This splicing process involves the use of two splice boxes, which are seven-foot long, one-foot square steel boxes manufactured by Raychem.

27. NStar employees have consulted on and witnessed the entire procedure, including the splicing, for each splice replacement.

28. With NStar's concurrence, each time Okonite replaced a splice in the green phase, it has replaced the corresponding splices in the red and blue phases as well, although there was no indication of a problem in them.

29. After each repair was done, Okonite electrically tested the Cable in accordance with industry testing standard. Specifically, one end of the cable was tested at 65 kV DC; then the other end of the cable was similarly tested. The final test was a circuit test end to end at 65 kv DC. These levels are usual and customary.

30. After each splice replacement, the Cable was again fully operational.

31. Altogether, the Cable has been fully operational for the vast majority of the eight plus years that have elapsed since it was energized in December 1996.

32. The out-of-pocket costs (i.e. not including personnel costs and materials costs for manufacture of the replacement sections of cable) to Okonite and its project partner, Simplex, of the splice replacements has exceed $3.2 million.

Sworn under the penalties of perjury this 15th day of February 2005.

/s/ James V. Fitzgerald
James V. Fitzgerald