UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>                    Defendant. | Civil Action No. 04-cv-11681-RCL |

**AFFIDAVIT OF ANDREA C. KRAMER
IN SUPPORT OF THE OKONITE COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

I, Andrea C. Kramer, being duly sworn on oath, hereby depose and state as follows:

1.      I am an attorney at the law firm of Sullivan Weinstein & McQuay, P.C.  I represent the defendant in this action, The Okonite Company ("Okonite").

2.      I submit this affidavit to identify and authenticate various documents that are referenced in The Okonite Company's Memorandum in Support of Its Motion for Summary Judgment, The Okonite Company's Statement of Undisputed, Material Facts, and the Affidavit of James V. Fitzgerald in Support of The Okonite Company's Motion for Summary Judgment.

3.      Exhibit A to this affidavit is a true and accurate copy of the contract between the parties, entered into on August 19, 1994 and executed on February 8, 1995 (the "Contract").

4. Exhibit B to this affidavit is a true and accurate copy of an excerpt from the request for proposal issued by defendant on or about April 21, 1994 (the "RFP").[1]

5. Exhibit C to this affidavit is a true and accurate copy of an excerpt from Okonite's proposal, submitted on or about July 1, 1994, to plaintiff Commonwealth Electric Co. d/b/a NStar Electric ("NStar")(the "Proposal").

6. Exhibit D to this affidavit is a true and accurate copy of various documents that reference or constitute communications between Okonite and NStar concerning the length of the warranty contained in the Contract, including (1) an August 3, 1994 letter to Okonite from Robert A. Doyle, an NStar employee, (2) an excerpt from the draft of the Contract sent to Okonite by William Gill, an NStar employee, (3) a November 28, 1994 inter-office correspondence by William D. Turner, an Okonite employee, and (4) notes from a conversation between William Gill and Al Coppola, an Okonite employee, on or about December 15, 1994.

7. Exhibit E to this affidavit is a true and accurate copy of the 1996 Submarine Cable: Warranty, Arbitration and Assumption of Cost Provisions in the Event of System Failure.

8. Exhibit F to this affidavit is a true and accurate copy of an excerpt of Commonwealth Electric Company, d/b/a NStar Electric's Answers to Interrogatories Propounded by the Okonite Co.

Sworn under the penalties of perjury this 18th day of February 2005.

/s/ Andrea C. Kramer
Andrea C. Kramer

---

[1] In accordance with Section L(2) of the District of Massachusetts Electronic Case Filing Administrative Procedures (October 24, 2003), only those excerpts of the referenced documents that are directly germane to the matter under consideration by the Court are submitted as attachments and excerpts are marked as such in this Affidavit.

2