# BID SPECIFICATIONS
## for
## 1995 -- CABLE # 6

## SUBMARINE CABLE SYSTEM FOR

## COM/Electric
### COMMONWEALTH ELECTRIC COMPANY
### CAPE and VINEYARD DISTRICT

## FALMOUTH TO MARTHA'S VINEYARD



OK00004

# REQUEST FOR PROPOSAL

## ***MARTHA'S VINEYARD SUPPLY***

PROJECT SPECIFICATION

FOR

COMMONWEALTH ELECTRIC COMPANY

FALMOUTH BULK TO OAK BLUFFS

CABLE PROJECT

Commonwealth Electric Co
2421 Cranberry Highway
Wareham, Mass. 02571

OK00004

# TABLE OF CONTENTS

SECTION 1  -  Bidding instructions - Martha's Vineyard Supply

SECTION 2  -  Cable Specification - Solid Dielectric Submarine Power Cable

SECTION 3  -  Installation Specification - Solid Dielectric Submarine Power Cable

SECTION 4  -  Cable Specification - Solid Dielectric Underground Power Cable

SECTION 5  -  Installation Specification - Solid Dielectric UG Power Cable

SECTION 6  -  Cable Specification - Fiber Optic Cable

SECTION 7  -  General Terms and Conditions

| SPECIFICATION No.: 1-0494 | COM Electric | |
|---|---|---|
| Location: Falmouth, Ma /Martha's Vineyard, Ma | | |
| For: SOLID DIELECTRIC SUBMARINE POWER CABLE | Date: 19-APR-94 | Sheet 1 of 12 |
| | Written: HWE | Approved: |

1.0 SCOPE

1.1 This specification covers the submarine cable requirement to supply the Island of Martha's Vineyard from Falmouth, on the mainland, to Oak Bluffs, on Martha's Vineyard.

1.2 The cable will be a 34.5kv, ethylene propylene rubber (EPR) insulated, shielded power cable. The cable will be jacketed and armored and suitable for use in a harsh submarine environment.

1.3 Although designed with a 34.5kv rating, the cable will initially be energized from a 23kv system.

2.0 ELECTRICAL OPERATION

2.1 The cable will be connected to Commonwealth Electric's 23kv bus at Falmouth Substation. Falmouth Substation has a phase to phase fault capability of 290 MVA and a phase to ground fault capability of 410 MVA for 5 cycles. The cable will operate on a 60 Hertz, grounded neutral system.

2.2 For calculating maximum submarine cable ampacity, consider the cable to be operating at a power factor of 98%, a system voltage of 23kv, a maximum continuous full load conductor temperature of 90°C, and a load factor of 70 to 100%.

3.0 SERVICE CONDITIONS

3.1 For calculating submarine cable ampacity the following criteria should be used:

   a) Water Temperature      - 25°C
   b) Thermal Resistivity    - 60°C cm per watt
   c) Earth Temperature      - 20°C
   d) Burial Depth           - 4 feet*

   * For approximately 385 feet from Falmouth and 315 feet from Oak Bluffs shore termination manholes to the sea entry point from each shore. Approximately 135 feet, of the above footage on each shore, is in conduit.

3.2 Ampacities are defined for the submarine cable as follows:

   a) NORMAL OPERATING AMPACITY (NOA) - This is the maximum loading on the cable which does not cause the conductor temperature to exceed its design value at any time during a 24 hour load cycle.

| SPECIFICATION No.: 1- 0494 | Sheet 2 of 12 |
|---|---|

b) EMERGENCY OVERLOAD AMPACITY (EOA) - This is a 1 to 24 hour maximum emergency overload loading on the cable which does not cause the conductor to exceed its allowable emergency value at any time during the specified time period. At the end of the emergency time period, the load on the cable must be reduced so that the peak load in the next load cycle does not exceed the 100 hour emergency load rating defined below. The length of the emergency time period refers to the total duration of the emergency, not to the duration of the peak on the normal load cycle.

c) EXTENDED EMERGENCY OVERLOAD AMPACITY (EEOA) - This is a 100 to 300 hour maximum extended overload loading on the cable which does not cause the conductor to exceed its applicable long term emergency value over a period of several consecutive 24 hour, 100% load factor, load cycles. At the end of this emergency time period, the load on the cable must be reduced to a value within its Normal Ampacity Rating.

