

# THE OKONITE COMPANY
Ramsey, New Jersey 07446

# PROPOSAL
## for
## 1995 -- CABLE #6
## Submarine Cable System

# COM/Electric

## MARTHA'S VINEYARD SUPPLY

## FALMOUTH BULK TO OAK BLUFFS

OK00070

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

COMMONWEALTH ELECTRIC COMPANY

35KV SUBMARINE CABLE

MARTHA'S VINEYARD 1995 CABLE NO. 6

INQUIRY CV-424

Table of Contents

| Section | Description |
|---|---|
| 1 | Commercial<br>    Pricing - Base Bid<br>            - Alternate Bids<br>    Progress Payment Schedule<br>    Commercial Notes & Clarifications<br>    Warranty |
| 2 | Specification Analysis<br>    #1-0494    #4-0494<br>    #2-0494<br>    #3-0494 |
| 3 | Okoguard Insulation System |
| 4 | Project Management<br>    Brochure<br>    User List<br>    Turnkey List |
| 5 | Submarine Cable Mobilization & Installation Plan<br>    Scope of Work<br>    Equipment |
| 6 | Technical Data<br>    Cable Specification<br>    Fiber Cable Specification<br>    Cable Drawings |

F94231


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

THE OKONITE COMPANY
FOR
COMMONWEALTH ELECTRIC

INQUIRY NO. CV-424

### WARRANTY

All proposals offered by The Okonite Company will comply with your requested 10 year warranty as detailed in Paragraph N of General Terms and Conditions.

### FIBER OPTIC SUBMARINE CABLE

Although we will comply with Commonwealth Electric's plans and specifications for an external (not a component of the submarine cable) submarine fiber optic cable and installation, our warranty will terminate when the cable has successfully met the tests prescribed by the specification under which the cable was manufactured and installed.

However, an extended warranty to Commonwealth Electric's specification is available providing a composite power and fiber optic cable is installed or a different method of installation is considered. Installation techniques and additional costs can be discussed at a later date, if desired.

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

COMMONWEALTH ELECTRIC COMPANY

35KV SUBMARINE CABLE

MARTHA'S VINEYARD 1995 CABLE NO. 6

INQUIRY CV-424

### PHILOSOPHY OF CABLE DESIGN

Enclosed in this section are two Engineering notes which detail Okonite's development of the Okoguard insulation system and the current industry topic of semiconducting strand screen smoothness.

| Engineering Note | Title |
|---|---|
| 90-7 | A Short History and Some Facts About the Okoguard System |
| 92-7 | Semiconducting EPR Screens - Smoothness in Perspective |

The Okoguard insulation system consisting of ethylene/propylene rubber (EPR) based insulation and EPR based inner and outer semiconductive screens has been in service at voltages between 5 and 69kV for over three (3) decades.

Since its introduction it has been rated at 90°C for continuous operation and 130°C for emergency conditions. The Okoguard system has performed flawlessly in a multiplicity of applications and in various types of installations, i.e. submarine cables, direct burial, conduit, trays, etc.

From the very early days of Okoguard EP insulation it was known that based on thermal aging behavior the 90°/130° rating was conservative. Tables I and II below illustrate a comparison of Okoguard aging vs. other older insulations, their rating and aging behavior. It can be seen that based on oxidative thermal aging, a higher rating for Okoguard is justified.

F94233

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 2 -

## Table I

Comparative Thermal – Oxidative Aging Behavior of
Various Insulations

| Insulation/ | Rating Cont./Emerg. | ICEA/UL Requirements % Retention T&E | Okoguard Values % Retention T&E |
|---|---|---|---|
| Butyl | 85°/105° | 168 hrs @ 100°C – 60/60 | 100/95 – 25+ wks |
| PVC | 105°/NA | 168 hrs @ 136°C – 70/65 | 90/95 – 5 wks |
| Silicone | 125°/NA | 168 hrs @ 200°C – 65/50[1] | 90/85 – 1 wk[2] |
| Synthetic Rubber | 90/130° | 168 hrs @ 121°C – 60/60 | 95/95 – 17 wks |
| EP Rubber | 90°/130° | 168 hrs @ 121°C – 75/75 | 95/95 – 17 wks |

It should be noted that Okoguard meets 125|C silicone aging required in cable form.

