

## 1996 Submarine Cable

WARRANTY, ARBITRATION AND
ASSUMPTION OF COST PROVISIONS
IN THE EVENT OF SYSTEM FAILURE

The Contractor warrants to the Company, for a ten (10) year period commencing with the Date of Acceptance ("Warranty Period"), all of the Submarine/Land/Optical Fiber Cable System ("System") from terminal to terminal, will be free from defects in material and workmanship provided the System is employed under conditions contemplated and covered by the design specifications, and provided further that the System is maintained and operated in accordance with the Contractor's recommended standards and procedures. The Date of Acceptance shall be deemed as that date when successful final Field Acceptance Tests are completed as provided for in the Specifications.

The Contractor's sole responsibility under this Warranty shall be to repair or replace any and all defects within the System due to material and workmanship, without charge to the Company. In the event of either repair or replacement of the defective System under this Warranty, the Contractor shall be responsible for all costs associated therewith, including if necessary marine equipment, labor and materials. The Contractor will not be responsible for any damage or failure caused solely by the Company or any third party (excluding Sub-Contractors), including without limitation, acts of God. All expenses for any failure incurred in the repair or replacement of the System shall initially be borne by the Contractor until it is conclusively determined it is the Company's responsibility, in which case, all succeeding bills will be paid for by the Company as well as retroactive bills within the Company's normal course of processing.

Should the failure be determined to be due to external cause, then the Company will be responsible for all costs associated with the failure.

The Contractor will not be responsible for any defects or repairs to, or replacement of, adjacent or connected equipment to which the System may supply electrical power or from which it may take electrical power, or with which it may, in any manner be associated. The Contractor will not be responsible for any incidental or consequential damages whatsoever, either direct or indirect, resulting from a failure of the System.

Company = Comm Elec<br>Contractor = Okonite/Simplex

afa\97007