UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>　　　　　　Defendant. | Civil Action No. 04-cv-11681-RCL |

## UNOPPOSED MOTIONS FOR EXTENSION OF TIME
## AND LEAVE TO FILE REPLY BRIEF

　　Plaintiff Commonwealth Electric Company d/b/a NStar Electric ("NSTAR Electric") moves that the Court grant it an extension until March 21, 2005 to serve and file its opposition to the Motion for Summary Judgment of defendant The Okonite Company ("Okonite"). Okonite does not oppose this motion.

　　Okonite moves that this Court grant it leave to file a reply brief to plaintiff's opposition to the motion for summary judgment on or before April 4, 2005.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| COMMONWEALTH ENERGY CO. d/b/a NSTAR ELECTRIC | THE OKONITE CO. |
| By its attorneys: | By its attorneys: |
| /s/ Theodore J. Folkman<br>Daniel J. Lyne (BBO No. 309290)<br>Theodore J. Folkman (BBO No. 647642)<br>HANIFY & KING, P.C.<br>One Beacon Street<br>Boston, Mass. 02108<br>(617) 423-0400 | /s/ Andrea C. Kramer<br>Robert E. Sullivan (BBO No. 487820)<br>Andrea C. Kramer (BBO No. 632584)<br>SULLIVAN, WEINSTEIN & McQUAY, P.C.<br>Two Park Plaza<br>Boston, Mass. 02116<br>(617) 348-4300 |

Dated: February 28, 2005
424395