UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ENERGY CO., d/b/a NSTAR ELECTRIC,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE OKONITE CO.,<br><br>          Defendant | Civ. A. No. 1:04-CV-11681-RCL |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff, Commonwealth Electric Co., and moves that the Court extend the time for service and filing of its response to the defendant's Motion for Summary Judgment to April 4, 2005. The plaintiff also moves that the Court extend the time for service of the defendant's motion for leave to file a reply brief to April 18, 2005.

In support of this motion, the plaintiff states that counsel's mother is gravely ill. Defendant's counsel has indicated that she does not oppose this motion.

                                        Respectfully submitted,

                                        /s/ Theodore J. Folkman                    
                                        Daniel J. Lyne (BBO No. 309290)
                                        Theodore J. Folkman (BBO No. 647642)
                                        HANIFY & KING, P.C.
                                        One Beacon Street
                                        Boston, Mass. 02108
                                        (617) 423-0400

Dated: March 16, 2005
425738