UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH ELECTRIC CO., d/b/a
NSTAR ELECTRIC,

    Plaintiff,

v.

THE OKONITE CO.,

    Defendant.

No. 04-11681-RCL

**PLAINTIFF'S RESPONSE TO
DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Rule 56.1, the plaintiff, Commonwealth Electric Co. ("NSTAR Electric") responds as follows to The Okonite Company's Statement of Undisputed, Material Facts.

    1.    Admitted.

    2.    Admits that the submarine cable was to be laid between Falmouth and Martha's Vineyard, but deny that the proposed location was along the bottom of Nantucket Sound.

    3.    NSTAR Electric admits that the Contract contains the quoted provision among others, which provision speaks for itself and must be read in the context of the Contract as a whole.

    4.    NSTAR Electric admits that the Contract contains the quoted provision among others, which provision speaks for itself and must be read in the context of the Contract as a whole.

    5.    Admitted that the Contract contains a section captioned, "Procedure in the Event of Any Failure."

6. Denied.

7. Admitted that the Contract contains a provision captioned, "Warranty" which contains a 10-year warranty, terminal to terminal, upon the terms and conditions set forth therein.

8. Admitted that the parties negotiated the terms of the warranty provisions in the Contract, including the negotiations set forth in the attached exhibit.

9. Admitted that the parties negotiated the terms of the warranty provisions in the Contract, including the negotiations set forth in the attached exhibits.

10. Admitted that the parties agreed to the terms set forth in the Contract, including Exhibits A – I.

11. Admitted that Okonite or its subcontractors manufactured the submarine cable.

12. Admitted.

13. Admitted that the replacement cable was and is subject to the terms set forth in the Contract, including Exhibits A – I.

14. Admitted.

15. Admitted that three original factory splices and one replacement field splice in the cable have failed to date.

16. Admitted that Okonite has installed non-conforming replacement field splices in each instance in which a factory or replacement field splice has failed, and that Okonite has not charged NSTAR Electric for the non-conforming splices.

17. Denied.

                                                Respectfully submitted,

                                                COMMONWEALTH ELECTRIC CO.,
d/b/a NSTAR Electric
By its attorneys:

/s/ Theodore J. Folkman
Daniel J. Lyne (BBO No. 309290)
Theodore J. Folkman (BBO No. 647642)
HANIFY & KING,
Professional Corporation
One Beacon Street
Boston, Mass. 02108
(617) 423-0400

Dated: April 4, 2005
426975