
**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

COMMONWEALTH ELECTRIC COMPANY

35KV SUBMARINE CABLE

MARTHA'S VINEYARD 1995 CABLE NO. 6

INQUIRY CV-424

<u>Addendum II - Comm. Elec. 8/3/94 Letter</u>

QUESTION 1:

Would The Okonite Company price out a single, lump sum, fixed price for a "Total Turnkey Package", in accordance with the detailed specifications as modified by the following:

    a)   A Submarine Cable, as per specification, with the following modifications:

        i)   Without LEAD Jacket on the neutral Conductors

        ii)  With 44-#4 BWG Armor wires with 40 mils, minimum average thickness, Polyethylene Jacket on each wire.

**    iii) With Two (2), 8 channel, single mode, Fiber Optic Cables in the interstices of the submarine cable.

        iv)  A composite cable with 500 kcmil at the shore landing ends to utilize the full current rating of the 350 kcmil submarine cable.

        v)   With a filled strand system that will retard water penetration along the power cable conductors interstices, in case of cable severance.

        vi)  If the fiber optic cable in the interstices of the submarine power cable is not filled with a moisture resistant material to prevent water penetration, include such a system in the firm, lump sum price. (See question #12)

    b)   In calculating the firm, lump sum price use the **installed cost** of: 34,000 feet of the above modified design of Submarine power cable, 38,000 feet of 1/C underground power cable and 14,000 feet of terrestrial fiber optic cable, as described in 1.c below.

** Modified to: with 8 additional fibers in existing fiber optic cable.

F94346

OK00229

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 2 -

    c)     For the terrestrial fiber optic land cable use one (1) 8 channel, single mode, Simplex No. SL-1001 fiber optic cable, <u>as quoted</u>, with steel tape and black PE jacket.

    d)     An as-laid video, taken within one week of the submarine cable installation, to be used as a base for the as-laid condition of the submarine cable.

    e)     An alternate storage site, other than Commonwealth Electric's Falmouth Substation or any other Company property, for the storage of cable reels, splicing materials and trucks.

    f)     With 2,000 feet of spare submarine cable, as modified above, on two (2) 1,000 foot steel reels with ends sealed and wooden lagging.

<u>RESPONSE</u>:

A.     Total lump sum, fixed price for a "Total Turnkey Package" as defined above is:     **$3,120,042**

B.     The Okonite Company respectfully requests Commonwealth Electric to review our recommended **Alternate Design Proposal** entitled **"Alternate Proposal 2A"**.

    Total lump sum, fixed price for a "Total Turnkey Package" as defined above is:     **$2,953,002**

    This alternate design will show Commonwealth Electric a saving of:     <u>**$167,040.**</u>

This cable is identical to the "Hybrid" design now being considered except the polyethylene core jacket is eliminated. We wish to highlight the following facts:

1.     There is no engineering value in the long term operation of the cable to have both a conductor and an overall jacket. The heavy duty jacket over each single conductor provides much more protection and value than the overall jacket. In the 1990 cable provided by Okonite, there was an overall jacket only. We feel the individual conductor jacket provides optimum protection and the desired submarine cable design.

2.     Okonite extends the full ten year terminal to terminal warranty on the **Alternate Design Proposal**.

F94346

OK00230


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 3 -

3. The **Alternate Design Proposal** will facilitate handling and training of the cable in the manhole and will enhance racking the extra length of submarine cable at the shore end.

4. This **Alternate Design** provides an additional savings of **$167,040** to Commonwealth Electric with no impact on product reliability or service.

C. Additionally, we are taking this opportunity to offer an alternate design for the terrestrial fiber optic land cable. This cable designated as Simplex No. SL-100-SPA meets all of your specification requirements, includes the required steel tape and black PE jacket and also includes 16 single mode fibers identical to those being used in the interstice of the composite Submarine Power/Fiber Optic Cable and will carry the full ten year warranty. This will allow for full future utilization of the 16 fiber elements in the Submarine Cable without the need to install additional terrestrial fiber optic cable.

