EXHIBIT "C"     Page 46 of 140


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

# Engineering Notes

SUBJECT: **A SHORT HISTORY & SOME FACTS ABOUT THE OKOGUARD SYSTEM**

NOTE NO.: 90-7     SECTION: 12     DATE: 6/15/90

Thermoset electrical insulations have evolved over the years. From the beginning of the electrical industry up until the 1940's, natural rubber was the material of choice as the base elastomer for insulations. During World War II, SBR (GR-S) was developed and used, and in the 1950's and early 1960's butyl rubber was popular and gained acceptance due to its superior aging characteristics versus SBR and natural rubber.

In the early and mid-1950's, a new polymerization method was developed, which allows synthesis of many new polymers -- including high-density PE, polypropylene, synthetic natural rubber, synthetic balata, cis-polybutadiene and a whole family of ethylene/propylene rubbers.

With the availability of EPR/EPDM, Okonite began investigations on their use in wire and cable products in 1957.

Early in our work it became apparent that EP offered many positive advantages in terms of aging, dielectric strength, physical properties, long-term moisture stability and radiation resistance.

With the cooperation of polymer suppliers and other raw material suppliers, Okonite embarked on a multiyear program aimed at the development of an optimized EP insulation for medium-voltage applications.

This program involved the preparation of several hundred different formulations and their evaluation, both physically and electrically. Variables such as polymer type, ethylene/propylene ratio, crystallinity, molecular weight and molecular weight distribution were investigated. In addition, filler types and filler surface treatments, as well as levels and chemical composition of other compounding ingredients, were investigated. The work was performed using a series of statistically designed multi-variable factorial experiments. One of the variables studied, which turned out to be highly significant in terms of the performance of the cable, was the E/P ratio with an ethylene content of 68-72% leading to, in our view, the best balance of properties.

This work led to the introduction by Okonite of its Okoguard insulation in the 1960's.

From the beginning, it was obvious that semiconductive inner and outer screen compounds based on EP would be needed to insure compatibility with the insulation, i.e., lack of interactions.

NST000169

Engineering Note No. 90-7
Page 3

Why, then, has Okonite not gone to dual heads for EP? It is not because we don't have them since we use dual heads routinely when manufacturing XLPE cables. However, to state that cable quality and cable performance is improved when dual- or triple-head extrusion is used is not correct. We see no difference in the characteristics of XLPE cables made via dual head extrusion versus cable made with three extruders in-line.

The reasons for Okonite continuing to use and continuing to advocate an all-EP system are as follows:

1. It is obvious that concern over compatibility in terms of flexibility, thermal expansion, chemical compatibility and aging are minimized with an all-EP system.

2. In the case of Hypalon, there is no question that the thermal aging characteristics are very different than EP. Over the life of the cable (40 years) operating at elevated conductor temperatures, Hypalon will become brittle; whereas the insulation and an EP screen will stay flexible.

3. In the case of EVA-based screens, the aging compatibility is no concern, but there is a very serious concern as to their long-term chemical compatibility with silane- or siloxane-treated clay-filled EP compounds. EP's are formulated with these treated clays.

   If EP is formulated with an untreated clay, its electrical characteristics in water are catastrophically poor. EVA, by its chemical nature, can undergo hydrolysis very easily, i.e. the vinyl acetate segments of the polymer react with water to yield acetic acid as one product.

   The hydrolysis of the acetate segment of EVA is accelerated by either mild acid or alkali, such as occurs in ground waters. One only needs to open a container of EVA-based semicon and smell the acetic acid to convince oneself that hydrolysis occurs merely with moisture absorbed from the air.

   The question now is whether the acetic acid has any effect on the treated clay-filled EP insulation. We at Okonite have done work on this question. We find that EP/EP systems maintain their dielectric strength far better in water; whereas EP/EVA systems tested side by side lose significant dielectric strength in water.

NST000170

EXHIBIT "C"     Page 48 of 140

Engineering Note No. 90-7
Page 5

Since the introduction of the Okoguard system, many improvements have been made in the manufacturing process of the compounds and the cable. These include the development of the pelletizing process for Okoguard, the use of peroxide absorption and the integration of laser micrometer measuring and control systems.

Additionally, the use of statistical process control and inspection procedures have been put in place so that today the Okoguard cables produced by Okonite are of the highest quality and uniformity in the industry. This is borne out by the outstanding track record of the Okoguard system in various applications, such as nuclear and fossil plants, submarine cable, and all types of industrial applications.

In the recent past, filled strand constructions have become increasingly popular in UR-D cables. When Okonite developed a filled-strand Okoguard-insulated cable, we were not only concerned with various process problems, such as degree of filling, conductor diameters, protrusions, and water leakage behavior, but also with the interactions of filling compounds with our EP inner screen. Strand filling compounds as used by others are very soft, contain high levels of plasticizer and are not EP-based. In 7- and 19-wire strands, we at Okonite use EP semicon material to fill the strand, assuring compatibility. In 37-wire and larger strand, the filling material under the outer layer of wires is an EP semicon material, again assuring compatibility. Thus, in Okonite's filled strand the EP conductor screen can only contact an EP semicon in the filled strand. We use the above EP strand fill system despite the increased material and processing costs, as compared to alternate materials and manufacturing techniques.

Over the years we have continued testing and evaluation of our Okoguard Cable System utilizing both normally accepted industry test procedures and also internal test procedures developed by Okonite. The Okoguard Cable System has out-performed all other competitive materials and cables whether they be EP or crosslinked polyethylene based. More importantly, the field performance of the red Okoguard insulated cables has been outstanding at system voltages from 5 kV through 69 kV for well over 20 years.

This long, trouble-free in-service record is unmatched by any other medium-voltage cable system whether it utilizes EP or XLPE as its insulation.

NST000171