EXHIBIT "C"

Page 49 of 140


**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

# Engineering Notes

---

SUBJECT: SEMICONDUCTING EPR SCREENS -- SMOOTHNESS IN PERSPECTIVE

NOTE NO.: 92-7    SECTION: 7    DATE: 5/13/92

---

The choice of the right formulation for our semiconducting EPR compounds for the Okoguard insulation system was an involved, complex development and evaluation process.

Performance criteria were established, raw materials evaluated, factory prototypes run, all followed by extensive laboratory compatibility and electrical testing. The specific semiconducting EPR compound formulation involved the choice of the best carbon black consistent with the expected physical and electrical stability goals set by our Research Division.

As part of the Okoguard insulation system, the semiconducting EPR screens were given the same level of engineering scrutiny as the Okoguard insulation itself. **The three extruded components are the insulation system.** Focusing on one layer individually does not tell the complete success story.

This development work started over twenty-five years ago supported since that time with continuous quality improvements.

Recently the crosslinked polyethylene suppliers have been touting the benefits of a "super smooth" semiconducting strand screen. These screens are identified as Union Carbide 0800 and 0802. Smoothness is being identified as the most definitive characteristic for the semicon compounds. We agree that it is desirable to maintain a smooth interface between the strand screen and insulation. However, the subject of smoothness is being overemphasized. Attributing in-service cable performance to this one layer, the semiconducting strand screen, is not the whole story.

At the Spring 1992 ICC meeting in Victoria, British Columbia, Okonite presented test data which compared the smoothness characteristics of our proprietary EPR semiconducting strand screen against the super smooth Union Carbide compound 0800, and the traditional Union Carbide material 0581. Our Okonite compound tested smoother than either of these Union Carbide compounds.

Let's look at this test in more detail.

The purpose of our presentation was to compare the surface texture and carbon black dispersion of semiconducting strand shield compounds using a measuring technique defined in ASTM D2663 (Method C).

NST000172

EXHIBIT "C"                Page 50 of 140

-2-

The surfanalyzer equipment is shown in Attachment No. 1. The mechanical profilometer tracks a fine stylus over the surface of the specimen and records the vertical displacement of the stylus by measuring the frequency (F) of the encountered peaks per cm and the average peak height (H) in micrometers.

The surfanalyzer has the following measurement characteristics:

- High accuracy and precision
- Applicable to all types of elastomer formulations
- Applicable to all pigments at any loading
- Quantifies dispersion from low to high levels
- Test is simple

The specimen examined is an extruded tape approximately 1 inch in width and .010 inches thick. Tracking speed was 0.25 mm/sec., stylus pressure was 50 mg and travel length was 7.7 mm.

Surface dispersions are judged by establishing a "roughness index", defined as $F^2 \times H$. This is the sensitive variable in the statistical analysis performed by the chemist when studying carbon black dispersion. Hence, their definition of "roughness index".

In the first test a comparison was made between three compounds identified as follows:

Sample Identification

A - Okonite's Semiconducting EPR Strand Screen

B - Commercially available semiconducting (Super Smooth UC 0800) EVA Strand Screen

C - Commercially available semiconducting (historical UC 0581) EVA Strand Screen

**The results are:**

|  | Sample | | |
|---|---|---|---|
|  | A<br>Okonite | B<br>UC 0800 | C<br>UC 0581 |
| Frequency (F), peaks/cm | 116 | 151 | 208 |
| Height (H), micrometers | 0.29 | 0.59 | 0.37 |
| **Roughness Index**<br>$F^2 \times H$ | **3943** | **12601** | **15996** |

The lower the roughness index the smoother the material. Sample A, Okonite's semiconducting EPR strand screen is smoother than the other two samples tested. It is interesting to note that the two Union Carbide materials are not that much different one from the other.

The Okonite semiconducting EPR strand screen has been an internal part of the Okoguard insulating system since its inception over 25 years ago.

To establish a more practical comparison, a laboratory glass slide, Sample D, was tested to establish a low end on the roughness index scale. A high end number was also determined by manually grinding a different glass slide with FFF pumice, Sample E. In addition, an aluminum disc which had been sand blasted was also tested (Sample F).

**The results are:**

|  | Sample |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | D | A | B | C | E | F |
| Frequency (F) | 61 | 116 | 151 | 208 | 409 | 276 |
| Height (H) | .17 | .29 | .59 | .37 | 1.44 | 6.84 |
| **Roughness Index** $F^2 \times H$ | **662** | **3943** | **12601** | **15996** | **242124** | **520971** |

The untreated glass slide (D) produced a "roughness index" of 662 and the sand blasted aluminum disc (F) a value of 520,971.

The glass slide and aluminum disc specimens are shown in Attachment #2. The actual surfanalyzer traces are shown in Attachment #3.

