Case 1:04-cv-11681-RCL    Document 21-5    Filed 04/04/2005    Page 1 of 8

# OKONITE/SIMPLEX CALDWELL



**Combined Technologies for Underwater Power Cable Systems**

NST000185

**Combined Technologies for Underwater Power Cable Systems**

## THE OKONITE COMPANY
### History and Experience



The Okonite Company was founded in 1878 making it one of the original insulators of electrical wire and cable in this country. Earliest customers included Samuel F.B. Morse for his telegraph network and Thomas A. Edison for the Pearl Street Generating Station, the nation's first, built in New York City in 1882.

Since its founding, Okonite has emphasized research and development in the compounding and fabrication of insulating and jacketing materials, providing a list of industry "firsts" in these technologies.

In the mid 1970's, Okonite entered into a joint venture with Simplex Wire and Cable Company, another pioneer manufacturer, in a program of combined technologies to produce underwater power and communication systems and cables.

For its first eighty years, Okonite was a privately held, limited investor-owned company.

In June 1976, Okonite became the largest company in the United States owned by its employees through an Employee's Stock Ownership Trust. In this unique ownership structure, Okonite's employees, whose seniority averages over twenty years, have become intimate participants in the prosperity and future of the Company.



Over its history, Okonite has maintained the image of the premier manufacturing company of quality electrical cable. One hundred percent reliability, is not a goal but a reality. Each employee has a responsibility for quality control assurance and improvement.

## Combined Technologies for Underwater Power Cable Systems

### CALDWELL DIVING COMPANY
### History and Experience

Jim Caldwell, founder of the company, gained his experience serving the U.S. Navy in the Pacific Theater during World War II. His experience with underwater construction, demolition, and salvage provided a base for his entry into private sector marine contracting. This private firm, originally called Ocean County Diving, Ltd., provided marine service to utilities and pipeline contractors. During the 1970's, Ocean County Diving, Ltd. was certified for work on nuclear power plants in the United States, Kuwait, and Saudi Arabia.

In 1977, Caldwell's Diving Company, Inc. of Toms River, New Jersey was formed as a successor corporation to Ocean County Diving Ltd. to provide for continued service to contractors, engineers, public agencies and private industry in the field of marine and sub-aqueous projects.

A large scope of Caldwell's services in recent years has been in the area of submarine cable installation. Over fifty cable installations, some in excess of twenty miles in length and buried to depths ranging from four to forty feet below the seabed, have been completed in water depths up to one hundred fifty feet.

One of the first major cable projects for Caldwell's Diving Company was the installation of two 8,000 foot power cables, manufactured by Okonite, and placed six feet below the bottom of Barnegat Bay, Ocean County, New Jersey in 1970. This cable is still in operation.

This project was followed by several major projects for AT&T Communications, including plowing for Transatlantic Cable #7 (TAT-7), the FIRST Transatlantic Fiber Optic Cable (TAT-8) and the SECOND Transatlantic Fiber Optic Cable (TAT-9). The TAT-9 project also included a twenty mile section of cable from the shoreline of Nova Scotia out into the Atlantic Ocean. All three of these transatlantic projects included cable installations across wetlands and bay waters, and offshore out into the Atlantic Ocean.

Additional systems that were installed in conjunction with Okonite and Simplex include: mainland-to-island power supply for Martha's Vineyard; composite submarine power and fiber optic communication cable used in the renovation of the Statue of Liberty; new power supply to offshore islands with South Carolina Electric and Gas.

Other noteworthy projects include the plowing of fiber optic cables across San Francisco Bay in severe currents, as well as burial of four power cables and two fiber optic cables to forty feet below the bottom of Choctawhatchee Bay in the Pensacola, Florida area.

Caldwell's Diving Construction Manager and Dive Operation Managers have over twenty years experience with the firm. The combined marine and cable plowing experiences of Caldwell's Diving provides a versatile, quality approach to cable installation problems including land work, cable placement and embedment, and navigational control and surveying.



## Combined Technologies for Underwater Power Cable Systems

### OKONITE MANUFACTURING

Once all drawings have been approved, detailed manufacturing instructions are given to the production personnel at Okonite and Simplex. The manufacturing cycle would normally include the following at Okonite.

### Preparation of Conductors

All Okonite manufacturing plants have the ability to draw and strand copper or aluminum conductors into the shape most desirable for the finished cable.

Requirements can vary from a normal concentric round conductor to a sophisticated compact segmental conductor used in high capacity cables. Filled strand conductors are also available.

### Conductor Insulation

Okonite has the ability to provide a number of dielectrics as the insulation for the cable. These include various extruded EPR materials, as well as oil impregnated paper or laminated paper (LPP). The most frequently used extruded material today is the Okoguard all EPR system for voltages from 5 to 69kV. With over 25 years of service life experience in submarine applications Okoguard provides a balance of properties that include reliability, flexibility, high ampacity rating and retained dielectric strength.

