Bid Evaluation - Martha's Vineyard Cable #6 - COMMENTS ON PROPOSALS

OKONITE
- The Okonite Company was the ONLY VENDOR to quote, exactly to Commonwealth Electric Company Specifications, without taking an exception to the specifications. The Okonite Company also accepted Commonwealth Electric's commercial Terms & Conditions along with a ten (10) year warranty on the cable, per specifications.

  The Okonite Company bid a "Total Turnkey Project" only and did not submit bids for the individual pieces of the work effort. The Okonite Company also offered some attractive alternatives, for our consideration, one of which was a composite submarine cable with the two ends being a larger size to utilize the higher current rating of the main 350 kcmil submarine cable. Since The Okonite Company will assume total responsibility for the project, the need for Commonwealth Electric labor will be minimized. Commonwealth Electric will need to witness factory and acceptance tests and a general overview to see that project specifications are being adhered to. The Okonite Company's bid is based on using Falmouth Substation for storage of cable reels, splicing materials and trucks. On the down side, the Okonite Company could not extend the ten (10) year warranty to the fiber optic cable unless it is part of one, combined, composite construction with the submarine cable. If a decision is made to install the Fiber Optic Cable then options available to Commonwealth Electric, such as the trenching in of the cable, will have to be considered. Lastly, The Okonite Company does not plan to train the submarine cable completely around the inside of the shore manholes, before splicing.

KERITE
- The Kerite Company, due to limitations in their armoring machines, was not able to bid to the specification. Instead The Kerite Company bid alternatives to Commonwealth Electric's specifications. The main difference, in Kerite's bid, was a reduction in the thickness of the single conductor cable jacket, the complete elimination of the three conductor cable jacket and a reduction in the cable's armor jackets. The Kerite Company offered a 10 year warranty, per the specification, but did take exception to some of the wording in the General Terms and Conditions Specification.

  The Kerite Company chose not to bid a "Total Turnkey Project" and did not offer a bid for the installation of the land underground cable. The Fiber Optic Cable, both submarine and land cable, and the installation of the land Fiber Optic Cable was also not bid. The Fiber Optic cables and land installations would have to be purchased from another vendor. In all of Kerite's alternatives, two to three field splices are necessary either at dockside or in the waters of Vineyard Sound. Due to equipment limitations, The Kerite Company was not able to deliver the required submarine cable without field splices. Two to three Splice Boxes, to terminate the armor and transfer stresses, will be required if The Kerite Company is awarded the project contract. On the positive side The Kerite Company, with the exceptions noted, will be able to manufacture and armor the submarine cable all at a single manufacturing facility with a resultant increase in quality control. This can be accomplished by avoiding the multiple shipping and handling of the submarine cable core, if shipped to another facility to armor the submarine cable.

NST005084

Bid Evaluation - Martha's Vineyard Cable #6 - COMMENTS ON PROPOSALS

Pirelli
- Pirelli Jacobson, Inc. bid to Commonwealth Electric Company Specifications with exceptions taken to the Binder Tape Type and Thickness, the Bedding Thickness, the Cable Serving Type and Thickness and will not provide a Cable Serving Coating or Whiting. A MAJOR EXCEPTION to Commonwealth Electric Company's Specification is that Pirelli Jacobson, Inc. is offering only a three (3) year warranty.

Pirelli Jacobson Inc. has bid a "Total Turnkey Project", with the exceptions noted, to the MV cable project. Pirelli Jacobson Inc. chose not to offer the requested ten (10) year warranty but instead suggested that we provide the insurance for any failure beyond three (3) years. Experience has shown that this type of insurance is both costly and very difficult to obtain. Experience has also shown that the cost to repair a cable failure, in the Vineyard Sound, can range between $300 - $500,000. It is for this reason, that most cable manufacturers, as noted by Pirelli Jacobson, Inc., will refuse to warranty their cable beyond a three (3) year period after cable installation due to the high liability. A submarine cable system must experience many load cycles to properly stress the cable insulation system and ferret out and inherent design, manufacture or installation problems. With a ten (10) year warranty Commonwealth Electric Company will not bear the burden of repairing a cable with incipient or latent defects. A ten year period will provide ample time for any problems to surface. For the above reasons a three (3) year warranty overrides all other exceptions, by Pirelli Jacobson, Inc., to the specifications.

