# COMMONWEALTH ELECTRIC COMPANY

## SECTION 1 - CONTRACT

### 1. Contractor's Name and Address

| | |
|---|---|
| (Name) | The Okonite Company |
| (Street) | 102 Hilltop Road, P.O. Box 340 |
| (City/Town) | Ramsey |
| (State/Zip) | New Jersey 07446 |
| (Telephone) | (201) 825-0300 |

## 2. Entrance Agreement

This Contract entered into this 19th day of August, 1994, by and between Commonwealth Electric Company hereinafter called the "Company" and The Okonite Company, hereinafter called the "Contractor."

WHEREAS, the Company desires to have performed the Work described in the Specifications attached hereto as Section 3. and in accordance with the Contract Documents as defined in Section 2., which Contract Documents are incorporated herein by reference and made a part hereof; and

WHEREAS, the Contractor desires to perform the Work described in such Specification, Section 3 attached hereto and in accordance with the Contract Documents, and has examined the site and conditions affecting the Work;

Now THEREFORE, in consideration of the covenants, promises, and agreements herein, the parties hereto agree as follows:

## 3. Intent of Contract Documents

It is the intent of these Contract Documents and any accompanying Plans and Company Standards, to provide for the complete installation of the Work in accordance with the best construction practice.

In the event of errors and/or omissions, it is the intent, regardless of these errors and/or omissions, to carry out their purpose in all respects and that the supplying of equipment and installing of all materials and the performance of all Work shall be the responsibility of the Contractor such that the Company receives a complete and fully operable facility upon completion of the Contract.

COMMONWEALTH ELECTRIC COMPANY - CONTRACT DOCUMENTS
SECTION 1 - CONTRACT (continued) - Page 2

4. Work Covered by This Proposal

The Contractor shall (except as otherwise provided for in the Contract Documents) furnish all the materials, supplies, labor and equipment, and perform the Work for the construction and completion of the installation of a Submarine, Land & Optical Fiber Cable System, hereinafter called the "System" between riser pole termination located on Easteville Ave. a.k.a. County Rd., Martha's Vineyard and Falmouth Substation termination Falmouth, Mass.

The Contract Documents, as aforementioned, are an integral part of this Work herein and are hereby incorporated by Reference.

The Contractor shall comply with all laws, ordinances, rules, and regulations of all governmental authorities applicable to the Work or to the manner or conditions of performance of the Work.

5. Notices

Any written or permitted notice to the Company by the Contractor or to the Contractor by the Company as required or permitted by the Contract Documents shall be delivered by hand or by registered mail, properly stamped and delivered to the postal authorities, and any such notice shall be effective at midnight of the day during which the notice is received.

Any Notice required hereby shall be addressed as follows:

A.  Notice to the Company
    COMMONWEALTH ELECTRIC COMPANY
    2421 Cranberry Highway
    Wareham, Massachusetts 02571

    Attention:      Thomas K. Neyhart
    Title:          Manager System Engineering

B.  Notice to the Contractor Project Manager
    THE OKONITE COMPANY
    102 Hilltop Road
    Ramsey, New Jersey 07446
    (201) 825-0300 - phone
    (201) 327-0273 - fax

    Attention:      James Fitzgerald
    Title:          Director - Appl. Engr.

COMMONWEALTH ELECTRIC COMPANY - CONTRACT DOCUMENTS
SECTION 1 - CONTRACT (continued) - Page 3

C.   Notice of Address Change

In the event the address of any of the above shall change, written notice shall be given immediately to the other of such change.

6. Entire Agreement

This Contract and attached Exhibits A - I, represent the entire agreement between the parties and supersedes any other verbal or written references and shall be governed by the laws of the Commonwealth of Massachusetts and may be amended only by a writing signed by authorized officials of both parties.

7. Contractor's Authorized Signatures

This Contract shall not be assignable by either party without the written consent of the other, nor shall the Contractor assign any moneys due hereunder without the written consent of the Company.

IN WITNESS WHEREOF, the parties hereto have executed this Contract in duplicate, which shall be binding and inure to the benefit of the heirs, executors, administrators, successors, and assigns of the parties hereto, this __8th__ day of __February__ 1994. 5

(Company) COMMONWEALTH ELECTRIC COMPANY

(Authorized Officer) _James J. Kearns_

(Witness)_____

(Title) _V.P. Power Supply & Transmission_


(Company) THE OKONITE COMPANY

(Authorized Officer) _William D. Turner_

(Witness) _Kathleen. Mizzell_

William D. Turner

(Title) _Director - Quotations_

OK00276

| GENERAL TERMS AND CONDITIONS - SECTION 2 | **COMElectric** | |
|---|---|---|
| Location: Falmouth, Ma / Martha's Vineyard | | |
| For: MARTHA'S VINEYARD CABLE PROJECT GENERAL TERMS AND CONDITIONS | Date: 21-OCT-94 | Page 1 of 16 |
| | Written: PJS | Approved: WHG |

### 1.0 SCOPE OF GENERAL CONDITIONS

These General Terms and Conditions shall apply to all parts of the Contract necessary to complete the work in accordance with the specifications and drawings. It shall apply not only to the Contractor, but also to each Sub-Contractor or other persons employed or engaged by the Contractor to supply material, labor, or both, or to any work whatsoever in connection with this Contract.

