

**THE OKONITE COMPANY**

Five Commerce Park North
Bedford, NH 03110
(617) 749-3374
(603) 625-1900
FAX: (603) 624-2252

August 12, 1994

Commonwealth Electric Company
2421 Cranberry Highway
Wareham, Massachusetts 02571

Attn:  Robert A. Doyle

**Commonwealth Electric Inquiry No. CV-424**
**Martha's Vineyard Submarine Cable Project**

Dear Mr. Doyle:

The Okonite Company appreciates the opportunity to meet with Commonwealth Electric to discuss Okonite's proposal for the above referenced project.  The following representatives will attend.

**The Okonite Company**
William Turner    -  Director-Quotations - Project Coordinator
James Fitzgerald -  Director-Application Engineering
John Bachhuber   -  District Manager

**Simplex Technologies, Inc.**
Curtis Robinson   -  Marketing Manager
Gregory Fontaine -  Manager Project Engineering

**Caldwell's Diving Co.**
James Caldwell    -  President

Commonwealth Electric has presented a detailed list of commercial and technical questions regarding this cable installation and our response to each question follows.

We trust that we have provided all the requested information to your satisfaction, and should there be any remaining issues we are confident they can be resolved during our scheduled meeting on August 19, 1994.

Yours truly,

THE OKONITE COMPANY

John P. Bachhuber
District Manager

kmm
enc
9422

NST002071

# THE OKONITE COMPANY
Ramsey, New Jersey 07446

COMMONWEALTH ELECTRIC COMPANY

35KV SUBMARINE CABLE

MARTHA'S VINEYARD 1995 CABLE NO. 6

INQUIRY CV-424

## Addendum II - Comm. Elec. 8/3/94 Letter

### QUESTION 1:

Would The Okonite Company price out a single, lump sum, fixed price for a "Total Turnkey Package", in accordance with the detailed specifications as modified by the following:

    a)   A Submarine Cable, as per specification, with the following modifications:

        i)    Without LEAD Jacket on the neutral Conductors

        ii)   With 44-#4 BWG Armor wires with 40 mils, minimum average thickness, Polyethylene Jacket on each wire.

  **   iii)  With Two (2), 8 channel, single mode, Fiber Optic Cables in the interstices of the submarine cable.

        iv)   A composite cable with 500 kcmil at the shore landing ends to utilize the full current rating of the 350 kcmil submarine cable.

        v)    With a filled strand system that will retard water penetration along the power cable conductors interstices, in case of cable severance.

        vi)   If the fiber optic cable in the interstices of the submarine power cable is not filled with a moisture resistant material to prevent water penetration, include such a system in the firm, lump sum price. (See question #12)

    b)   In calculating the firm, lump sum price use the **installed cost** of: 34,000 feet of the above modified design of Submarine power cable, 38,000 feet of 1/C underground power cable and 14,000 feet of terrestrial fiber optic cable, as described in 1.c below.

  ** Modified to: with 8 additional fibers in existing fiber optic cable.

F94346

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 2 -

    c)    For the terrestrial fiber optic land cable use one (1) 8 channel, single mode, Simplex No. SL-1001 fiber optic cable, <u>as quoted</u>, with steel tape and black PE jacket.

    d)    An as-laid video, taken within one week of the submarine cable installation, to be used as a base for the as-laid condition of the submarine cable.

    e)    An alternate storage site, other than Commonwealth Electric's Falmouth Substation or any other Company property, for the storage of cable reels, splicing materials and trucks.

    f)    With 2,000 feet of spare submarine cable, as modified above, on two (2) 1,000 foot steel reels with ends sealed and wooden lagging.

<u>RESPONSE:</u>

A.    Total lump sum, fixed price for a "Total Turnkey Package" as defined above is:        **$3,120,042**

B.    The Okonite Company respectfully requests Commonwealth Electric to review our recommended **Alternate Design Proposal** entitled "Alternate Proposal 2A".

    Total lump sum, fixed price for a "Total Turnkey Package" as defined above is:        **$2,953,002**

        **This alternate design will show Commonwealth Electric a saving of:**    <u>**$167,040.**</u>

    This cable is identical to the "Hybrid" design now being considered except the polyethylene core jacket is eliminated. We wish to highlight the following facts:

1.    There is no engineering value in the long term operation of the cable to have both a conductor and an overall jacket. The heavy duty jacket over each single conductor provides much more protection and value than the overall jacket. In the 1990 cable provided by Okonite, there was an overall jacket only. We feel the individual conductor jacket provides optimum protection and the desired submarine cable design.

2.    Okonite extends the full ten year terminal to terminal warranty on the **Alternate Design Proposal**.

        F94346

NST002073

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 3 -

3.  The **Alternate Design Proposal** will facilitate handling and training of the cable in the manhole and will enhance racking the extra length of submarine cable at the shore end.

4.  This **Alternate Design** provides an additional savings of **$167,040** to Commonwealth Electric with no impact on product reliability or service.

C.  Additionally, we are taking this opportunity to offer an alternate design for the terrestrial fiber optic land cable. This cable designated as Simplex No. SL-100-SPA meets all of your specification requirements, includes the required steel tape and black PE jacket and also includes 16 single mode fibers identical to those being used in the interstice of the composite Submarine Power/Fiber Optic Cable and will carry the full ten year warranty.  This will allow for full future utilization of the 16 fiber elements in the Submarine Cable without the need to install additional terrestrial fiber optic cable.

If this alternate terrestrial fiber optic cable design is selected, the above A & B prices may be reduced by $11,200.

