

**Real-Time Answers/Integrated Solutions**

# The Okonite Company

## 3/C 35 kV 500 KCMIL
## Martha's Vineyard Submarine Cable
## Falmouth – Oak Bluffs

## Dissection Report
## On
## Second Cable Failure

## Prepared By
## Stephen Turner

## March 24, 2000

NST000391

## Dissection Report On Second Cable Failure

## Introduction

During the latter part of 1996, a 3/C 35 kV 500 kcmil copper conductor, Okoguard insulated (EPR) and armored submarine cable manufactured by The Okonite Company/Simplex was installed from Martha's Vineyard (Oak Bluffs) to Falmouth, MA, a distance of approximately 35,500 feet. The cable was operated at 23 kV phase to phase (13.3 kV to ground). On Thanksgiving Day 1999, a fault occurred approximately 14,000 feet from Martha's Vineyard in an area where the cable was exposed on the bottom. The fault was adjacent to a factory splice, 24" from the centerline of the factory weld on the Martha's Vineyard side of the splice. A 5-foot section of cable containing the fault at one end was removed along with an adjacent piece, 6 feet long, containing the splice.

The phase, which faulted, was identified as the Green Phase. The two un-faulted phases were identified as the Red Phase and Blue Phase.

## Cable Construction

The single conductors were manufactured by Okonite and shipped to Simplex where six reels of single conductor cable were spliced together to form each phase conductor, 35,500 feet in length, before cabling.

**Phase Conductors** – 500 kcmil compressed round bare copper, extruded semi-conducting strand shielding, 0.420" Okoguard (EPR) insulation, 0.040" extruded semi-conducting insulation shielding, 0.005" x 1-1/4" wide bare copper shielding tape applied with a 30% overlap and 0.150" Okolene (PE) jacket. Nominal OD of each phase is 2.12".

**Cabling** - The three single phase conductors were cabled along with a #2/0 AWG bare copper grounding conductor in two of the outer interstices and a 24 single mode fiber optic cable in the third interstice. The remaining space in each interstice contained polypropylene fillers. The assembled core is held together with an open spiral synthetic yarn and bound together with two 4" wide impregnated fabric tapes applied intercalated. Armor bedding is polypropylene with an asphalt slush. The armor consisted of 44 - #4 BWG galvanized steel wires with each wire individual covered with 0.040" of polyethylene. A nylon serving was applied overall followed by an asphalt slush and whiting compound to prevent turns from sticking. Overall diameter of completed cable was 5.70" with a weight of 21.5 lbs/ft.

NST000392

<u>Radial Stress</u> - The radial design stress at the conductor shield and insulation shield would be 69 v/mil and 35 v/mil respectively if the cable operated at its design voltage of 35 kV. However, the actual operating voltage of the cable is 23 kV phase to phase resulting in stress levels of 45 v/mil and 23 v/mil respectively.

## Fault Dissection

The section of cable containing the fault was approximately 60" in length with the fault located 5" in from one end (Photo 1 & 2). The factory splice was not contained in this section of cable. There was no indication of external mechanical damage on this section of cable. However, prior to removing the fault, the diving team reported that the cable appeared to have be externally scrapped in the area of the fault.

Five of the armor wires were burned off in the area of the fault (Photo 3). Photo 4 shows the extent of fault damage to the insulated phases, which most likely resulted from multiple re-closures on the fault. The grounding conductor had burned back for 5" (Photo 5). The fault was located directly under the termination location of the factory applied copper shield tape and the hand applied copper shielding tape applied over the splice (Photo 6). This area was located 20" from the centerline of the conductor weld or 9" from the end of the molded splice. This area is also the location where the polyethylene jacket is terminated and replaced with a hand applied 0.050" thick heat shrinkable jacket.

Two discrepancies were noted during the dissection of the failed phase. The first was what appeared to be a short longitudinal score mark on the surface of the insulation running parallel to the axis of the cable, adjacent to and going towards the fault crater (Photo 7). It appears that the score mark may have resulted from a knife cut since the insulation shield showed signs of a cut (Photo 8). The second was a stain on the surface of the insulation under the extruded insulation shield (Photos 9 & 10). It is the writers understanding that the staining is the result of exposure to hydrogen sulfide. The extruded insulation shield was firmly bonded to the insulation in the area of the stain on all samples examined indicating that whatever caused the stain had to permeate through the insulation shield. The straight-line edge of the stain shown in Photo 9 corresponds with the lay pattern of the copper shielding tape applied over the extruded insulation shield as noted in Photo 10.

## Conclusions

During the dissection of the faulted phase, the writer did not observe any defect in the cable construction that could explain the cause of the failure. The radial stress levels in this cable are extremely low, i.e. cable design radial stress level is 35 v/mil vs. an operating stress level of 23 v/mil at the outer surface of the insulation. There would have to be a major problem in the insulation structure in order for the cable to fail. No such problem was noted during the dissection.

NST000393

3

The fault occurred at the transition point between the factory applied 0.150" thick polyethylene jacket and hand applied 0.050" heat shrinkable jacket, an area which becomes vulnerable to bending during the cable assembly process due to the discontinuity in the jacket materials. The factory applied and hand applied metallic shield also terminated at this location.

In the writer's opinion, the fault may have occurred due to an electrical discontinuity in the shield assembly; perhaps due to cable assembly, in factory handling or during installation. These factors in combination with voltage surges/currents resulting from repetitive reclosures involving the cable system could have led to the initiation of low-level discharges across the shield discontinuity which eroded the insulation wall. The fault occurred when the insulation wall was reduced sufficiently to result in a failure, possibly due to switching surge.

The staining of the insulation in the area of the fault resulted from water entering through the polyethylene jacket as a result of the fault.

NST000394

4

## DISSECTION PHOTOGRAPHS



PHOTO 1

PHOTO 2

PHOTO 3

PHOTO 4

PHOTO 5

PHOTO 6

NST000395

5

## DISSECTION PHOTOGRAPHS



PHOTO 7

PHOTO 8

PHOTO 9

PHOTO 10

NST000396