

# INTER-OFFICE CORRESPONDENCE

Office: **Paterson**     To: **Paterson**
Attention: **Frank Krajick**     Date: **January 10, 2000**
Subject: **Martha's Vineyard MV-6 - Failure Physical Properties**

**Construction:** 500 37 kcmil bare copper C52 - 420 - G63- C53 copper tape PE jacket 35 kV - FO #02-90652 - Failure occurred 11/25/99, removed from water about 1 month later.

Copies:   A. Coppola
           A. Pack
           J. Fitzgerald

Nothing unusual was observed in dissecting the approximately 18" long sample taken adjacent to the failure. The copper ground wires showed some surface corrosion, and the copper shielding tapes were dark with an oxide or sulfide coating.

The failure leg had a dark stain about 100 mils thick next to the insulation shield. This darkening probably occurred after the failure as the result of sea water intrusion containing sulfides. A similar type stain was observed in Okoguard insulation from the Fox Island Co-op 35 kV submarine cable, and sulfur was found present in the stained area.

The insulation from the leg that failed was well cured, data as follows:

|  |  | TR req'd. Min. | Max. |
|---|---|---|---|
| 100% Mod. (psi) | 713 |  |  |
| 200% Mod. (psi) | 1138 | 1100 |  |
| Tensile (psi) | 1313 | 1200 |  |
| Elong. (%) | 340 | 250 | 375 |

Hot Creep 15 min.
150°C 29 psi

| | | | |
|---|---|---|---|
| % creep | 6.25% | | 20 |
| % set | 0% | | 5 |

JF/jj

Ref: 0007

*J. Faranetta*
J. Faranetta