

# CABLE TECHNOLOGY LABORATORIES, INC.

## REPORT

**FAILURE ANALYSIS OF A 35 KV FACTORY MADE**

**SUBMARINE JOINT**

## INVESTIGATION PERFORMED FOR

**NSTAR SERVICES CO.**
**Boston, MA**

| | |
|---|---|
| Report No. ...........04-027............................... | **Main Investigators(s)** V. Yaroslavskiy |
| Composed of .....Twenty nine (29).........pages | |
| Order No. W.O. 1335336..... dated 02/18/2004 | **Approved by:** C. Katz |
| New Brunswick, .........March 17..............of 2003 | |



| 690 Jersey Avenue – P.O. Box 707 New Brunswick, N.J. 08903 | Fax: (732) 846-5531 Tel: (732) 846-3133 |
|---|---|

OK01610



# CABLE TECHNOLOGY LABORATORIES, INC.

## REPORT

### FAILURE ANALYSIS OF A 35 KV FACTORY MADE

### SUBMARINE JOINT

## CONTENTS

| Item | Subject | Page |
|------|---------|------|
| 1.0 | PURPOSE | 1 |
| 2.0 | BACKGROUND | 1 |
| 3.0 | SAMPLE DESCRIPTION | 4 |
| 4.0 | TESTS PERFORMED | 6 |
| 5.0 | TEST RESULTS | 7 |
| | 5.1  Dissection | 7 |
| | 5.2  Physical Tests | 10 |
| 6.0 | DISCUSSION | 11 |
| 7.0 | CONCLUSION | 15 |
| | Figure Nos. 1 through 14 | 16-29 |



690 Jersey Avenue – P.O. Box 707
New Brunswick, N.J. 08903

Fax: (732) 846-5531
Tel: (732) 846 -3133

OK01611

| **CTL** CABLE TECHNOLOGY LABORATORIES, INC.<br>New Brunswick, New Jersey, U.S.A. | Page | 1 |
| --- | --- | --- |
| | Report | 04-027 |

## FAILURE ANALYSIS OF A 35 KV FACTORY MADE
## SUBMARINE JOINT

### 1.0    PURPOSE

To report on the examination and analysis of a factory made, 1/C 35 kV joint by the Okonite Company, installed on a 3/C, Ethylene-Propylene-Rubber (EPR) insulated submarine cable, which failed during service, in NSTAR's distribution system.

### 2.0    BACKGROUND

Subject joint was installed together with another 13 joints of the same type, in a three-phase submarine circuit connecting Falmouth, MA (North end) to Martha's Vineyard, MA (South end). The circuit was designated as Commonwealth Edison line 99 and was energized at 23 kV (13.3 kV phase-to-ground) in 1996. The joints were designed to splice single-phase cables, which subsequently were triplexed and protected by steel armor, forming a 3/C submarine cable. Although the joint outer diameter exceeds only slightly the original cable diameter, the joints in adjacent

OK01612

| ![TL logo] CABLE TECHNOLOGY LABORATORIES, INC. | Page | 2 |
|---|---|---|
| New Brunswick, New Jersey, U.S.A. | Report | 04-027 |

phases were installed with some shifts (about 100 ft), to provide uniformity of the diameter of the 3/C cable. In this way, only one 1/C joint was installed in any specific location. 1/C cable lengths between the joints were about 6,000 ft; the total length of the line was about 36,000 ft.

Depending on the phase, in which the joints were employed, they were marked in the factory with color tapes applied over the joint jacket, thus identifying red, green and blue phases. In total five groups of joints were installed; four of them consisting of three joints each, and one comprising two joints. Hence, the red phase had only four joints, while the other two phases had five joints, each.

The circuit has experienced three failures – on August 15, 1997, on November 25, 2000, and the last one (which is represented by subject joint) on October 25, 2003. According to documents made available to CTL by NSTAR, the two previous failures took place on the green phase (otherwise designated as phase B); and both of them were located in single-phase joints, next to cutbacks of the original cable jacket and metallic shield.

