

# CABLE TECHNOLOGY LABORATORIES, INC.

## REPORT

### ASSESSMENT OF THE CONDITION OF A 35 KV

### FACTORY MADE SUBMARINE JOINT

## INVESTIGATION PERFORMED FOR

**NSTAR SERVICES CO.**
**Boston, MA**

| | Main Investigators(s) |
|---|---|
| Report No. ............... 04-054 ................................... <br> Composed of ........Twenty two (22)..........pages <br> Order No. W.O. 1335336..... dated 02/18/2004 <br> New Brunswick, ...........June 03..............of 2004 | V. Yaroslavskiy |
| | **Approved by:** <br> C. Katz |



**690 Jersey Avenue – P.O. Box 707**
**New Brunswick, N.J. 08903**

**Fax: (732) 846-5531**
**Tel: (732) 846-3133**

NST000325



# CABLE TECHNOLOGY LABORATORIES, INC.

## REPORT

**ASSESSMENT OF THE CONDITION OF A 35 KV**

**FACTORY MADE SUBMARINE JOINT**

## CONTENTS

| Item | Subject | Page |
|------|---------|------|
| 1.0 | PURPOSE | 1 |
| 2.0 | BACKGROUND | 1 |
| 3.0 | SAMPLE DESCRIPTION | 3 |
| 4.0 | TESTS PERFORMED | 5 |
| 5.0 | TEST RESULTS | 6 |
| | 5.1  High Voltage Tests | 6 |
| | 5.2  Evaluation of Performance of Metallic Shield | 7 |
| | 5.3  Dissection, Visual and Microscopic Examination | 8 |
| 6.0 | DISCUSSION | 10 |
| 7.0 | CONCLUSION | 12 |
| | Figure Nos. 1 through 10 | 13-22 |



690 Jersey Avenue – P.O. Box 707     Fax: (732) 846-5531

New Brunswick, N.J. 08903     Tel: (732) 846 -3133

NST000326

| **TL** CABLE TECHNOLOGY LABORATORIES, INC. | Page | 1 |
|---|---|---|
| New Brunswick, New Jersey, U.S.A. | Report | 04-054 |

## ASSESSMENT OF THE CONDITION OF A 35 KV

## FACTORY MADE SUBMARINE JOINT

### 1.0    PURPOSE

To report results of tests performed on a factory made, 1/C 35 kV joint by the Okonite Company, installed on a 3/C, Ethylene-Propylene-Rubber (EPR) insulated submarine cable, which had been removed from service at the NSTAR's distribution system.

### 2.0    BACKGROUND

Subject joint was installed together with another 13 joints of the same type, in a three-phase submarine circuit connecting Falmouth, MA (North end) to Martha's Vineyard, MA (South end). The circuit was designated as Commonwealth Edison line 99 and was energized at 23 kV (13.3 kV phase-to-ground) in 1996. The joints were designed to splice single-phase cables, which subsequently were triplexed and protected by steel armor, forming a 3/C submarine cable. Although the joint's outer diameter slightly exceeds the original cable diameter, the joints in adjacent phases

NST000327

| **CABLE TECHNOLOGY LABORATORIES, INC.** | Page | 2 |
|---|---|---|
| New Brunswick, New Jersey, U.S.A. | Report | 04-054 |

were installed staggered (about 100 ft), to provide uniformity of the diameter of the 3/C cable. In this way, only one 1/C joint was installed in any specific location. 1/C cable lengths between the joints were about 6,000 ft; the total length of the line was about 36,000 ft.

Depending on the phase, in which the joints were employed, they were marked in the factory with color tapes applied over the joint jacket, thus identifying red, green and blue phases. In total five groups of joints were installed; four of them consisting of three joints each, and one comprising two joints. Hence, the red phase had only four joints, while the other two phases had five joints, each.

The circuit has experienced three failures – on August 15, 1997, November 25, 2000, and the last one October 25, 2003. According to documents made available to CTL by NSTAR, all three failures took place on the green phase (otherwise designated as phase B); and all of them were located in single-phase joints, next to cutbacks of the original cable jacket and metallic shield. Failure analysis performed at Cable Technology Laboratories, Inc. (CTL), on the sample containing the last failure, indicated that the most likely reason for the failure was looseness of the cable metallic shield resulting in development of sharp ridges on the

NST000328



| **CABLE TECHNOLOGY LABORATORIES, INC.** | Page | 3 |
| New Brunswick, New Jersey, U.S.A. | Report | 04-054 |

shield, which harmed the outer layers of the cable insulation system (see CTL Report 04-027 of March 17, 2004).

