UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC CO., d/b/a NSTAR ELECTRIC,<br><br>   Plaintiff,<br><br>vs.<br><br>THE OKONITE CO.,<br><br>   Defendant | Civ. A. No. 04-11681-RCL |

## DECLARATION OF THEODORE J. FOLKMAN

  Theodore J. Folkman deposes and says as follows.

  1. I am a lawyer licensed to practice law in Massachusetts. With Daniel J. Lyne, I represent the plaintiff, Commonwealth Electric Co. ("NSTAR Electric"), in this action.

  2. Attached to this Declaration as Exhibit 1 is a true copy of a letter dated June 3, 2004 from Robert E. Sullivan, counsel to the defendant, to Timothy N. Cronin, assistant general counsel to NSTAR Electric.

  3. Attached to this Declaration as Exhibit 2 is a true copy of a letter dated March 11, 1996 from Capt. John M. Gibbons, Pilot Commissioner, District 3, to Doug Vigneau of the Massachusetts Environmental Protection Agency.

  4. Attached to this Declaration as Exhibit 3 is a true copy of a letter dated March 11, 1996 from Jo-Ann Taylor, Coastal Planner for the Martha's Vineyard Commission, to Trudy Coxe, Executive Secretary of Environmental Affairs.

5.	Attached to this Declaration as Exhibit 4 is a true copy of a letter dated May 1, 1995 from A.C. Coppola, President of the Okonite Co., to W. Gill, which Okonite produced in the course of discovery.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2005.

/s/ Theodore J. Folkman
Theodore J. Folkman

426533