



Pilot Commissioner District Three
P.O. Box 1030
North Falmouth, MA 02556
Phone (508) 563-5364

Captain John M. Gibbons
Pilot Commissioner District Three

FROM:       CAPTAIN JOHN M. GIBBONS                         11 MARCH 1996
            PILOT COMMISSIONER DISTRICT 3

TO:         DOUG VIGNEAU, MEPA UNIT

SUBJECT:    COMMONWEALTH ELECTRIC COMPANY SECOND CABLE MEETING

REF:        MEETING AT VINYARD HAVEN NOTICE DATED MARCH 4, 1996

DEAR SIR,

I REGRET THAT A PREVIOUS COMMITMENT WILL PREVENT ME FROM ATTENDING THE MEETING AT VINYARD HAVEN ON 21 MARCH 1996 REGARDING COMMONWEALTH ELECTRIC COMPANY'S SECOND – 23kV ELECTRIC SUBMARINE/LAND CABLE ACROSS VINYARD SOUND FROM FALMOUTH TO OAKS BLUFF.

UNFORTUNATELY I HAD NOT BEEN APPOINTED PILOT COMMISSIONER AT THE TIME OF THE ORIGINAL HEARINGS. HAD I BEEN COMMISSIONER AT THAT TIME I WOULD HAVE SPOKEN STRONGLY IN FAVOR OF PLACING THE NEW CABLE IN THE SAME CABLE AREA AS THE THEN EXISTING CABLES IN ORDER NOT TO INCREASE THE AREA OF CABLE EXPOSURE TO POSSIBLE ANCHORAGE DAMAGE IN CASE OF A SHIP CASUALTY AS HAPPENED WITH A STEAM SHIP AUTHORITY VESSEL SOME YEARS AGO ENCURRING CONSIDERABLE COST TO THE AUTHORITY.

THE FACT THAT VINYARD HAVEN IS A HARBOR OF REFUGE AND SO PUBLISHED IN THE OFFICIAL GOVERNMENT COAST PILOT #2 IS ALSO A MAJOR FACTOR IN MY NOW QUESTIONING WHY THE MARINE INTERESTS WERE APPARENTLY NOT SPECIFICALY NOTIFIED OF THE NEW CABLE AREA UNTIL SUCH TIME AS WORK WAS STARTED. ADS IN NEWSPAPERS DO NOT REACH THE MARINER AS DOES THE WEEKLY NOTICE TO MARINERS ISSUED BY THE COAST GUARD.

I HAVE ASKED CAPTAIN BRUCE FISHER TO ATTEND THE MEETING AND SPEAK FOR ME.

                                    RESPECTFULLY YOURS

                                    CAPTAIN JOHN M. GIBBONS
                                    PILOT COMMISIONER DISTRICT 3

C/C FILE
    BMS
    FISHER

NST000598