MAY 01 '95 11:AM OKONITE RAMSEY EXECUTIVES                                    P.1/2



# THE OKONITE COMPANY

Post Office Box 340
Ramsey, New Jersey 07446
Telephone: 201-825-0300
Telefax: 201-825-2672
CABLE/Okonite

May 1, 1995

W. Gill
Commonwealth Electric Co.
2421 Cranberry Highway
Wareham, MA 02571

FAX: 617: 225-4299

Dear Bill:

In relation to our discussion of May 1, 1995 at approximately 10:00 A.M., the following are the key points regarding the current status of Martha's Vineyard project.

    1)    Okonite/Simplex have found two (2) broken conductors which will necessitate the cutting of the cable to make two full 3/C splices. (The integrity of the system is excellent and the problem is only related to the broken conductors.)

    2)    With respect to CommElec's question of delivering three or more sections of cable to the installation site and making splices on the water, our position is that this is not a viable option. Okonite/Simplex are warranting this cable for ten (10) years and we must make on-size, factory restorations to the cable.

    Since Okonite/Simplex committed to furnishing both a power and fiber optic system, we are manufacturing a separate fiber optic cable with double armor. This is the exact construction used by AT&T for trans oceanic fiber optic systems.

    a)    Okonite/Simplex will absorb the cost of this cable and its installation, amounting to approximately $300,000.

    b)    Okonite/Simplex will fully warranty the separate fiber optic cable for ten (10) years. The warranty on the power cable will remain ten (10) years.

OK00836

    c) Both the power and the fiber optic cables will be buried to a minimum depth of ten feet at each shore end and we are prepared to extend the distance from the shore line.

4) The fiber optic cable actually has a higher specific gravity than the power cable since it is double steel armored.

5) We are making delivery by the required date under the Purchase Order.

6) In summary, options in respect to the cable systems are as follows:

    a) Install separate fiber optic cable at this juncture separately with the power cable.

    b) Install only the factory repaired power cable and Okonite/Simplex commit to a separate installation of the fiber optic cable at a schedule convenient to CommElec.

    c) Cancel the fiber optic portion of the project and receive credit for both the land and ocean elements.

Currently the Vineyard is electrified using two (2) Okonite cable constructions (1986 and 1990) which have performed flawlessly. In respect to the 1983 cable it should be noted that both Okonite and Simplex never walked away from a problem and we are not walking away from the current situation. We believe that CommElec is receiving everything we promised and then some with the double armored fiber optic. Bear in mind we are willing to take the cost of the installation.

We must take proper action to insure that the power cable is installed with the highest degree of integrity and reliability and we are adamant about not starting out with two or more box type repairs.

Please contact me either at Okonite (201: 825-0300) or at home (201: 666-3062).

                                            Regards,

                                            THE OKONITE COMPANY

                                            *A. C. Coppola*
                                            A. C. Coppola
                                            President

ACC/rtp

OK00837