UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC CO., d/b/a NSTAR ELECTRIC,<br><br>       Plaintiff,<br><br>v.<br><br>THE OKONITE CO.,<br><br>       Defendant. | No. 04-11681-RCL |

## PLAINTIFF'S MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 45(c)(2)(B), the plaintiff, Commonwealth Electric Co. ("NSTAR Electric"), moves that the Court compel Tyco Integrated Cable Systems, Inc. d/b/a Simplex Wire & Cable Co. ("Simplex") to produce all documents responsive to NSTAR Electric's subpoena duces tecum within one week from the date of the order. A proposed order is attached hereto as Exhibit A, and a memorandum is being filed herewith.

                              Respectfully submitted,

                              COMMONWEALTH ELECTRIC CO.,
                              d/b/a NSTAR Electric
                              By its attorneys:


                              /s/ Theodore J. Folkman_____
                              Daniel J. Lyne (BBO No. 309290)
                              Theodore J. Folkman (BBO No. 647642)
                              HANIFY & KING
                              Professional Corporation
                              One Beacon Street
                              Boston, Mass. 02108
                              (617) 423-0400

Dated: April 5, 2005

2

CERTIFICATE OF SERVICE

  I certify that on April 5, 2005, I caused a copy of the Plaintiff's Motion to Compel to be served by first-class mail on:

    Arthur P. Hui, Esq.
    Tyco International (US) Inc.
    9 Roszel Road
    Princeton, N.J. 08540

      /s/ Theodore J. Folkman

427319