UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC CO., d/b/a NSTAR ELECTRIC,<br><br>    Plaintiff,<br><br>v.<br><br>THE OKONITE CO.,<br><br>    Defendant. | No. 04-11681-RCL |

## **[PROPOSED] ORDER**

    For good cause shown, the Court grants the plaintiff's Motion to Compel. Tyco Integrated Cable Systems, Inc. d/b/a Simplex Wire & Cable Co. shall produce to the plaintiff for inspection and copying all documents responsive to the plaintiff's subpoena within one week of the date of this Order.

                                                                                                  _____
                                                                                                Reginald C. Lindsay, J.

Dated: _____