UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH ELECTRIC CO., d/b/a
NSTAR ELECTRIC,

    Plaintiff,

v.

THE OKONITE CO.,

    Defendant.

No. 04-11681-RCL

## **MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

### FACTS

On February 7, 2005, this Court issued a subpoena to Simplex. (Folkman Decl. ¶ 2).[1] On February 9, Harold Peters, a disinterested person, served the subpoena in Portsmouth, New Hampshire. (Folkman Decl. ¶ 3). Portsmouth is within 100 miles of Boston and is therefore within the jurisdiction of this Court. See Fed. R. Civ. P. 45(b)(2).

By agreement of NSTAR Electric and the defendant, the Okonite Co. ("Okonite"), Simplex's time to respond to the subpoena duces tecum was extended to March 11, 2005. (Folkman Decl. ¶ 4).

Simplex's counsel served a response to the subpoena duces tecum by letter dated February 22, 2005. The letter states objections, but with respect to each of the categories of documents requested, the letter provides: "Subject to, and without waiving, any of the foregoing general or specific objections described above, Tyco [i.e., Simplex] will make available for inspection all documents in its custody, control or possession which are responsive to this Request." (Folkman Decl. ¶ 5).

---

[1] The Declaration of Theodore J. Folkman is being filed herewith.

On March 17, 2005, NSTAR Electric's counsel wrote to Simplex's counsel requesting to receive the documents by March 25. NSTAR Electric's counsel received no response to the letter. (Folkman Decl. ¶ 6).

On March 30, 2005, NSTAR Electric's counsel spoke by telephone with Simplex's counsel and requested the documents by April 4. NSTAR Electric's counsel confirmed this conversation in a letter of even date. The letter stated that if NSTAR Electric had not received the documents by April 4, or at least heard from Simplex's counsel on the matter, NSTAR Electric would file an appropriate discovery motion. (Folkman Decl. ¶ 7). Simplex did not respond to this demand letter. (Folkman Decl. ¶ 7).

ARGUMENT

Simplex has asserted objections to this subpoena but agreed to produce all responsive documents. Simplex has not produced any documents, though it has had the subpoena for approximately two months. Nor has Simplex responded to repeated informal requests from counsel to produce the documents. Simplex has had more than enough time. NSTAR Electric seeks an order compelling production by a date certain. NSTAR Electric submits that a date one week from the entry of an order to compel is sufficient and reasonable.

## CONCLUSION

For the foregoing reasons, NSTAR Electric respectfully requests that the Court grant its motion to compel. A proposed order is attached hereto as Exhibit A.

        Respectfully submitted,

        COMMONWEALTH ELECTRIC CO.,
        d/b/a NSTAR Electric
        By its attorneys:


        /s/ Theodore J. Folkman
        Daniel J. Lyne (BBO No. 309290)
        Theodore J. Folkman (BBO No. 647642)
        HANIFY & KING
        Professional Corporation
        One Beacon Street
        Boston, Mass. 02108
        (617) 423-0400

Dated: April 5, 2005

CERTIFICATE OF SERVICE

I certify that on April 5, 2005, I caused a copy of the Memorandum in Support of Plaintiff's Motion to Compel to be served by first-class mail on:

>Arthur P. Hui, Esq.
>Tyco International (US) Inc.
>9 Roszel Road
>Princeton, N.J. 08540

/s/ Theodore J. Folkman

427347