UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH ELECTRIC CO., d/b/a
NSTAR ELECTRIC,

    Plaintiff,

v.

THE OKONITE CO.,

    Defendant.

No. 04-11681-RCL

## DECLARATION OF THEODORE J. FOLKMAN

Theodore J. Folkman deposes and says as follows:

1. I am a lawyer licensed to practice law in Massachusetts. With Daniel J. Lyne, I represent the plaintiff, Commonwealth Electric Co. ("NSTAR Electric"), in this action.

2. Attached to this Declaration as Exhibit 1 is a true copy of a subpoena dated February 7, 2005, directed to Tyco Integrated Cable Systems, Inc. d/b/a Simplex Wire & Cable Co. ("Simplex"), and the return of service.

3. The return of service shows that Harold Peters, a disinterested person, served the subpoena on Simplex on February 9, 2005, in Portsmouth, New Hampshire.

4. I reached an agreement with Andrea Kramer, Esq., counsel for the defendant ("Okonite"), extending the deadline for Simplex's compliance with the subpoena to March 11, 2005. A true copy of my letter to Simplex dated February 16, 2005 notifying it of the extension is attached to this Declaration as Exhibit 2.

5. A true copy of a letter dated February 22, 2005 from Arthur P. Hui, Esq. to me is attached to this Declaration as Exhibit 3.

2

6.	A true copy of a letter from me to Mr. Hui dated March 17, 2005 is attached to this Declaration as Exhibit 4. I received no response to this letter.

7.	On March 30, 2005, I spoke by telephone with Carmen DeLuca, Esq., who I understand is a colleague of Mr. Hui. A true copy of a letter from me to Ms. DeLuca dated March 30 memorializing our conversation is attached to this Declaration as Exhibit 5. I have received no response to this letter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2005.

/s/ Theodore J. Folkman<br>Theodore J. Folkman

CERTIFICATE OF SERVICE

I certify that on April 5, 2005, I caused a copy of the Declaration of Theodore J. Folkman to be served by first-class mail on:

>Arthur P. Hui, Esq.
>Tyco International (US) Inc.
>9 Roszel Road
>Princeton, N.J. 08540

>/s/ Theodore J. Folkman

427332