# HK | Hanify&King

**THEODORE J. FOLKMAN**
Direct Dial: 617-226-3451
Direct Fax: 617-305-0651
Email:     tjf@hanify.com

February 16, 2005

**BY FEDERAL EXPRESS**

Tyco Integrated Cable Systems, Inc.
2073 Woodbury Ave.
Portsmouth, N.H. 03801

Attn: Legal Department

　　　re:   <u>Commonwealth Elec. Co. v. The Okonite Co. No. 04-11681 (D. Mass.)</u>

Dear Sir or Madam:

　　　I represent the plaintiff, Commonwealth Electric Co., in the above-captioned case. I served a subpoena duces tecum on you on or about February 8. I enclose a copy of the subpoena for your reference.

　　　By agreement between me and counsel for the defendant, the Okonite Co., the date on which you must produce documents in response to the subpoena is extended to March 11, 2005. Please call me if you have any questions regarding this extension of time.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　Theodore J. Folkman

enclosure
423705
cc:   Andrea Kramer, Esq. (by hand)
　　　Daniel J. Lyne, Esq.

Professional Corporation
Counsellors at Law

One Beacon Street
Boston, Massachusetts 02108-3107
Tel: 617-423-0400
Fax: 617-423-0498
www.hanify.com