# HK | Hanify&King

**THEODORE J. FOLKMAN**
Direct Dial: 617-226-3451
Direct Fax: 617-305-0651
Email: tjf@hanify.com

March 17, 2005

**BY FACSIMILE (609-720-4319)**

Arthur P. Hui, Esq.
Tyco International (US) Inc.
9 Roszel Road
Princeton, NJ 08540

RE: Commonwealth Electric Co. v. The Okonite Co.,
Civil Action No. CV-04-11681 (D.Mass)

Dear Mr. Hui:

I have not heard anything from you concerning Tyco's production of documents in response to my subpoena since we last spoke by telephone. As you know, the subpoena was served on or about February 8, and Tyco's time to respond was extended to March 11. Tyco's written response states that Tyco intends to produce the responsive documents, and you told me the same thing when we spoke.

I would like to receive the documents by March 25 at the latest. Please let me know your intentions at your earliest convenience.

Sincerely,

Theodore J. Folkman

425816
cc: Daniel J. Lyne, Esq.
Michael R. Perry, Esq.

Professional Corporation
Counsellors at Law

One Beacon Street
Boston, Massachusetts 02108-3107
Tel: 617-423-0400
Fax: 617-423-0498
www.hanify.com

# MEMORY TRANSMISSION REPORT

                                            TIME        : MAR-17-2005  11:46AM
                                            TEL NUMBER1 :
                                            NAME        : HANIFY&KING

| | | |
|---|---|---|
| FILE NUMBER | : | 105 |
| DATE | : | MAR-17 11:44AM |
| TO | : | #25516097204319 |
| DOCUMENT PAGES | : | 002 |
| START TIME | : | MAR-17 11:44AM |
| END TIME | : | MAR-17 11:46AM |
| SENT PAGES | : | 002 |
| STATUS | : | OK |

FILE NUMBER    : 105            \*\*\* SUCCESSFUL TX NOTICE \*\*\*

**HK | Hanify&King**
One Beacon Street
Boston, Massachusetts 02108-3107
Phone: 617.423.0400
Fax:   617.423.0498

Thursday, March 17, 2005

## F A X

| TO: | Arthur P. Hui, Esq. | FROM: | Theodore J. Folkman, Esq. |
|---|---|---|---|
| **COMPANY:** Tyco International (US) Inc. | | | |
| **CC:** | | **PHONE:** | |
| **CLIENT/MATTER:** 1594-44 | | **NO. OF PAGES (INC. COVER):** 2 | |
| **FAX NO.:** 609-720-4319 | | | |
| **RE:** Commonwealth Electric Co. v. The Okonite Company | | | |

URGENT ☐    FOR REVIEW ☐    PLEASE COMMENT ☐    PLEASE REPLY ☐    PLEASE RECYCLE ☐

**COMMENTS**:

### STATEMENT OF CONFIDENTIALITY

The documents included with this facsimile transmittal sheet contain information from the law firm of Hanify & King, P.C. which is confidential and/or privileged. This information is intended to be for the use of the addressee named on this transmittal sheet. If you are not the addressee, note that any disclosure, photocopying, distribution or use of the contents of this faxed information is prohibited. If you have received this facsimile in error, please notify us by telephone (collect) immediately so that we can arrange for the retrieval of the original documents at no cost to you.