UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC CO., d/b/a NSTAR ELECTRIC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE OKONITE CO.,<br><br>　　　　Defendant. | No. 04-11681-RCL |

**CERTIFICATE OF CONSULATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

　　　Pursuant to Local Rule 7.1(A)(2), I certify that I attempted to consult with counsel for Tyco Integrated Cable Systems, Inc. regarding its compliance with the subpoena at issue in the instant motion to compel, and that I received no response to two letters, dated March 17 and March 30, soliciting a response from counsel.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Theodore J. Folkman
　　　　　　　　　　　　　　　　　　　　　　　　Theodore J. Folkman

CERTIFICATE OF SERVICE

     I certify that on April 5, 2005, I caused a copy of the Certificate of Consulation Pursuant to Local Rule 7.1(A)(2) to be served by first-class mail on:

>Arthur P. Hui, Esq.
>Tyco International (US) Inc.
>9 Roszel Road
>Princeton, N.J. 08540

                                /s/ Theodore J. Folkman

427361