UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH ELECTRIC CO., d/b/a
NSTAR ELECTRIC,

      Plaintiff,

v.                                                                  No. 04-11681-RCL

THE OKONITE CO.,

      Defendant.

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL

The plaintiff, Commonwealth Electric Co. ("NSTAR Electric"), hereby withdraws its

Motion to Compel filed on April 5, 2005. Counsel for Tyco Integrated Cable Systems, Inc. d/b/a

Simplex Wire & Cable Co. ("Simplex"), the third party to which the subpoena was directed, has

represented that he will produce the documents responsive to the subpoena by federal express on

April 18. NSTAR Electric is withdrawing its motion on the basis of this representation, and the

withdrawal is without prejudice to NSTAR Electric's right to re-file the motion and to seek other

appropriate relief if Simplex's counsel does not produce the documents on April 18.

Respectfully submitted,

COMMONWEALTH ELECTRIC CO.,
d/b/a NSTAR Electric
By its attorneys:

/s/ Theodore J. Folkman
Daniel J. Lyne (BBO No. 309290)
Theodore J. Folkman (BBO No. 647642)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, Mass. 02108
(617) 423-0400

Dated: April 11, 2005

CERTIFICATE OF SERVICE

I certify that on April 11, 2005, I caused a copy of the Plaintiff's Motion to Compel to be

served by first-class mail on:

> Arthur P. Hui, Esq.
> Tyco International (US) Inc.
> 9 Roszel Road
> Princeton, N.J. 08540

/s/ Theodore J. Folkman

427801