UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>                Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>                Defendant. | Civil Action No. 04-cv-11681-RCL |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR LEAVE TO FILE REPLY BRIEF**

    Defendant The Okonite Company ("Okonite") moves that the Court grant it an extension until April 28, 2005 (from April 18, 2005), to serve and file a motion for leave to file a reply to plaintiff's opposition to Okonite's motion for summary judgment.

    Plaintiff Commonwealth Electric Company d/b/a NStar Electric ("NSTAR Electric") does not oppose this motion.

                                            THE OKONITE COMPANY
                                            By their attorneys,

                                            /s/ Andrea C. Kramer_____
                                            Robert E. Sullivan, BBO # 487820
                                               sulli@swmlawyers.com
                                            Andrea C. Kramer, BBO #632584
                                               akramer@swmlawyers.com
                                            Sullivan Weinstein & McQuay, P.C.
                                            Two Park Plaza, Suite 610
                                            Boston, MA  02116-3902

Dated:  April 14, 2005                     617-348-4300