UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC<br>COMPANY D/B/A NSTAR ELECTRIC,<br><br>    Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>    Defendant. | Civil Action No. 04-cv-11681-RCL |

**THE OKONITE COMPANY'S MOTION FOR LEAVE TO FILE A
REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO
THE OKONITE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

  Defendant The Okonite Company ("Okonite") requests leave of this Court to file a reply memorandum to Plaintiff's Memorandum in Opposition to The Okonite Company's Motion for Summary Judgment ("NStar's Opposition"), on or before April 28, 2005, to reply to the following specific issues raised in NStar's Opposition, insofar as and to the extent that Okonite did not address the specific issues in its Memorandum in Support of Its Motion for Summary Judgment:

  1. Why no additional discovery is needed before the Court can decide Okonite's Motion for Summary Judgment ("Okonite's Motion"), including why the issue concerning the cause of the failures is not material to the determination of Okonite's Motion.

  2. Whether the contract between the parties prohibited Okonite from ever using field splices and why the Court can determine that issue as a matter of law.

3.   Why the issue of the Cable's theoretical lack of longevity is premature, not in the context of discovery but in the sense that the Cable is still functioning, and is not material to the determination of Okonite's Motion.

4.   Why the bald allegations of Plaintiff The Commonwealth Electric Co. d/b/a NStar Electric ("NStar") that it relied on the marketing material contained in Okonite's bid are insufficient to defeat Okonite's Motion.

Okonite also wishes briefly to address certain factual misrepresentations that are contained in NStar's Opposition, NStar's failure to follow proper procedure, and certain mischaracterizations of the law.

Okonite requests leave to file this reply by April 28, 2005.

                                              THE OKONITE COMPANY
                                              By their attorneys,

/s/ Andrea C. Kramer_____
Robert E. Sullivan, BBO # 487820
   sulli@swmlawyers.com
Andrea C. Kramer, BBO #632584
   akramer@swmlawyers.com
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA  02116-3902
Dated:  April 18, 2005                617-348-4300