UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>           Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>           Defendant. | Civil Action No. 04-cv-11681-RCL |

**SECOND AFFIDAVIT OF JAMES V. FITZGERALD IN SUPPORT OF
THE OKONITE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

I, James V. Fitzgerald, state and affirm the following:

    1.    I am the Vice President of Application Engineering at The Okonite Company ("Okonite"). I have worked for Okonite for 24 years. As part of my job responsibilities, I am personally familiar with the design, manufacture, performance, and testing of the cable that is at issue in this lawsuit (the "Cable").

    2.    As noted in my previous affidavit, the Cable experienced four breakdowns that required repair and which Okonite repaired. The dates when those repairs were completed and the Cable was again operational are as follows:

        a.    1st repair - December 5, 1997

        b.    2nd repair – February 11, 2000

        c.    3rd repair – December 16, 2003

        d.    4th repair – March 31, 2004

    3.    Unlike the defect in the original cable laid in 1995 (the "1995 Cable"), which was such that that cable could never carry its full intended electrical load even with a field splice, the

breakdowns in the Cable could be repaired through splice replacements, and after the splice replacements on the Cable, it could and did carry its intended electrical load. For the original cable, the cable rating was re-evaluated and a reduced ampere rating was agreed to between NStar and Okonite. No such re-evaluation was required for the Cable after the repairs.

4. The contract between the parties includes references to the repair process that show that NStar knew, expected, and agreed that breakdowns in the Cable would be repaired with field splices. For example, in Okonite's Bid, there is information and a diagram that details the field splice kit that NStar required and Okonite would, if awarded the contract, provide in accordance with its obligations to furnish spare parts, such as potheads, land cable, land splices, and submarine cable repair kit (or field splice). (A true and accurate copy is attached to this affidavit as Exhibit I.) Likewise, the Purchase Order issued by NStar includes "2 spare submarine splice kits." (A true and accurate copy is attached to this affidavit as Exhibit J.) The only reason for the required field splice kit is to effectuate a field splice in case of breakdown in the Cable, whether caused by outside forces or an internal problem. Indeed, there is no reason for the submarine splice kits except to effectuate a field splice.

5. The *only* way to repair a submarine cable that has been laid under a substantial body of water, as the Cable was, is with a field splice; the Cable cannot be lifted and returned to the factory for a factory splice (and it is doubtful NStar would ever want such a result).

Sworn under the penalties of perjury this 28th day of April, 2005.

/s/ James V. Fitzgerald
James V. Fitzgerald