**Raychem** Product Installation Instructions

# HVS-3520S Series
# 35kV Class

# Splice fc: Extruded Dielectric (Poly/EPR) Power Cables: Metallic Tape, Wire Shield, UniShield® or Lead Sheath Cables



UniShield is a registered trademark of Cablec Corporation.

**Raychem Corporation**
**Electrical Products Division**
220 Lake Drive
Newark, DE 19702

PII-53106, Rev AF
DCR C25583
PCN 690615-000
Effective Date: December 1993

## General Instructions

### Suggested Installation Equipment (not supplied with kit)

- Cable preparation tools
- Raychem P63 cable preparation kit or cable manufacturer approved solvent
- Clean, lint-free cloths
- Non-conducting abrasive cloth, 120 grit or finer
- Electrician's tape
- Connector(s) and installation tools
- Raychem recommended torch

### Recommended Raychem Torches

Install heat-shrinkable cable accessories with a "clean burning" torch, i.e., a propane torch that does not deposit conductive contaminants on the product.

Clean burning torches include the Raychem FH-2609, FH-2629 (uses refillable propane cylinders) and FH-2616A1 (uses disposable cylinder).

### Safety Instructions

**Warning:** When installing electrical power system accessories, failure to follow applicable personal safety requirements and written installation instructions could result in fire or explosion and serious or fatal injuries.

To avoid risk of accidental fire or explosion when using gas torches, always check all connections for leaks before igniting the torch and follow the torch manufacturer's safety instructions.

To minimize any effect of fumes produced during installation, always provide good ventilation of confined work spaces.

### Adjusting the Torch

Adjust regulator and torch as required to provide an overall 12- inch bushy flame. The FH-2629 will be all blue, the other torches will have a 3- to 4-inch yellow tip. Use the yellow tip for shrinking.

### Regulator Pressure

| | |
|---|---|
| FH-2616A1 | Full pressure |
| FH-2609 | 5 psig |
| FH-2629 | 15 psig |

### Cleaning the Cable

Use an approved solvent, such as the one supplied in the P63 Cable Prep Kit, to clean the cable. Be sure to follow the manufacturer's instructions. Failure to follow these instructions could lead to product failure.

Some newer solvents do not evaporate quickly and need to be removed with a clean, lint-free cloth. Failure to do so could change the volume resistivity of the substrate or leave a residue on the surface.

Please follow the manufacturer's instructions carefully.

### General Shrinking Instructions

- Apply outer 3- to 4-inch tip of the flame to heat-shrinkable material with a rapid brushing motion.
- Keep flame moving to avoid scorching.
- Unless otherwise instructed, start shrinking tube at center, working flame around all sides of the tube to apply uniform heat.

To determine if a tube has completely recovered, look for the following, especially on the back and underside of the tube:

1. Uniform wall thickness.
2. Conformance to substrate.
3. No flat spots or chill marks.
4. Visible sealant flow if the tube is coated.

**Note:** When installing multiple tubes, make sure that the surface of the last tube is still warm before positioning and shrinking the next tube. If installed tube has cooled, re-heat the entire surface.

## Installation Instructions

**1. Product selection.**

Check kit selection with cable diameter dimensions in Table 1.

**2. Check ground braid.**

Verify that ground braid(s) or bond wire have equivalent cross-section to cable metallic shield. Additional braid may be needed for LC shield, lead sheath cables, or if external grounding or shield interrupting is required.

Raychem HVS-EG supplies ground braid, spring clamp and suggested modifications to make an external ground or shield interrupt.

