# COM/Electric

| Purchaser: | Purchase Order Number | CV31889N |
|---|---|---|
| COMMONWEALTH ELECTRIC COMPANY | | 09/29/94 |

**Vendor:**  VENDOR NO. 132625

THE OKONITE CO
5 COMMERCE PARK NORTH
BEDFORD   NH
             03102

**Ship to:**

COMMONWEALTH ELECTRIC COMPANY
CAPE & VINEYARD DISTRICT
WILLOW STREET
HYANNIS MA            02601-0790

> INVOICE IN DUPLICATE

COMMONWEALTH ELECTRIC COMPANY
2421 CRANBERRY HIGHWAY, WAREHAM, MASSACHUSETTS 02571

| BUYER | SHIP DATE | | | |
|---|---|---|---|---|
| R. DOYLE | SEE BELOW | | CONFIRMING 08/19/94 R. DOYLE   TO J. BACHUBER | |
| F.O.B. | PREPAID | TAX STATUS | PAYMENT TERMS | |
| JOB SITE | YES | TAXABLE | SEE BELOW | |

| ITEM | QUANTITY | U/M | PART NO. / DESCRIPTION | PRICE |
|---|---|---|---|---|
| 001 | | | FURNISH, DELIVER AND INSTALL A COMPLETE UNDERGROUND AND SUBMARINE POWER CABLE SYSTEM FROM THE TERMINATION AT FALMOUTH SUBSTATION TO THE TERMINATION AT OAK BLUFFS RISER POLE.<br><br>34,000 FEET SUBMARINE CABLE, 3/C 350 COPPER KCMIL WITH 500 COPPER KCMIL AT SHORE END 38,000 FEET 1/C 750 COPPER KCMIL UNDERGROUND CABLE 2,000 FEET OF SPARE SUBMARINE CABLE ON 1000 FOOT REELS AND 2 SPARE SUBMARINE SPLICE KITS WITH 350 & 500 KCMIL CONNECTORS.<br><br>                FIRM PRICE...........$2,887,120.00<br>INTERNAL ACCT    8479300    42<br><br>PROVIDE IN THE INTERSTICES OF THE ABOVE SUBMARINE AND POWER CABLE, A COMPLETE UNDERGROUND AND SUBMARINE 16 FIBER-FIBER OPTIC CABLE SYSTEM (34,000-FEET AND 14,000 FEET UNDERGROUND)<br><br>                FIRM PRICE...........$234,986.00<br>INTERNAL ACCT    8479500    42<br><br>NOTE:  ACTUAL CABLE LENGTH TO BE DETERMINED BY SURVEY WHICH WILL BE USED TO CALCULATE THE ACTUAL FINAL CONTRACT SUM BASED UPON THE PER FOOT PRICING OF THE 3 TYPES OF CABLE LISTED ON PAGE 2 OF THIS PURCHASE ORDER. | |

(CONTINUED NEXT PAGE)

Subject to the conditions on the back of this form.
Show our purchase order number and your vendor number on all invoices, packages, and shipping papers.

ORIGINAL

By _____  For the Company

OK00270