# EXHIBIT INDEX

Exhibits

A.  Inquiry CV-424, Dated 4/24/94 - 1 page

B.  Bid Specs. for Cable #6 - Section 1 - 6 - pages 1-56

C.  Okonite Company Response dated 7/1/94 to Inquiry CV-424 - Section 1 - 6 - pages 1-140

D.  The Okonite Co. proposal questions - 8 questions - 1 page undated.

E.  Okonite response to 8 questions dated 7/29/94 - pages 1-5.

F.  Letter to Okonite dated 8/3/94 - 14 questions - pages 1-4.

G.  Okonite response to 8/3/94 letter (14 questions) dated 8/12/94 - 2 Sections - pages 1-43.

H.  Contract Sum - Referenced on P.O. #CV31889N - pages 1-3.

I.  Acceptance Document - 1 page.

# COM/Electric℠

Cambridge Electric Light Company
Canal Electric Company
Commonwealth Electric Company
Energy Realty Trust
COM/Energy Services Company
COM/Energy Steam Company
Commonwealth Energy System
Darvel Realty Trust

EXHIBIT "A"

# This is not an Order

Page 1 of 1

The Company reserves the right to reject any or all bids

Telephone number
(508) 291-0950

Date __April 21, 1994__

Inquiry No. __CV-424__

Address reply to

*[signature: Robert A. Doyle]*

Commonwealth Electric Company
2421 Cranberry Highway
Wareham, MA 02571

**Request for Quotation**

Please submit prices on the following material required at __Hyannis, MA__

Bids are due __July 1, 1994__

| Quantity | Description | Price | Unit | Disc. | Net For Item |
|---|---|---|---|---|---|
| | Please submit quotation in **TRIPLICATE** for the following:<br><br>Furnish, deliver and install or any parts thereof a **Submarine Cable System** referred to as #6 cable for 1995 in accordance with the attached specification.<br><br>Your quotation is to be in full accordance with the Request for Proposal and must be returned on the attached documents. Any exceptions or alternates should be listed separately. A formal contract will be negotiated with the successful vendor.<br><br>A mandatory prebid meeting will be held on Tuesday, May 10, 1994, promptly at 7:30 a.m., at the Woods Hole Steamship Authority terminal in Woods Hole, Massachusetts. Please advise Robert A. Doyle (508-291-0950, x-3287), by May 3, 1994, who will be attending from your firm.<br><br>ALL BIDS MUST BE SUBMITTED IN A SEALED ENVELOPE WITH THE INQUIRY NUMBER TYPED ON THE OUTSIDE OF SEALED ENVELOPE AND SENT TO:<br>    COMMONWEALTH ELECTRIC COMPANY<br>    2421 CRANBERRY HIGHWAY<br>    WAREHAM, MA 02571<br>    ATTENTION: PURCHASING MANAGER | | | | |

cc: H. W. Eklund, W. H. Gill/IC, P. J. Szatek

_____ CO.

Signed_____

Bids must be submitted on this form
Successful bidders will be expected to abide by conditions shown on reverse side.

It is essential that you fill in information requested below

Date _____
Cash Terms _____
F.O.B. _____
Shipment Within _____

MF 71 EO Rev. 4-85

OK00294

EXHIBIT "B"

# TABLE OF CONTENTS

SECTION 1 - Bidding instructions - Martha's Vineyard Supply

SECTION 2 - Cable Specification - Solid Dielectric Submarine Power Cable

SECTION 3 - Installation Specification - Solid Dielectric Submarine Power Cable

SECTION 4 - Cable Specification - Solid Dielectric Underground Power Cable

SECTION 5 - Installation Specification - Solid Dielectric UG Power Cable

SECTION 6 - Cable Specification - Fiber Optic Cable

# BID SPECIFICATIONS
## for
## 1995 -- CABLE # 6

## SUBMARINE CABLE SYSTEM FOR

## COMElectric
**COMMONWEALTH ELECTRIC COMPANY**
**CAPE and VINEYARD DISTRICT**

## FALMOUTH TO MARTHA'S VINEYARD



EXHIBIT "B"    Page 3 of 56

# REQUEST FOR PROPOSAL

## ***MARTHA'S VINEYARD SUPPLY***

PROJECT SPECIFICATION

FOR

COMMONWEALTH ELECTRIC COMPANY

FALMOUTH BULK TO OAK BLUFFS

CABLE PROJECT

Commonwealth Electric Co
2421 Cranberry Highway
Wareham, Mass. 02571

OK00297

SECTION 1 - Bidding Instructions
Martha's Vineyard Supply

OK00298