UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH ELECTRIC CO., d/b/a
NSTAR ELECTRIC,

    Plaintiff,

v.

THE OKONITE CO.,

    Defendant.

No. 04-11681-RCL

**PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Rule 37(a), the plaintiff, Commonwealth Electric Co. ("NSTAR Electric"), moves to compel responses to paragraphs 7, 8, 9, 10, 13[a], 13[b], 14, 16, 17, 21, 22[a], 22[b], 23[a], 27, and 28 of its Request for the Production of Documents directed to the defendant, The Okonite Co. ("Okonite"). NSTAR Electric also seeks its reasonable expenses incurred in making this motion pursuant to Rule 37(a)(4). A memorandum in support of this motion is being filed herewith.

    Respectfully submitted,

    COMMONWEALTH ELECTRIC CO.,
    d/b/a NSTAR Electric
    By its attorneys:

    /s/ Daniel J. Lyne
    Daniel J. Lyne (BBO No. 309290)
    Theodore J. Folkman (BBO No. 647642)
    HANIFY & KING
    Professional Corporation
    One Beacon Street
    Boston, Mass. 02108
    (617) 423-0400

Dated: May 2, 2005

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1(B)

I certify that the provisions of Local Rule 37.1(B) have been complied with prior to the filing of this motion.

/s/ Daniel J. Lyne
Daniel J. Lyne

428667