UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC CO., d/b/a NSTAR ELECTRIC,<br><br>    Plaintiff,<br><br>v.<br><br>THE OKONITE CO.,<br><br>    Defendant. | No. 04-11681-RCL |

### **DECLARATION OF THEODORE J. FOLKMAN**

1. I am a lawyer licensed to practice law in Massachusetts. With Daniel J. Lyne, I represent the plaintiff, Commonwealth Electric Co. ("NSTAR Electric"), in this action.

2. Attached to this declaration as Exhibit 1 is a true copy of a letter from me to Andrea C. Kramer, Esq., counsel for the defendant ("Okonite"), dated April 20, 2005.

3. Attached to this declaration as Exhibit 2 is a true copy of Okonite's Response to Plaintiff's First Request for Production of Documents and Things.

4. Attached to this declaration as Exhibit 3 is a true copy of a web page with the URL <<http://www.okonite.com/whatsnew.html>>, accessed on April 29, 2005.

5. Attached to this declaration as Exhibit 4 is a true copy of a document Simplex Wire & Cable Co. produced in response to a subpoena duces tecum issued in this case.

2

6.	Attached to this declaration as Exhibit 5 is a true copy of excerpts of the contract between NSTAR Electric and Okonite.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2005.

/s/ Theodore J. Folkman<br>Theodore J. Folkman

429274