



## CATALOG UPDATE

<u>Section 7 - Transportation Wire and Cables</u> - of the Okonite on-line catalog has been updated effective 2/2/05.

## OKOGUARD® HV

Okonite announces Okoguard **HV**, our *New* Okoguard insulation for use on underground transmission cables. Okoguard **HV** is manufactured for the various conductor sizes for **69kV, 115kV,** and **138kV** rated cables and continues our design philosophy of an all **EPR** insulation system. See additional product features (below):

Product Features:

- This cable was developed and tested as an extension to the unblemished field service record of our Okoguard medium voltage system.

- "Okoguard HV" has the same important balance of properties as our medium voltage Okoguard but has certain optimized characteristics to be more applicable for High Voltage applications. "Okoguard HV" is an evolutionary compound development bridging the range from medium voltage applications to transmission voltage applications.

- The "Okoguard HV" system continues with an all EPR insulation system. All layers in the cable core (conductor screen, insulation, and insulation screen) are EPR, as is the case in our medium voltage cable products.

- Full sized samples of cables manufactured with the "Okoguard HV" system were qualified to the 115kV and 138kV requirements of AEIC CS8 specification for XLPE insulation (there is no AEIC specification for 115kV and 138kV EPR insulation).

- All cable constructions feature an Okoseal® (PVC) jacket.

Click here for a complete list of available constructions

For more detailed information contact your nearest Okonite District Office.

### NEW REEL WRAP

Okonite cable reels will be shipping with a **NEW** tear resistant reel wrap to better protect the product during shipping and storage. The new material includes a second laminated poly film to enhance durability and colored lettering for vivid identification.

The Okonite Company continues its tradition of providing superior quality to our customers.




### AIRPORT LIGHTING CABLE

The Okonite Company announces the addition of Okonite-Okolon 5kV non-shielded FAA L-824 Type B Airport Lighting Cable, to its extensive line of cable products.

Stock inventory is maintained and available for immediate delivery! These cables are stocked in sizes #6 AWG and #8 AWG to meet the needs of the Airport Industry.

Okonite-Okolon 5kV non-shielded airport lighting cables are recommended for use in series lighting circuits for runways and control systems. These cables meet or exceed the requirements of FAA Advisory Circular AC 150/5345-7E.

Okonite is an FAA certified supplier for L-824 underground electrical cable for airport lighting circuits as certified by the FAA's approved third party certification test lab, Electrical Testing Laboratory/Intertek Testing Services.

For more information regarding Okonite's Airport Lighting Cables, contact your nearest Okonite District Office location. View product data sheet.

## INSTRUMENTATION CABLES

With the recent addition of SECTION 5 (Instrumentation Cables) Okonite's complete catalog can now be accessed on the Internet.

Okonite manufactures a full line of quality instrumentation cables and maintains stock on a variety of sizes and constructions. These products are designed for use on instrumentation, computer, process and control applications.

Additional information about Okonite Instrumentation Cables can be obtained by contacting the Okonite Office nearest you or e-mailing Richard Carswell Product Manager, Instrumentation and Control Cable.

## SURPLUS INVENTORY

Okonite maintains an extensive stock inventory within our network of 6 nation-wide customer service centers. At times, selected stock products will be designated as surplus and listed in this newly added feature on our web site. Surplus items will be given special pricing and you can obtain this and additional information by contacting your nearest Okonite District Office. All items posted will be sold on a first come, first served basis. This new feature will be updated continuously and we invite you to return frequently.

## ICEA ISSUES NEW STANDARDS FOR POWER CABLES

The Insulated Cable Engineers Association (ICEA) has issued several new standards for solid-dielectric insulated power cables. Several of these standards are joint-standards with the National Electrical Manufacturers Association (NEMA). The new standards have been submitted to ANSI for recognition as National Standards. Read more.

## ENGINEERING TECHNICAL CENTER

A new addition dedicated to help you in the design and installation of electrical cable systems. The ENGINEERING TECHNICAL CENTER continues Okonite's reputation as a leading resource for electrical cable information.

## OKONITE ACHIEVES ISO 9000-1994 COMPLIANCE

The Okonite Company, Ramsey, NJ, has announced, that effective August 1, 1997 fourteen (14) company locations have achieved compliance with ISO 9000-1994 quality standards.

Okonite's successful quality management system, developed in the early 1970s, and initially dedicated to the global nuclear generating power plant industry has been enhanced to reach this new milestone. Compliance has been attained to the three different ISO levels: ISO 9001-1994 at headquarters, Ramsey, NJ and Research and Engineering Labs located at Paterson, NJ: 9002-1994 at all six (6) manufacturing plants; Orangeburg, SC (both Compound and Cable plants); Paterson, NJ; Santa Maria, CA; Ashton, RI; and

Richmond, KY: ISO 9003-1994 at all six (6) Customer Service Centers located at Portland, OR; Los Angeles, CA; Houston, TX; Chicago, IL; New Orleans, LA; and Pittsburgh, PA.

The proactive quality system at each facility is managed by a Quality Steering Team/Management Representative responsible for maintaining Okonite's commitments to quality and customer satisfaction.

Okonite has chosen first party certification with the international management standard without having to pass non-value added third party registration costs on to our customers. The Okonite Company, a premium quality cable manufacturer since 1878, employee owned since 1976, provides managed services for customers in the EPR underground distribution, transmission utility, railroad/transit, industrial and medical cable markets.

In addition to ISO 9000, Okonite will continue compliance with the requirements of the nuclear (10CFR50 Appendix B, ANSI N45.2) and Class 1 railroad (AAR M1003) standards to service our customers needs.

View the current Certificate of Achievement

## C-L-X CABLES

Many of Okonite's C-L-X metal clad cables, are now qualified for Class I Division 1 Hazardous Location service. Also C-L-X cables have earned certification by the ABS for shipboard use. For more complete information please contact your nearest Okonite office.

| WELCOME | WHAT'S NEW | PRODUCT OVERVIEW | PRODUCT CATALOG | EVENTS |
| SALES OFFICES | MANUFACTURING PLANTS | SERVICE CENTERS | GLOSSARY | U.S. MAP |
| ENGINEERING TECHNICAL CENTER | SEARCH OKONITE | SURPLUS INVENTORY |
DAILY PRICES FOR COPPER, LEAD, ALUMINUM AND STEEL SHEETS

| HOMEPAGE | CONTACT US |