## 4.0 SUBMARINE CABLE CONSTRUCTION

4.1 The submarine cable shall be designed for a normal operating temperature of 90°C at full load as defined above, an Emergency Overload operating temperature of 130°C, and 250°C for short circuit conditions all as defined in the latest edition of AEIC specifications. The Emergency Overload conditions can be expected to occur not more than 3 times in any 12 consecutive months, or a maximum of one emergency operation per year averaged over the life of the cable. The maximum duration of each Emergency Overload condition will be 24 Hours. Under short circuit conditions, the conductor or sheath temperature shall not exceed 250°C.

4.2 It shall be the responsibility of the cable manufacturer to insure the compatibility of all components of the cable.

4.3 The manufacturer shall notify the purchaser whenever a significant change is made in the formulation or method of fabrication of component materials of this submarine cable between the time of the order and the time of construction or shipment. Manufacturer will not continue with manufacturing process until purchaser accepts the change.

4.4 The cable will be a three (3) conductor, 350 kcmil, armored submarine cable. Each conductor's construction will be 37 strand, compact round copper conductor with a tightly bonded 25 mils minimum average thickness extruded layer of semi-conducting EPR compound; 420 mils minimum average thickness of a high quality ozone and discharge resistant, thermosetting rubber based high voltage insulation; an insulation screen of extruded 45 mils minimum average thickness semi-conducting layer of EPR compound; metallic shielding consisting of a 5 mils minimum bare copper tape with a 25% minimum overlap; and a black single conductor jacket of 110 mils minimum average thickness of low density polyethylene. Note: The insulation screen will be surface printed with "SEMI-CONDUCTING - REMOVE WHEN SPLICING AND TERMINATING".

| SPECIFICATION No.: 1-0494 | Sheet 3 of 12 |
|---|---|

4.5  The three individually shielded and jacketed conductors shall be cabled together with three (3) No. 1 AWG bare copper neutral wires each with 100 mil lead jacket, one neutral in each cable interstice, with polypropylene fillers as necessary and wrapped with a 15 mils neoprene impregnated cotton binder tape with a minimum 50% overlap. This three (3) conductor assembly will be covered by a 110 mils minimum average thickness black high density polyethylene jacket; 95 mils of polypropylene bedding covering the entire assembly; a full layer No.4 BWG galvanized steel armor wires, each with 100 mils of colored, color to be determined later, high density polyethylene; a nylon serving of approximately 140 mils with cold applied asphaltic solution applied over and under the nylon serving then powdered with calcium carbonate "Whiting" to prevent cable layer sticking.

4.6  One marker tape, with legend as to manufacturer and serial footage numbers, is to be applied longitudinally beneath each single conductor polyethylene jacket. The consecutive serial numbers, which mark off the footage, must be recorded from start to finish of each shield insulated conductor. The serial numbering, within a given length of cable, must be consecutive; i.e., the difference between the numbers at each end of the cable shall indicate the approximate footage of each length. As the individual single conductor cables are spliced then cabled into a three conductor armored cable the cable numbers that are spliced together will be recorded so that the numbering of each section in each phase leg of the finished cable will be known. Footage numbers will not be duplicated in length or section of this cable.

## 5.0 CABLE COMPONENTS SPECIFICATION

5.1  Conductor: The copper wire composing the conductor shall, before stranding, be soft copper Class B. The conductor shall be compact round stranded in accordance with the latest AEIC Specification.

5.2  Conductor Shielding: The conductor shielding shall be an extruded layer of semi-conducting EPR compound, firmly bonded onto the overlying insulation, and easily removable from the conductor. The required or average thickness of the shielding layer shall be as specified. This layer shall be in accordance with the requirements of ICEA Standard S-68-516, Paragraph 2.7

5.3  Insulation: The insulation shall be a high quality ozone and discharge resistant thermosetting EPR compound. The required or average thickness of the insulation shall be as specified.