[1] – Based on original and aged absolute values.

[2] – Based on samples of 15kV Okoguard insulated cable. All other Okoguard data on 45 mil wall #14 insulated wire.

## Table II

Comparative Aging Behavior of Okoguard & Butyl
at Various Temperatures to 40% Retention of Elongation

Samples were 45 mil walls of bare insulation on #14 AWG solid conductors.

| Temperature | Time to 40% Retention of Elongation (hrs.) Butyl | Okoguard | Ratio Okoguard/Butyl |
|---|---|---|---|
| 121° | 600 | 5000+ | 8.3 |
| 136° | 150 | 1200 | 8.0 |
| 150° | 60 | 450 | 7.5 |

The data above indicates a 7-8 fold superiority of Okoguard over butyl in thermal aging. Butyl rubber insulation was rated at 80°/85°C depending on voltage.

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 3 -

Using a conservative activation energy of a doubling of the rate of aging for each 10°C increase in temperature the data above clearly would justify a 30°C increase in the rating of Okoguard over butyl, i.e. 115°C - rating Okoguard at 105°C conductor temperature is then conservative. It should be remembered that butyl insulations have performed in service for over 40 years.

It is also critical to state that the above data was obtained on 47 mil walls. Okoguard aged in 15kV cable form (175 mil walls) shows essentially no change in elongation after 450 hours at 150°C when samples are taken from the inner 80% of the insulation wall. This is clearly due to the fact that changes on aging are oxidative and oxygen diffusion is rate controlling. Thus in actual service as shielded-jacketed cable with semicons in place, Okoguard aging will be insignificant.

The aging behavior of the Okoguard system EP based semicons is very similar to the Okoguard insulation and remains highly conductive even when aged to embrittlement.

The Okoguard system of EP insulation and semicons based on thermal oxidative aging behavior can be rated at a conductor temperature of 105°C continuous and 140°C emergency.

The AEIC specifications call for no more than 1500 hours at emergency temperature over the life of the cable while ICEA mandates a maximum of 500 hours for the same condition. Unjacketed Okoguard insulated 15kV cables show in excess of 90% retention of tensile and elongation of the insulations when aged 1500 hours at 140°.

To further support the 105°C/140°C rating, an electrical test protocol was initiated which consisted of subjecting samples of 1/0 - 175 wall Okoguard cable to thermal cycling followed by electrical breakdowns, power factor readings and semiconductive screen resistivities were measured after the various test protocols.

To further substantiate the previously mentioned aging behavior of the Okoguard system, physical properties of the Okoguard insulation taken from the cables that were subjected to continuous conductor loading at 90°, 105°, 130° and 140° were measured as were the physical properties of the insulation after multiple cycles.

This extensive test program demonstrates the highest levels of thermal and electrical stability available from any known medium voltage insulation system.

F94233

# OKONITE/SIMPLEX CALDWELL



**Combined Technologies for Underwater Power Cable Systems**

# OKONITE / SIMPLEX / CALDWELL

OVER 270
YEARS COMBINED
EXPERIENCE
IN
SUBMARINE
CABLE
TECHNOLOGY

# Combined Technologies for Underwater Power Cable Systems

## THE OKONITE COMPANY
### History and Experience

The Okonite Company was founded in 1878 making it one of the original insulators of electrical wire and cable in this country. Earliest customers included Samuel F.B. Morse for his telegraph network and Thomas A. Edison for the Pearl Street Generating Station, the nation's first, built in New York City in 1882.

Since its founding, Okonite has emphasized research and development in the compounding and fabrication of insulating and jacketing materials, providing a list of industry "firsts" in these technologies.

In the mid 1970's, Okonite entered into a joint venture with Simplex Wire and Cable Company, another pioneer manufacturer, in a program of combined technologies to produce underwater power and communication systems and cables.