**If this alternate terrestrial fiber optic cable design is selected, the above A & B prices may be <u>reduced</u> by <u>$11,200.</u>**

F94346

OK00231


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 4 -

QUESTION 2:

Cost per foot of: The above modified design submarine cable, the 1/C underground land cable, and the above referenced terrestrial fiber optic cable. Note: The lump sum firm price will be adjusted ± to account for variances in the actual footage of cables purchased, which will be determined by mutual agreement from plans and/or surveys.

RESPONSE:

**"Hybrid" Cable**
    Cost per foot of modified design submarine cable      $58.492

**"Alternate Proposal 2A"**
    Cost per foot of modified design submarine cable      $53.852

**Land Cables**
    Cost per foot of underground land cable      $ 8.789

    Cost per foot of terrestrial fiber optic cable      $ 5.350
        Simplex No. SL-1001

**Alternate Terrestrial Fiber Optic Cable**
    Cost per foot of 16 element terrestrial fiber      $ 4.55
      optic cable
        Simplex No. SL-100-SPA

F94346

OK00232

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 5 -

QUESTION 3:

Provide sectional drawings showing the construction, nominal cable outside diameter, and for the submarine cable the weight in air and sea water in lbs/ft. for the following cables:

a) The 350 kcmil above modified design submarine cable.

b) The 500 kcmil shore landing sections of the above modified design submarine cable.

c) The above referenced terrestrial fiber optic cable.

d) The fiber optic cables which are included in the interstices of the submarine power cable.

RESPONSE:

Please see the following listed drawings along with additional technical information in Section 2.

| Drawing # | Description |
|---|---|
| a) CS-7214 | 3/C 350 MCM - Base Bid Design |
| b) CS-7216 | 3/C 500 MCM - Base Bid Design |
| c) CS-7219 | Terrestrial Fiber Optic Cable Simplex No. SL-1001 |
| d) CS-7218 | 16 Fiber Optic Cable in interstice of submarine cable. Simplex No. SL-100-LW |
| aa) CS-7215 | 3/C 350 MCM - Same as Base Bid except without core jacket. |
| bb) CS-7217 | 3/C 500 MCM - Same as Base Bid except without core jacket. |
| cc) CS-7220 | Alternate 16 element terrestrial Fiber Optic Cable. Simplex No. SL-100-SPA |

F94346

OK00233


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 6 -

Dimensional Data

|  | Diameter | Net Cable Weight Lbs./Foot | |
|---|---|---|---|
|  |  | In Air | In Seawater |
| a) | 5.331 | 18.4# | 9.2# |
| b) | 5.572 | 21.0# | 10.5# |
| c) | 1.108 | .79# | N/A |
| d) | .450 | .25# | N/A |
| aa) | 5.197 | 18.0# | 9.0# |
| bb) | 5.458 | 20.4# | 10.2# |
| cc) | .575 | .32# | N/A |

F94346

OK00234

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 7 -

QUESTION 4:

Price to seal the ends, suitable for long term storage and to prevent water penetration, of one (1) of the 8 channel, Single Mode, Fiber Optic Cables, which was in the interstices of the Submarine Power Cable, leaving a 20 foot coil of slack in each shore end manhole. This cable may be set aside for future use.

RESPONSE:

As previously discussed with Mr. Harry Eklund, we are proposing an alternate plan for terminating/splicing the Fiber Optic components in the shore end manholes.

Since these manholes will provide a wet environment, we recommend a straight pass through splice of the submarine cable Fiber Optic component to the terrestrial Fiber Optic Cable. This splice will be made in a specially designed, non-reenterable, water-proof molded splice box which provides for maximum splice protection.

The 16 element submarine cable Fiber Optic component will be spliced to a 16 element terrestrial Fiber Optic Cable, CS-7220, which is described fully in Section 2. The Fiber Optic cores of both the Submarine Cable and the terrestrial cable are identical, providing for complete system compatibility.