The philosophy behind the development of a semiconducting compound is not simply the subject of surface smoothness, but more importantly controlled by -
      Compounding Philosophy
      Selection of Optimum Carbon Black
      Chemical Compatibility
      Mixing Quality
      Compound Stability
      Tooling Program

The maintenance and selection of the extrusion tooling is the most sensitive variable affecting compound smoothness or more correctly, the interface between the strand screen and overlying insulation.

-4-

The subject of smoothness is an inherent physical characteristic of the compound directly related to the choice of the proper carbon black, the viscosity characteristics of the base compound and the compound mixing process - the overall compound philosophy.

The primary goal in this compound formulation is to produce a semiconducting material having stable electrical resistivity characteristics where the choice of carbon black mixing techniques and carbon black dispersion play a major role. Smoothness is but one of the primary objectives in the development process. As mentioned in our discussion, the tooling selected for each and every extrusion run is the variable that strongly affects smoothness. Manufacturers with a well thought-out maintenance program can control smoothness levels given properly formulated and mixed materials.

One way to measure the electrical stability of the semiconducting EPR screen compound is to monitor the electrical resistivity. A Resistance Stability Test is defined in AEIC CS6 Specification, Section L.1.5. Typical rsults for our semicon compound follow.

<u>Volume Resistivity, meter-ohms</u>

| Aging Time | Semiconducting EPR | |
|---|---|---|
| | Conductor Screen at 130°C | Insulation Screen at 120°C |
| 1 Day | 0.21 | 0.30 |
| 14 Days | 0.14 | 0.25 |
| 28 Days | 0.12 | 0.23 |
| 42 Days | 0.12 | 0.22 |
| AEIC, maximum | 1000.00 | 500.00 |

After the above 42 day aging, the resistivity was measured at various temperatures.

| Conductor Screen | | Insulation Screen | |
|---|---|---|---|
| Temperature (°C) | Resistivity (meter-ohms) | Temperature (°C) | Resistivity (meter-ohms) |
| 130 | 0.12 | 120 | 0.22 |
| 110 | 0.11 | 110 | 0.21 |
| 90 | 0.11 | 90 | 0.21 |
| 70 | 0.11 | 70 | 0.20 |
| 50 | 0.11 | 50 | 0.19 |
| 22 | 0.10 | 22 | 0.17 |

NST000175

These low readings indicate superior resistivity (low) or excellent conductivity which is stable over the cable's operating temperature range.

The true test of just how successful the complete insulation system performs on cables are comparison tests conducted by commercial laboratories.

At the Conductor Products labortory (CPI) in Marshall, Texas, samples of 1/0 15kV Okoguard cables have been subjected to continuous testing at four (4) times rated voltage to ground (35kV), and load cycled to 90°C each and every day. To date these samples have withstood this severe testing protocol for well over 1100 days without any failure.

The maximum electrical stress occurs at the interface of the extruded strand screen and insulation. In this test the maximum stress at this interface is 280 volts/mil. This stress is four (4) times the maximum stress during normal operation (70 v/mil). The continuing ability of the Okoguard cable to perform in this test is a compliment to the thorough development work involving the design of the total Okoguard insulation system - material development as well as manufacturing process.

Impulse or Switching Surge tests are very discriminting tests for the presence of protrusions or voids at the strand screen/insulation interface. An industry sponsored test at the Georgia Power Labs subjected a 15kV EPR cable known to be, but unconfirmed, an Okoguard cable to a combination of load cycling followed by a series of switching surges. The test cycle involved a week of thermal aging and simultaneous voltage aging (90°C and three times rated voltage to ground) followed by periodic thumping or impulse testing. After 640 days of testing, the Okoguard cable samples had not experienced a single failure. The results of this test program are reported in an IEEE technical paper, 88 SM 516-7, titled "Effects of Votlage Impulses on Extruded Dielectric Cable Life." The program included XLPE insulated cables which failed periodically during the 640 days.

Both of the above independent test programs severely stressed the Okoguard insulation system and did not record any failures after over **4-1/2 years of accumulated testing time**. Without hesitation, we can say that the manufacturing processes and tool selection, played a key role in the Okoguard's cable performance during these tests.

-6-

The Okoguard insulation system has proven itself in independent accelerated testing, but equally important is the on-going service record in all environments and in all applications from 5 thru 69kV for over twenty-five (25) years.

The inherent smoothness, or more correctly the complete and uniform dispersion of the carbon black particles in the base compound, is only one of the key attributes for a successful insulation system.

The Okoguard all EPR insulation system continues to outperform any and all competitor systems. One of the reasons is the dedicated selection process and compound characteristics chosen for our in-house semiconducting EPR strand screen, Okoguard insulation and semiconducting EPR insulation screen.

JVF/row                                  *J V Fitzgerald*
                                         J. V. Fitzgerald

NST000177