Laminated oil impregnated paper insulation provides another dielectric of proven performance.

### TESTING

All insulated conductors are tested to the latest ICEA and applicable AEIC Standards.

• Long lengths of individually insulated and shielded conductor are then shipped to Simplex for final assembly and armoring.

• **Core Assembly**

When a multi conductor cable is required, the individual conductors are assembled into a cabled core. Fiber optic and/or copper communication signal cable can be included to provide a customized composite construction. The cable core is tested once again and transported to Simplex for final assembly.





NST000188

## Combined Technologies for Underwater Power Cable Systems

### Quality and Performance — Okonite's Total Commitment to Research and Evaluation





NST000189

# Combined Technologies for Underwater Power Cable Systems

## The Simplex Manufacturing Process:
## Custom designed to meet exacting industry specifications



Simplex maintains a clean environment and the precise manufacturing conditions necessary to ensure the quality of products designed to operate, on the ocean floor for many years. In addition to its expertise in the production of submarine power cable Simplex has been the leader in the production of submarine fiber optic cable made to the most exacting specifications in the industry.

Virtually all of Simplex's equipment and manufacturing processes are custom designed to Simplex specifications. These include:

- Extruders that apply thermoplastic layers to precise physical measurements and electrical specifications.
- Cabling and twisting machines that combine multiple cable elements into assemblies up to eight inches in diameter.
- Cable armoring lines that apply steel wires and other coverings to cable exteriors for protection and longitudinal strength. This may include "caged" armoring in which steel armor wires are embedded in an extruded thermo plastic jacket.
- A complete manufacturing capability for fiber optic cables with specialized outer finishes.

The support facilities at Simplex provide the Team with advantages not available to others that include the following:

- Unique capabilities for extra long lengths of submarine power and communication cables.
- Highly specialized termination processes for optical and electrical cable.
- In-house mechanical, electrical, and optical testing facilities for rigid quality assurance of all products prior to shipping.
- Massive storage facilities for cable systems.
- Deepwater pier facilities with an enclosed conveying system for simultaneous round-the-clock loading and off-loading of two ocean-going vessels. Reel storage is also available for shipment of cables via flatbed trucks and by railway cars from Simplex's own rail sidings.





NST000190

# Combined Technologies for Underwater Power Cable Systems

Information obtained during the site survey, combined with cable design and customer specifications, will be used by Caldwell Diving engineers and staff supervision to assemble the proper floating plants and cable handling equipment to ensure a successful installation.

Caldwell's diving teams use surface supplied, self-contained, mixed-gas and Remote Operated Vehicle systems, with use of accessory equipment such as closed circuit television systems and still photography to provide clients with accurate recordings of inspection findings or underwater construction conditions.

Underwater services provided by the company include marine foundation construction and repairs, cutting and burning, epoxy coatings and painting, drilling and blasting, demolition, wreck removal and salvage, inspections and surveys, pipeline installation and repairs, and the installation of submarine cables, both power and communications.





The installation method or methods employed are also dictated by the specific demands of the project. Cables can be laid on the bottom, buried up to (40) feet below the bottom, pulled into conduits or ducts, or any combination of these or other methods. Highly qualified divers may assist in the installation as well as provide post installation visual inspection of the system. A video record of the installed system can also be provided. Finally, any required on shore installation and terminations, and site restoration are done with the same care and attention to detail as typified throughout the project.

With a wealth of design, engineering and management talent; an unparalleled range of cable manufacturing experience, expertise and facilities; and an extensive complement of installation equipment, the Okonite/Simplex/Caldwell's Team can provide installed submarine power cable systems to meet any need.

### Testing

Upon completion of the installation, the ends of the cable are prepared for a D.C. hi-pot test to verify the integrity of the cable. The cable receives the high voltage D.C. dielectric withstand test for fifteen minutes at a stress level determined by the voltage rating of the specific cable. (Additional acceptance tests as dictated by the specific installation or by specific customer requirements are also performed at this time)

Once the final acceptance tests are completed, the cable is terminated as required, and the completely installed, terminated and tested system is turned over to the end user.

### Follow-up Services

Under certain operating conditions and for certain applications, a customer may require periodic follow-up testing or monitoring of an installed system. The Team is available for a full range of testing, monitoring, visual inspection, repair and maintenance. Special or periodic maintenance agreements can be tailored to the customers need.