CABLEC
- Cablec Company chose to bid ONLY TO SUPPLY THE UNDERGROUND CABLE. They did not bid installation for any of the cables nor did they bid the submarine power cable or fiber optic cables.

Cablec Company, in general, met the specification for the underground cable however, since their bid was limited in scope and they were highest bidder to supply the underground cable, no further consideration or evaluation was performed.

NST005085

Bid Evaluation - Martha's Vineyard Cable #6 - TECHNICAL

| Specification # 1-0494<br>8.1 Submarine Cable | COM/Electric<br>Base | Okonite<br>Turnkey | Okonite<br>Alt 1 | Okonite<br>Alt 2 | Kerite<br>Alt 1 | Kerite<br>Alt 2 | Kerite<br>Alt 3 | Pirelli<br>Turnkey |
|---|---|---|---|---|---|---|---|---|
| Conductor - Type | Copper | Copper | Copper | Copper | Copper | Copper | Copper | Copper |
| Conductor - Size - kcmils | 350 Compact | 350 Compact | 350 Compact | 350 Compact | 350 Compact | 350 Compact | 350 Compact | 350 Compact |
| Conductor - Shield - Type | EPR - sc | EPR-sc | EPR-sc | EPR-sc | EPR-nc | EPR-nc | EPR-nc | EPR-sc |
| Conductor - Shield - Thickness - mils | 25 min avg | 25 min avg | 25 min avg | 25 min avg | 25 min avg | 25 min avg | 25 min avg | 25 min avg |
| Insulation - Type | EPR | EPR | EPR | EPR | EPR | EPR | EPR | EPR |
| Insulation - Thickness - mils | 420 min avg | 420 min Avg | 420 min Avg | 420 min Avg | 420 min Avg | 420 min Avg | 420 min Avg | 420 min Avg |
| Insulation - Shield | EPR - sc | EPR - sc | EPR - sc | EPR - sc | Thermoplastic | Thermoplastic | Thermoplastic | EPR-sc |
| Insulation - Shield - Thickness - mils | 45 min avg | 45 min avg | 45 min avg | 45 min avg | 45 min avg | 45 min avg | 45 min avg | 45 min avg |
| Metallic Binder - Type | Copper | Copper | Copper | Copper | Copper | Copper | Copper | Copper |
| Metallic Binder - Thickness - mils | 5 min | 5 min | 5 min | 5 min | 5 min | 5 min | 5 min | 5 min |
| Single Conductor - Jacket - Type | LD Polyethyl. | Polyethylene | Polyethylene | Polyethylene | Polyethylene | Polyethylene | Polyethylene | Polyethylene |
| Single Conductor - Jacket - Thickness - mils | 110 min avg | 110 min avg | 110 min avg | 110 min avg | 80 min avg | 80 min avg | 80 min avg | 110 min avg |
| Neutral - Type | Copper | Copper | Copper | Copper | Copper | Copper | Copper | Copper |
| Neutral - Number | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Neutral - Size | #1 AWG | #1 AWG | #1 AWG | #1 AWG | #1 AWG | #1 AWG | #1 AWG | #1 AWG |
| Neutral - Jacket - Type | Lead | Lead | Lead | NONE | Lead | Lead | NONE | Lead |
| Neutral - Jacket - Thickness - mils | 100 min avg | 100 min avg | 100 min avg | NONE | 100 min avg | 100 min avg | NONE | 100 min avg |
| Fillers - Type | Polypropyl. | Polypropylene | Polypropylene | Polypropylene | Polypropylene | Polypropylene | Polypropylene | Polypropylene |
| Binder Tape - Type | Neo ImpgCot | Neo Impg Cot | Neo Impg Cot | Neo Impg Cot | Neo Impg Cot | Neo Impg Cot | Neo Impg Cot | RubberizedCot |
| Binder Tape - Thickness - mils | 15 min avg | 15 min avg | 15 min avg | 15 min avg | 15 min avg | 15 min avg | 15 min avg | 10 Indicative |
| Three Conductor - Jacket - Type | LD Polyethyl. | Polyethylene | NONE | NONE | NONE | NONE | NONE | Polyethylene |
| Three Conductor - Jacket - Thickness - mils | 110 min avg | 110 min avg | NONE | NONE | NONE | NONE | NONE | 140 min avg |
| Bedding - Type | Polypropyl. | Polypropylene | Polypropylene | Polypropylene | Polypropylene | Polypropylene | Polypropylene | Polypropylene |
| Bedding - Thickness - mils | 95 min avg | 95 min avg | 95 min avg | 95 min avg | 95 min avg | 95 min avg | 95 min avg | 95 Indicative |
| Armor Wire - Type | Hot Dip Galv | Hot Dip Galv | Hot Dip Galv | Hot Dip Galv | Hot Dip Galv | Hot Dip Galv | Hot Dip Galv | Hot Dip Galv |
| Armor Wire - Size | #4 BWG | 34 - #4 BWG | 32 - #4 BWG | 44 - #4 BWG | 38 - #4 BWG | 38 - #4 BWG | 38 - #4 BWG | 38 - #4 BWG |
| Armor Wire - Jacket - Type | HD Polyethyl. | Polyethylene | Polyethylene | Polyethylene | Polyethylene | Polyethylene | Polyethylene | Polyethylene |
| Armor Wire - Jacket - Thickness - mils | 100 min avg | 100 min avg | 100 min avg | 40 min avg | 45 min avg | 45 min avg | 45 min avg | 100 min avg |
| Cable Serving - Type | Nylon | Nylon | Nylon | Nylon | Nylon | NONE | NONE | Polypropylene |
| Cable Serving - Thickness - mils | 140 min avg | 140 min avg | 140 min avg | 140 min avg | 140 min avg | NONE | NONE | 140 Indicative |
| Cable Serving - Coating | Cold Asphalt. | Cold Asphaltic | Cold Asphaltic | Cold Asphaltic | Cold Asphaltic | NONE | NONE | NONE |
| Whiting - Type | Calcium Carb | Calcium Carb | Calcium Carb | Calcium Carb | Calcium Carb | NONE | NONE | NONE |
| Weight - Air - lbs/foot | | 20.5 | 19.4 | 18.5 | 19.4 | 18.8 | 16.6 | 19.23 |
| Weight - Salt Water - lbs/foot | | 10.3 | 9.7 | 9.25 | 10.3 | 10.5 | 8.3 | 9.615 |