### 2.0 DEFINITIONS

"Contract Documents" shall mean the Section 1 Contract and Section 2 General Terms and Conditions, and the Exhibits A-I attached hereto.

The "Company" shall mean Commonwealth Electric Company.

The "Contractor" shall mean The Okonite Company.

The "Company Representative" shall be the Company's designated person or persons who shall have the general right of observation of the work throughout the duration of any contract.

"Work" shall include the satisfactory completion of the construction or other work described in and in accordance with the requirements of the Contract. It is intended that the Company receive a satisfactorily completed job; with the Contractor to furnish all labor, supervision, tools, supplies, construction equipment, transportation, services, materials and applicable permits, and whatever else may be necessary to complete the Work - unless otherwise specified in the Contract Documents.

"System" shall mean Submarine/Land/Optical Fiber Cable System.

### 3.0 THE WORK

The Work to be performed shall be in strict accordance with the Contract Documents. All Work called for, whether called for by a Standard, Map, or Drawings Supplied, or if called for on the plans or drawings and not otherwise called for in the specifications shall be executed and furnished by the Contractor. Unless otherwise specified in the Contract Documents, it is the intent of the Company that the Contractor furnish a complete Turnkey Project Installation. It is the expected that the Contractor will notify the Company of any errors, omissions or discrepancies which it discovers in the Contract Documents so a correction can be made.

The Contractor warrants that it shall use new first-class materials throughout, and warrants that it shall perform the Work in a good, acceptable and workman like manner.

Only new materials conforming to the requirements of the Contract Documents shall be used in performing the work.

## 4.0 DRAWINGS AND SPECIFICATIONS

The Company has furnished pertinent Drawings, Standards, and Specifications indicating necessary locations of duct banks, manholes and other details necessary for the installation and construction of the cable system. These Drawings are the "Petition Drawings" Sheets 1 through 9 which were submitted to the Corp of Engineers and Commonwealth Electric Company Drawings # 099-110D through 099-135D. Information regarding site conditions in the drawings or specifications, including but not limited to sub surface conditions, location of utilities, storage areas, water depths, topographical features, etc., is to assist the Contractor.

## 5.0 CONTRACTOR DRAWINGS

The Contractor, shall submit to the Company four (4) copies of Contractor Drawings covering the material or apparatus to be furnished by the Contractor, before starting the Work.

Such drawings shall be checked and certified prior to submission, and shall contain all required information to enable the Company to approve such material or apparatus. Anything not approved by the Company shall not be used in the Work.

Approved drawings shall be stamped and dated and shall form a part of the Contract. Approval by the Company will take place within ten (10) working days from the date of receipt, unless the Company notifies the Contractor otherwise.

The approval by the Company shall not relieve the Contractor from responsibility for correctness of all detailed drawings furnished by the Contractor, nor from complete execution of the Work.

## 6.0 SCHEDULE OF EVENTS

A schedule of events, per specifications, pertaining to the manufacture and/or installation of said System shall be provided by the Contractor to the Company at the earliest possible time prior to the commencement of said activities or as given in the specifications. If a schedule due date is not given, then in no case shall the Company receive the required information later than sixty (60) days after the effective date of the contract.

### 7.0 INDEPENDENT CONTRACTOR

It is the intent of this contract that the relationship of the Company and the Contractor be that of "Owner" and "Independent Contractor". The means and methods employed for performing the Details of the Work shall be the Contractor's responsibility.

### 8.0 SUB-CONTRACTS

Commonwealth Electric Company reserves the right to reject for good cause any Sub-Contractor, not named in his bid document or otherwise offered by the Contractor.

The Contractor shall not add to or change said listed Sub-Contractors without the written consent of the Company. Any Sub-Contract will incorporate therein the Terms of this Contract, including the specifications and standards, insofar as applicable to the Work to be performed by the Sub-Contractor. Nothing in the Contract nor in the conduct of the Company shall be deemed to create any contractual relationship between the Company and a Sub-Contractor, nor to impose any obligation on the Company to pay any sum to a Sub-Contractor. The Contractor agrees that he is fully responsible to the Company for the acts and omissions of any Sub-Contractor and of persons employed directly or indirectly by them as though they were directly employed by the Contractor.

The following list sets forth the names of all Sub-Contractors who will perform Work under the Contract.