F94346

NST002074

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

– 4 –

QUESTION 2:

Cost per foot of: The above modified design submarine cable, the 1/C underground land cable, and the above referenced terrestrial fiber optic cable. Note: The lump sum firm price will be adjusted ± to account for variances in the actual footage of cables purchased, which will be determined by mutual agreement from plans and/or surveys.

RESPONSE:

**"Hybrid" Cable**
   Cost per foot of modified design submarine cable      $58.492

**"Alternate Proposal 2A"**
   Cost per foot of modified design submarine cable      $53.852

**Land Cables**
   Cost per foot of underground land cable               $ 8.789

   Cost per foot of terrestrial fiber optic cable        $ 5.350
       Simplex No. SL-1001

**Alternate Terrestrial Fiber Optic Cable**
   Cost per foot of 16 element terrestrial fiber         $ 4.55
       optic cable
       Simplex No. SL-100-SPA

F94346

NST002075

**◎ THE OKONITE COMPANY**
Ramsey, New Jersey 07446

– 5 –

QUESTION 3:

Provide sectional drawings showing the construction, nominal cable outside diameter, and for the submarine cable the weight in air and sea water in lbs/ft. for the following cables:

a) The 350 kcmil above modified design submarine cable.

b) The 500 kcmil shore landing sections of the above modified design submarine cable.

c) The above referenced terrestrial fiber optic cable.

d) The fiber optic cables which are included in the interstices of the submarine power cable.

RESPONSE:

Please see the following listed drawings along with additional technical information in Section 2.

| Drawing # | Description |
|---|---|
| a) CS-7214 | 3/C 350 MCM – Base Bid Design |
| b) CS-7216 | 3/C 500 MCM – Base Bid Design |
| c) CS-7219 | Terrestrial Fiber Optic Cable Simplex No. SL-1001 |
| d) CS-7218 | 16 Fiber Optic Cable in interstice of submarine cable. Simplex No. SL-100-LW |
| aa) CS-7215 | 3/C 350 MCM – Same as Base Bid except without core jacket. |
| bb) CS-7217 | 3/C 500 MCM – Same as Base Bid except without core jacket. |
| cc) CS-7220 | Alternate 16 element terrestrial Fiber Optic Cable. Simplex No. SL-100-SPA |

F94346

NST002076



**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 6 -

**Dimensional Data**

|  | Diameter | Net Cable Weight Lbs./Foot | |
|---|---|---|---|
|  |  | In Air | In Seawater |
| a) | 5.331 | 18.4# | 9.2# |
| b) | 5.572 | 21.0# | 10.5# |
| c) | 1.108 | .79# | N/A |
| d) | .450 | .25# | N/A |
| aa) | 5.197 | 18.0# | 9.0# |
| bb) | 5.458 | 20.4# | 10.2# |
| cc) | .575 | .32# | N/A |

F94346

NST002077

◎ **THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 7 -

QUESTION 4:

Price to seal the ends, suitable for long term storage and to prevent water penetration, of one (1) of the 8 channel, Single Mode, Fiber Optic Cables, which was in the interstices of the Submarine Power Cable, leaving a 20 foot coil of slack in each shore end manhole. This cable may be set aside for future use.

RESPONSE:

As previously discussed with Mr. Harry Eklund, we are proposing an alternate plan for terminating/splicing the Fiber Optic components in the shore end manholes.

Since these manholes will provide a wet environment, we recommend a straight pass through splice of the submarine cable Fiber Optic component to the terrestrial Fiber Optic Cable. This splice will be made in a specially designed, non-reenterable, water-proof molded splice box which provides for maximum splice protection.

The 16 element submarine cable Fiber Optic component will be spliced to a 16 element terrestrial Fiber Optic Cable, CS-7220, which is described fully in Section 2. The Fiber Optic cores of both the Submarine Cable and the terrestrial cable are identical, providing for complete system compatibility.

The 16 element terrestrial Fiber Optic cable, CS-7220 will be installed from the shore manhole to the first dry manhole. The 16 element Fiber Optic Cable can then be split into two 8 fiber sections in the dry manhole: 8 fibers will be spliced for immediate service and the balance can be set aside for future use.

If Commonwealth Electric selects our offered alternate 16 element terrestrial Fiber Optic Cable, all 16 fibers in the land cable can be connected directly to the 16 fibers in the Submarine Cable component.

**The additional cost of this shore end manhole splice treatment is          $25,000.**

F94346

 **THE OKONITE COMPANY**
Ramsey, New Jersey 07446

– 8 –

QUESTION 5:

    Per Specification 2-0494 section 4.5, will The Okonite Company be supplying the requested drawings on Mylar or Electronic Copy?

RESPONSE:

    The as-installed cable route drawing can be furnished on reproducible mylar quality or electronic copy, whichever you prefer.

F94346

NST002079

**⊚ THE OKONITE COMPANY**
Ramsey, New Jersey 07446

– 10 –

QUESTION 7:

Reason why The Okonite Company will not comply with the requirements of Section 6.3 of Specification 2-0494?

RESPONSE:

The dimensional restrictions of the manhole present some difficulties in racking the completed cable around the shore manhole.  This problem can be resolved with further consultation between Okonite's and Commonwealth Electric's engineers.

A preliminary solution to this problem could consist of the following:

1.  Pull the submarine cable through the manhole onto the surrounding land area.

2.  Remove the armor coverings back to the sea wall duct opening and anchor the armor wires to the support rings.

3.  Sufficient length will then be exposed to accomplish:

    a)  Hi-Pot testing after installation.

    b)  Splicing the submarine cable to the land cable.

    c)  Routine racking and support of the splice assembly.

    c)  Complete racking of the extra-length requested by Commonwealth Electric.