All three failures took place on the ocean floor in water depths ranging from 40 to 85 feet. Thumping was employed to locate each failure.

OK01613

| **TL** CABLE TECHNOLOGY LABORATORIES, INC. | Page | 3 |
|---|---|---|
| New Brunswick, New Jersey, U.S.A. | Report | 04-027 |

It was reported by divers that, in the area of the last failure, the cable laid freely on the bottom of the bay and was covered by sand for about ¾ of its diameter.  To remove the faulted cable section, cable was first cut under water on the Martha's Vineyard side.  The second cut was made on a barge.

After each failure, a significant cable length had to be removed from the circuit, so that the whole group of three 1/C joints was removed from the circuit each time.  Thus, after fixing the last failure, three groups of original joints (nine joints in total) have been removed since the circuit was first energized.

Failure analysis performed by NSTAR, Okonite and USI on the first two failures (on both failed and unfailed 1/C joints) did not reveal specific reason(s) for the failures.  A section of the cable containing the last failure was delivered to Cable Technology Laboratories, Inc. (CTL) for analysis. This dissection and investigation was performed at CTL facilities in New Brunswick, NJ, and was witnessed by Messrs. Swapan Dey, Douglas Foley, Kent Marcks, Jim Dugan, Tom Zazulak of NSTAR Electric, and by Messrs. Bart Bertolucci and Jim Rogers of Okonite

OK01614

| **CABLE TECHNOLOGY LABORATORIES, INC.** | Page | 4 |
|---|---|---|
| New Brunswick, New Jersey, U.S.A. | Report | 04-027 |

## 3.0    SAMPLE DESCRIPTION

A 20 ft long cable section containing the third failure was received for dissection and analysis. The faulted area was secured on a wooden bar and was protected with a plastic, wrapped over the cable and the bar.

Each of the cable phase conductors were 500 kcmil compressed round bare copper, followed by extruded semiconducting conductor shield, 420 mils of Okoguard (EPR) insulation, extruded semiconducting insulation shield, 0.005 by 1¼ inches bare copper shielding tape applied with a 30 % overlap, followed by 150 mils thick polyethylene jacket overall. The following imprint was recorded from the jacket: "THE OKONITE CO. PLT 2 1/C 500 KCMIL CU 420 EP 140 PE 1995".

The three 1/C cables were twisted together with two No. 2/0 AWG bare copper grounding wires and one fiber optic cable in their interstices. Polypropylene fillers were employed to occupy the space in the interstices, and to make the cable round. The cable core was bound with the help of a nylon yarn and two intercalated, 4 inch wide, impregnated fabric tapes. The core was protected with 44 No. 4 BWG galvanized steel wires, each protected by its individual polyethylene jacket, applied over

OK01615

| **CABLE TECHNOLOGY LABORATORIES, INC.**<br>New Brunswick, New Jersey, U.S.A. | Page      5 |
|---|---|
| | Report      04-027 |

the polypropylene bedding with an asphalt slush. Nylon servings covered with an asphalt slush and whiting compound were applied overall.

The design of the factory made joints is shown in Figure 1.  Upon removing the outer layers of the insulation system (as shown in the Figure) penciling or tapering their ends and cleaning the surfaces, the main steps in joint manufacturing are as follows.  First, the conductor is welded and examined by x-ray for porosity.  Then, in three steps, the conductor shield, insulation, and insulation shield are applied in the form of tape, and each individual component is separately cured in a compression mold.  After application and curing of all layers, the assembly is subjected to x-ray examination for eccentricity, wall thicknesses, voids and contaminants.  The examination is performed in the area between the original cable insulation shield cutbacks.  A minimum of three views of each side of the joint are taken.  Subsequently, the original metal shielding of the cable is restored with 0.005x0.875 inch copper tape, applied half lapped in two steps, each starting from the center of the joint and overlapping the original cable shielding.  The new tapes are soldered together at the center of the joint, as well as to the original shielding at the joint ends.  The Okonite Instruction does not specify in which direction of lay the new shielding tape should be applied.  The actual joint dissected at CTL had these tapes applied in the opposite direction of lay as of the