After each failure, a significant cable length had to be removed from the circuit, so that the whole group of three 1/C joints was removed from the circuit each time.  Thus, after fixing the last failure, three groups of original joints (nine joints in total) have been removed since the circuit was first energized.

To gather more information about possible reasons for the failures, two unfailed 1/C joints were subjected to additional testing, one at Okonite premises (red phase), another - at CTL (blue phase).   This Report represents the results obtained by CTL on the blue phase sample.

## 3.0    SAMPLE DESCRIPTION

A 30 ft long cable section having the joint at the its center part was received for testing.  The joint was secured on a wooden bar.  The sample prepared for high voltage tests (with the ends stripped from the insulation shield for water terminals) is shown in Figure 1.

NST000329

| | Page | 4 |
|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.** | | |
| New Brunswick, New Jersey, U.S.A. | **Report** | 04-054 |

The cable had 500 kcmil compressed round bare copper conductor, followed by extruded semiconducting conductor shield, 420 mils of Okoguard (EPR) insulation, extruded semiconducting insulation shield, 0.005 by 1¼ inches bare copper shielding tape applied with a 30 % overlap, followed by 150 mils thick polyethylene jacket overall. The following imprint was recorded from the jacket: "THE OKONITE CO. PLT 2 1/C 500 KCMIL CU 420 EP 140 PE 1995".

The design of the factory made joints is shown in Figure 2. Upon removing the outer layers of the insulation system (as shown in the Figure) penciling or tapering their ends and cleaning the surfaces, the main steps in joint manufacturing are as follows. First, the conductor is welded and examined by x-ray for porosity. Then, in three steps, the conductor shield, insulation, and insulation shield are applied in the form of tape, and each individual component is separately cured in a compression mold. After application and curing of all layers, the assembly is subjected to x-ray examination for eccentricity, wall thicknesses, voids and contaminants. Subsequently, the original metal shielding of the cable is restored with 0.005x0.875 inch copper tape, applied half lapped in two steps, each starting from the center of the joint and overlapping the original cable shielding. The new tapes are soldered together at the center of the joint, as well as to the original shielding at the joint ends.

NST000330

| **CABLE TECHNOLOGY LABORATORIES, INC.** | Page | 5 |
|---|---|---|
| New Brunswick, New Jersey, U.S.A. | Report | 04-054 |

The Okonite Instruction does not specify in which direction of lay the new shielding tape should be applied. The actual joint dissected at CTL had these tapes applied in the opposite direction of lay as of the original shielding. The new shield is covered with two layers of vinyl tape, followed by Raychem adhesive tape No. S-1017, and heat shrinkable jacket overall. During shrinking of the jacket, the adhesive tape melts sealing the assembly.

## 4.0   TESTS PERFORMED

The following tests were performed:

- – Partial discharge (PD) inception voltage;

- – Evaluation of the dielectric strength of the insulation system (high voltage time test);

- – Evaluation of performance of the metallic shield: sparking, hot spots, resistance;

- – Dissection of the failure resulted from the high voltage time test;

- – Visual examination of the cable and joint outer layers: jacket, metallic shield and insulation shield.

- – Microscopic examination of the insulation system for imperfections.

|  **CABLE TECHNOLOGY LABORATORIES, INC.** New Brunswick, New Jersey, U.S.A. | Page | 6 |
|---|---|---|
| | Report | 04-054 |

## 5.0    TEST RESULTS

### 5.1    HIGH VOLTAGE TESTS

Partial discharge inception voltage (at 3 pC level) was measured as 61 kV, which is about 3 times higher than the nominal operating voltage of the cable and about 4.6 times higher than the actual phase-to-ground voltage in the NSTAR's system. The IEEE 404 requirement for PD extinction voltage for 35 kV joints is 30 kV.

The results of the high voltage time test are shown in the table below. Duration of each voltage step was 5 minutes. The average voltage stress in the cable insulation wall was calculated based on the nominal insulation thickness of 420 mils.

| Applied Voltage kV | Voltage Stress V/mil | PASS / FAIL |
|---|---|---|
| 42 | 100 | Passed |
| 59 | 140 | Passed |
| 76 | 180 | Passed |
| 92 | 220 | Passed |
| 109 | 260 | Passed |
| 126 | 300 | Passed |
| 143 | 340 | Passed |
| 160 | 380 | Passed |
| 176 | 420 | Passed |
| 193 | 460 | Passed |
| 210 | 500 | Passed |
| 227 | 540 | Passed |
| 244 | 580 | Failed @ 2 min |

| | CABLE TECHNOLOGY LABORATORIES, INC. | Page | 7 |
|---|---|---|---|
| **TL** | New Brunswick, New Jersey, U.S.A. | Report | 04-054 |

The sample withstood 540 V/mil voltage stress, which is one step higher than the minimum requirement (500 V/mil) of the industry specifications for new cables with EPR insulations.