Table 1

| Kit | Nominal Cable Range | Maximum Jacket Diameter | Insulation Diameter Range | Maximum Connector Dimensions Length | Maximum Connector Dimensions Diameter |
|---|---|---|---|---|---|
| ~~HVS-3521S~~ | ~~1/0-3/0 AWG~~ | ~~1.55 *(39)*~~ | ~~0.95-1.35 *(24-34)*~~ | ~~5.0 *(125)*~~ | ~~1.00 *(25)*~~ |
| HVS-3522S | 4/0-600 kcmil | 2.10 *(53)* | 1.20-1.70 *(30-43)* | 8.0 *(200)* | 1.50 *(38)* |
| ~~HVS-3523S~~ | ~~600-1000 kcmil~~ | ~~2.80 *(71)*~~ | ~~1.55-2.15 *(39-55)*~~ | ~~10.0 *(255)*~~ | ~~1.85 *(47)*~~ |

**3. Prepare cables.**

Choose the cable type (Choice 1-3) and use the dimensions shown in Table 2 to prepare the cables.

| Table 2<br>Kit | Jacket Cutback A | | Metallic Shield Cutback B | | Semi-con Cutback C | | Maximum Connector Dimensions Length | Diameter | Expansion Gap "X" |
|---|---|---|---|---|---|---|---|---|---|
| ~~HVS-3521S~~ | ~~14"~~ | ~~*(355mm)*~~ | ~~11"~~ | ~~*(280mm)*~~ | ~~7-1/4"~~ | ~~*(185mm)*~~ | ~~5.0" *(125mm)*~~ | ~~1.00" *(25mm)*~~ | ~~1/4" *(5mm)*~~ |
| HVS-3522S | 17" | *(430mm)* | 14" | *(355mm)* | 9" | *(230mm)* | 8.0" *(200mm)* | 1.50" *(38mm)* | 1/2" *(15mm)* |
| ~~HVS-3523S~~ | ~~18"~~ | ~~*(460mm)*~~ | ~~15"~~ | ~~*(380mm)*~~ | ~~10"~~ | ~~*(255mm)*~~ | ~~10.0" *(255mm)*~~ | ~~1.85" *(47mm)*~~ | ~~1/2" *(15mm)*~~ |

CHOICE 1
If Metallic Tape Shield or Lead Sheath Cable
A
B
C
108
CHOICE 2
If Drain Wire Shield Cable
A
C
109
CHOICE 3
If UniShield Cable
A
C
110

**4. Remove insulation.**

Refer to Table 2 and cutback the insulation as shown.

"Z" Insulation Cutback = "X" Expansion Gap + "Y" 1/2 Length of Connector

400

**5. Chamfer insulation; abrade insulation.**

Chamfer insulation for 1/4" *(5mm)* as shown.

**Note:** Chamfering is not required, but is recommended.

Abrade the insulation, as necessary to remove imbedded semi-con, and clean.

Abrade Insulation
Abrade Insulation
1/4" (5mm) chamfer both cables
249

**6. Clean cable jacket(s).**

Clean cable jacket(s) for the length of the nested tubes as shown.

30" (760mm)
Clean
*Clean
30" (760mm)

*If using HVS-3523S, clean both jackets.

283

**7. Place nested tubes over cable.**

Protect tubes from end of conductor as they are placed over cable ends.

Black/Red Dual Layer Tube
Red Insulating Tube
Black Stress Control Tube
111

**8. Install connector.**

**Note:** Raychem recommends the use of connectors with rounded or "tapered" ends, but they are not required .

After installation, deburr connector.

Using an approved solvent, clean the insulation as shown.

Clean
Insulation
Insulation
Semi-Con
Connector
Semi-con
Metallic Shield
112

**9. Apply SRM over connector.**

Remove backing from one side of the *long strip* of Stress Relief Material (SRM). Roll the SRM and remaining backing strip into a convenient size. Removing the remaining backing strip, tightly wrap the SRM around the connector and exposed conductor. ***Be sure to fill the gaps and low spots around the connector.***

Stretch SRM to
1/2 Original Width
Fill gaps
114

Continue to wrap SRM 1/4" onto the solvent cleaned insulation as shown. (Finished SRM diameter should be only slightly larger than that of the cable insulation.)

Make sure the area between the connector end and the end of the insulation is filled in up to the top of the chamfered insulation.