5.4  Insulation Shielding: The insulation screen shall be an extruded thermosetting semi-conducting EPR compound. The insulation screen shall be firmly and continuously bonded to the insulation. The required or average thickness of the insulation screen shall be as specified. The insulation screen will be surface printed with the wording "SEMI-CONDUCTING - REMOVE WHEN SPLICING AND TERMINATING".

| SPECIFICATION No.: 1-0494 | Sheet 4 of 12 |
|---|---|

5.5  Metallic Shielding: The metallic shield will be bare copper tape with a minimum 25% overlap. The required or average thickness of the metallic shielding shall be as specified.

5.6  Marker Tape: A consecutively numbered continuous marker tape shall run longitudinally along the entire length of each cable section.

5.7  Conductor Jacket: The conductor jacket shall be black, low density, polyethylene. The required or average thickness of the conductor jacket shall be as specified.

5.8  Assembly: The individually shielded conductors shall be cabled together with lead jacketed neutral conductors and polypropylene fillers as necessary to form a three (3) conductor cable assembly as specified.

5.9  Binder Tape: A non-magnetic neoprene impregnated cotton binder tape with a minimum 50% overlap shall be applied over the three (3) conductor cable assembly. The required or average thickness of the binder tape shall be as specified.

5.10  Three Conductor Cable Jacket: A black high density polyethylene jacket shall cover the above three (3) conductor cable assembly. The required or average thickness of the jacket shall be as specified.

5.11  Bedding: Over the polyethylene jacket a polypropylene bedding shall cover the entire cable. The required or average thickness of the bedding shall be as specified.

5.12  Steel Armor: Over the bedding, a layer of No. 4 BWG round galvanized steel wire armor shall be applied.

5.13  Armor Jacket: Each of the above No. 4 BWG round galvanized steel armor wires shall have a jacket of colored high density polyethylene. The required or average thickness of the armor jacket shall be as specified. (Color to be determined later)

5.14  Nylon Covering: A nylon serving shall be applied over the armored cable. The required or average thickness of the nylon serving shall be as specified.

5.15  Cable Compound: A cold applied asphaltic solution shall be applied both over and under the nylon serving.

5.16  Whiting: The assembly shall be powdered with calcium carbonate "Whiting" to prevent cable layer sticking.

| SPECIFICATION No.: 1- 0494 | Sheet 5 of 12 |
|---|---|

## 6.0 TESTS

6.1 The following test shall be applied to each reel of single (1) conductor shielded cable prior to any cabling or splicing operations. If any cable fails a test then all tests must be rerun <u>before</u> an acceptance of that cable reel can be given.

    a/ DC Conductor resistance
    b/ Shield resistance
    c/ IR Constant, minimum 50,000
    d/ Conductor continuity
    e/ AC Withstand: 84kv for 5 minutes
    f/ DC Withstand: 155kv for 15 minutes
    g/ Partial Discharge: AEIC CS6
    h/ Physical Tests per AEIC CS6

6.2 If any of the above single (1) conductor cable on each reel has a factory splice then the following additional test shall be performed on each splice.

    a/ Splice Test: x-ray 3 - 120° planes on each splice

6.3 Assembled non-jacked cable core

    a/ AC Withstand: 84kv for 5 minutes
    b/ DC Withstand: 155kv for 15 minutes

6.4 As 3 conductor core is spliced then armored

    a/ Splice test: X-rays 3 - 120° planes on each splice

    b/ DC Withstand Test: 140kv DC for 15 minutes

        After each splice set
        After Armoring
        After Loading in temporary storage tank or on barge

6.5 Field Test

    a/ DC Withstand Test: 125kv DC for 15 minutes

        After Submarine Cable Installation, before splicing, and then the complete circuit, pothead to pothead, after all splicing and terminating

| SPECIFICATION No.: 1-0494 | Sheet 6 of 12 |
|---|---|

### 6.6 Cable Storage

a/ DC withstand Test: 125kv DC for 15 minutes

After Surplus submarine cable is placed on metal reels but before cable ends are sealed and the reel lagged the above test will be performed.

### 6.7 Certified Test Data

Certified test and x-ray data will be supplied to Commonwealth Electric for all of the tests outlined in this section.