For its first eighty years, Okonite was a privately held, limited investor-owned company.

In June 1976, Okonite became the largest company in the United States owned by its employees through an Employee's Stock Ownership Trust. In this unique ownership structure, Okonite's employees, whose seniority averages over twenty years, have become intimate participants in the prosperity and future of the Company.

Over its history, Okonite has maintained the image of the premier manufacturing company of quality electrical cable. One hundred percent reliability, is not a goal but a reality. Each employee has a responsibility for quality control assurance and improvement.









# OKONITE / SIMPLEX / CALDWELL

## SIMPLEX WIRE AND CABLE COMPANY
### History and Experience

Simplex Wire and Cable Company has evolved from a two-man wire working firm established in Boston, Massachusetts. Beginning in 1865 with the original partnership of Charles Morss and Oliver Whyte, a tradition of quality and reliability was established which has become the cornerstone of Simplex. Simplex has, throughout its history, been a leader in the cable industry through its commitment to the development of cables for all types of environments and applications. As early as the 1890's, an emphasis was placed on submarine cable technology. By the turn of the century, Simplex had manufactured an unparalleled five-mile long underwater telephone cable system to cross the treacherous Mackinac Straits in the Great Lakes. Many other projects have followed over the years, including the manufacture of the American portion of the first transatlantic telephone cable in 1955 and 1956, and (currently) the manufacture of trans-oceanic fiber optic telephone cables for American Telephone and Telegraph Company.



### From Telegraph to Fiber Optics

All transatlantic and transpacific telephone cable systems were preceded by the original prototype system developed at Simplex under contract to Bell Laboratories. New generations of long length communications cables are now being manufactured by Simplex utilizing optical fibers in place of metallic conductors.

In addition to the manufacture of miles of communications cable, Simplex has designed, built and installed numerous underwater power cable systems. Other product areas include electromechanical cables, precise instrumentation, tow cables, umbilical cables, armored flexible pipe and grapnel rope.

Complementing its manufacturing facilities, Simplex has committed extensive resources to provide dependable service support for specialized applications—from program management to comprehensive applied engineering, installation, and testing. Simplex's program management concept provides for efficient coordination of all projects activities from initial planning through surveys, design, manufacture, installation and acceptance.

Throughout its history, Simplex has placed a high degree of emphasis on its Quality Assurance Program. Uncompromising quality in materials and workmanship are essential to the production of a reliable underwater cable system. It is for this reason that, concurrent with the design and development of cables of every type, unique inspection and test procedures are developed to simulate ocean environments that cable systems must endure. Through life-testing programs such as these, the suitability of cable design and installation methods can be established. Thus, quality assurance becomes an inherent part of a cable system at all phases of development and manufacture.

# Combined Technologies for Underwater Power Cable Systems

## CALDWELL DIVING COMPANY
### History and Experience

Jim Caldwell, founder of the company, gained his experience serving the U.S. Navy in the Pacific Theater during World War II. His experience with underwater construction, demolition, and salvage provided a base for his entry into private sector marine contracting. This private firm, originally called Ocean County Diving, Ltd., provided marine service to utilities and pipeline contractors. During the 1970's, Ocean County Diving, Ltd. was certified for work on nuclear power plants in the United States, Kuwait, and Saudi Arabia.

In 1977, Caldwell's Diving Company, Inc. of Toms River, New Jersey was formed as a successor corporation to Ocean County Diving Ltd. to provide for continued service to contractors, engineers, public agencies and private industry in the field of marine and sub-aqueous projects.

A large scope of Caldwell's services in recent years has been in the area of submarine cable installation. Over fifty cable installations, some in excess of twenty miles in length and buried to depths ranging from four to forty feet below the seabed, have been completed in water depths up to one hundred fifty feet.

One of the first major cable projects for Caldwell's Diving Company was the installation of two 8,000 foot power cables, manufactured by Okonite, and placed six feet below the bottom of Barnegat Bay, Ocean County, New Jersey in 1970. This cable is still in operation.