The 16 element terrestrial Fiber Optic cable, CS-7220 will be installed from the shore manhole to the first dry manhole. The 16 element Fiber Optic Cable can then be split into two 8 fiber sections in the dry manhole: 8 fibers will be spliced for immediate service and the balance can be set aside for future use.
If Commonwealth Electric selects our offered alternate 16 element terrestrial Fiber Optic Cable, all 16 fibers in the land cable can be connected directly to the 16 fibers in the Submarine Cable component.

**The additional cost of this shore end manhole**
**splice treatment is                           $25,000.**

F94346

OK00235


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 8 -

QUESTION 5:

    Per Specification 2-0494 section 4.5, will The Okonite Company be supplying the requested drawings on Mylar or Electronic Copy?

RESPONSE:

    The as-installed cable route drawing can be furnished on reproducible mylar quality or electronic copy, whichever you prefer.

F94346

OK00236


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 9 -

QUESTION 6:

Does The Okonite Company agree to the requirements of Sections 5.2 and 5.3 of Specification 2-0494?

RESPONSE:

Okonite agrees to the requirements of paragraphs 5.2 and 5.3. This mobilization plan will include an itemized listing and description of the marine contractors equipment, personnel staffing as well as the navigational and post survey procedures.

For your use, please see the documents enclosed in Section 2 which provides additional information on Caldwell's Diving "Surface Navigation Control" and "Remotely Operated Underwater Vehicle (ROV)".

F94346

OK00237

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 10 -

QUESTION 7:

Reason why The Okonite Company will not comply with the requirements of Section 6.3 of Specification 2-0494?

RESPONSE:

The dimensional restrictions of the manhole present some difficulties in racking the completed cable around the shore manhole. This problem can be resolved with further consultation between Okonite's and Commonwealth Electric's engineers.

A preliminary solution to this problem could consist of the following:

1. Pull the submarine cable through the manhole onto the surrounding land area.

2. Remove the armor coverings back to the sea wall duct opening and anchor the armor wires to the support rings.

3. Sufficient length will then be exposed to accomplish:

   a) Hi-Pot testing after installation.

   b) Splicing the submarine cable to the land cable.

   c) Routine racking and support of the splice assembly.

   c) Complete racking of the extra-length requested by Commonwealth Electric.

Prior to the installation of the submarine cable, we will schedule a site meeting between Commonwealth Electric, our land subcontractor, Caldwell Diving and Okonite at the shore manhole in Falmouth to determine the most practical technique for accomplishing these requirements.

F94346

OK00238

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 11 -

QUESTION 8:

In what factory(s) will the EPR Submarine, EPR Land Cables and Fiber Optic Cables be manufactured?

RESPONSE:

The power cable components of the submarine cable will be manufactured and tested in Okonite's Richmond, Kentucky and Paterson, New Jersey facilities.

The fiber optic component, fiber optic land cable, cable assembly and armoring will be accomplished at Simplex's Newington, New Hampshire facility.

The EPR land cable will be manufactured in Okonite's Richmond, Kentucky facility.

F94346

OK00239


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 12 -

QUESTION 9:

Length of each shore end section of 500 kcmil Submarine Cable. Will any Field Splices be required?

RESPONSE:

Our proposal offers a unique and effective project installation arrangement having the following benefits:

1 - The submarine cable will be furnished manhole to manhole without field splices.

2 - The first shore-end to be installed will be approximately 500 feet of the 3/C 500 MCM cable.

   The remaining shore-end will be approximately a 2500 foot section which includes: route laying variances over the 6½ mile crossing; provides that at least 500 feet of the 3/C 500 MCM will be installed into the landing area and shore manhole; and includes the spare length cable.