**Combined Technologies for Underwater Power Cable Systems**

## For more information please contact your nearest Okonite Sales Office.

**OKONITE SERVICE CENTERS**
Birmingham, Alabama
Chicago, Illinois
Houston, Texas
Los Angeles, California
Pittsburgh, Pennsylvania
Portland, Oregon

**OKONITE MANUFACTURING PLANTS**
Ashton, Rhode Island
North Brunswick, New Jersey
Paterson, New Jersey
Richmond, Kentucky
Santa Maria, California

**OKONITE DISTRICT SALES OFFICES**

**Atlanta District Office**
2675 Cumberland Parkway
Suite 230
Atlanta, GA 30339
(404) 432-0277
FAX: (404) 438-0653

**Birmingham District Office and Service Center**
608 North 37th Street
Birmingham, AL 35222
(205) 592-8968
FAX: (205) 592 2268

**Boston District Office**
Five Commerce Park North
Bedford, NH 03110
(617) 749-3374
(603) 625-1900
FAX: (603) 624-2152

**Charlotte District Office**
5500 Executive Center Drive
Suite 203
Charlotte, NC 28212
(704) 535-6535
FAX: (704) 535-6183

**Chicago District Office and Service Center**
1350 Shore Road
Naperville, IL 60563
(708) 961-3100
FAX: (708) 961-3273

**Cincinnati District Office**
1350 Shore Road
Naperville, IL 06563
(513) 771-2122
FAX: (708) 961-3273

**Dallas District Office**
11500 Stemmons Freeway
Suite 145
Dallas, TX 75229
(214) 243-3318
FAX: (214) 243-3314

**Denver District Office**
6535 S. Dayton Street
Suite 1500
Englewood, CO 80111
(303) 792-3637/8
FAX: (303) 792-9492

**Detroit District Office**
21800 Haggerty Road
Suite No. 105
Northville, MI 48167-9051
(313) 349-0914
FAX: (313) 349-3710

**Hartford District Office**
41-B New London Turnpike
Suite 7A
Glastonbury, CT 06033
(203) 657-8301
FAX: (203) 657-8302

**Houston District Office and Service Center**
283 Lockhaven Drive
Suite 122
Houston, TX 77073
(713) 821-5500
FAX: (713) 821-7855

**Kansas City District Office**
Blue Ridge Tower
4240 Blue Ridge Boulevard
Suite 701
Kansas City, MO 64133
(816) 358-5600
FAX: (816) 353-2991

**Los Angeles District Office and Service Center**
14730 Northam Street
LaMirada, CA 90638
(310) 802-1759
(714) 523-9390
FAX: (714) 523-1783

**Milwaukee District Office**
2421 North Mayfair Road
Suite 306
Milwaukee, WI 53226
(414) 476-4550
FAX: (414) 476-0768

**Minneapolis District Office**
Suite 285D
80 West 78th Street
Chanhassen, MN 55317
(612) 934-2385
FAX: (612) 934-3561

**New Orleans District Office**
1 Galleria Boulevard
Suite 1116
Metairie, LA 70001
(504) 836-5955
FAX: (504) 836-5957

**New York District Office**
Three Garret Mountain Plaza
West Paterson, NJ 07424
NJ (201) 742-8040
NY (212) 239-0660
FAX: (201) 742-2156

**Philadelphia District Office**
Interstate Industrial Park
KOR Center West Suite 205
Benigno Boulevard
P.O. Box 335
Bellmawr, NJ 08099
(609) 931-0595
(215) 567-5739
FAX: (609) 931-1193

**Phoenix District Office**
Alma School Corporate Center
1811 So. Alma School Road #265
Mesa, AZ 85210
(602) 838-8596
FAX: (602) 897-8924

**Pittsburgh District Office and Service Center**
Avenue "B"
Buncher Industrial Park
Leetsdale, PA 15056
(412) 734-2503
FAX: (412) 741-4620

**Portland District Office and Service Center**
6777 S.W. Bonita Road
Suite 150
Portland, OR 97224
(503) 598-0598
FAX: (503) 620-7447

**St. Louis District Office**
K-L Building, Suite L-100
10805 Sunset Office Drive
Sunset Hills, MO 63127
(314) 965-8135
FAX: (314) 965-6625

**San Francisco District Office**
Two Annabel Lane
Suite 103
San Ramon, CA 94583
(510) 830-0801
FAX: (510) 830-0954

**Syracuse District Office**
41-B New London Turnpike
Suite 7A
Glastonbury, CT 06033
(315) 463-7328
FAX: (203) 657-8302

**Tampa District Office**
5415 Mariner Street
Suite 107
Tampa, FL 33609
(813) 286-0581
FAX: (813) 287-1546

**Washington District Office**
145 Church Street, N.W.
Suite 300
Vienna, VA 22180
(703) 938-4770
FAX: (703) 938-5726

NST000192