NST005086

Bid Evaluation - Martha's Vineyard Cable #6 - TECHNICAL

| Specification # 3-0494<br>8.1 Underground Cable | COM/Electric Base | Okonite | Kerite | Pirelli | Cablec |
|---|---|---|---|---|---|
| Conductor - Type<br>Conductor - Size - kcmils<br>Conductor - Shield - Type<br>Conductor - Shield - Thickness - mils | **Copper**<br>**750 Compact**<br>**EPR - sc**<br>**25 min avg** | Copper<br>750 Compact<br>EPR - sc<br>25 min avg | Copper<br>750 Compact<br>**Permashield-nc**<br>25 min avg | Copper<br>750 Compact<br>EPR - sc<br>25 min avg | Copper<br>750 Compact<br>**Polymer-sc**<br>? |
| Insulation - Type<br>Insulation - Thickness - mils<br>Insulation - Shield<br>Insulation - Shield - Thickness - mils | **EPR**<br>**420 min avg**<br>**EPR - sc**<br>**45 min avg** | EPR<br>420 min avg<br>EPR - sc<br>40 min avg | EPR<br>420 min avg<br>**Thermoplastic-sc**<br>45 min avg | EPR<br>420 min avg<br>EPR - sc<br>45 min avg | EPR<br>420 min avg<br>**Polymer-sc**<br>? |
| Metallic Binder - Type<br>Metallic Binder - Thickness - mils | **Copper**<br>**5 min** | Copper<br>5 min | Copper<br>5 min | Copper<br>5 min | Copper<br>5 min |
| Neutral - Type<br>Neutral - Size<br>Neutral - No. of Wires | **Copper**<br>**#10 AWG**<br>**8** | Copper<br>#10 AWG<br>8 | Copper<br>0.037 x 0.177<br>13 Flat Strap | Copper<br>0.047 x 0.175<br>8 Flat Strap | Copper<br>0.025 x 0.150<br>18 Flat Strap |
| Single Conductor - Jacket - Type<br>Single Conductor - Jacket - Thickness - mils | **PVC**<br>**80 min avg** | Polyethylene<br>80 min avg | PVC<br>80 min avg | PVC<br>80 min avg | PVC<br>80 min avg |