(1)    Simplex Wire and Cable Co.
       2023 Woodbury Avenue
       Newington, New Hampshire 03801

       1-800-258-7383
       Greg Fontaine
       Herm Dow

(2)    Caldwell Diving Company
       P. O. Box 401, 910 Boyd St.
       Toms River, NJ  08753

       201-244-0747
       Jim Caldwell, President
       Jack Brininger, Project Superintendent

(3)    Power Line Construction Company
       22 Woburn Street
       Reading, Mass.  01867

       617-944-9077
       Bill Hicks, President

OK00279

| GENERAL TERMS AND CONDITIONS - SECTION 2 | Page 4 of 16 |
|---|---|

Jim Doucette, Project Superintendent

(4)    Dan W. Clark, Inc.
46 Millfield Street
Woods Hole, Mass.  02543

508-548-0101

## 9.0 SEPARATE CONTRACTS

The Company reserves the right to do portions of other tasks or let other Contracts in connection with the project, and the Contractor shall afford such reasonable opportunities to the Company or other Contractors for the introduction and storage of their materials and facilities, and opportunities for the execution of their task, and shall properly connect and coordinate his Work with their tasks.

If any part of the Contractor's Work depends upon the Work of any other Contractor who is not a direct Sub-Contractor of the Contractor, the Contractor shall inspect and promptly report to the Company any defects in such Work that renders it unsuitable for proper execution of the Contractor's Work.

## 10.0 RIGHTS OF THE COMPANY

The Company reserves the right, without detriment to or invalidation of the Contract, to make changes by altering, adding to, or deducting from the Work, with the Contract Sum to be adjusted as provided for in the Contract.  No change will be made without a written Change Order from the Company and counter signed by the Contractor.   The Company shall have authority to make minor changes in the Work not involving extra cost and not inconsistent with the purpose of the Contract.

If the Contractor refuses or fails to materially prosecute the Work, or any part thereof, with such diligence as will insure its completion within the time specified, or fails to complete the Work within such time, or materially fails to perform any provisions of the Contract, the Company may, by written notice to the Contractor, terminate the Contractor's right to proceed with the Work, or any part thereof.  In such event, the Company may take over the Work, or such part thereof, and complete it by contracting out or otherwise.  The Contractor and his sureties shall be liable to the Company for any excess cost occasioned thereby.  If the Contractor's right to proceed is so terminated, the Company may take possession of and utilize in completing the Work, or any part thereof, such materials, appliances, supplies and plant as may be on the site of the Work and as necessary for the completion thereof, of such part as shall be taken over by the Company, crediting the Contractor if payment has not already been made therefor.  If only a part of the Work is terminated, the Contractor shall remain obligated to continue performance of the remainder of the Work.

If the Contractor is delayed in the progress of the Work by the Company or by changes ordered in the Work, or by strikes, lockouts, fire, unavoidable delay by common carriers, unavoidable casualties or causes beyond the control of the Contractor, then the time of completion shall be extended consistent with the delay caused by such event; provided that if the delay is occasioned other than because of the fault of the Company, or due to Change Orders requested by the Company, and such delay causes the completion of the Contract to extend beyond May 15, 1995, the Company may terminate all or part of the Work in the manner contemplated in the preceding paragraph.

If the Contractor files a petition under existing federal or state insolvency laws, or if such a petition is filed against the Contractor or if he makes an assignment for the benefit of creditors, or if a receiver is appointed for the Contractor, or if he should refuse or fail to supply enough properly-skilled workmen or proper materials, or if the Contractor shall fail to make prompt payment to any Sub-Contractor, or for labor or material, or disregard laws, ordinances, rules, regulations or orders of any public authority having jurisdiction or otherwise violate the provisions of the Contract, the Company, without prejudice to any other right or remedy, may terminate the Contract, or any part thereof, and take possession of and utilize in completing the Work, all materials, appliances, and plant as may be on the site of the Work, and finish the Work by whatever method the Company may deem expedient. In such case, there shall be no further payment to the Contractor until the Work is finished. If the unpaid balance of the agreed Price shall exceed the expense of finishing the Work, including increased materials and costs to the Company arising out of the termination, such excess shall be paid to the Contractor. If such expense exceeds the unpaid balance, the Contractor shall pay the difference to the Company.

The Contractor shall, if requested by the Company, upon the signing and delivery of the Contract, furnish a Performance Bond with corporate surety guaranteeing that the Work will comply with the Contract. This Bond shall be effective from the date of the Contract until one year after the date of final acceptance of the Work. The Performance Bond shall be in the amount as requested by the Company.

The Contractor shall furnish, if requested by the Company, in addition to the Performance Bond and upon the signing and delivery of the Contract, a Labor and Material Payment Bond with corporate surety guaranteeing prompt payment for all material furnished and labor supplied or performed in the prosecution of the Work, whether or not the said material or labor enter into and become component parts of the Work of improvement contemplated in the Contract. The said Labor and Materials Payment Bond shall be in the amount requested by the Company.

The Company shall be responsible for the cost of any Labor and/or Material Payment Bond it may request.