Prior to the installation of the submarine cable, we will schedule a site meeting between Commonwealth Electric, our land subcontractor, Caldwell Diving and Okonite at the shore manhole in Falmouth to determine the most practical technique for accomplishing these requirements.

F94346

NST002080

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 11 -

QUESTION 8:

In what factory(s) will the EPR Submarine, EPR Land Cables and
Fiber Optic Cables be manufactured?

RESPONSE:

The power cable components of the submarine cable will be
manufactured and tested in Okonite's Richmond, Kentucky and
Paterson, New Jersey facilities.

The fiber optic component, fiber optic land cable, cable
assembly and armoring will be accomplished at Simplex's Newington,
New Hampshire facility.

The EPR land cable will be manufactured in Okonite's Richmond,
Kentucky facility.

F94346

NST002081

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

– 12 –

QUESTION 9:

Length of each shore end section of 500 kcmil Submarine Cable.
Will any Field Splices be required?

RESPONSE:

Our proposal offers a unique and effective project
installation arrangement having the following benefits:

1 –   The submarine cable will be furnished manhole to manhole
      without field splices.

2 –   The first shore-end to be installed will be approximately
      500 feet of the 3/C 500 MCM cable.

      The remaining shore-end will be approximately a 2500 foot
      section which includes:  route laying variances over the
      6½ mile crossing; provides that at least 500 feet of the
      3/C 500 MCM will be installed into the landing area and
      shore manhole; and includes the spare length cable.

The benefit of this approach is that the cable remaining on
the barge, after the installation is complete, will be the spare
cable required by Commonwealth Electric and sized as the 3/C 500
MCM.  In this case, the spare cable can be easily used in the
future for emergency repairs for either the 3/C 350 MCM or 3/C 500
MCM cable.  The spare splice kit will include connectors for both
500 MCM to 500 MCM or 350 MCM to 500 MCM cable sizes.

F94346

NST002082

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 13 -

QUESTION 10:

Provide revised data sheets and ampacity tables, per the specifications, for the above modified submarine cable design.

RESPONSE:

The data sheets and ampacity tables are included with the cross sectional drawings in Section 2.

F94346

NST002083

# THE OKONITE COMPANY
### Ramsey, New Jersey 07446

- 14 -

QUESTION 11:

After the route is surveyed and the actual cable length determined, how much additional cable is necessary to cover for installation contingencies?  Give an answer either in additional feet or as a percentage of the actual cable route.

RESPONSE:

As soon as possible after the contract award, the Caldwell Diving Company will undertake a route survey.

This data will be reviewed by Okonite, Simplex and Caldwell personnel followed by a formal presentation to Commonwealth Electric.  This presentation will include our recommendations for the length of cable to be delivered to the jobsite.  This length recommendation report will itemize the following:

a)    Route survey - shore manhole centerline to centerline
b)    Laying contingency adder - 3%
c)    Spare Cable - approximately 2000 feet available after installation.

F94346

NST002084

# THE OKONITE COMPANY
Ramsey, New Jersey 07446

- 15 -

QUESTION 12:
    With the Optical Fibers installed in the interstices of the
Submarine Cable, what method is to be utilized to prevent sea water
penetration into the fibers due to the contingency of cutting the
power cable to make a repair?  Will sea water penetration of the
Fiber Optic Cable necessitate the cutting back of the Fiber Optic
Cable until a dry section on both ends is found?  Will sea water
penetration affect the operation of the fiber optic cable?
Experience with the cutting of Fiber Optic Cables under sea water?
Will sea water react negatively with any of the components in the
fiber optic cable's construction, which is planned for inclusion in
the submarine cable?

RESPONSE:

    The Fiber Optic Cables offered for use on this project are
current submarine cable designs that are qualified by AT&T for high
reliability transoceanic telecommunications service.  Over 80,000
kilometers of these cables are in operation and give testimony to
the reliability and performance characteristics of these designs.

    Unlike an armored terrestrial telephone cable, the optical
fibers are contained within a welded copper tube which forms a true
hermetic barrier.  This barrier protects the fibers from exposure
to molecular hydrogen which can result in premature deterioration
of optical performance.

    All the interstices within the hermetic barrier are filled
with a polyurethane waterblocking compound to retard water
penetration in the event that the cable is cut.  AT&T has qualified
this waterblocking system to be effective in water depths down to
5,000 meters.

    Sea water penetration would necessitate cutting back until dry
cable is found.  The presence of sea water inside of the hermetic
barrier would not have any short-term impact on the cables
performance.

F94346

# THE OKONITE COMPANY
Ramsey, New Jersey 07446

- 16 -

QUESTION 13:

If The Okonite Company is awarded the contract, will you supply the information requested in Sections #2, #3 & #4 of Commonwealth Specification #4-0494? How long after award of contract to receive the requested information?

RESPONSE:

Okonite will furnish a complete underground cable mobilization plan to include a description of all equipment, project and site personnel contacts, installation schedules, equipment delivery schedules, qualification training program and a recommendation of the cable length needed to complete this phase of the project applicable to both the Falmouth area and the Oak Bluffs site needs.

This information will be furnished within 30 days after receipt of order and design approvals.

F94346

NST002086

 **THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 17 -

<u>QUESTION 14</u>:

The Okonite Company has provided for progress payments in their proposal. Please provide a matrix showing the effect of accelerated progress payments being made in December 1994 and/or January 1995, with 10% being left as a final payment upon completion of contract, on the fixed, lump sum price given above.