OK01616



| | Page | 6 |
|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.** | | |
| New Brunswick, New Jersey, U.S.A. | **Report** | 04-027 |

original shielding. The new shield is covered with two layers of vinyl tape, followed by Raychem adhesive tape No. S-1017, and heat shrinkable jacket overall. During shrinking of the jacket, the adhesive tape melts sealing the assembly.

Footage markers recorded from the sample, near the cable jacket cutbacks, were 5142821 at the North side, and 5180734 at the South side.

## 4.0 TESTS PERFORMED

The following tests were performed:

– Dissection, visual examination and dimensional analysis of the joint and cable components;

– Measurement of stripping tension of the cable extruded semiconducting shield;

– Measurement of volume resistivity of the cable and joint semiconducting insulation shield;

– Microscopic examination of the insulation for voids, contaminants, gels, agglomerates, separations and protrusions at the interfaces between extruded layers.

OK01617

| TL | CABLE TECHNOLOGY LABORATORIES, INC. | Page | 7 |
|---|---|---|---|
| | New Brunswick, New Jersey, U.S.A. | Report | 04-027 |

## 5.0    TEST RESULTS

### 5.1    DISSECTION

The failure created a hole at the outside of the 3/C cable (Figure 2), about 2.5 by 3 inches in the armor wires, and about 4 inches maximum in the jute. Sections of nine armor wires were missing; two adjacent wires were partially melted.

Upon removing the armor and bedding, it was noticed that the yarn, binding the cable core, had broken during cable manufacture. The yarn ends had been secured with PVC tapes, and the yarn had been replaced with scotch tapes over about 63 inches of the cable length, Figure 3.

The actual failure was found in the phase, where a factory made joint had been installed, Figure 4. Green tapes applied over the jacket of the faulted phase identified the presence of a joint in the "green" phase. The failure consumed about 3 inches of the cable conductor, and both grounding wires, over about 4¼ inches.

|  **CABLE TECHNOLOGY LABORATORIES, INC.**<br>New Brunswick, New Jersey, U.S.A. | **Page** | **8** |
|---|---|---|
| | **Report** | **04-027** |

The relatively soft heat shrinkable jacket of the joint had deep indents, Figure 5, apparently caused by the excessively tight binder yarn.  It is possible, therefore, that this defect was noticed in the factory and was the reason for cutting out the yarn and replacing it with the adhesive tape.  In addition, there was a ridge on the jacket, about ¼ inch high, near the grounding wire.    Subsequent examination of this area, however, did not reveal indents, or other mechanical damage on the cable core.  The length of the jacket was measured on the joint as 50¼ inches versus 48 inches as per the drawing of Figure 1.

The center of the failure hole in the cable insulation was about 5¼ inches from the North edge of the joint jacket, and about 15 inches to the North of the joint center.  The hole was located at the point, where the two copper tapes – one from the original cable and the other from the joint side – are soldered together, circumferentially opposite to the soldered area (Figure 6).  Figure 7 represents the same area from the other (unfailed) end of the joint.

Copper tapes from the cable shielding, taken from the South of the joint, had sharp ridges, up to 100 mils high, directed towards the cable core (Figure 8).    These ridges left indents in the cable

OK01619



| | Page | 9 |
| --- | --- | --- |
| **CABLE TECHNOLOGY LABORATORIES, INC.** | | |
| New Brunswick, New Jersey, U.S.A. | **Report** | **04-027** |

insulation shield (Figure 9), and in the cable insulation (Figure 10). The grooves in the insulation were up to 16 mils deep. What appears to be important, a similar ridge, 50 mils high, was found at the edge of the remaining metallic shield, next to the failure hole, Figure 11.