## 5.2 EVALUATION OF PERFORMANCE OF METALLIC SHIELD

To check for possible sparking on the metallic shield of the cable due to neutral currents, the technique for PD measurements was employed. The assumption was that in case of sparking, high frequency signals would be developed, which can be recorded with a PD meter. Currents up to 50 A were circulated in the metallic shield of the sample. No sparking was recorded.

During this test, it was noticed that one short section of the sample (about 20 inches long) acquired a higher temperature than the rest of the sample length. Therefore, the current of 50 A was allowed to circulate in the metallic shield for 2 hours, after which time the temperature of the jacket surface was measured at different locations. It was found that the majority of the cable length had the jacket temperature of about 19 °C, while in the hot spot the temperature reached 30.8 °C. The hot spot was located on the original cable, next to the joint.

NST000333

 **CABLE TECHNOLOGY LABORATORIES, INC.**

New Brunswick, New Jersey, U.S.A.

| Page | 8 |
| --- | --- |
| Report | 04-054 |

Subsequently, the resistance of different sections of the sample metallic shield was measured. The results were as follows.

| Section description | Section length, inch | Resistance, mΩ | Specific resistance, mΩ/inch |
| --- | --- | --- | --- |
| Original cable | 57 | 7.87 | 0.14 |
| Section with hot spot | 28.5 | 16.5 | 0.58 |
| Section with joint | 55 | 11.0 | 0.20 |
| Original cable | 86 | 5.90 | 0.07 |

It should be noted that the sections identified as the "with hot spot" and "with joint" were somewhat longer than the hot spot and joint themselves. For example, the rebuilt metallic shield of the joint was about 37 inches long (see Figure 2). Therefore, 55 inches of the section "with joint" included short sections of the original cable shield on each side of the actual joint, the newly applied tape, and, what appears most important, transitions from the original copper tape shielding to the manually applied one. As can be seen from these results, resistance of the metallic shield in the area of the hot spot was several times higher than that of the other sections.

## 5.3   DISSECTION, VISUAL AND MICROSCOPIC EXAMINATION

Upon removing the jacket, the copper tapes in the area of the hot spot were found remarkably discolored (Figure 3).

NST000334

| TL | CABLE TECHNOLOGY LABORATORIES, INC. | Page | 9 |
|----|----|----|----|
|    | New Brunswick, New Jersey, U.S.A. | Report | 04-054 |

A number of imperfections on the metallic shield were found, which apparently had been created due to thermo-mechanical deformations during the cable life. In particular, a large ridge was found on the copper tape, which had been manually applied over the joint (Figure 4). A crease was found also on the metallic shield of the original cable (Figure 5), in the area adjacent to the joint. In contrast to the ridge shown in Figure 4, this last crease had its sharp edge pointing towards the cable insulation. Copper tapes were significantly crumpled in all areas of soldering, both at the points of transition from the original tape to the rebuilt shield, and at the center of the joint. Figure 6 shows one of these areas.

The outer surface of the insulation shield of both the original cable and the joint had numerous indents created by the deformed metallic shield. Figures 7 and 8 represent some of these indents. It should be noticed, however, that in this particular sample the indents were not very deep, and practically did not affect the insulation (at least no significant deformation was found at the interface between the insulation and insulation shield).

The failure (a result of the high voltage test) was located at the center of the joint, where, on one hand, two sections of conductor were butt-

NST000335



| **CABLE TECHNOLOGY LABORATORIES, INC.** | Page | 10 |
|---|---|---|
| New Brunswick, New Jersey, U.S.A. | Report | 04-054 |

welded, and, on the other hand, two copper tapes applied in opposite directions of lay were soldered together. The failure created a small hole in the insulation and insulation shield of the joint, in the area where the outside of the shield was significantly deformed (Figure 9). However, cross-sectional slices of the insulation system taken from this location did not reveal any noticeable deformation on the interface between the insulation and insulation shield (see, for example, Figure 10).