**Note:** If connector diameter is larger than insulation diameter, apply two tightly wrapped, half-lapped layers of SRM over the entire connector and **be sure to fill the gaps.** Discard excess SRM *(long strips).*

SRM
SRM ends at
end of chamfer
115

**9. Apply SRM at semi-con cutback.**

Remove backings from the *short angle-cut piece* of SRM. Place tip of SRM at semi-con cutback and tightly wrap to fill semi-con step. Overlap semi-con and insulation as shown. Taper SRM down to meet insulation.

Depending on cable size, more SRM is supplied than is required to fill the step. After filling the step, discard excess *angle cut pieces.*

**Note:** If using Unishield cable, apply SRM as shown to fill conductive jacket step.

Stretch SRM to
1/4" *(5mm)* wide
SRM
1/4" *(5mm)* Insulation Overlap
1/4" *(5mm)*
Semi-con Overlap
113

**11. Apply Discharge Control Compound (DCC).**

Snip open the end of the DCC ampule and apply a thin film of compound on the SRM over the connector and semi-con steps.

**12. Position black stress control tube; shrink in place.**

Center the tube over the splice. Begin shrinking at the center (1) of the tube, working the torch around all sides of the tube. After the center portion shrinks, work towards one end (2), then to the opposite end (3).

**Note:** Do not point the flame at the cable semi-con.

The rings from the SRM wraps may be visible as the tubing is shrunk.

Post heat the connector area until the tube surface is smooth and the underlying SRM wraps are no longer visible.

**13. Position red insulating tube; shrink in place.**

Center the tube over the black stress control tube. Shrink in place using the same method as in Step 12.

**14. Apply red sealant.**

Remove backing from red sealant. Using light tension, wrap sealant over the cable, butted against the tubes as shown. Build the sealant to the level of the red insulating tube.

**15. If using Drain Wire or UniShield cables.**

Remove backing and install the aluminum deflector around semi-con as shown.

**16. Position black/red dual layer tube; shrink in place.**

**Note:** Black/red dual layer tube takes longer to shrink than previous tubes.

Center tube over joint.

(1) Begin shrinking in center of tube, working torch around all sides of the tube. *Pay particular attention to the back and underside of the tube.*

(2) Before continuing, gently twist the unshrunk end of the tube to feel for resistance to movement in center indicating the center is shrunk.

(3) Shrink from the center toward one end and stop about 5" *(125mm)* from the end of the tube.

(4) Return to the center and shrink toward the other end, again stopping about 5" *(125mm)* from the tube end.

(5) Go back to first end and shrink the remaining 5" *(125mm)* of tube.

(6) Go back to second end and shrink the remaining 5" *(125mm)* of tube.

(7) After completing these steps, heat the entire tube for approximately 1 minute.

**Note:** (8) The raised ridges should disappear. Absence of ridges can be observed by visual inspection and by feeling the surface with a gloved hand. After shrinking, aluminum deflectors may be removed if desired.



OK00216

**Note: If External Grounding or Shield Interrupting**

Refer to Raychem HVS-EG, "Guide for External Grounding and Shield Interrupting of Power Cable Splices" for modifications to these instructions.

**17. Install ground.**

Choose the appropriate cable type (Choice 1-3) and follow the directions given.

**CHOICE 1**

**If Drain Wire or UniShield Cable**

Pigtail the shield wires on each side. Crimp the ground braid onto one pigtail with the connector provided.

Lay braid across splice tubes and attach to pigtail on the other side. Cut off excess braid and trim pig tailed wires.

Discard spring clamps and foil tape.

**Go to Step 18, page 8.**

**CHOICE 2**

**If Metallic Tape Shield Cable**

(1) Flare one end of the ground braid and place it onto the metallic tape butted up to the installed splice tubes. (2) Attach the braid to the shield by placing two wraps of the spring clamp over the braid. (3) Fold the braid back over the spring clamp wraps. Continue to wrap the remaining clamp over the braid. Tighten clamp by twisting it in the direction it is wrapped and secure with copper foil tape provided.