### 6.8 Witness of Manufacturing & Testing

Cable manufacturer will allow access, by up to four (4) persons from Commonwealth Electric, to his facilities or any facility used by him or a subcontractor during the manufacturer of cable, splicing, armoring or testing for the purpose of witnessing tests, video taping or observing the operation.

## 7.0 FACTORY MADE SPLICES

### 7.1
Factory made splices in the insulated conductors may be used to achieve the continuous length of submarine cable required. If factory made splices are used, they shall be "on size". For "on size" splices the maximum diameter of the cable in the splice area shall be no greater than 10% above the normal size of the single conductor cable.

### 7.2
The "on size" splice shall meet all the electrical and physical requirements of the power cable including the fault current capability of the conductors and metal shielding. The splices and associated cable shall be tested by high voltage tests, noted in Section 6.0, following the fabrication of each splice. All finished splices shall be examined radiographically to insure the integrity of each splice. Purchaser reserves the right to approve all splice testing and documentation prior to the start of any testing or splice fabrication. Certified test data and x-rays will be supplied for each splice.

## 8.0 CABLE DATA

### 8.1 Submarine Cable

| | |
|---|---|
| Conductor - Type | Copper |
| Conductor - Size - kcmils | 3x 350 |
| Conductor Shield - Type | EPR (Semi-Conducting) |
| Conductor Shield - Thickness - mils | 25 Min Avg |

| SPECIFICATION No.: 1- 0494 | Sheet 7 of 12 |
|---|---|
| Insulation - Type | EPR |
| Insulation - Thickness - mils | 420 Min Avg |
| Insulation - Shield | EPR (Semi-Conducting) |
| Insulation - Shield Thickness - mils | 45 Min Avg |
| Metallic Binder - Type | Copper |
| Metallic Binder - Thickness - mils | 5 Min |
| Single Conductor Jacket - Type | LD Polyethylene |
| Single Conductor Jacket - Thickness - mils | 110 Min Avg |
| Neutral - Type | Copper |
| Neutral - Number | 3 |
| Neutral - Size | #1 AWG |
| Neutral - Jacket # | Lead |
| Neutral - Jacket - Thickness - mils | 100 Min Avg |
| Fillers - Type | Polypropylene |
| Binder Tape - Type | Neoprene Impreg Cotton |
| Binder Tape - Thickness - mils | 15 Min Avg |
| Three Conductor Jacket - Type | HD Polyethylene |
| Three Conductor Jacket - Thickness - mils | 110 Min Avg |
| Bedding - Type | Polypropylene |
| Bedding - Thickness - mils | 95 Min Avg |
| Armor Wire - Type | Hot Dip Galvanized Steel |
| Armor Wire - Size | #4 BWG |
| Armor Wire Jacket - Type | HD Polyethylene |
| Armor Wire Jacket - Thickness - mils | 100 Min Avg |

| SPECIFICATION No.: 1-0494 | Sheet 8 of 12 |
|---|---|

| | |
|---|---|
| Cable Serving - Type | Nylon |
| Cable Serving - Thickness - mils | 140 Min Avg |
| Cable Serving - Coating | Cold asphaltic |
| Whiting - Type | Calcium Carbonate |

8.2  Cable Characteristics - TO BE SUPPLIED BY CABLE MANUFACTURER

| | |
|---|---|
| Overall Cable Diameter - inches | |
| Conductor - Ultimate Breaking Strength - lbs | |
| Armor Wire - Ultimate Breaking Strength - lbs | |
| Complete Cable - Ultimate Breaking Strength - lbs | |
| Number of factory 1Ø Splices - before 3Ø Cabling | |
| Number of factory 3Ø Splices | |
| Cable Weight in Air - lbs per foot | |
| Cable Weight in Sea Water - lbs per foot | |
| Minimum Bending Radius - inches | |
| DC Resistance - Ohms per Mile at 90°C Conductor Temperature | |
| Maximum allowable Cable Tension - lbs | |