This project was followed by several major projects for AT&T Communications, including plowing for Transatlantic Cable #7 (TAT-7), the FIRST Transatlantic Fiber Optic Cable (TAT-8) and the SECOND Transatlantic Fiber Optic Cable (TAT-9). The TAT-9 project also included a twenty mile section of cable from the shoreline of Nova Scotia out into the Atlantic Ocean. All three of these transatlantic projects included cable installations across wetlands and bay waters, and offshore out into the Atlantic Ocean.

Additional systems that were installed in conjunction with Okonite and Simplex include: mainland-to-island power supply for Martha's Vineyard; composite submarine power and fiber optic communication cable used in the renovation of the Statue of Liberty; new power supply to offshore islands with South Carolina Electric and Gas.

Other noteworthy projects include the plowing of fiber optic cables across San Francisco Bay in severe currents, as well as burial of four power cables and two fiber optic cables to forty feet below the bottom of Choctawhatchee Bay in the Pensacola, Florida area.

Caldwell's Diving Construction Manager and Dive Operation Managers have over twenty years experience with the firm. The combined marine and cable plowing experiences of Caldwell's Diving provides a versatile, quality approach to cable installation problems including land work, cable placement and embedment, and navigational control and surveying.



# OKONITE / SIMPLEX / CALDWELL

## CAPABILITY

The all American owned team consisting of The Okonite Company, Simplex Wire and Cable Company, and Caldwell's Diving Company provides the end user with a unique organization having over 270 years of combined experience in submarine cable technology.

## CONCEPT

The Okonite field sales office is first contacted and the specific customer need is carefully examined. Once given the challenge, engineers and planners from the three organizations initiate a study of the project feasibility and an examination of all possible alternatives. The feasibility study may include a survey of the land and subsea routes, including sonar sub-bottom profiling. The best option is selected and recommended specifications are offered for owner review and consideration. Once the need is finalized, a formal proposal is solicited.

## PROPOSAL

The cable design is initiated using the engineering talents from all three organizations. Questions must be resolved relative to voltage, ampacity, construction scheduling, lengths, testing, transport and installation. The proposal submitted to the owner is all encompassing, including, if requested, a follow-up maintenance program for the installed system.



## CONTRACT

After a contract is awarded an Okonite/Simplex/Caldwell team assembles to explore and finalize the planning involved with the project. Details of the planning would include such items as follows:
- Project management.
- Drawings of the cable and terminations.
- Production planning.
- Raw material scheduling.
- Weather studies.
- Installation method and scheduling.
- Transportation of cable.
- Site preparation.
- Production and installation acceptance testing.



## Combined Technologies for Underwater Power Cable Systems

### OKONITE MANUFACTURING
Once all drawings have been approved, detailed manufacturing instructions are given to the production personnel at Okonite and Simplex. The manufacturing cycle would normally include the following at Okonite.

### Preparation of Conductors
All Okonite manufacturing plants have the ability to draw and strand copper or aluminum conductors into the shape most desirable for the finished cable.

Requirements can vary from a normal concentric round conductor to a sophisticated compact segmental conductor used in high capacity cables. Filled strand conductors are also available.

### Conductor Insulation
Okonite has the ability to provide a number of dielectrics as the insulation for the cable. These include various extruded EPR materials, as well as oil impregnated paper or laminated paper (LPP). The most frequently used extruded material today is the Okoguard all EPR system for voltages from 5 to 69kV. With over 25 years of service life experience in submarine applications Okoguard provides a balance of properties that include reliability, flexibility, high ampacity rating and retained dielectric strength.

Laminated oil impregnated paper insulation provides another dielectric of proven performance.

### TESTING
All insulated conductors are tested to the latest ICEA and applicable AEIC Standards.
- Long lengths of individually insulated and shielded conductor are then shipped to Simplex for final assembly and armoring.

- **Core Assembly**
When a multi conductor cable is required, the individual conductors are assembled into a cabled core. Fiber optic and/or copper communication signal cable can be included to provide a customized composite construction. The cable core is tested once again and transported to Simplex for final assembly.