The benefit of this approach is that the cable remaining on the barge, after the installation is complete, will be the spare cable required by Commonwealth Electric and sized as the 3/C 500 MCM. In this case, the spare cable can be easily used in the future for emergency repairs for either the 3/C 350 MCM or 3/C 500 MCM cable. The spare splice kit will include connectors for both 500 MCM to 500 MCM or 350 MCM to 500 MCM cable sizes.

F94346

OK00240


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 13 -

QUESTION 10:

Provide revised data sheets and ampacity tables, per the specifications, for the above modified submarine cable design.

RESPONSE:

The data sheets and ampacity tables are included with the cross sectional drawings in Section 2.

F94346

OK00241

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 14 -

QUESTION 11:

After the route is surveyed and the actual cable length determined, how much additional cable is necessary to cover for installation contingencies? Give an answer either in additional feet or as a percentage of the actual cable route.

RESPONSE:

As soon as possible after the contract award, the Caldwell Diving Company will undertake a route survey.

This data will be reviewed by Okonite, Simplex and Caldwell personnel followed by a formal presentation to Commonwealth Electric. This presentation will include our recommendations for the length of cable to be delivered to the jobsite. This length recommendation report will itemize the following:

    a)    Route survey - shore manhole centerline to centerline
    b)    Laying contingency adder - 3%
    c)    Spare Cable - approximately 2000 feet available after installation.

F94346

OK00242

**⊚ THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 15 -

QUESTION 12:
With the Optical Fibers installed in the interstices of the Submarine Cable, what method is to be utilized to prevent sea water penetration into the fibers due to the contingency of cutting the power cable to make a repair? Will sea water penetration of the Fiber Optic Cable necessitate the cutting back of the Fiber Optic Cable until a dry section on both ends is found? Will sea water penetration affect the operation of the fiber optic cable? Experience with the cutting of Fiber Optic Cables under sea water? Will sea water react negatively with any of the components in the fiber optic cable's construction, which is planned for inclusion in the submarine cable?

RESPONSE:

The Fiber Optic Cables offered for use on this project are current submarine cable designs that are qualified by AT&T for high reliability transoceanic telecommunications service. Over 80,000 kilometers of these cables are in operation and give testimony to the reliability and performance characteristics of these designs.

Unlike an armored terrestrial telephone cable, the optical fibers are contained within a welded copper tube which forms a true hermetic barrier. This barrier protects the fibers from exposure to molecular hydrogen which can result in premature deterioration of optical performance.

All the interstices within the hermetic barrier are filled with a polyurethane waterblocking compound to retard water penetration in the event that the cable is cut. AT&T has qualified this waterblocking system to be effective in water depths down to 5,000 meters.

Sea water penetration would necessitate cutting back until dry cable is found. The presence of sea water inside of the hermetic barrier would not have any short-term impact on the cables performance.

F94346

OK00243


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 16 -

QUESTION 13:

If The Okonite Company is awarded the contract, will you supply the information requested in Sections #2, #3 & #4 of Commonwealth Specification #4-0494? How long after award of contract to receive the requested information?

RESPONSE:

Okonite will furnish a complete underground cable mobilization plan to include a description of all equipment, project and site personnel contacts, installation schedules, equipment delivery schedules, qualification training program and a recommendation of the cable length needed to complete this phase of the project applicable to both the Falmouth area and the Oak Bluffs site needs.

This information will be furnished within 30 days after receipt of order and design approvals.

F94346

OK00244


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 17 -

QUESTION 14:

The Okonite Company has provided for progress payments in their proposal. Please provide a matrix showing the effect of accelerated progress payments being made in December 1994 and/or January 1995, with 10% being left as a final payment upon completion of contract, on the fixed, lump sum price given above.

RESPONSE:

The effect of Okonite's proposed Progress Payment Schedule, as submitted with our original proposal, is included in our quoted prices. Should this schedule be accelerated to provide payments in December 1994 or January 1995 with 10% being left as a final payment, the revised "Total Turnkey Package" prices shown as our response to Question 1 may be reduced by an additional one percent (1%).

F94346

OK00245