NST005087

Bid Evaluation Martha's Vineyard Cable #6 - TECHNICAL

| Specification # 5-0494 | COM/Electric Base | Okonite | Kerite (Supplied by Simplex) | Pirelli |
|---|---|---|---|---|
| **4.1 Fiber Optic Cable** | | | | |
| **Core Construction** | | | | |
| Fiber - Type | Single Mode, Step Index | Single Mode, Step Index | Single Mode, Step Index | Single Mode, Step Index |
| Fiber - Material | Fused Silica | Ge-doped Silica | Ge-doped Silica | Fused Silica |
| Fiber - Number | 8 | 8 | 8 | 8 |
| Kingwire - Cladding | Copper | Copper | Copper | Stainless Steel |
| Kingwire - Coating | Elastomer | Hytrel | Hytrel | Groved Core |
| Strand Package - Material | High Tensile Steel | EHS Steel | EHS Steel | High Tensile Steel |
| Strand Package - Number of Wires | 24 | 24 | 24 | 36 |
| Strand Package - Number of Layers | 2 | 2 | 2 | 2 |
| Tube Enclousure - Material | Copper | Copper | Copper | Copper |
| Tube Enclosure - Thickness - mm | 0.58 min | 0.559 | 0.559 | 0.4 min |
| Insulation - Material | MD Polyethylene | MD Polyethylene | MD Polyethylene | MD Polyethylene |
| Insulation - Thickness - mm | 5.28 min avg | 5.3 | 5.3 | 5.15 min avg |
| **Core Protection** | | | | |
| **4.2 Terrestial** | | | | |
| Cable Jacket - Type | PVC | HD Polyethylene | HD Polyethylene | PVC |
| Cable Jacket - thickness mils | 100 min avg | 130 | 130 | 100 min avg |
| **4.2 Submarine** | | | | |
| Bedding - Type | Polypropylene Yarn | Polypropylene Yarn | Polypropylene Yarn | Polypropylene Yarn |
| Armor Wire - Type | Galv. Mild Plow Steel | Galv. Steel | Galv. Steel | Galv. High Tensil Steel |
| Armor Wire - Size - mm | 3.40 | 3.40 | 3.40 | 4.9 |
| Armor Wire - Number | 24 | 24 | 24 | 16 |
| Cable Serving - Type | Polypropylene (Impreg.) | Polypropylene | Polypropylene | Polypropylene (Impreg.) |
| Armor Wire - Type | Galv. Mild Plow Steel | Galv. Mild Plow Steel | Galv. Mild Plow Steel | Galv. Mild Plow Steel |
| Armor Wire - Size - mm | 3.40 | 3.40 | 3.40 | 7.0 |
| Armor Wire - Number | 32 | 34 | 34 | 18 |
| Cable Serving - Layers | 2 | 2 | 2 | 2 |
| Cable Serving - Type | Nylon Roving (Impreg.) | Nylon Roving | Nylon Roving | Polypropylene (Impreg.) |

NST005088

158 r-r
86

# Bid Evaluation - Martha's Vineyard Cable #6 - PRICING SUMMARY

Pricing based on TOTAL PROJECT COSTS with escalation and/or progress payments

Vendor bids adjusted to allow accurate comparison of alternatives

Bids shown in decending order of importance in non-conformance with specification