OK00281

### 11.0 OBLIGATIONS OF THE CONTRACTOR

A.    PERMITS AND RIGHT OF WAY

The Company will secure any necessary street opening permits, land and shore permits, rights of way, easements, grants or franchises necessary for the proper performance of the Work. The Contractor shall obtain, at his expense, all other permits necessary for the Contractor or any Sub-Contractor to perform the Work, including the use of equipment. The Contractor shall comply with all terms and provisions of any permit, rights of way, easement, grant, or franchise provided by the Company, and will comply with all laws, ordinances, rules, and regulations bearing on the conduct of the Work, including Notification to All Public Utilities as required by Chapter 82, Section 40, as may be amended of the General Laws of the Commonwealth of Massachusetts.

B.    LAWS AND REGULATIONS

Subject to A above, the Contractor shall obtain the proper and necessary information as to local ordinances and as to laws, rules, and regulations governing building in the Commonwealth of Massachusetts and the City or Town where the Work is to be done, and shall comply with same and be responsible for any violations thereof, either by himself or by any Sub-Contractor or other firm or person responsible to the Contractor. The Contractor shall also comply with any local or federal labor codes applying to the various classes of Work to be executed on this contract. Should the Contractor become aware of any violation of the ordinances, laws, or codes, it is his duty to inform the Company at once of such violations, so that it may be corrected.

C.    LAYOUT OF WORK

The Contractor is to lay out the Work, establish all levels, locations, and otherwise lay out the Work, in strict accordance with Plans and Specifications, and he shall be responsible for the accuracy of the same. The Contractor shall check all parts of his Work before and immediately after their construction and report to the Company any discrepancies before proceeding with the erection of more materials or Work. In any case of discrepancy, the matter shall be referred to the Company, whose written decision for correcting these discrepancies shall be final and binding.

D.    INSPECTION OF WORK

If any of the Work requires inspection in accordance with any law, order of public authority, or the Company's Specifications, timely notice shall be given to the Company so that the Company representative may be present at the inspection. The Company shall be allowed access to all parts of the Work at all times, and shall be furnished such information and assistance by the Contractor to permit the making of complete and detailed inspections and field records. Such inspections shall not relieve the Contractor from any obligation for furnishing acceptable materials or to provide complete construction satisfactory in every particular.

E.    EXISTING UTILITIES

The Contractor is responsible for providing adequate protection against damage to existing utilities or other structures encountered during the performance of the Work.

F.    CONTRACTOR SUPERVISION

The Contractor shall employ at the site of the Work during the performance thereof a competent Foreman or necessary Supervisor, who shall be approved by the Company, and who shall not be changed during the performance of the Work except with consent or at the request of the Company.   Such Foreman shall represent and have full authority to act for the Contractor, and all directions given by the Company to such Foreman shall be binding upon the Contractor as if given to the Contractor.   These instructions shall be in writing.

G.    LABOR

The Contractor and any Sub-Contractor shall employ individuals of various crafts which have jurisdiction over the various branches of the Work.  The Contractor shall settle any jurisdictional disputes as soon as possible and take the necessary precautions to hold all disputes to a minimum.   At no time shall the progress of the Work stop due to jurisdictional disputes.

The Contractor shall also comply with and give all notices relating to all applicable laws, ordinances, rules, regulations, and lawful orders of any public authority bearing on safety, or persons, or property, or their protection from damage, injury or loss.

H.    SAFETY TO PERSONS AND PROTECTION OF PUBLIC, WORK, MATERIALS AND PROPERTY

The Contractor shall protect all persons on the job, the public, all Work, materials and all property, whether onsite or adjacent to, from weather, damage or loss.

Work, materials, or property destroyed, damaged, or lost, except by act or omission of the Company, shall be replaced or repaired to the Company's satisfaction at the Contractor's expense.

The Contractor shall perform the Work so as to cause a minimum of inconvenience, injury, or damage to landowners, possessors of property interests, and to the public at large. The Contractor, to the extent responsible, shall restore all damaged property, including but not limited to buildings, topsoil, signs, survey bounds, markers, fences,hedges, roads, railroads, bridges, culverts, drainage ditches, terraces, utilities, creeks, levees, and rivers occupied or crossed in construction, street barricades, lights, and temporary foot and/or vehicular bridges.  The Contractor shall maintain adequate protection to the Work, the property of the

OK00283

Company, of adjacent owners, and of the public, and shall employ measures or means as may be necessary to protect his employees, the Company's employees, other persons engaged in and about the Work, and all other persons in the right of way or in the vicinity.   The Contractor shall furnish, maintain, and use and cause any Sub-Contractor to furnish, maintain, and use, all necessary safety devices and safe practices in the prosecution of the Work; and shall maintain such additional safety measures as may be reasonably required by the Company.

The Company shall have the right to order any or all of the Work suspended when it deems that the Work is not being carried on in a safe workman like manner.   In such case, the Work shall not be resumed until written directions are received from the Company.