<u>RESPONSE</u>:

The effect of Okonite's proposed Progress Payment Schedule, as submitted with our original proposal, is included in our quoted prices. Should this schedule be accelerated to provide payments in December 1994 or January 1995 with 10% being left as a final payment, the revised "Total Turnkey Package" prices shown as our response to Question 1 may be reduced by an additional one percent (1%).

F94346

NST002087

**OKONITE COMPANY**
amsey, New Jersey 07446

COMMONWEALTH ELECTRIC COMPANY

35KV SUBMARINE CABLE

MARTHA'S VINEYARD 1995 CABLE NO. 6

INQUIRY CV-424

is
a s
ject
for
we
ilar
or's

**Addendum II – Comm. Elec. 8/3/94 Letter**

preparing your fixed, lump sum price the original terms,
litions and warranties, as outlined in your proposal, will apply
the above modified design, more specifically:

STION                                                  RESPONSE

The Okonite Company is offering                          Yes
ten (10) year warranty, per
ifications, Pothead to Pothead
terminal to terminal, on the
ha's Vineyard cable systems.

The Okonite Company accepts all                          Yes
Commercial Terms & Conditions as
lined in COM/Electric
ifications.

The Okonite Company will be the                          Yes
ime Contractor" and as such will
responsible for the "Total
alled Cable System" and also for
long-term warranty coverage of
"Total Installed Cable System"
specifications. The "Total
alled Cable System" is defined
the installed submarine cable,
underground power cable and the
restrial fiber optic cable.

Except as modified above, The                           Yes
nite Company's proposal is in
ordance with COM/Electric's
airy #CS-424 Specifications,
ns, Terms & Conditions.

The Okonite Company will not be                      Understood
plying and/or installing the "40
t outfall pipes" as requested in
specifications.

F94347                    4347

NST002088



# THE OKONITE COMPANY
Ramsey, New Jersey 07446

COMMONWEALTH ELECTRIC COMPANY

35KV SUBMARINE CABLE

MARTHA'S VINEYARD 1995 CABLE NO. 6

INQUIRY CV-424

## 35kV Submarine Cable Ampacity Rating

### Addendum II – Composite Cable Design Comm. Elec. Letter 8/3/94

Normal ratings were performed in accordance with IEC 287 modified for effect of the daily loss factor on cables buried in the earth according to Reference 1.

Ratings for submarine section and for water filled ducts were computed utilizing Reference 2 for the temperature rise from surface of cable to the sea water.

Commonwealth Electric ampacity rating for 20MW at 23kV = 502 amperes.

A. Normal Ratings

Continuous Current Ratings - 90°C Conductor Temperature

| Cross-Section | | | Duct | Direct | Submarine |
|---|---|---|---|---|---|
| Depth to Center | | | 48" | 48" | --- |
| Ambient Temp: | | | 20C | 20C | 25C |

| Cond size (kcmil) | Load Loss Factor | | Current Ratings (amps) | | |
|---|---|---|---|---|---|
| 350 | 70 | 55 | 489 | 497 | 572 |
|  | 80 | 69 | 476 | 484 | 572 |
|  | 90 | 84 | 462 | 470 | 572 |
|  | 100 | 100 | 448 | 456 | 572 |
| 500 | 70 | 55 | 579 | 591 | 572 |
|  | 80 | 69 | 563 | 574 | 572 |
|  | 90 | 84 | 546 | 556 | 572 |
|  | 100 | 100 | 529 | 539 | 572 |
|  | **100** | **100** | **572** | **582** | **572** |

NOTE:   For Okoguard 105°C rating multiply above ampacity by a factor of 1.08.  Boldface ratings illustrate the 105C rating.

F94333A

NST002089



NOMINAL O.D.

5.331"

350 kcmil (37x) BARE COPPER COMPACT ROUND FILLED STRAND CONDUCTOR

EXTRUDED STRAND SCREEN (EPR)

0.420" OKOGUARD INSULATION (EPR) NOM. OD=1.544"

0.040" EXTRUDED SEMICON LAYER (EPR) NOM. OD=1.644"

0.005" BARE COPPER TAPE

0.110" OKOLENE JACKET (PE) NOM. OD= 1.893"

POLYPROPYLENE FILLERS

DOUBLE WRAP CABLE TAPE

0.110" OKOLENE JACKET (PE) NOM. OD= 4.395"

16 CHANNEL SINGLE MODE FIBER OPTIC CABLE (SIMPLEX DWG NO. MV3)

#1 AWG (19x) BARE COPPER GROUNDING CONDUCTOR

POLYPROPLYENE BEDDING, ASPHALT SLUSHED

#4 BWG GALVANIZED STEEL ARMOR WIRES, EACH COVERED WITH POLYETHYLENE, 040 MILS

NYLON SERVING OVERALL, ASPHALT SLUSHED, WITH WHITING

WEIGHT = 18.37 LBS/FT

*BASE BID DESIGN*

3/C 350 KCMIL OKOGUARD SHLD OKOLENE WITH 3- #1 AWG GRD & 1 - 16 CHANNEL SINGLE MODE FIBER OPTIC CABLE OKOLENE JACKET OKOLENE COVERED #4 BWG STEEL ARMOR WIRES 35KV

## THE OKONITE COMPANY
### RAMSEY, N.J. USA

| DATE: 08/05/94 | SCALE: NTS | REVISIONS |
|---|---|---|
| DR. *JER*    TR. | | DRAWING NUMBER |
| CH.    APP. | | **CS-7214** |