Copper tapes applied over the joint were significantly eroded and, in addition to the failure hole, had two small holes (Figure 12); the largest, ½ inch in diameter, located at about the joint center, 20 inches from the center of the failure hole. The molded insulation shield of the joint was also heavily damaged and partially burnt (Figure 13). The surface of the insulation shield was thoroughly examined with the help of a microscope for pitting or other signs of electric discharges that could have preceded the failure. No obvious signs were found.

One more observation that may be important for the failure analysis is that the surface of the cable insulation in the area between the cable jacket cutback and the molded joint structure is somewhat undulated. Figure 14 shows a cable section taken from the South end of the joint, which was not destroyed by the failure. The depth of the valleys was up to 12 mils.

OK01620

| **CABLE TECHNOLOGY LABORATORIES, INC.** New Brunswick, New Jersey, U.S.A. | **Page** 10 |
|---|---|
| | **Report** 04-027 |

### 5.2    PHYSICAL TESTS

Dimensional analysis of the components of the cable insulation system, performed on cable cross-sections from both North and South of the joint, indicated that all the parameters are well within the industry specification requirements. In particular, average values for the thickness of the extruded layers were as follows:

| | Average thickness, mils |
|---|---|
| Conductor shield | 28 |
| Insulation | 407 |
| Insulation shield | 51 |

Insulation shield stripping tests were performed on two cable sections: one adjacent to the South end of the joint (shown in Figure 14) and the other from about 3 feet to the South of the joint. In both cases stripping tension of the insulation shield was recorded between 8.5 and 9.5 pounds; no significant variation was noticed for the area of the undulated insulation surface.

Volume resistivities of the extruded conductor and insulation shields, and of the joint molded insulation shield were measured at two different temperatures, as recommended by the AEIC specifications.

OK01621



| | Page | 11 |
|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.** | | |
| New Brunswick, New Jersey, U.S.A. | Report | 04-027 |

The results are shown in the following table. Since cable and joint insulation shields have significantly different thickness, resistance of 1-inch length of the cable and joint insulation shields is shown for comparison, as well. All values appear to be reasonably low.

| | Volume resistivity, $\Omega$.m | | AEIC maximum limit, $\Omega$.m | Resistance of 1-inch length, $\Omega$ | |
|---|---|---|---|---|---|
| | at 90 °C | at 130 °C | | at 90 °C | at 130 °C |
| Cable conductor shield | 0.5 | 0.3 | 1000 | 520 | 340 |
| | at 90 °C | at 110 °C | | at 90 °C | at 110 °C |
| Cable insulation shield | 2.5 | 2.5 | 500 | 310 | 310 |
| Joint insulation shield | 81.6 | 13.6 | | 5,650 | 940 |

Twenty slices, ten from each side of the failure, taken as close to the failure as was practical, were subjected to microscopic examination on both surfaces for voids, contaminants, gels, agglomerates, separations and protrusions at the interfaces between the extruded layers. None were found.

## 6.0   DISCUSSION

All three failures on line 99 appear to have taken place on the same phase (phase B, otherwise identified as "green" phase), in the factory

| **CABLE TECHNOLOGY LABORATORIES, INC.** | Page | 12 |
|---|---|---|
| New Brunswick, New Jersey, U.S.A. | Report | 04-027 |

made joints, in the area between the molded structure of the joints and the cutback of the original cable jacket. No defects were found in the cable or joint insulation structure, such as voids, contaminants, protrusions, or other irregularities, which could cause these failures at the relatively low operating stresses (23 kV operating voltage versus 35 kV rating). Physical characteristics of the cable and joint components tested were all reasonably good.