Microscopic examination was performed on 20 cross-sectional slices of the joint insulation system, 10 from each side of the failure. The only imperfection found was a small inclusion of gel (Figure 10), 8 mils in its largest dimension, while maximum 10 mils are allowed by industry specifications.

## 6.0    DISCUSSION

The joint sample passed high voltage tests with reasonably good results. No significant defects such as voids, contaminants, protrusions, or other irregularities were found in the molded structure of the joint.

|  CABLE TECHNOLOGY LABORATORIES, INC. | Page | 11 |
|---|---|---|
| New Brunswick, New Jersey, U.S.A. | Report | 04-054 |

In contrast, performance of the metallic shield appeared not so perfect. Numerous ridges, creases and crumpled areas found on the shield indicate that with time, apparently due to thermo-mechanical deformations, the tape became loose. In addition, due to this looseness, resistance of electric contacts between the tape turns increased resulting in hot spots in the cable under circulating neutral currents.

In the particular sample of the joint subjected to analysis, these deformations of the metallic shield did not harm the insulation (at least nothing significant was found). However, in the field failed joint, analyzed earlier (see CTL Report No. 04-027 of 03/17/04), much more severe deformations were found.

It needs to be noticed that all three in-service failures on line 99 took place apparently on the same phase. This fact may indicate that this particular phase had higher neutral current than the other two; consequently larger deformations and hot spots that were more pronounced may have developed on this phase. As recommended in the previous Report, measurement of the actual neutral currents appears to be reasonable.



| | | Page | 12 |
|---|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.** | | | |
| New Brunswick, New Jersey, U.S.A. | | **Report** | 04-054 |

## 7.0  CONCLUSION

The results of the analysis support the conclusion previously drawn, that the most likely reason for the in-service failures was looseness of the cable metallic shield resulting in the development of sharp ridges on the shield, harming the outer layers of the cable insulation system.

NST000338



| | | Page | 13 |
| **CABLE TECHNOLOGY LABORATORIES, INC.** | | | |
| | New Brunswick, New Jersey, U.S.A. | Report | 04-054 |



Figure 1:    Test sample.

NST000339

| | Page | 14 |
|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.**<br>New Brunswick, New Jersey, U.S.A. | Report | 04-054 |



Figure 2:    Drawing of the factory made joint.

NST000341



| | | Page | 15 |
| CABLE TECHNOLOGY LABORATORIES, INC. | | | |
| | New Brunswick, New Jersey, U.S.A. | Report | 04-054 |



Figure 3:    Discoloration of copper tapes in the area of the hot spot.

NST000340



| **CABLE TECHNOLOGY LABORATORIES, INC.**<br>New Brunswick, New Jersey, U.S.A. | **Page** | 16 |
| --- | --- | --- |
| | **Report** | 04-054 |



Figure 4:    Ridge on the manually applied tape.

NST000342



| | | |
|---|---|---|
| **CTL** CABLE TECHNOLOGY LABORATORIES, INC.<br>New Brunswick, New Jersey, U.S.A. | Page | 17 |
| | Report | 04-054 |



Figure 5:    Crease on the copper tape of the original cable.

NST000343



| | **Page** | **18** |
|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.**<br>New Brunswick, New Jersey, U.S.A. | **Report** | **04-054** |



Figure 6:    Crumpled tapes in one of the soldered areas.

NST000344

| **CTL** CABLE TECHNOLOGY LABORATORIES, INC. <br> New Brunswick, New Jersey, U.S.A. | Page | 19 |
|---|---|---|
| | Report | 04-054 |



Figure 7:    Indents on the outer surface of the joint insulation shield.

NST000345

| | | Page | 20 |
|---|---|---|---|
| **CABLE TECHNOLOGY LABORATORIES, INC.** | | **Report** | 04-054 |
| New Brunswick, New Jersey, U.S.A. | | | |



Figure 8:    Indents on the outer surface of the cable insulation shield.

NST000346



| CABLE TECHNOLOGY LABORATORIES, INC. | Page | 21 |
|---|---|---|
| New Brunswick, New Jersey, U.S.A. | Report | 04-054 |



Figure 9:    Failure hole at the outer surface of the insulation shield, in the center of the joint.

NST000347

| TL | CABLE TECHNOLOGY LABORATORIES, INC. | Page | 22 |
|---|---|---|---|
| | New Brunswick, New Jersey, U.S.A. | Report | 04-054 |



Figure 10:   Cross-section of the joint insulation containing the breakdown track and a small gel inclusion.  The same gel is shown on the left in an enlarged scale.

NST000348