(4) Lay the braid across the splice tube and onto the exposed tape shield on the other side. (5) Make two wraps of the clamp over the braid. (6) Fold the braid back toward the splice and finish wrapping the clamp. Tighten and secure. Cut off excess braid.

Discard connectors.

**Go to Step 18, page 8.**

OK00216

Black/Red Dual Layer Tube
121

**CHOICE 3**

**If Lead Sheath Cable**

Solder ground braid(s) or bonding wire on to lead sheath. Deburr connection. Discard spring clamps, connectors, and foil tape.

**Go to Step 18.**

**18. Install the shielding mesh.**

Wrap a half-lapped layer of the mesh across the entire splice and tie off.

Abrade and solvent clean cable jackets as shown to provide an oil-free surface.

Clean
8"
(200mm)
Shielding Mesh
Clean
8"
(200mm)
d Dual Layer Tube
124

**19. Apply red sealant.**

Remove release paper from red sealant and place one full wrap at cable jacket cutbacks as shown.

1 wrap
Red Sealant
124a

**20. Position wraparound sleeve.**

Remove or tape over all sharp points to prevent puncture of wraparound sleeve. Remove backing from wraparound sealing sleeve and center sleeve over splice. Slide metal retention clip onto the butted rails.

Retention Clip
Black / Green Wraparound Sleeve
125



OK00219

84"
1"
21"
40"
21"
1"
ARMOR CLAMPING RINGS
INNER SEALING END PLATE
HOSE CLAMP
CABLE TAPE
RAYCHEM #HVS-EG-2 EXTERNAL GROUNDING KIT, INSTRUCTIONS INCLUDED
12 CHANNEL FIBER OPTIC CABLE RESTORATION KIT CENTURY #FJE-105TX-GTEDKT INSTRUCTIONS INCLUDED
#1 COPPER COMPRESSION CONNECTOR FOR GROUND WIRE (TYPICAL FOR 2)
EPOXY END SEAL #ES-520 (SEE DETAIL 'A')
1/C SPLICE RAYCHEM #HVS-3522 S INSTRUCTIONS INCLUDED
NOTE - 1/C SPLICES ARE TO BE COVERED WITH WRAP AROUND HEAT SHRINK SLEEVE (PROVIDED IN RAYCHEM SPLICE KIT)
GALVANIZED STEEL SPLICE BOX FILLED WITH OKO-CAL #21 FILLING COMPOUND
CLAMPING RING
THREADED ROD
EPOXY
.500
.750"
SEALING PLATE
TAPE
CABLE CORE
DETAIL 'A'
REVISIONS
A 8-4-93
THE OKONITE CO.
RAMSEY N.J. 07446
DATE 6/4/93
SCALE NTS
DRAWN J.E.ROGERS
CHECKED
APPROVAL
DRAWING NO.
C-17048
SPLICES\C-17048
TITLE
3/C 250 KCMIL .420" OKOGUARD SHLD., OKOLENE - 3 X #1 CC GRDS. 12 CHANNEL FIBER OPTIC CABLE 35kV SUBMARINE SPLICE

OK00219



OK00220

12"
CABLE SUPPORT BASE PLATE
12"
PVC CONDUIT
℄ OF CONDUIT
CABLE TO BE POSITIONED IN THE CENTER OF THE CONDUIT
CONDUIT TO BE SEALED AFTER THE CABLE SUPPORT RING ASSEMBLY IS INSTALLED
MANHOLE WALL
DISTANCE TO SUIT - MIN. 16"
EDGE OF CONDUIT
CABLE CORE
POLY COVERING STRIPPED OFF ARMOR WIRES UNDER PLATES
3/4"-20 NUTS
3/4"-20 THREADED ROD
LEAD ANCHORS SET INTO WALL FOR RODS
REVISIONS
THE OKONITE CO.
RAMSEY N.J. 07446
TITLE
PECO SUBMARINE CABLE SUPPORT RING LAYOUT
PECO AND CONOWINGO MANHOLES
DATE 3/24/94
SCALE NTS
DRN. J.E.ROGERS
APP.
DRAWING NO.
C-5765
SHEET OF