POSITIVE/ NEGATIVE SEQUENCE INFORMATION

| | |
|---|---|
| Series Resistance - Ohms per Mile | |
| Series Reactance - Ohms per Mile | |
| Shunt Capacitive Reactance - Ohms per Mile | |

ZERO SEQUENCE INFORMATION - @ 90°C Conductor Temperature

| | |
|---|---|
| Series Reactance - Ohms per Mile | |

| SPECIFICATION No.: 1- 0494 | Sheet 9 of 12 |
|---|---|

Series Resistance - Ohms per Mile  _____

Shunt Cap Reactance - Ohms per Mile  _____

Sheath resistance - Ohms per Mile  _____

### LOSSES

Charging Current - Amps per Mile  _____

Copper Loss - Watts per 1000 feet  _____

Sheath and Armor Loss - Watts per 1000 feet  _____

Total Cable losses - Watts per 1000 feet  _____

### CABLE THERMAL CONSTANTS AND PARAMETERS

$R_i$ — Thermal resistance of Cable Insulation
- °C per Watt per linear foot of cable  _____

$R_j$ — Thermal resistance of Cable Jacket
- °C per Watt per linear foot of cable  _____

$R_{sd}$ — Thermal resistance between cable surface
and surrounding enviroment - °C per watt
per linear foot of cable  _____

$Q_s$ — Ratio of conductor losses plus sheath and
shield losses to conductor losses
- Unitless  _____

$W_d$ — Dielectric loss at rated voltage
- Watts per foot  _____

$R_{ac}$ — AC resistance of cable conductor at normal
design conductor temperature
- Micro-Ohms per foot  _____

$C_c$ — Thermal capacitance of the cable conductor
- Watt-Hours per °C per one foot of conductor  _____

$C_i$ — Thermal Capacitance of the cable insulation
- Watt-Hours per °C per one foot of cable  _____

$C_s$ — Thermal Capacitance of cable sheath
— Watt-Hours per °C per one foot of cable

$C_j$ — Thermal Capacitance of cable jacket,
— Watt-Hours per °C per one foot of cable

P — A factor by which part of the insulation thermal capacitance is lumped at the conductor and the rest of the sheath, so that the heat stored in the insulation is accurately represented. (See Cable Formula Section)

SIC — The Specific Inductive Capacity (i.e., dielectric constant) of the cable insulation - Unitless

Tan d — The dissipation factor of the insulation
— Unitless

\# The Neutral Lead Jacket is to add weight to cable to counter boyancy.

## CABLE FORMULAS

"P" for single Conductor Cables

$$P = \frac{1}{2 \ln (D_i/D_c)} - \frac{1}{(D_i/D_c)^2 - 1}$$

"P" for three Conductor Cables

$$P = \frac{1}{2G_1} - \frac{1}{e^{2G_1} - 1}$$

Where:

$G_1$ = Geometric Factor = $\ln (D_c + 2t) - 0.95 \ln D_c + 0.03$

$D_i$ = The total diameter of insulation plus conductor in inches

$D_c$ = The diameter of the round compact sector conductor in inches.

t = Insulation thickness in inches

| SPECIFICATION No.: 1-0494 | Sheet 11 of 12 |
|---|---|

SUBMARINE CABLE AMPACITY RATING - In Service Conditions

90° C Conductor Temperature - NOA at 100% LF          _____

130° C Conductor Temperature - EOA - Supply a graph
    with a series of Cable Ampacity vs Time (0 to 24
    hours in one hour increments) curves for 70%, 80%,
    90%, and 100% Load factors.

_____ ° C Conductor Temperature - EEOA at 100% LF
Fill in Temperature & Ampacity.          _____

## 9.0 CABLE MEASUREMENT

9.1   The approximate length of the submarine cable to be furnished, for bid purposes, is as follows:

    Submarine Cable (To Termination Manholes on both shores)  __34,000__  feet

9.2   Within 30 days of contract award, the exact cable lengths will be determined by the Cable Manufacturer, in conjunction with the Cable Installer, performing a side scan sonar survey to verify route and cable length. The exact cable length and route is to be determined by joint agreement of the Cable Manufacturer, Cable Installer, and Commonwealth Electric Company.