| | | Okonite | Kerite | Pirelli |
|---|---|---|---|---|
| **6.1** | **Total Turnkey Project**<br>Per Specification - No Exceptions | $2,882,054<br>1777 | No Bid | No Bid |
| | **Alternative Proposals** | | | |
| A | No outer 3/c Jacket | $2,724,294 | No Bid | No Bid |
| B | No outer 3/c Jacket<br>No Neutral Lead Jacket<br>Reduced Armor Wire Jacket | $2,639,498 | No Bid | No Bid |
| C | No outer 3/c Jacket<br>Reduced 1/c Jacket<br>Reduced Armor Wire Jacket<br>Three Field Splices - During Laying | No Bid | $2,890,993 | No Bid |
| D | No outer 3/c Jacket<br>Reduced 1/c Jacket<br>No Submarine Finish<br>Reduced Armor Wire Jacket<br>Two Field Splices - During Laying | No Bid | $2,647,727 | No Bid |
| E | No outer 3/c Jacket<br>Reduced 1/c Jacket<br>No Submarine Finish<br>No Neutral Lead Jacket<br>Reduced Armor Wire Jacket<br>Two Field Splices - At Dockside | No Bid | $2,604,596 | No Bid |
| F | **Reduced Warranty - 3Yrs**<br>Reduced Bedding Thickness<br>No Submarine Finish Coating<br>Increased 3/c Jacket Thickness<br>Reduced Binder Tape Thickness<br>Reduced Cable Serving Thickness | No Bid | No Bid | $2,663,415 |

NST005089

Bid Evaluation - Martha's Vineyard Cable #6 - PRICING

| | Okonite - Base | Okonite - Alt 1 | Okonite - Alt 2 | Kerite - Alt 1 | Kerite - Alt 2 | Kerite - Alt 3 | Pirelli | Cablec | Joy |
|---|---|---|---|---|---|---|---|---|---|
| **6.1 Total Turnkey - Sub & UG** | | | | | | | | | |
| Total Project $ - Firm | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid | $2,567,080 # | No Bid | No Bid |
| Total Proj $ - w/Esc. or Prog Pmt | $2,797,054 | $2,639,294 | $2,554,498 | No Bid | No Bid | No Bid | $2,517,080 # | No Bid | No Bid |
| $ / Ft Spare Submarine | $55,783 | $51,143 | $48,649 | No Bid | No Bid | No Bid | $38,500 | No Bid | No Bid |
| $ / Ft Spare Underground | $8.789 | $8.789 | $8.789 | No Bid | No Bid | No Bid | $8.710 | No Bid | No Bid |
| **6.2 Submarine Cable & Install** | | | | | | | | | |
| $ for 34,000' Cable - Firm | No Bid | No Bid | No Bid | $1,392,387 | $1,365,940 | $1,315,751 | No Bid | No Bid | No Bid |
| $ for 34,000' Cable - w/Esc. | No Bid | No Bid | No Bid | $1,359,707 | $1,332,274 | $1,289,144 | $2,016,100 | No Bid | No Bid |
| $ for Installation | No Bid | No Bid | No Bid | $948,556 | $732,723 | $732,722 | Incl Above | No Bid | No Bid |
| $ / Ft Spare Cable | No Bid | No Bid | No Bid | $40.00 | $39.00 | $37.61 | $38.500 | $398,202 | $226,710 |
| **6.3 Underground Cable** | | | | | | | | | |
| $ for 38,000' 1/c - Firm | No Bid | No Bid | No Bid | $342,400 | $342,400 | $342,400 | No Bid | No Bid | No Bid |
| $ for 38,000' 1/c - w/Esc. | No Bid | No Bid | No Bid | $326,800 | $326,800 | $326,800 | $330,980 | No Bid | No Bid |
| $ / Ft Spare Cable | No Bid | No Bid | No Bid | $8.96 | $8.96 | $8.96 | $8.50 | $10.479 | No Bid |
| Delivery | No Bid | No Bid | No Bid | 70 Days | 70 Days | 70 Days | 80 Days | 119 Days | No Bid |
| **6.4 Underground Cable Installation** | | | | | | | | | |
| $ to Install | N/A | N/A | N/A | $226,710 @ | $226,710 @ | $226,710 @ | N/A | N/A | $226,710 |
| **6.5 UG Cable - Supply & Install** | | | | | | | | | |
| $ for 38,000' 1/c UG Cable | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid |
| $ / Ft Spare Cable | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid |
| $ to Install above Cable | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid |
| Start of Installation | No Bid | No Bid | No Bid | No Bid | No Bid | No Bid | 90 Days | No Bid | No Bid |
| **6.6 Fiber Optic Cable** | | | | | | | | | |
| $ for Submarine Cable & Install | $327,840 | $248,960 | $327,840 | $421,840 @ | $421,840 @ | $421,840 @ | $234,900 | No Bid | No Bid |
| $ / Ft Spare Submarine Cable | $8.760 | $6.44 | $8.760 | $8.760 @ | $8.760 @ | $8.760 | $5.85 | No Bid | No Bid |
| $ / Ft Spare Underground Cable | $5.350 | $1.03 | $5.350 | $5.350 @ | $5.350 @ | $5.350 @ | $0.65 | No Bid | No Bid |
| Total Cost of 14,000' | $74,900 | $14,420 | $74,900 | $74,900 @ | $74,900 @ | $74,900 @ | $9,100 | No Bid | No Bid |
| $ to Install & Splice Fiber Cable | $92,900 | $32,420 | $92,900 | $20,290 @ | $20,290 @ | $20,290 | $55,350 | No Bid | $20,290 |
| Sub Total - Fiber Optic $ | $495,640 | $295,800 | $495,640 | $517,030 | $517,030 | $517,030 @ | $299,350 | No Bid | No Bid |
| **6.7 Miscellaneous** | | | | | | | | | |
| $/ Splice Kit 1/c UG Cable | $670.00 | $670.00 | $670.00 | $110.00 | $110.00 | $110.00 | $725.00 | No Bid | No Bid |
| $/ Splice Kit 3/c Sub Cable | $9,500.00 | $9,500.00 | $9,500.00 | $7,200.00 | $7,200.00 | $7,200.00 | $7,500.00 | No Bid | No Bid |
| $/ 1Phase Pothead | $690.00 | $690.00 | $690.00 | $690.00 | $690.00 | $690.00 | $960.00 | No Bid | No Bid |
| $/ Splice Kit - Transition Sub to UG | $835.00 | $835.00 | $835.00 | $185.00 | $185.00 | $185.00 | $3,500.00 | No Bid | No Bid |
| $ P&I 2-40' Length of Duct | $85,000.00 | $85,000.00 | $85,000.00 | $21,000.00 | $21,000.00 | $21,000.00 | $85,000.00 @ | No Bid | No Bid |
| Total $ (Less Fiber) - w/Esc or Prog Pmt | $2,882,054 | $2,724,294 | $2,639,498 | $2,890,993 & | $2,647,727 & | $2,604,596 & | $2,663,415 & | N/A | N/A |
| Comparison to Base w/Esc or Prog Pmt | Base | -5.5% | -8.4% | 0.3% | -8.1% | -9.6% | -7.6% | N/A | N/A |