I.    SITE HOUSEKEEPING

The Contractor shall at all times keep the worksite free from accumulations of waste material or rubbish caused by the Work, by the Contractor's employees, or by any Sub-Contractor.   Cleaning shall be carried out day by day as may be necessary for the Work or to facilitate the Work of any Sub-Contractor.  Waste materials and rubbish shall be removed from the site at each cleaning.  Waste materials including welding rods, trash, and other debris, shall not be disposed by burial at the worksite and shall be disposed of in strict compliance with all laws and regulations.

The Contractor shall also conduct the Work to insure the least possible obstruction to traffic.

At the completion of the Work, the Contractor shall remove all temporary structures, utilities, and services which have been installed for the prosecution of his Work. The Contractor shall remove all rubbish, tools, equipment, surplus materials and supplies, and shall leave the site free and clear of any obstructions and in the condition provided by the Specifications.

J.    ITEMS AND SERVICES TO BE SUPPLIED BY CONTRACTOR

The Contractor shall furnish all labor, supervision, tools, transportation, temporary structures, utilities, equipment, materials, and supplies including, but not limited to, welding rods, fencing materials, shoring materials, blocks wedges warning lights, barricades, signs, and other services and facilities necessary for the satisfactory execution and completion of the Work or as required by ordinance, law, rules, regulations, etc., except whatever is to be supplied by the Company per the Specifications.   Materials and supplies shall be of first class quality and shall be subject to approval of the Company.

K.    SIGNS

The Contractor shall see that the construction site is maintained free from any and all advertising and Contractor's sign boards of any kind.

L.    USE OF ROADWAYS

The Contractor shall use only established roads and such temporary roads as may be necessary for the Work and as authorized by the Company.  When necessary to cross curbings, sidewalks, or similar preconstructions, such preconstructions must be properly protected and, if damaged, must be restored to their previous condition at the Contractor's expense.

M.    CUTTING AND PATCHING

The Contractor shall be responsible for all cutting, fitting, or patching of the Work that may be required to make its several parts fit together properly, and fit it to receive the apparatus, material, or Work of all Sub-Contractors or of other Contractors as outlined in the Specifications.  Any cost caused by defective or illtimed Work shall be borne to completed Work party responsible therefor.  Any damage done to completed Work shall be repaired, and the cost of repairs charged against the party who is responsible for the damage, or who has employed the person causing the damage.

N.    WARRANTY

The Contractor warrants to the Company, for a ten (10) year period commencing with the Date of Acceptance ("Warranty Period"), all of the Submarine/Land/Optical Fiber Cable System ("System") from terminal to terminal, will be free from defects in material and workmanship provided the System is employed under conditions contemplated and covered by the design specifications, and provided further that the System is maintained and operated in accordance with the Contractor's recommended standards and procedures.  The Date of Acceptance shall be deemed as that date when successful final Field Acceptance Tests are completed as provided for in the Specifications.

The Contractor's sole responsibility under this Warranty shall be to repair or replace any and all defects within the System due to material and workmanship, without charge to the Company.   In the event of either repair or replacement of the defective System under this Warranty, the Contractor shall be responsible for all costs associated therewith, including if necessary marine equipment, labor and materials.  The Contractor will not be responsible for any damage or failure caused solely by the Company or any third party (excluding Sub-Contractors), including without limitation, acts of God.   All expenses for any failure incurred in the repair or replacement of the System shall initially be borne by the Contractor until it is conclusively determined it is the Company's responsibility, in which case, all succeeding bills will be paid for by the Company as well as retroactive bills within the Company's normal course of processing.

Should the failure be determined to be due to external cause, then the Company will be responsible for all costs associated with the failure.

The Contractor will not be responsible for any defects or repairs to, or replacement of, adjacent or connected equipment to which the System may supply electrical power or from which it may take electrical power, or with which it may, in any manner, be associated. The Contractor will not be responsible for any incidental or consequential damages whatsoever, either direct or indirect, resulting from a failure of the System.

ARBITRATION:

In the event of a system failure that cannot be determined as to external cause or defective material and/or workmanship, then the parties agree to immediately enter into good faith negotiations, in an effort to determine the specific cause of the system failure.

Should the parties find they are unable to reach a resolution as to system failure causation, then the parties agree to submit the matter to a mutually agreeable 3rd party for binding arbitration, in accordance with the rules of the American Arbitration Association.

ACCEPTANCE DATE:

The Acceptance Date will be set forth by the parties in a writing similar to that set forth in Exhibit 1.

Acceptance testing will commence at the earliest possible time after installation of Cable System.

Upon completion of successful testing the Company will expeditiously sign the acceptance document.

O.    SUBMARINE/LAND/OPTICAL FIBER CABLE ("SYSTEM") REPAIR

Under the Warranty, as described above, the Contractor is responsible for the mobilization of materials, equipment and personnel to effect both a Warranty and Non-Warranty repair of the cable System after the In-Service Date.