NST002090



**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

COMMONWEALTH ELECTRIC COMPANY

35KV SUBMARINE CABLE

MARTHA'S VINEYARD 1995 CABLE NO. 6

INQUIRY CV-424

ADDENDUM II - COMM. ELEC. 8/3/94 LETTER

<u>Cable Data - Submarine Cable - Base Bid - CS7214</u>

| | | |
|---|---|---|
| Conductors Size - KCMILS | | 350 Compact |
| Conductor Shield - | Type | EPR |
| | - Thickness-Mils | 25 |
| Insulation - | Thickness-Mils | 420 |
| Insulation Shield - | Type | EPR |
| | Thickness | 45 |
| Metallic Binder - | Type | Copper |
| | Thickness | 5 mils |
| Jacket-<br>(Single Cdr) | Type | Polyethylene |
| | Thickness - Mils | 110 |
| Fiber Optic Cable | 16 Channel Single Mode | |
| Jacket -<br>(Assembled Core) | Type | Polyethylene |
| | Thickness - Mils | 110 |
| Neutral Size - | KCMIL | 3 x #1 AWG |
| Armor Wire - | Number (Appx) | 44 #4 BWG |
| | Dia. - Inches | 0.238 |
| | Jacket - Type | Polyethylene |
| | Thickness | 40 mils |
| Overall Cable Diameter | | |
| | Inches | 5.4 |
| Conductor -<br>  Ultimate Breaking Strength - lbs. | | 9073 |
| Armor Wire -<br>  Ultimate Breaking Strength - lbs. | | 97,873 |

F94261A-1

NST002091

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

- 2 -

| | |
|---|---|
| Complete Cable –<br>  Ultimate Breaking Strength – lbs. | 106,950 |
| Number of Factory Splices | Appx. 12 1/C splices |
| Cable Wt. in Air - lbs/1000 feet | 18.4 |
| Cable Wt. in Salt Water-lbs/1000 feet | 9.2 |
| Minimum Bending Radius | 65 |
| Resistance – Ohms/1000 ft. | 0.0385 |

**POSITIVE – NEGATIVE SEQUENCE**

| | |
|---|---|
| Series Reactance – Ohms/1000 ft. | .051 |
| Short Capacitive Reactance –<br>            Ohms/1000 ft. | 1675 |

**ZERO SEQUENCE**

| | |
|---|---|
| Series Reactance - Ohms/1000 ft. | .036 |
| Series Resistance - Ohms/1000 ft. | .189 |
| Short Cap Reactance - Ohms/1000 ft. | 1675 |
| Sheath Resistance - Ohms/1000 ft. | .298 |

**LOSSES**

| | |
|---|---|
| Charging Current - Amps | .32 |
| Ampacity | See Attached |

F94261A-1

NST002092



NOMINAL O.D.

5.572"

500 kcmil (37x) BARE COPPER COMPACT ROUND FILLED STRAND CONDUCTOR

EXTRUDED STRAND SCREEN (EPR)

0.420" OKOGUARD INSULATION (EPR) NOM. OD=1.665"

0.040" EXTRUDED SEMICON LAYER (EPR) NOM. OD=1.765"

0.005" BARE COPPER TAPE

0.110" OKOLENE JACKET (PE) NOM. OD= 2.014"

POLYPROPYLENE FILLERS

DOUBLE WRAP CABLE TAPE

0.110" OKOLENE JACKET (PE) NOM. OD= 4.594"

16 CHANNEL SINGLE MODE FIBER OPTIC CABLE (SIMPLEX DWG NO. MV3)

#1 AWG (19x) BARE COPPER GROUNDING CONDUCTOR

POLYPROPLYENE BEDDING, ASPHALT SLUSHED

#4 BWG GALVANIZED STEEL ARMOR WIRES, EACH COVERED WITH POLYETHYLENE, .040 MILS

NYLON SERVING OVERALL, ASPHALT SLUSHED, WITH WHITING

WEIGHT = 20.93 LBS/FT

*BASE BID DESIGN*

3/C 500 KCMIL OKOGUARD SHLD OKOLENE WITH 3- #1 AWG GRD & 1 - 16 CHANNEL SINGLE MODE FIBER OPTIC CABLE OKOLENE JACKET OKOLENE COVERED #4 BWG STEEL ARMOR WIRES 35KV

| THE OKONITE COMPANY | DATE: 08/05/94 | SCALE: NTS | REVISIONS |
|---|---|---|---|
| RAMSEY, N.J. USA | DR. JER | TR. | DRAWING NUMBER |
| | CH. | APP. | CS-7216 |

NST002093



**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

COMMONWEALTH ELECTRIC COMPANY

35KV SUBMARINE CABLE

MARTHA'S VINEYARD 1995 CABLE NO. 6

ENQUIRY CV-424

ADDENDUM II - COMM. ELEC. 8/3/94 LETTER

<u>Cable Data - Submarine Cable - Base Bid - CS7216</u>
(Shore End Section)

| | | |
|---|---|---|
| Conductors Size - | KCMILS | 500 Compact |
| Conductor Shield - | Type | EPR |
| | - Thickness-Mils | 25 |
| Insulation - | Thickness-Mils | 420 |
| Insulation Shield - | Type | EPR |
| | Thickness | 45 |
| Metallic Binder - | Type | Copper |
| | Thickness | 5 mils |
| Jacket-<br>(Single Cdr) | Type | Polyethylene |
| | Thickness - Mils | 110 |
| Fiber Optic Cable | 16 Channel Single Mode | |
| Jacket -<br>(Assembled Core) | Type | Polyethylene |
| | Thickness - Mils | 110 |
| Neutral Size - | KCMIL | 3 x #1 AWG |
| Armor Wire - | Number (appx) | 47 #4 BWG |
| | Dia. - Inches | 0.238 |
| | Jacket - Type | Polyethylene |
| | Thickness | 40 mils |
| Overall Cable Diameter | | |
| | Inches | 5.6 |
| Conductor - | | |
| Ultimate Breaking Strength - lbs. | | 14000 |
| Armor Wire - | | |
| Ultimate Breaking Strength - lbs. | | 104,550 |