The aggregate of the collected data, both from previous failure analyses, performed by different organizations, and from the actual investigation by CTL, indicates that the problem is related to the metallic shielding, or to the interface between the cable insulation and extruded insulation shield. However, this aggregate does not allow drawing a conclusive reason for the failures. The following possible scenarios were analyzed.

In all cases, the failures were located next to the cutback of the relatively stiff original cable jacket, under a soft heat shrinkable jacket of the joint. Therefore, in the analyses of the previous failures, it was speculated that the failures could be due to thermo-mechanical motion of the cable and due to cable dragging and deformation by strong water currents on the bottom of the bay. However, no evidence of harm to the cable core due to such effect was found.

OK01623



| | |
|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.** | Page        13 |
| New Brunswick, New Jersey, U.S.A. | Report     04-027 |

There is a possibility of damaging the cable insulation system while soldering the metallic shield at the joint ends. However, although the last failure hole was found in the area of soldering, it was located on the circumferentially opposite side of the cable.

When molding the components of the joint insulation system in compression molds, the adjacent cable also experiences significant heating and expansion, however, in contrast to the joint itself, it is not mechanically restricted, especially in the area, where the original cable jacket is removed. Consequently, this area experiences heavy deformations resulting in wavy interface surfaces (Figure 14). The main danger in this case is the possible creation of separations between the insulation and the insulation shield, in which partial discharges may start during the cable operation. Neither microscopic examination of the cable, nor stripping tension tests could reveal such defects. However, appearance of such defects is considered as quite likely, especially because these areas, in contrast to the molded structure of the joint, are not subjected to x-ray examination during joint manufacture.

It is believed that defects most likely causing the cable failures are the ridges on the cable metallic shield, which deeply protrude into the extruded insulation shield and leave indents on the insulation. Such

OK01624



| | | Page | 14 |
| CABLE TECHNOLOGY LABORATORIES, INC. | | Report | 04-027 |
| New Brunswick, New Jersey, U.S.A. | | | |

ridges can harm the insulation and can create separations between the two extruded layers. In both cases, the cable will experience a premature failure. In the case examined at CTL (the last failure), the joint metallic shield was applied in the opposite direction of lay, as compared to the original cable shield. Such design could facilitate partial unwinding of copper tapes during thermo-mechanical deformations, resulting in looseness of the tapes and, finally, in creating the ridges. It is not known definitely, when these ridges were formed – during the failure, or prior to it. However, the likelihood of the ridges forming prior to the failure is considered very high.

The fact that all failures occurred on the same phase indicates that there may be a problem with neutral currents in this phase. High currents may cause excessive heating of the metallic shield, facilitating the formation of the ridges. This heating may be the highest at the transition from one metallic shield to another (from wide tapes of the cable to narrow tapes of the joint). At very high currents, sparking on the metallic shield is also possible. Again, transition from one tape to another, and corresponding change in the shield impedance, may be the reason for failure concentration in this area. Measurement of actual neutral currents in the system may clarify this problem.

OK01625

| ![TL logo] **CABLE TECHNOLOGY LABORATORIES, INC.**<br>New Brunswick, New Jersey, U.S.A. | **Page**    15 |
|---|---|
| | **Report**    04-027 |

As stated above, available data are not enough for a clear understanding of the root cause for the failures. It appears that two other 1/C joints from the last failure were removed from the circuit and are available for additional tests. Measurements of partial discharges, high current tests on metallic shields and high voltage breakdown tests on these joints, and their final dissection may deliver missing information. In the case of significantly different currents in the neutrals of different phases, it may be reasonable to heat cycle these joints to temperatures typical of the failing phase, to facilitate the possible development of defects under laboratory conditions.

## 7.0    CONCLUSIONS

Obvious evidences of the root cause(s) for the failure, if any, were consumed by the same. It is speculated that the most likely reason was looseness of the cable metallic shield resulting in the development of sharp ridges on the shield, which harmed the outer layers of the cable insulation system.