9.3   Surplus cable remaining after the laying operation will become the property of the purchaser. The manufacturer shall be responsible for testing and the proper sealing of the cable ends and the placement of the cable on non-returnable metal reels, of a size acceptable to Commonwealth Electric, that are lagged with wooden slats. The reels and cable preparation will be suitable for long term storage. Length of cable on each reel and date of manufacture shall be recorded on a durable label suitable for long term storage and identification.

## 10.0 CABLE SPLICES AND TERMINATIONS

10.1   The cable manufacturer will be responsible for all factory splices in the submarine cable system and if not actually making the splices will supply supervision to oversee and approve this work.

10.2   It is expected that the submarine cable circuit requirement shall be supplied in one continuous length without field splices.

| SPECIFICATION No.: 1-0494 | Sheet 12 of 12 |
|---|---|

10.3  The cable manufacturer will be responsible for the field splice, in the termination manholes, at the junctions of the submarine cable and the shore land cable. The manufacturer shall supply all necessary splicing materials and equipment and shall carry out all work necessary to insure a proper splice of the land and submarine cables.

10.4  The submarine cable armor shall be terminated by the cable manufacturer at both ends. The cable manufacturer will submit details of the method of armor termination and the armor termination structure for the approval of Commonwealth Electric. Commonwealth Electric will supply the agreed upon armor termination structure.

## 11.0 WARRANTY

See General Terms and Conditions Section of the bid specification.

| GENERAL TERMS AND CONDITIONS | **COM Electric** | |
|---|---|---|
| Location: Falmouth, Ma / Martha's Vineyard | | |
| For: MARTHA'S VINEYARD CABLE PROJECT GENERAL TERMS AND CONDITIONS | Date: 19-APR-94 | Sheet 1 of 13 |
| | Written: PJS | Approved: WHG |

### 1.0 SCOPE OF GENERAL CONDITIONS

The General Terms and Conditions of this Request for Proposal (RFP) shall apply to all parts of the (RFP) necessary to complete the work in accordance with the specifications and drawings. It shall apply not only to the Prime Contractor, but also to each Sub-contractor or other persons employed or engaged by the Prime Contractor to supply material, labor, or both, or to any work whatsoever in connection with this RFP.

### 2.0 DEFINITIONS

"RFP Documents" shall mean the Project Specifications and General Terms and Conditions Document.

"Contract Documents" shall mean the Project Specifications and General Terms and Conditions Document as awarded to a Prime Contractor.

The "Company" shall mean Commonwealth Electric Company.

The "Prime Contractor" shall mean the Company Contracted supplier of goods and/or services.

The "Bidders" shall mean those companies responding to this RFP.

The "Company Representative" shall have the general right of observation of the work throughout the duration of any contract.

"Work" shall include the satisfactory completion of the construction or other work described in and in accordance with the requirements of the RFP. It is intended that the Company receive a satisfactorily completed job - with the Prime Contractor to furnish all labor, supervision, tools, supplies, construction equipment, transportation, services, materials and applicable permits, and whatever may be necessary to complete the Work - unless otherwise specified in the RFP Documents.

### 3.0 THE WORK

The Work to be performed shall be in strict accordance with the RFP Documents. All Work called for, whether called for by a Standard, Map, or Drawings Supplied, or if called for on the plans or drawings and not otherwise called for in the specifications shall be executed and furnished by the Prime Contractor. Unless otherwise specified in the RFP Documents, it is the intent of the Company that the Prime Contractor furnish a complete Turnkey Project Installation. It is the expected that the Bidders will notify the Company of

| GENERAL TERMS AND CONDITIONS | Sheet 9 of 13 |
|---|---|

receive the apparatus, material, or Work of other Prime Contractor's as outlined in the specifications. Any cost caused by defective or illtimed Work shall be borne by the party responsible therefor. Any damage done by workmen to completed Work shall be repaired, and the cost of repairs charged against the party who is responsible for the damage, or who has employed the person causing the damage.