Note: Base bid was per specification

@ - Work and / or pricing by others     # - Esc. On UG Cable Copper     & - Includes cost of UG splicing material and other work

NST005090

Bid Evaluation - Martha's Vineyard Cable #6 - OKONITE Fiber Optic

|  | SUBMARINE CABLE | | | TERRESTRIAL CABLE | |
|---|---|---|---|---|---|
|  | BASE | Alt 1 | Alt A | BASE | Alt 1A |
| Double Armor<br>8 Single Mode Fibers | $327,840<br>$8.76/ft |  |  |  |  |
| Single Armor<br>8 Single Mode Fibers |  | $248,960<br>$6.40/ft |  |  |  |
| Integral to Power Cable<br>8 Single Mode Fibers |  |  | $97,240 |  |  |
| Simplex DW Cable<br>8 Single Mode Fibers<br>Copper Tube Hermatic Seal<br>Stl Tape & Blk PE Jkt<br>14,000 feet of Cable |  |  |  | $167,800<br>$5.35/ft<br>($92,900 Inst) |  |
| Chromatic Duct Cable<br>8 Single Mode Fibers<br>Polymeric Tube w/Gel<br>14,000 feet of Cable |  |  |  |  | $46,840<br>1.03/ft<br>($32,420 Inst) |
| Total Costs - Submarine + Base Land Cable | $495,640 # |  | $416,760 # | $265,040 |  |
| Total Costs - Submarine + Alt 1 Land Cable | $374,680 |  | $295,800 | $144,080 |  |

\# - Budgeted $   Submarine Cable $175,000   Land $19,000   Total $194,000

NOTE: To receive a 10 year Warranty an additional charge for "Trenching-In" may be necessary

NST005091