The Contractor is to supply a detailed schedule and narrative of the procedures he will follow in the event of any cable System failure. The schedule will show the time required for the mobilization of materials, equipment, and labor, from the date of

OK00286

notification of a cable System failure to the start of actual failure location and repair. A narrative will also be supplied outlining the steps and methods to be employed to effect the repair of the failed cable System.

In the event the failure is conclusively determined not to be a Warranty Repair, the method and determination of repair costs that the Contractor will utilize to bill the Company for the repair shall be as follows:

P.       PROCEDURE IN THE EVENT OF ANY FAILURE

If the System fails within ten years of the acceptance date, while in service, the following procedure will be implemented:

1)   The Company shall notify the Contractor immediately as practicable per the Contractor's emergency procedure manual to be furnished prior to installation of the System.

2)   The Company shall begin certain examination and testing procedures as it deems necessary to locate and isolate the failed portion of the System.  Said testing procedure shall be as follows:

a.   In the event of a fault on the circuit containing the submarine cable, there shall be no more than three (3) reclosures after circuit trip, before the submarine cable is disconnected and separately tested to isolate the reason for the circuit trip.

b.   The Company testing procedures prior to Contractor participation shall be limited to insulation testing using a Megger and Radar Fault Locator.  No high voltage testing or thumping shall be done without contractor participation.

3)   Contractor shall upon receipt of notice have a representative on site within 24 hours thereafter; and Company shall permit representative a reasonable opportunity to inspect Company's findings to date, and to take such further action as is deemed necessary to confirm the location of the failure; but in no event shall Contractor's inspection exceed 48 hours from time of notification to it.

4)   In any event, within one week of notification, barring other weather related acts of God, Contractor shall commence repair and/or replacement of the failed portion of the System.  Repair and/or replacement effort by Contractor shall be on a continuous basis and shall not cease until the System is returned to service.  This is predicated on spare cable and splicing accessories owned by the Company being made available to the Contractor.

5)   In the event of a Warranty failure repair, the Contractor will replace all Company owned material used, including, but not limited to, submarine/land/fiber optic cable and splicing accessories.

OK00287

6)  Upon retrieval of failed portion of System, should there be any doubt as to cause of failure, said portion shall be delivered to the Company for safekeeping. At a mutually agreeable time, the failed portion of the System will be dissected and undergo appropriate analysis to determine the cause of failure. The parties agree that they will use their best efforts to arrive at a good faith mutual agreement finding as to the cause of failure. The Company will not release the failed portion of the System to a third party without mutual agreement. If an agreement cannot be reached, then both parties agree to submit to binding arbitration, in accordance with the Rules of the American Arbitration Association, subject to the limitations set forth below and judgment upon the award rendered by the arbiter(s) may be entered in any Court having jurisdiction thereof.

7)  If the arbiter determines that a failure was externally caused, the Company will accept and pay all documented direct charges (inclusive of Contractor markup and/or profit not to exceed 15%) incurred by the Contractor in connection with the repair and/or replacement of the System, inclusive of future interest at a rate of interest not to exceed the rate then currently being paid by the Company for short term borrowings.

8)  If the arbiter determines that a failure occurring within ten (10) years of the Acceptance Date was due to defective material or workmanship, the Contractor agrees that it will absorb all charges incurred in connection with the repair and/or replacement of the system as provided for in the Warranty provision of this Agreement.

Q.  USE OF COMPANY NAME OR REFERENCE TO THIS CONTRACT

The Contractor shall not use the Company's name or reference this Contract in any of its promotional literature, trade journals or the like, without the express written consent of the Company.

## 12.0 INDEMNITY

The Contractor shall indemnify and hold the Company harmless from any loss, damage, cost, suit, charge, or expense caused by or arising from property damage or personal injury (including injury resulting in death) resulting from or arising in connection with the use by the Contractor of any equipment, materials, or facilities provided by the Company to the Contractor.

The Contractor shall be held liable for damages or breaks caused by the Contractor's negligence to any of the Company's conduits, manholes, cables, or other underground

facilities, and to any of the Company's structures, overhead lines, or the structures of others, wherever located and shall be liable for the cost of repairs to any line structure or facility so damaged or broken, and the Contractor shall be liable for any personal injury (including injury resulting in death) or property damage following such damage to or break in such lines, facilities or structures; and the Contractor shall indemnify the Company against loss and liability resulting from such damage or breaks.

The Contractor shall indemnify and hold the Company harmless against all loss, damage, cost, suit, charge, or expense including reasonable attorney's fees caused by, arising from, or which may arise from the Contractor's Work or operations, or that of any Sub-Contractor; and shall insure, protect, defend, save, and keep the Company harmless from all accidents, claims, damages (including damage to or destruction of the Company's property) personal injury (including injury resulting in death), actions, suits, proceedings, obligations, and liability whatever name or nature arising directly or indirectly as a result of or in connection with the Work, or caused by any equipment, property, or facilities used by the Contractor, unless such damage or injury is attributable to the negligence of the Company, its agents, servants, employees, or otherwise, in which the Company shall be liable.