F94261A-3

NST002094

# THE OKONITE COMPANY
### Ramsey, New Jersey 07446

- 2 -

Complete Cable -
   Ultimate Breaking Strength - lbs.      118,550

Number of Field Splices            1 each shore section

Cable Wt. in Air - lbs/1000 feet      21

Cable Wt. in Salt Water-lbs/1000 feet      10.5

Minimum Bending Radius           68

Resistance - Ohms/1000 ft.         0.027


## POSITIVE - NEGATIVE SEQUENCE

Series Reactance - Ohms/1000 ft.      .049

Short Capacitive Reactance -
               Ohms/1000 ft.      1860


## ZERO SEQUENCE

Series Reactance - Ohms/1000 ft.      .030

Series Resistance - Ohms/1000 ft.      .192

Short Cap Reactance - Ohms/1000 ft.     1750

Sheath Resistance - Ohms/1000 ft.      .310


## LOSSES

Charging Current - Amps           .35

Ampacity                   See Attached


F94261A-3

NST002095



NOMINAL O.D.

5.197"

350 kcmil (37x) BARE COPPER COMPACT ROUND FILLED STRAND CONDUCTOR

EXTRUDED STRAND SCREEN (EPR)

0.420" OKOGUARD INSULATION (EPR) NOM. OD=1.544"

0.040" EXTRUDED SEMICON LAYER (EPR) NOM. OD=1.644"

0.005" BARE COPPER TAPE

0.110" OKOLENE JACKET (PE) NOM. OD= 1893"

POLYPROPYLENE FILLERS

DOUBLE WRAP CABLE TAPE

16 CHANNEL SINGLE MODE FIBER OPTIC CABLE (SIMPLEX DWG NO. MV3)

#1 AWG (19x) BARE COPPER GROUNDING CONDUCTOR

POLYPROPYLENE BEDDING, ASPHALT SLUSHED

#4 BWG GALVANIZED STEEL ARMOR WIRES, EACH COVERED WITH POLYETHYLENE, 040 MILS

NYLON SERVING OVERALL, ASPHALT SLUSHED, WITH WHITING

WEIGHT = 17.96 LBS/FT

## ALTERNATE DESIGN PROPOSAL

3/C 350 KCMIL OKOGUARD SHLD OKOLENE WITH 3- #1 AWG GRD & 1 - 16 CHANNEL SINGLE MODE
FIBER OPTIC CABLE, OKOLENE COVERED #4 BWG STEEL ARMOR WIRES  35 KV

| THE OKONITE COMPANY | DATE:8/05/94 | SCALE: NTS | REVISIONS |
| --- | --- | --- | --- |
| RAMSEY, N.J. USA | DR. $\mathcal{JER}$   TR.<br>CH.   APP. | | DRAWING NUMBER<br>CS-7215 |

NST002096

# THE OKONITE COMPANY
Ramsey, New Jersey 07446

COMMONWEALTH ELECTRIC COMPANY

35KV SUBMARINE CABLE

MARTHA'S VINEYARD 1995 CABLE NO. 6

INQUIRY CV-424

ADDENDUM II - COMM. ELEC. 8/3/94 LETTER

### Cable Data - Submarine Cable - Alternate Proposal - CS7215

| | | |
|---|---|---|
| Conductors Size - | KCMILS | 350 Compact |
| Conductor Shield - | Type | EPR |
| | - Thickness-Mils | 25 |
| Insulation - | Thickness-Mils | 420 |
| Insulation Shield - | Type | EPR |
| | Thickness | 45 |
| Metallic Binder - | Type | Copper |
| | Thickness | 5 mils |
| Jacket- | | |
| (Single Cdr) | Type | Polyethylene |
| | Thickness - Mils | 110 |
| Fiber Optic Cable | 16 Channel Single Mode | |
| Neutral Size - | KCMIL | 3 x #1 AWG |
| Armor Wire - | Number (appx) | 42 #4 BWG |
| | Dia. - Inches | 0.238 |
| | Jacket - Type | Polyethylene |
| | Thickness | 40 mils |
| Overall Cable Diameter | | |
| | Inches | 5.2 |
| Conductor - | | |
| Ultimate Breaking Strength - lbs. | | 9073 |
| Armor Wire - | | |
| Ultimate Breaking Strength - lbs. | | 88,976 |

F94261A-2

NST002097

# THE OKONITE COMPANY
### Ramsey, New Jersey 07446

- 2 -

| | |
|---|---|
| Complete Cable –<br>  Ultimate Breaking Strength – lbs. | 98,049 |
| Number of Factory Splices | Appx. 12 1/C splices |
| Cable Wt. in Air – lbs/1000 feet | 18.0 |
| Cable Wt. in Salt Water–lbs/1000 feet | 9.0 |
| Minimum Bending Radius | 63 |
| Resistance – Ohms/1000 ft. | 0.0385 |

**POSITIVE – NEGATIVE SEQUENCE**

| | |
|---|---|
| Series Reactance – Ohms/1000 ft. | .051 |
| Short Capacitive Reactance –<br>                  Ohms/1000 ft. | 1675 |