Measurement of neutral currents in the system and additional testing of available joints may help to gather additional information and, hopefully, to get a better understanding of the possible cause for failure of these joints.

OK01626



Figure 1:    Drawing of the factory made joint.

OK01627



| | | Page | 17 |
|---|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.** New Brunswick, New Jersey, U.S.A. | | **Report** | 04-027 |



**Figure 2:**    Failure hole at the cable outside. To the right of the failure are remains of the yellow tape, which had been applied in the factory to indicate a joint area. The two metal clamps were employed when removing the failed cable.

OK01628



| | Page | 18 |
| --- | --- | --- |
| **CABLE TECHNOLOGY LABORATORIES, INC.** New Brunswick, New Jersey, U.S.A. | Report | 04-027 |



**Figure 3:** Original overall yarn cable binder replaced by adhesive tapes during cable manufacture.

OK01629



| CABLE TECHNOLOGY LABORATORIES, INC. | Page | 19 |
| New Brunswick, New Jersey, U.S.A. | Report | 04-027 |



Figure 4:    Green tapes applied prior to cabling over the 1/C cable jacket identify the presence of a joint in the "green" phase.

OK01630

| **CABLE TECHNOLOGY LABORATORIES, INC.** | Page | 20 |
|---|---|---|
| New Brunswick, New Jersey, U.S.A. | Report | 04-027 |



Figure 5:     Deep indents on the heat shrinkable joint jacket, were apparently created by the 3/C cable binding yarn.

OK01631



| | | Page | 21 |
|---|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.** | | | |
| New Brunswick, New Jersey, U.S.A. | | Report | 04-027 |



Figure 6:    Failure hole at the location, where copper shielding of the original cable meets copper tape applied over the joint. Soldered area is circumferentially opposite to the hole.

OK01632



| | | Page | 22 |
| CABLE TECHNOLOGY LABORATORIES, INC. | | | |
| New Brunswick, New Jersey, U.S.A. | | Report | 04-027 |



Figure 7:    Cable jacket cutback and soldered area of the metallic shielding from the other end of the joint.

OK01633

| **CTL** CABLE TECHNOLOGY LABORATORIES, INC.<br>New Brunswick, New Jersey, U.S.A. | Page | 23 |
|---|---|---|
| | Report | 04-027 |



Figure 8:    Ridge on the inside of the copper tape from the cable metallic shielding.

OK01634

| | | | |
|---|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.** New Brunswick, New Jersey, U.S.A. | | **Page** | **24** |
| | | **Report** | **04-027** |



Figure 9:     Indent in the cable insulation shield left by copper tape ridges.

OK01635

| | CABLE TECHNOLOGY LABORATORIES, INC. | Page | 25 |
|---|---|---|---|
| | New Brunswick, New Jersey, U.S.A. | Report | 04-027 |



**Figure 10:** Indent in the cable insulation due to ridges in the copper shielding tape.

OK01636

| | Page | 26 |
|---|---|---|
| CABLE TECHNOLOGY LABORATORIES, INC.<br>New Brunswick, New Jersey, U.S.A. | Report | 04-027 |



Figure 11:    Ridge on the copper tape from the area of the failure.

OK01637

| | | Page | 27 |
|---|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.** New Brunswick, New Jersey, U.S.A. | | **Report** | **04-027** |



Figure 12:    Holes in the metallic shield of the joint.

OK01638

| | Page | 28 |
|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.**<br>New Brunswick, New Jersey, U.S.A. | **Report** | **04-027** |



Figure 13:    Partially burnt insulation shield of the joint.

OK01639

| TL CABLE TECHNOLOGY LABORATORIES, INC. New Brunswick, New Jersey, U.S.A. | Page 29 |
|---|---|
| | Report 04-027 |



Figure 14:   Undulated surface of the cable insulation in the area between the molded structure of the joint and the cutback of the original cable jacket.

OK01640