N.  WARRANTY

The Prime Contractor warrants solely to Commonwealth Electric Company, for a minimum ten (10) year period commencing with the Date of Acceptance ("Warranty Period"), all of the submarine cable system ("System") from terminal to terminal, or that portion of the System that he may be responsible for, will be free from defects in material and workmanship provided the System is employed under conditions contemplated and covered by the design specifications, and provided further that the System is maintained and operated in accordance with the Prime Contractor's recommended standards and procedures The Date of Acceptance shall be deemed as that date when successful final Field Acceptance Tests are completed as provided for in the Specifications.

The Prime Contractor's sole responsibility under this Warranty shall be to repair or replace any and all defects within the System due to material and workmanship, without charge to Commonwealth Electric Company. In the event of either repair or replacement of the defective System under this Warranty, the Prime Contractor shall be responsible for all costs associated therewith, including if necessary marine equipment, labor and materials. The Prime Contractor will not be responsible for any damage or failure caused by Commonwealth Electric Company or any third party, including without limitation, acts of God. All expenses for any failure incurred in the repair or replacement of the System shall initially be borne by the Prime Contractor until it is conclusively determined it is Commonwealth Electric Company's responsibility, in which case, all succeeding bills will be paid for by Commonwealth Electric Company as well as retroactive bills within Commonwealth Electric Company's normal course of processing.

The Prime Contractor will not be responsible for any defects or repairs to, or replacement of, adjacent or connected equipment to which the System may supply electrical power or from which it may or from which it may take electrical power, or with which it may, in any manner, be associated. The Prime Contractor will not be responsible for any incidental or consequential damages whatsoever, either direct or indirect, resulting from a failure of the System.

If any alternative Warranty is to be offered for consideration, quote the project with the Warranty as described above then quote any alternatives.

O.    SUBMARINE CABLE REPAIR

    Under the Warranty, as described above, the Prime Contractor is responsible for the mobilization of materials, equipment and personnel to effect both a Warranty and Non-Warranty repair of the submarine cable after the In-Service Date.

    The Prime Contractor is to supply a detailed schedule and narrative of the procedures he will follow in the event of any submarine cable failure. The schedule will show the time required for the mobilization of materials, equipment, and labor, from the date of notification of a submarine cable failure to the start of actual failure location and repair. A narrative will also be supplied outlining the steps and methods to be employed to effect the repair of the failed submarine cable system.

    In the event the failure is not a Warranty Repair, the method and determination of repair costs that the Prime Contractor will utilize to bill Commonwealth Electric Company for the repair.

## 12.0 INDEMNITY

    The Prime Contractor shall indemnify and hold Commonwealth Electric Company harmless from any loss, damage, cost, suit, charge, or expense caused by or arising from property damage or personal injury (including injury resulting in death) resulting from or arising in connection with the use by the Prime Contractor of any equipment, materials, or facilities provided by Commonwealth Electric Company for the Prime Contractor.

    The Prime Contractor shall be held liable for damages or breaks caused by the Prime Contractor's negligence to any of Commonwealth Electric Company's conduits, manholes, cables, or other underground facilities, and to any of Commonwealth Electric Company's structures, overhead lines, or the structures of others, wherever located and shall be liable for the cost of repairs to any line structure or facility so damaged or broken, and the Prime Contractor shall be liable for any personal injury (including injury resulting in death) or property damage following such damage to or break in such lines, facilities or structures; and the Prime Contractor shall indemnify Commonwealth Electric Company against loss and liability resulting from such damage or breaks.

    The Prime Contractor shall indemnify and hold Commonwealth Electric Company harmless against all loss, damage, cost, suit, charge, or expense including reasonable attorney's fees caused by, arising from, or which may arise from the Prime Contractor's Work or operations, or that of any Sub-Contractor; and shall insure, protect, defend, save, and keep Commonwealth Electric Company harmless from all accidents, claims, damages (including damage to or destruction of Commonwealth Electric Company's property) personal injury (including injury resulting in death), actions, suits, proceedings, obligations, and liability whatever name or nature arising directly or indirectly as a result of or in connection with the Work, and caused by any equipment, property, or facilities used by the Prime Contractor, unless such damage or injury is attributable to the negligence of Commonwealth Electric Company, its agents, servants, employees, or otherwise, in which Commonwealth Electric Company shall be liable.