If any suit or proceeding is brought against the Company, its officers, agents, or employees for which indemnity is claimed under this Contract, the Contractor, upon notice from the Company shall defend the same at the Contractor's expense, and the Contractor shall pay promptly all costs, charges, attorneys' fees, and other expenses including judgments; provided that if the Contractor denies its obligations to indemnify the Company retains the right to conduct any such suit, including the settlement thereof, and if such indemnity obligation shall be found to exist in favor of the Company, the Contractor shall be obligated to pay as part of such indemnification all costs of the Company, including any judgment or settlement; and the Contractor in such cases waives any right to question such judgment or settlement.   If the Contractor desires to prosecute an appeal from any judgment, he shall forthwith cause any judgment lien on the property of the Company to be released prior to taking such appeal.

### 13.0 INSURANCE

The Contractor shall arrange and maintain, at his own expense, the following forms of insurance covering its own total liability and the total liability of the Company applying to all operations undertaken by said Contractor, his agents, employees, and any Sub-Contractor, and shall consult with the Company on all matters arising with respect to such insurance; including the name of the insurer.

| A.   FORMS OF INSURANCE | LIMITS |
|---|---|
| Workmens Compensation | Statutory |
| Longshoreman and Harbor Workers Act | $500,000/person |
| Jones Act | $500,000/person |

| Contractor's Liability: | Bodily Injury | $10,000,000 |
|---|---|---|
| | Property Damage (including excavation) | $10,000,000 |
| Vehicle Liability: | Bodily Injury | $1,000,000 |
| | Property Damage | $1,000,000 |
| General Liability: | | $10,000,000 |

**B.   INSURANCE CERTIFICATES**

Before any contracted Work is started, the Contractor and his Sub-Contractors, shall file with the Company certificates, executed by the Contractor and/or its insuraner, containing a full description of the policies and the coverage, naming the Company as an insured under the policies, together with a statement, signed by the insuraner, that the Company will receive at least ten (10) days' notice prior to the cancellation of any portion of the policies or any modification in the insurance that may affect the Company's interest.

**C.   INSURANCE PREMIUMS**

The premium for all insurance coverages are included in the CONTRACT SUM.

**D.   FIRE AND EXTENDED COVERAGE INSURANCE**

The Contractor shall carry and maintain the necessary Fire and Extended Coverage Insurance on machinery, tools, equipment, and clothing of his own employees or of any Sub-Contractor, and the Company shall not be liable for any loss or damage thereto; the Contractor shall indemnify and save harmless the Company from any claims arising therefrom.

**14.0 PAYMENTS**

**A.   APPLICATION FOR PAYMENTS**

Payments will be made exclusively to the Contractor forthwith upon successful completion of the Final Acceptance Tests and the issuance of appropriate invoices. The Company will utilize progress payments as offered in Exhibit C, Okonite Company Response dated 7/1/94 to Inquiry CV-424 - Section 1-6 and defined on P.O.#CV31889N, Exhibit H.

B.    LIENS

Payment shall not become due until the Contractor delivers to the Company a complete release of all liens arising out of a contract, or receipts in full in lieu thereof and an affidavit that as far as the Contractor has knowledge or information the releases and receipts include all the labor and material for which a lien could be filed; but the Contractor shall, if any Sub-Contractor refuses to furnish a release or receipt in full, furnish a Bond satisfactory to the Company, to indemnify the Contractor and the Company against any lien. If any liens remain unsatisfied after all payments are made, the Contractor shall refund to the Company all monies that the later may be compelled to pay in discharging such a lien, including all costs and reasonable attorney's fees.

C.    CORRECTION OF WORK BEFORE FINAL PAYMENT

The Contractor shall promptly remove from the premises all Work, whether incorporated or not, deemed by the Company as failing to conform to the Contract. The Contractor shall promptly replace or re-execute this Work in accordance with the Contract without expense to the Company and shall bear the expense of repairing everything which has been destroyed or damaged by such removal or replacement.

If the Contractor fails to comply with the above within a reasonable time, the Company may remove and replace such Work at the expense of the Prime Contractor.

## 15.0 POLICE PROTECTION

Police protection, if necessary or required, shall be provided by the Contractor and is included in the Contract price.

## 16.0 ENVIRONMENTAL

The Contractor shall comply with the terms and conditions of all Environmental Permits and with all laws, regulations and ordinances relating to compliance with laws, and protection of the environment. Copies of these permits, when received, will be made available to the Contractor

The Contractor, and any Sub-Contractor, will be responsible for all hazardous materials brought on the Work site and for the proper disposal thereof in accordance with Environmental Rules and Regulations. A copy of the MSDS sheets will be supplied to the Company for all such materials.