**ZERO SEQUENCE**

| | |
|---|---|
| Series Reactance – Ohms/1000 ft. | .036 |
| Series Resistance – Ohms/1000 ft. | .189 |
| Short Cap Reactance – Ohms/1000 ft. | 1675 |
| Sheath Resistance – Ohms/1000 ft. | .298 |

**LOSSES**

| | |
|---|---|
| Charging Current – Amps | .32 |
| Ampacity | See Attached |

F94261A-2

NST002098



NOMINAL O.D.
5.458"

500 kcmil (37x) BARE COPPER COMPACT ROUND FILLED STRAND CONDUCTOR

EXTRUDED STRAND SCREEN (EPR)

0.420" OKOGUARD INSULATION (EPR) NOM. OD=1.665"

0.040" EXTRUDED SEMICON LAYER (EPR) NOM. OD=1.765"

0.005" BARE COPPER TAPE

0.110" OKOLENE JACKET (PE) NOM. OD= 2.014"

POLYPROPYLENE FILLERS

DOUBLE WRAP CABLE TAPE

16 CHANNEL SINGLE MODE FIBER OPTIC CABLE (SIMPLEX DWG MV3)

#1 AWG (19x) BARE COPPER GROUNDING CONDUCTOR

POLYPROPLYENE BEDDING, ASPHALT SLUSHED

#4 BWG GALVANIZED STEEL ARMOR WIRES, EACH COVERED WITH POLYETHYLENE, 040 MILS

NYLON SERVING OVERALL, ASPHALT SLUSHED, WITH WHITING

WEIGHT = 20.37 LBS/FT

## *ALTERNATE PROPOSAL DESIGN*

3/C 500 KCMIL OKOGUARD SHLD OKOLENE WITH 3- #1 AWG GRD & 1 - 16 CHANNEL SINGLE MODE FIBER OPTIC CABLE, OKOLENE COVERED #4 BWG STEEL ARMOR WIRES  35 KV

| THE OKONITE COMPANY RAMSEY, N.J. USA | DATE:8/05/94 | SCALE: NTS | REVISIONS |
|---|---|---|---|
| | DR. *JER*    TR. CH:    APP. | | DRAWING NUMBER **CS-7217** |

NST002099

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

COMMONWEALTH ELECTRIC COMPANY

35KV SUBMARINE CABLE

MARTHA'S VINEYARD 1995 CABLE NO. 6

INQUIRY CV-424

ADDENDUM II - COMM. ELEC. 8/3/94 LETTER

Cable Data - Submarine Cable - Base Bid Alternate Proposal CS7217
                      (Shore End Section)

| | | |
|---|---|---|
| Conductors Size - | KCMILS | 500 Compact |
| Conductor Shield - | Type | EPR |
| | - Thickness-Mils | 25 |
| Insulation - | Thickness-Mils | 420 |
| Insulation Shield - | Type | EPR |
| | Thickness | 45 |
| Metallic Binder - | Type | Copper |
| | Thickness | 5 mils |
| Jacket- | | |
| (Single Cdr) | Type | Polyethylene |
| | Thickness - Mils | 110 |
| Fiber Optic Cable | 16 Channel Single Mode | |
| Neutral Size - | KCMIL | 3 x #1 AWG |
| Armor Wire - | Number (appx) | 46 #4 BWG |
| | Dia. - Inches | 0.238 |
| | Jacket - Type | Polyethylene |
| | Thickness | 40 mils |
| Overall Cable Diameter | | |
| | Inches | 5.5 |
| Conductor - | | |
| Ultimate Breaking Strength - lbs. | | 14000 |
| Armor Wire - | | |
| Ultimate Breaking Strength - lbs. | | 102,120 |

F94261A-4

NST002100

**⊚ THE OKONITE COMPANY**
Ramsey, New Jersey 07446

– 2 –

Complete Cable –
  Ultimate Breaking Strength – lbs.          116,120

Number of Factory Splices                   2 (500 to 350)

Cable Wt. in Air – lbs/1000 feet            20.4

Cable Wt. in Salt Water–lbs/1000 feet       10.2

Minimum Bending Radius                       66

Resistance – Ohms/1000 ft.                   0.027


**POSITIVE – NEGATIVE SEQUENCE**

Series Reactance – Ohms/1000 ft.             .049

Short Capacitive Reactance –
                Ohms/1000 ft.                1860


**ZERO SEQUENCE**

Series Reactance – Ohms/1000 ft.             .030

Series Resistance – Ohms/1000 ft.            .192

Short Cap Reactance – Ohms/1000 ft.          1750

Sheath Resistance – Ohms/1000 ft.            .310


**LOSSES**

Charging Current – Amps                      .35

Ampacity                                     See Attached


F94261A-4

NST002101



(8) 0.0742" HIGH TENSILE
STEEL WIRES

(8) 0.0242" HIGH TENSILE
STEEL WIRES

(16) SINGLE MODE FIBERS
IN ELASTOMER MATRIX

0.205" WELDED
COPPER TUBE

0.072" BLACK
HDPE JACKET

0.028" DIA.
COPPER CLAD
KINGWIRE

POLYURETHANE
WATERBLOCKING
COMPOUND

O.D.= .450 in.
WGT.= 0.248 lbs/ft

SIMPLEX TECHNOLOGIES INC.