## 17.0 WAIVERS

The failure of the Company representatives to insist upon a strict performance of any of the terms, conditions, or details set forth in the Contract shall not constitute a waiver of any of the said terms, conditions, or details, nor of any of the rights or remedies of the Company.

## 18.0 CONFLICTING STATEMENTS

To the extent that a conflict as to the meaning of the terms and conditions contained herein and any of the other specifications may exist, then these General Terms and Conditions shall govern.

OK00292

| SPECIFICATION No.: 1- 0494 | Sheet 11 of 12 |
| --- | --- |

## SUBMARINE CABLE AMPACITY RATING - In Service Conditions

90° C Conductor Temperature - NOA at 100% LF    _____

130° C Conductor Temperature - EOA - Supply a graph
      with a series of Cable Ampacity vs Time (0 to 24
      hours in one hour increments) curves for 70%, 80%,
      90%, and 100% Load factors.

_____° C Conductor Temperature - EEOA at 100% LF
Fill in Temperature & Ampacity.    _____

## 9.0 CABLE MEASUREMENT

9.1    The approximate length of the submarine cable to be furnished, for bid purposes, is
as follows:

Submarine Cable (To Termination Manholes on both shores)   ___34,000___ feet

9.2    Within 30 days of contract award, the exact cable lengths will be determined by the
Cable Manufacturer, in conjunction with the Cable Installer, performing a side scan
sonar survey to verify route and cable length.  The exact cable length and route is
to be determined by joint agreement of the Cable Manufacturer, Cable Installer, and
Commonwealth Electric Company.

9.3    Surplus cable remaining after the laying operation will become the property of the
purchaser.  The manufacturer shall be responsible for testing and the proper
sealing of the cable ends and the placement of the cable on non-returnable metal
reels, of a size acceptable to Commonwealth Electric, that are lagged with wooden
slats. The reels and cable preparation will be suitable for long term storage. Length
of cable on each reel and date of manufacture shall be recorded on a durable label
suitable for long term storage and identification.

## 10.0 CABLE SPLICES AND TERMINATIONS

10.1    The cable manufacturer will be responsible for all factory splices in the submarine
cable system and if not actually making the splices will supply supervision to
oversee and approve this work.

10.2    It is expected that the submarine cable circuit requirement shall be supplied in one
continuous length without field splices.

OK00316

| SPECIFICATION No.: 1- 0494 | Sheet 12 of 12 |
| --- | --- |

10.3    The cable manufacturer will be responsible for the field splice, in the termination manholes, at the junctions of the submarine cable and the shore land cable. The manufacturer shall supply all necessary splicing materials and equipment and shall carry out all work necessary to insure a proper splice of the land and submarine cables.

10.4    The submarine cable armor shall be terminated by the cable manufacturer at both ends. The cable manufacturer will submit details of the method of armor termination and the armor termination structure for the approval of Commonwealth Electric. Commonwealth Electric will supply the agreed upon armor termination structure.

11.0 WARRANTY

See General Terms and Conditions Section of the Contract.

OK00317

| SPECIFICATION No.: 2-0494 | Sheet 2 of 6 |
|---|---|

### 3.0 SHORE-END TRENCHING

3.1     The Cable Installer will be required for excavation of a four (4) foot deep trench, approximately 250 feet long on the Falmouth end and approximately 180 feet long on the Oak Bluffs end, from the end of the duct line out to a water depth of ten (10) feet as measured from the MLWL at each submarine cable landing location. The Cable Installer is responsible for the total length of trench required to meet the specified water depth of ten (10) feet.

3.2     The Cable Installer shall schedule the shore-end trenching work to coincide with the submarine cable laying operation to insure that the cables are installed before any premature backfilling takes place by wave or tidal action. The Cable Installer shall use whatever means are necessary to keep the ducts clean of sand and rocks to insure that no damage is done to the submarine cable thru this part of the installation.

3.3     In the sea trenching operation, all material removed during excavation shall be side casted and the trench allowed to backfill by natural tidal action.

### 4.0 SUBMARINE CABLE INSTALLATION

4.1     The installation of the submarine cable shall be accomplished by state of the art methods, procedures, equipment and specifically trained personnel so that a long period (40 years) of reliable service can be expected.

4.2     The Cable Installer will furnish a cable laying plan with his proposal including, but not limited to, the following:

a/     Description of all major floating equipment and support craft to be used.

b/     Navigational control methods to insure that the cables are laid in the approved, pre-determined submarine cable corridor and in a manner that will not prevent other cables from being laid, in the future, in this same corridor.

c/     Methods to be utilized to control the cable tension during the laying operation.

d/     Methods of recovering the cable aboard the lay vessel in the event of an accident or problems during the laying operation.

e/     Methods and equipment to be utilized in the shore-end trenching operation to insure a trouble free installation from the shore-end duct systems to the termination manholes.

OK00320