COM ELECTRIC / MARTHA'S VINEYARD
FIBEROPTIC ELEMENT FOR HYBRID CABLE DESIGN
(ALTERNATE BID)

SIMPLEX PRODUCT ID SL-100-LW, SIMPLEX DWG MV-3

16  SINGLE  MODE  FIBER  OPTIC  CABLE

THE OKONITE COMPANY

RAMSEY, N.J.

| DATE: 08/12/94 | SCALE: NTS | Drawing No. |
| Drawn by: ßℛℳ 08/12/94 | Checked by: 𝒢𝒱𝒥 08/12/94 | CS-7218 |

NST002102



(8) SINGLE MODE FIBERS
IN ELASTOMER MATRIX

0.022 WELDED COPPER TUBE

0.208" HDPE

(8) 0.0742 HIGH TENSILE
STRENGTH STEEL WIRES

ONE (1) 0.006"
THICK
LONGITUDINAL
STEEL TAPE

(8) 0.0534
HIGH TENSILE
STRENGTH
STEEL WIRES

0.130"
HDPE
JACKET

0.028"
COPPER-CLAD
KING WIRE

(8) 0.0692 HIGH TENSILE
STRENGTH STEEL WIRES

O.D.= 1.108"
WGT.= 0.796"

# SIMPLEX TECHNOLOGIES INC.

## COM ELECTRIC / MARTHA'S VINEYARD
## FIBEROPTIC LAND CABLE (BASE BID)

SIMPLEX PRODUCT ID SL-1001, SIMPLEX DWG NO. MV1

## 8 SINGLE MODE FIBER OPTIC CABLE

**THE OKONITE COMPANY**

**RAMSEY, N.J.**

| DATE: 08/12/94 | SCALE: NTS | Drawing No. |
|---|---|---|
| Drawn by: *BRM* 08/12/94 | Checked by: *GVF* 08/12/94 | **CS-7219** |

NST002103



(6) 0.0742" HIGH TENSILE STEEL WIRES

(8) 0.0242" HIGH TENSILE STEEL WIRES

0.205" WELDED COPPER TUBE

0.072" BLACK HDPE JACKET

POLYURETHANE WATERBLOCKING COMPOUND

(16) SINGLE MODE FIBERS IN ELASTOMER MATRIX

0.028" DIA. COPPER CLAD KINGWIRE

(1) 0.006" THICK LONGITUDINAL STEEL TAPE

0.054" BLACK HDPE JACKET

O.D.= .575 in.
WGT.= 0.321 lbs/ft

# SIMPLEX TECHNOLOGIES INC.

## COM ELECTRIC / MARTHA'S VINEYARD FIBEROPTIC LAND CABLE (ALTERNATE BID)

### SIMPLEX PRODUCT ID SL-100-SPA, SIMPLEX DWG MV-4

## 16 SINGLE MODE FIBER OPTIC CABLE

**THE OKONITE COMPANY**

**RAMSEY, N.J.**

| DATE: 08/12/94 | SCALE: NTS | Drawing No. |
|---|---|---|
| Drawn by: BRM 08/12/94 | Checked by: JVF 08/12/94 | CS-7220 |

NST002104

**SURFACE  NAVIGATION    CONTROL**

NST002105

<u>Navigation Control</u>

The surface navigation systems utilized by Caldwell's Diving Company are Mini-Ranger Falcon IV Surveyor, or LGT1000 differential GPS. These units can also be integrated into an IBM equivalent computer running HYPACK for windows navigation software.

<u>The Mini-Ranger Falcon</u> system is a range-range microwave positioning system with an accuracy of +/- six feet. The system measures distances to two to four reference stations simultaneously and computes location through the intersection of the rangers. It is best to use a minimum of three units for any quality control.

The Falcon IV is a complete survey system, including a plotter, printer and tape recorder for logging and plotting the cable installation route. The system also provides a left-right track indicator for use of the winchman in keeping the barge on the propose cable line. The cable routes and reference station positions are preset in the systems memory prior to the installation.

<u>The LGT1000</u> DGPS system is also microwave, receiving information from orbiting satellites. It has an accuracy of less than 5 meters. The system consists of two units, one is set on a known location and transmits corrected data to the other over a VHF radio link. This corrected information allows the greater accuracy. This system also provides a left-right indicator and the cable route can be preprogrammed into the unit.

<u>The HYPACK</u> navigation software runs on any IBM type of computer running windows. Either or both navigation systems can be connected into the software simultaneously. The program stores all the input data and displays various information during the installation. The cable route can be entered into the software prior to the installation along with any targets or obstructions.

NST002106

# REMOTELY OPERATED UNDERWATER VEHICLE

## ( ROV )

NST002107

## PHANTOM HD2 REMOTELY OPERATED UNDERWATER VEHICLE

### SPECIFICATIONS

The Phantom HD2 Remotely Operated Underwater Vehicle includes the following accessories: power camera tilt, H.P. control console, NTSC color camera with video switch AMP, 1,000 feet umbilical, lateral thruster, overseas spares kit, single function manipulator, remote joy stick control box, and custom transport cases.

| DIMENSIONS | | DEPTH | |
|---|---|---|---|
| Height | 22 in. | Test Depth | 1500 FSW |
| Length | 55 in. | Operating | |
| Width | 25 in. | Depth | 1000 FSW |
| Weight | 130 lb. | | |

| PERFORMANCE | | CABLE | |
|---|---|---|---|
| Forward Thrust | 80 lb. FULL | Standard length | 1000 ft. |
| | 56 lb. CRUISE | Weight in water | Neutral |
| Speed | 3.5 knots | | |
| THRUST PLUS OPTION | | | |
| Forward Thrust | 100 lb. | POWER | |
| Speed | 4.0 knots | 120/240 VAC | |
| Payload | 20 lb. | 50/60 Hz | |
| | | 3.5 KVA | |

NST002108



NST002109