

**Quality System Periodical Audit Report**

## Simplex Wire and Cable Company

**P.O. Box 479**
**Portsmouth, NH 03802-0479**

**Houston Project No.:  57-00343-64**

**Houston Report No.: 57-00343-64-04**

T00740



# CONTENTS

1.      Audit Summary

2.      Introduction

3.      Audit Team and Audit Plan

4.      Workplan Matrix

5.      Audit Findings

6.      Corrective Action Requests

        Attachment A:  Open Corrective Action Requests

        Attachment B:  Closed Corrective Action Requests

This document is confidential. Neither the whole nor any part of this document may be disclosed to any third party without the prior written consent of Simplex Wire and Cable Company. The copyright of this document is vested in Simplex Wire and Cable Company, all rights reserved. Neither the whole nor any part of this document may be reproduced, stored in any retrieval system or transmitted in any form or by any means (electronic, mechanical, reprographic, recording or otherwise) without the prior written consent of the copyright owner.

T00741



# 1.    Audit Summary

## 1.1    Basis

The degree of conformity of the quality system documentation, as recorded in the document review report, was established at 100%.

In order to assure optimal implementation of the Quality System a follow-up schedule was established. (Ref: Periodic Audit Schedule QSC 3204, dated 15th July, 1993.) This report depicts the findings of the Periodical Audit, which was carried out on the elements noted in the Workplan Matrix.

## 1.2    Audit Result

### Implementation of the Quality System

The degree of implementation, in conformance with the quality requirements of ISO 9001, was found acceptable.

### Use of the RvC Logo

*No evidence* was found to indicate that the logo is used in any other way than as mentioned in Det Norske Veritas Certification procedure QSC 12.

### Complaints Concerning the Issued Certificate

There were no complaints available, of clients or other persons, concerning the issued Certificate of Conformity of the Quality System.

## 1.3    Corrective Action Request

Based on the results of this quality system document review, and the Periodical Audit held on February 24-25, 1994, three (3) Corrective Action Requests, Attachment A, are issued with regard to ISO 9001 Requirements.

T00742



### 1.4 Conclusion

The Quality System Certificate remains valid, provided that the plan for Periodic Audits, ref. plan no. QSC 3204 of Simplex Wire and Cable Company, is maintained and that the issued Corrective Action Requests are resolved within 12 weeks from receipt of said CAR's.

### 1.5 Extent

Only some activities of the company were audited. Therefore, the results with respect to the implementation of the quality system are only valid for these activities.

| **Authorized** | **Name** | **Signature** | **Date** |
| --- | --- | --- | --- |
| Lead Auditor | Harold Hodder | *Doug Sutton for* | 31 March 94 |

| **Reviewed By:** | | | |
| --- | --- | --- | --- |
| Line Manager | Mason Daniel | *UWDaniel* | 4 April 1994 |

### 2. Introduction

### 2.1 Scope

A Periodic Quality System Audit of Simplex Wire and Cable Company, was carried out in Portsmouth, New Hampshire by Det Norske Veritas Industry, Inc. on February 24-25, 1994, full details of which are provided for in this report.

T00743



### 2.2 Instructions

The Quality System periodical audit was comprised of the limited review of Simplex Wire and Cable Company's Quality System documentation and a visit in accordance with Det Norske Veritas Certification internal procedure QSC 10.

### 2.3 Auditee

Name          : Simplex Wire and Cable Company

Address       : P.O. Box 479
                Portsmouth, NH 03802-0479

Telephone     : 603-436-6100

Telefax       : 603-427-0701

Contact       : Mr. Russ Miles

### 2.4 Objectives

The quality system periodical audit was performed in order to determine the status and degree of conformity, implementation and effectiveness of Simplex Wire and Cable Company's Quality System, against the requirements of ISO 9001 as appropriate.

### 3. Audit

### 3.1 Audit Team

| | | |
|---|---|---|
| Company | : | Det Norske Veritas Industry, Inc. |
| Standard | : | ISO-9001, 1987 Edition |
| Lead auditor (LA) | : | Harold Hodder (HH) |
| Auditors | : | Hanna Mayer (HM) |

T00744



3.2        **Audit Plan**

**Date/Time**                              **Department**

**February 24, 1994**

13:00 - 13:15                              Opening Meeting
13:15 - 14:00                              Document Review
14:00 - 16:30                              Production/Management (HM)
                                           Design/Stores/Shipping (HH)

**February 25, 1994**

08:30 - 08:45                              Review/Previous Day's Findings
08:45 - 09:30                              Management (HM)
                                           Purchasing (HH)
09:30 - 11:00                              Inspection (HH)

T00745



### 3.3    Contacts with the Company

The primary contact with the company was Mr. Russ Miles.  For the persons interviewed during the course of the audit please reference the following list:

| Name | Title |
|------|-------|
| Scott Carrington | Manager |
| Tom McCoomb | Specialist |
| Lesley Zelazo | Specialist |
| Curt Robinson | Manager |
| Glen Furland | Manager - Contracts |
| Jon Dufours | Program Manager |
| Pete Vatistas | Specialist |
| Peter LaPulice | Quality Engineer |
| Ray Lemise | Line Operator |
| Mark Jones | Lab Supervisor |
| Pat Walsh | Quality Manager |
| Peter Burgeron | President |
| Charles Arnold | Human Resources Manager |
| Robert Wilder | Lead Auditor |
| John Martin | Assistant Program Agent |

T00746



## 4. Workplan Matrix

| | | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPARTMENT/ACTIVITY:<br>A: Management<br>B: Sales<br>C: Design<br>D: Planning<br>E: Procurement<br>F: Production<br>G: Inspection and Testing<br>H: Stores<br>I: Shipping<br>J: Servicing | | | | | | | | | | | |
| **ISO 9001  QUALITY SYSTEM REQUIREMENTS** | | A | B | C | D | E | F | G | H | I | J |
| Management responsibility | 4.1 | X | X | X | X | X | X | X | X | X | X |
| Quality system | 4.2 | X | X | X | X | X | X | X | X | X | X |
| Contract review | 4.3 | | X | X | | | | X | | | X |
| Design control | 4.4 | X | | | | | | | | | |
| Document control | 4.5 | X | | | | | | | | | |
| Purchasing | 4.6 | | | | | | | | | | |
| Purchaser supplied product | 4.7 | | | | | | | | | | |
| Product identification and traceability | 4.8 | | | | | | | | | | |
| Process control | 4.9 | | | | | | | | | | |
| Inspection and testing | 4.10 | | | | | | | | | | |
| Inspection, measuring and test equipment | 4.11 | | | | | | | | | | |
| Inspection and test status | 4.12 | | | | | | | | | | |
| Control of non-conforming product | 4.13 | | | | | | | | | | |
| Corrective action | 4.14 | X | X | X | X | X | X | X | X | | X |
| Handling, storage, packing and delivering | 4.15 | | | | | | X | | X | X | |
| Quality records | 4.16 | X | X | X | X | X | X | X | X | X | X |
| Internal quality audits | 4.17 | X | X | X | X | X | X | X | X | X | X |
| Training | 4.18 | X | | | | | | | | | |
| Servicing | 4.19 | X | | | | | | | | | |
| Statistical techniques | 4.20 | X | | | | | | | | | |

T00747

5.        **Audit Findings**

The following provides details on the operation of the quality system of Simples Wire and Cable Company.

The quality system audit of the organization was carried out with reference to the requirements of ISO 9001 by means of the workplan matrix and verification matrices.

The workplan matrix includes the relation with respect to the relevant activities of the primary process and the requirements of the standard.

The ten (10) issued CAR's from the initial audit, were verified for their effectiveness and have been found satisfactorily closed.

As stated in para 1.3, three (3) new CAR's are issued as a result of this Periodical Audit.

T00748



**Attachment A**

**Corrective Action Requests**

Attached are three (3) Corrective Action Requests generated during this Periodical Audit.

T00749

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**February 24 - 25, 1994** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder** | Audit report number:<br>**57-00343-64-04** | CAR number:<br>**01** |

**Corrective Action requested for: Production**
Ref. ISO 9001 requirement: 4.5

**Some Ratio tables (work instructions) in use bear no evidence of review and approval by authorized personnel, prior to issuance. Example: SL-100 Ratio Tables in "Armorless" department.**

Corrective action response: (to be completed by auditee within 12 weeks)

| Submitted by: | Date: |
|---|---|

Review of corrective action:

☐ Satisfactory    ☐ Unsatisfactory    ☐ Follow Up
required    ☐ No Follow Up
required

| Evaluated by: | Date: |
|---|---|
| Approved by Lead auditor: | Date: |

QSC 08-01, rev. 0, 01/12/90

T00750

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**February 24 - 25, 1994** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder** | Audit report number:<br>**57-00343-64-04** | CAR number:<br>**02** |

**Corrective Action requested for:  Management**
Ref. ISO 9001 requirement: 4.1

**The present Quality System does not define the authority and responsibility for all personnel performing duties affecting quality as required by the standard.  Example:  Position Descriptions have not been developed for "Executive Personnel", such as:  Director Quality and Engineering, and Operations Manager.**

Corrective action response: (to be completed by auditee within 12 weeks)

| Submitted by: | Date: |
|---|---|

Review of corrective action:

☐ Satisfactory     ☐ Unsatisfactory     ☐ Follow Up<br>required     ☐ No Follow Up<br>required

| Evaluated by: | Date: |
|---|---|
| Approved by Lead auditor: | Date: |

QSC 08-01, rev. 0, 01/12/90

T00751

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**February 24 - 25, 1994** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodden** | Audit report number:<br>**57-00343-64-04** | CAR number:<br>**03** |

**Corrective Action requested for:** Purchasing
**Ref. ISO 9001 requirement: 4.16**

**The present Quality System does not include records of acceptable sub-contractors, or suppliers, for all of the suppliers presently used. Example: The defined records do not presently include suppliers of services such as calibration sources. (Essco).**

---

Corrective action response: (to be completed by auditee within 12 weeks)

---

| Submitted by: | Date: |
|---|---|

Review of corrective action:

☐ Satisfactory   ☐ Unsatisfactory   ☐ Follow Up required   ☐ No Follow Up required

| Evaluated by: | Date: |
|---|---|
| Approved by Lead auditor: | Date: |

QSC 08-01, rev. 0, 01/12/90

T00752



**Attachment B**

**Correction Action Requests**

Attached are ten (10) Corrective Action Requests closed during this Periodical Audit.

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**June 22 - 24, 1993** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder** | Audit report number:<br>**57-00343-64-03** | CAR number:<br>**01** |

Corrective Action requested for: Management
Ref. ISO 9001 requirement: 4.5

**Position descriptions on file in the Sales Department, and posted on the bulletin boards bear no evidence of review and approval by authorized personnel. Although the job descriptions on the computer system in the human resources department are password protected, no system appears to have been established for approval prior to issuance.**

Corrective action response: (to be completed by auditee within 12 weeks)

    A SPIM will be written by the Human Resource Department that will specify the requirements for preparing job descriptions.  The SPIM will define policy, authority and responsibility.

    Corrective Action completion date:  12/31/93.

| Submitted by: | Date: 3 SEPT 93 |
|---|---|

Review of corrective action:  *(reviewed position descriptions)*  9/16/93

☑ Satisfactory    ☐ Unsatisfactory    ☑ Follow Up required    ☐ No Follow Up required

| Evaluated by: | Date: 2/24/94 |
|---|---|
| Approved by Lead auditor: | Date: 2/24/94 |

QSC 08-01, rev. 0, 01/12/90

T00754

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**June 22 - 24, 1993** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder** | Audit report number:<br>**57-00343-64-03** | CAR number:<br>**02** |

Corrective Action requested for: Sales
Ref. ISO 9001 requirement: 4.16

**The Customer Complaint Form, number M010, for after sales complaints has not been identified as a quality record.**

---

Corrective action response: (to be completed by auditee within 12 weeks)

SPIM 18-3, Rev. 2, <u>Marketing Master Documents</u>, identifies M010 as a
controlled document. However, SPIM 23-3, Rev. 1, <u>Identification and</u>
<u>Maintenance of Quality Records</u>, did not include SPIM 18-3 in its Quality
Records - Master List.

SPIM 23-3 will be revised to include SPIM 18-3 in the Quality Records
Master List. This will result in identifying M010 as a quality record.

Corrective action will be completed 9/30/93.

---

| Submitted by: *Russell A. Miles* | Date: 9/3/93 |
|---|---|

Review of corrective action: *Reviewed affected procedures at DRA 9/16/93*

☑ Satisfactory    ☐ Unsatisfactory    ☑ Follow Up required    ☐ No Follow Up required

| Evaluated by: | Date: 2/24/44 |
|---|---|
| Approved by Lead auditor: | Date: 2/24/44 |

QSC 08-01, rev. 0, 01/12/90

T00755

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**June 22 - 24, 1993** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder / J. Stewart** | Audit report number:<br>**57-00343-64-03** | CAR number:<br>**03** |

Corrective Action requested for:Design
Ref. ISO 9001 requirement: 4.5

**Document Control Clerk in Product Engineering is using an unapproved document distribution list. (Ref. S.P.I.M #1-41)**

Corrective action response: (to be completed by auditee within 12 weeks)

```
The standard distribution list of production documents in Appendix M of
SPIM 1-41 is by functional department manager only.  The documentation
control clerk uses this list by individual and functional title.  As such,
the list used needs to be marked up to reflect current individuals.  As
such, this list will be marked "For Reference Only," since it is a working
copy that may change periodically.
```

| Submitted by: *Gary a Palasse* | Date: 8-31-93 |
|---|---|

Review of corrective action: *corrective action was effective*   9/16/93

☑ Satisfactory   ☐ Unsatisfactory   ☑ Follow Up required   ☐ No Follow Up required

| Evaluated by: *JJ Hodder* | Date: 2/24/94 |
|---|---|
| Approved by Lead auditor: *J Hodder* | Date: 2/25/94 |

QSC 08-01, rev. 0, 01/12/90

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>QSC-3204 | Audit date:<br>**June 22-24, 1993** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder/J. Stewart** | Audit report number:<br>**57-00343-64-03** | CAR number:<br>**04** |

Corrective Action requested for: Purchasing
Ref. ISO 9001 requirement: **4.6**

**Purchase Orders to outside calibration services do not stipulate calibration procedure(s) to be used or acceptance criteria.**

Corrective action response: (to be completed by auditee within 12 weeks)

```
SPIM 8-67, Simplex Calibration Program Requirements, paragraph 9.2.2, stipulates
that Purchase Orders for outside calibration services identify the calibration
procedure(s) to be used and acceptance criteria.

Simplex will ensure that our outside calibration services provide the information
we need in order to comply with ISO requirements and SPIM 8-67.

Corrective Action completion date:  1/31/94.
```

| Submitted by: | Date: 3 SEPT 93 |
|---|---|

Review of corrective action: *New procedure are now in effect - corrective action was effective*

☑ Satisfactory    ☐ Unsatisfactory    ☑ Follow Up required    ☐ No Follow Up required

9/16/93

| Evaluated by: | Date: 2/24/94 |
|---|---|
| Approved by Lead auditor: | Date: 2/24/94 |

QSC 08-01, rev. 0, 01/12/90

T00757

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**June 22 - 24, 1993** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder** | Audit report number:<br>**57-00343-64-03** | CAR number:<br>**05** |

**Corrective Action requested for: Inspection**
**Ref. ISO 9001 requirement: 4.13**

**The responsibility for disposition of nonconforming material is not clearly defined within the existing quality system. Examples: material tagged as nonconforming on tags numbered: 2722, 2730, 2731, etc, are dispositioned by the Material Control Group with assistance or input from other areas, however this activity is not fully described within the present system.**

Corrective action response: (to be completed by auditee within 12 weeks)

```
SPIM 8-17, Material Review Board Structure, paragraph 10.3, defines the
department (Materials Inspection) responsible for finalizing the disposition
of rejected material after it has been tagged as non-conforming.

Corrective Action completed.
```

| Submitted by: | Date: 9/9/93 |
|---|---|
| Review of corrective action: Responsibility now defined<br><br>☑ Satisfactory   ☐ Unsatisfactory   ☑ Follow Up required   ☐ No Follow Up required | 9/16/93 |
| Evaluated by: | Date: 2/24/44 |
| Approved by Lead auditor: | Date: 2/24/44 |

QSC 08-01, rev. 0, 01/12/90

T00758

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**June 22 - 24, 1993** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder** | Audit report number:<br>**57-00343-64-03** | CAR number:<br>**06** |

Corrective Action requested for: Inspection
Ref. ISO 9001 requirement: 4.14

**Request For Material Disposition (RMD's) are being utilized for corrective action purposes, however no provision exists within the RMD process to provide follow-up activities to ensure that the corrective action taken w       as effective.**

---

Corrective action response: (to be completed by auditee within 12 weeks)

```
    RMD's are collected and sorted by similar events and entered into a computerized
    database that prepares a pareto  analysis by leading causes.  Each of the
    leading causes for RMD's will have corrective actions identified and assigned,
    along with a closure date.

    A Corrective Action Review Committee has been establised to ensure the effective-
    ness of implemented corrective actions.

    Our new corrective action database, along with documented procedures that will
    assist  with follow-up activities, is scheduled to be completely implemented
    by 2/1/94.
```

| Submitted by: _Paul M. Delo_ | Date:<br>9/3/93 |
|---|---|
| Review of corrective action: _RMD's now included C/A was effective_ _9/16/93_<br><br>☒ Satisfactory   ☐ Unsatisfactory   ☒ Follow Up<br>                                    required   ☐ No Follow Up<br>                                    required | |
| Evaluated by: | Date: 2/24/94 |
| Approved by Lead auditor: | Date: 2/24/94 |

QSC 08-01, rev. 0, 01/12/90

T00759

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**June 22 - 24, 1993** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder** | Audit report number:<br>**57-00343-64-03** | CAR number:<br>**07** |

**Corrective Action requested for: Inspection**
**Ref. ISO 9001 requirement: 4.11**

**The reticle used to calibrate the microscopes in the materials testing laboratory is not presently included in the calibration program.  Reference: reticle number 06539**

Corrective action response: (to be completed by auditee within 12 weeks)

```
    The laboratory has purchased a stage micrometer (reticle) which is calibrated
    with standards traceable to the N.I.S.T. U.S.A. serial #00195, with certifica-
    tion of compliance enclosed.  Reticle is included in Simplex's calibration
    program.

    Make:  Leica
    Part #:  K4202 (31-16-89)
    P.O. #:  23-181
    Sales Order #:  D21295BU
    Date:  8/18/93
    Cert. Job. No.:  92-475-3

    Corrective action completed.
```

| Submitted by: | Date: 9/7/93 |
|---|---|

Review of corrective action:

Corrective action was effective   9/16/93

☒ Satisfactory   ☐ Unsatisfactory   ☒ Follow Up required   ☐ No Follow Up required

| Evaluated by: | Date: 2/24/94 |
|---|---|
| Approved by Lead auditor: | Date: 2/24/94 |

QSC 08-01, rev. 0, 01/12/90

T00760

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**June 22 - 24, 1993** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder** | Audit report number:<br>**57-00343-64-03** | CAR number:<br>**08** |

Corrective Action requested for: Management
Ref. ISO 9001 requirement: 4.5

**Functional organization charts for several areas which have been developed to depict the functions of various personnel bear no evidence of review and approval, or document control.**

Corrective action response: (to be completed by auditee within 12 weeks)

```
The functional organization charts are "For Reference Only" documents that are
maintained by each department manager. They are not included in our documentation
control system.

However, the charts will be changed to include a manager's approval signature
and date.  The charts will be stamped "For Reference Only."

Corrective action will be completed by 10/15/93.
```

Submitted by: *Russell G. Miles*                                                Date: 9/3/93

Review of corrective action:  *CA was effective - HH*

☒ Satisfactory     ☐ Unsatisfactory     ☒ Follow Up required     ☐ No Follow Up required       9/16/93

Evaluated by:                                                               Date: 2/24/94

Approved by Lead auditor:                                                   Date: 2/24/94

QSC 08-01, rev. 0, 01/12/90

T00761

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**June 22 - 24, 1993** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder** | Audit report number:<br>**57-00343-64-03** | CAR number:<br>**09** |

Corrective Action requested for: Production
Ref. ISO 9001 requirement: 4.5

The "Ratio Tables" in use on the SL Power Conductor Line bear no evidence of review and approval by authorized personnel prior to issuance.
Examples:  Tables Identified as "416K373.dat / 416K373.prn"

---

Corrective action response: (to be completed by auditee within 12 weeks)

The "Ratio Tables" will be placed under configuration management in accordance with SPIM 1-41, <u>Standard Practice for Configuration Managment</u>.

Corrective Action completion date:  1/31/94.

---

| Submitted by: | Date:<br>3 SEPT 93 |
|---|---|

Review of corrective action:  *Tables were included C/A was effective*

☑ Satisfactory   ☐ Unsatisfactory   ☑ Follow Up required   ☐ No Follow Up required

| Evaluated by: | Date:<br>2/24/94 |
|---|---|
| Approved by Lead auditor: | Date:<br>2/24/94 |

QSC 08-01, rev. 0, 01/12/90

Det norske Veritas Certification

| Certificate Holder:<br>**Simplex Wire and Cable Company** | Certificate number:<br>**QSC - 3204** | Audit date:<br>**June 22 - 24, 1993** |
|---|---|---|
| Lead Auditor:<br>**Harold Hodder** | Audit report number:<br>**57-00343-64-03** | CAR number:<br>**10** |

Corrective Action requested for: Storage
Ref. ISO 9001 requirement: 4.15

**The present quality system does not address the periodic verification of material in stores to detect deterioration.**

Corrective action response: (to be completed by auditee within 12 weeks)

Material subject to deterioration is stored in a controlled environment room.

SPIM 6-32, Release of Raw Materials, paragraph 5.2, specifies that releases are valid for a period of 6 months. After 6 months, reinspection of material and new releases are required.

SPIM 6-32 will be revised to require that material in the controlled environment storeroom over six (6) months will be reinspected before release and during periodic inventories, material will be visually examined to assure it has not been damaged during handling.

Corrective action will be completed by 10/31/93.

| Submitted by: | Date: 9/8/93 |
|---|---|

Review of corrective action: New defined in SPIM above

☑ Satisfactory  ☐ Unsatisfactory  ☑ Follow Up required  ☐ No Follow Up required

| Evaluated by: | Date: 2/24/94 |
|---|---|
| Approved by Lead auditor: | Date: 2/24/94 |

QSC 08-01, rev. 0, 01/12/90

T00763

SIMPLEX AUDIT PROGRAM

**PROPRIETARY**

# SIMPLEX
### TECHNOLOGIES, INC.

**AUDIT FINAL REPORT**          **DATE** 04/20/94

**TO:**  John Stinchfield          **FROM:**  Simplex Internal
Ronald Armstrong                   Quality Audit Group
Dennis Wyman

| | | |
|---|---|---|
| Audit Report Number | : | 19-19-94-3 |
| System/Process Audited | : | *Armoring Process* |
| Date(s) Audit Conducted | : | April 13 & 14, 1994 |
| Lead Auditor | : | Robert C. Wilder |
| Audit Team Members | : | Lyn A. Tyler |
| Rating Point Score | : | 72.80 out of 100 |

To begin, we would like to thank John Stinchfield and all Armoring Associates for their professionalism and candor which made the conduct of the audit very informative and efficient. All but one (1) of the elements investigated received an acceptable rating and do not require corrective action. In addition, the final score was 13.87 points higher than the previous audit of October, 1992.

## SUMMARY

Binders or folders are maintained in the armor wire winding, over-armoring, and armor extrusion areas. The binders are well organized, indexed, contain most operational instructions for the specific area of production, and are accessible on all shifts. The types of procedures include cable construction memos (CCM), line set-up "speed sheets", standard practices and instruction manuals (S.P.I.M.), and job safety analysis (J.S.A.). Information in these various documents range from technical guidelines to individual product specifications. Closer examination indicated procedures in the armor winding area did not fully reflect current operations and some required over-armoring/extrusion procedures were unavailable.

S.P.I.M. 12-119, "Armoring Dept. Procedures for Controlling Documents", describes methods within Armoring for document control. This includes maintaining an index of the different documents and their locations throughout the department. The index allows positive recall by the Armoring document control specialist when a revision is issued. Controlled copies are stamped per procedure prior to distribution. Examination of documents in the binders revealed one S.P.I.M. (12-11) that was issue 9 on the cover sheet, but revision 8 on the subsequent pages. In addition, line set-up "speed sheets" appear to be uncontrolled documents.

T00764

SIMPLEX AUDIT PROGRAM
PROPRIETARY

Randomly selected documents throughout the Armor department were compared to the latest issue index. In most cases the latest issue was present, with the exception of one obsolete document being found on over-armoring line 5-4. Interviews with personnel in armor wire winding, and over-armoring areas indicated some lack of knowledge of the latest issue index and how it can be utilized to verify a document issue. Extensive files of applicable Armoring documents are maintained in the department office.

The suitability of Armoring production tools, equipment, and the working environment was investigated by interviewing department personnel. Although equipment was found to be suitable for the operations performed by the individuals that perform them, concern was expressed about the availability and control of required tools and spare parts. Interviews in the wire winding area revealed recent enhancements to process equipment and environmental improvements that included reductions in contamination and noise levels.

Process parameters are appropriately monitored and controlled in the armor wire winding, over-armoring, and armor extrusion areas by manual and automatic means. Manual means and thorough line log entries are utilized to monitor and control items such as line speeds, bobbin stows, extruder temperatures, armor wire lays, etc. Automatic devices are used in armor extrusion areas to monitor various process and quality criteria such as diameters. All items reviewed were found compliant with process and quality procedures.

Interviews with Process Engineering personnel revealed adequate levels of armoring equipment and process approval. New products go through trials and sample testing in accordance with documented Engineering Instructions (E.I.). Proven products must pass a start-up rundown prior to operational approval and can include periodic sampling to ensure continued customer approval.

Workmanship criteria throughout the Armoring department is primarily stipulated through the use of written standards contained in cable construction memos and in process inspection procedures. Requirements include weld dimensions, diameters, lay directions and length, cable mix application, etc. Although not used to stipulate workmanship criteria, photographs and video tape have been used as training refreshers for sporadically manufactured products.

Proper maintenance of equipment to ensure continuing process capability was evident in all Armoring manufacturing areas. Scheduled maintenance of the production lines includes oiling and greasing. Any unscheduled maintenance performed is described and documented in running maintenance logs on each line. Examination of these logs indicated appropriate and ongoing maintenance of all production equipment.

Armor wire winding facilities contain reference counters to approximate the quantity of wire wound on a bobbin. Of the counters examined, only the one on the "speed winder" contained a sticker indicating calibration status requirements.

T00765

SIMPLEX AUDIT PROGRAM
PROPRIETARY

Over-armoring operations use calibrated length counters and 1" micrometers for weld evaluations. Randomly selected micrometers and line counters were investigated throughout the department. All were found to be in-calibration, properly documented, and have complete records. Standards used to calibrate micrometers were confirmed N.I.S.T. traceable. Armor extrusion operations utilize both electronic and mechanical measuring devices, all of which require calibration. Electronic devices are calibrated by the electronic technicians either during line turn-arounds or on a scheduled basis in accordance with documented procedures.

Training and certification requirements for Armoring personnel are defined and documented in a series of documents known as training and certification packages (T&CP). Types of training described by these documents include over-armoring line operation, wire winder operation, jacket repair, armor wire welding, etc. Completed copies of these forms are maintained in extensive files in the Armoring office, indexed by operator. Training records of five randomly selected individuals that were operating armoring lines were examined. In three of the five cases training records were found to be unavailable, indicating incomplete record keeping.

S.P.I.M. 5-47, "Qualification Program", establishes the special process qualification requirements of Armoring operations. This includes definitions, procedures, yield thresholds, special process descriptions, and sample quantities/frequencies. Extensive records of special process qualifications are maintained by Process Inspection. Various qualified armor wire weld operators/facilities were randomly selected throughout the department, their record files examined, and in each case, proper records were maintained. Interviews with Armoring personnel indicated they were well aware of their qualification status. Plans are underway to establish a computer networked armor qualification status reference matrix.

Opportunities for Armoring personnel to enhance their levels of training or education are available. They include the Simplex tuition reimbursement policy and in-house computer courses. Allowances are made for employees seeking an up-grade to produce, and have tested, special process qualifications. In addition, outside contractors have been brought in when necessary to hold courses on such items as armor extrusion line operation.

Use of statistical techniques in the Armoring department are limited with no "real time" statistical process control evident. The only method employed is pareto analysis of production welds, qualification welds, and request for material disposition (RMD) generation. As a problem solving tool, pareto analysis identifies items that may require attention and corrective action.

The Armoring department has active Process Improvement Teams. Interviews with the team coordinator and a review of meeting minutes revealed a focus on safety issues which have collateral benefits as process and quality improvements. Current active teams (SPITS and RSPCA) meet weekly to activities and track progress. Management has proven supportive with capital equipment approvals. Progress status updates are published as appropriate. In addition to Process Improvement Teams, Simplex Quality Day activities have been actively supported by the Armoring department for many years.

SIMPLEX AUDIT PROGRAM
# PROPRIETARY

## RECOMMENDATIONS

You will notice on the attached evaluation worksheets that there were eight elements which received a rating of moderate and provide fine opportunities for improvement. Please consider the following recommendations for elevating these scores.

1. Review the available procedures in the armor wire winding, over-armoring, and extrusion areas. Provide any that are required, but not available. Update any that do not reflect current practices.

2. Explore ways of controlling line set-up "speed sheets" so that the operator can determine if they are authorized and the proper issue for use.

3. Verify all procedures on the over-armoring lines are current and replace those that are not. Review the use of the latest issue index published by Configuration Management with all effected personnel.

4. Continue efforts to improve the availability of required tools, equipment, and spare parts.

5. Provide calibration status indicator stickers for the rebuilt armor wire winder footage counters consistent with the indicator sticker in use on the "speed winder".

6. Examine current armoring operations and determine if any use of statistical process control would be appropriate.

## CONCLUSION

All of the attached information should be reviewed. Attention to the one non-compliance and the areas which received acceptable, yet moderate ratings, can elevate the score in subsequent audits.

Congratulations again to everyone for their efforts which resulted in a higher score with only one non-compliance and for your obvious commitment to continuous quality improvement.

Respectfully submitted,

_Robert C. Wilder_
Robert C. Wilder

_Lyn A. Tyler_
Lyn A. Tyler

Copy to,
  J.V. van den Bosch
  P.L. Bergeron
  R.M. Moore
  A.  Ryan
  D.  Allis

Copy to,
  F.  Vieno
  R.  DeFosses
  G.  Wilson
  P.  Allen
  B.  Sherman

T00767

AE-4a, Issue 3
08/07/92

**SIMPLEX AUDIT PROGRAM**
**PROPRIETARY**

SIMPLEX WIRE & CABLE COMPANY
P.O. BOX 479, PORTSMOUTH, NH 03802-0479
TEL: (603)436-6100    FAX: (603)427-0701

| INTERNAL QUALITY AUDIT PROGRAM FEEDBACK REPORT | | REPORT NUMBER | 19-19-94-03 |
|---|---|---|---|
| | | PAGE NUMBER | 1 of 1 |
| SYSTEM OR PROCESS AUDITED | ARMORING PROCESS | | |
| AUDIT DATE(S) | April 13 & 14, 1994 | CONDUCTED BY | R. Wilder |
| DEPARTMENT | Armoring | REPRESENTED BY | J. Stinchfield |
| REFERENCE DOCUMENTS | S.P.I.M. 1-59, ISO 9001, T&CP-59, and T&CP-61 | AUDITED TO S.P.I.M NUMBER | 19-19, Issue 3 |

| ITEM # | NON-COMPLIANCE/FINDINGS |
|---|---|
| 1.0 | *element # 17;* Over-armor line operator training records have not been completed and filed for all effected personnel. Violates ISO 9001, section 4.18. |
| | |
| | |
| | |

| LEAD AUDITOR SIGNATURE | *Robert C Wilder* | AUDIT TEAM MEMBER(S) | Lyn A. Tyler |
|---|---|---|---|

T00768

Simplex Technologies, Inc.
Newington, New Hampshire
March 30, 1994

S.P.I.M. 19-19
Issue 3
Page 4 of 7

# SIMPLEX TECHNOLOGIES, INC.

## QUALITY SYSTEM AUDIT

## EVALUATION WORKSHEET

**SIMPLEX AUDIT PROGRAM PROPRIETARY**

DATE: April 13 & 14, 1994

LEAD AUDITOR:

Robert C. Wilder

TEAM MEMBERS:

Lyn A. Tyler

AUDITED PROCESS : ARMORING

| NO | ELEMENTS | POOR 1 | FAIR 2 | MODERATE 3 | GOOD 4 | EXCELLENT 5 | CONSTANT (C) | SCORE (R) X (C) |
|---|---|---|---|---|---|---|---|---|
| | To what extent are documented | | | | | | | |
| | procedures which define the manner | | | | | | | |
| | of production available in: | | | | | | | |
| 1. | Armor wire winding areas? | | | 3 | | | 0.91 | 2.73 |
| 2. | Cable over-armoring areas? | | | 3 | | | 0.91 | 2.73 |
| 3. | Armor extrusion areas? | | | 3 | | | 0.91 | 2.73 |
| 4. | How well are the documents utilized | | | | | | | |
| | for Armoring operations controlled? | | | 3 | | | 0.91 | 2.73 |
| 5. | How effective are procedures for | | | | | | | |
| | verifying use of current documents | | | | | | | |
| | and removal of obsolete documents? | | | 3 | | | 0.91 | 2.73 |
| 6. | How suitable are the production | | | | | | | |
| | tools, equipment, and the working | | | | | | | |
| | environment for all of the various | | | | | | | |
| | Armoring operations? | | | 3 | | | 0.91 | 2.73 |
| | | | | | | | | |

CONSTANT (C) = $\dfrac{100}{(5) \times \text{NO. ELEM EVAL}}$    (C) = $\dfrac{100}{(5) \times 22}$ = 0.91

T00769

Simplex Technologies, Inc.
Newington, New Hampshire
March 30, 1994

S.P.I.M. 19-19
Issue 3
Page 5 of 7

# SIMPLEX TECHNOLOGIES, INC.

## QUALITY SYSTEM AUDIT

## EVALUATION WORKSHEET

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

DATE: April 13 & 14, 1994

LEAD AUDITOR: Robert C. Wilder

TEAM MEMBERS: Lyn A. Tyler

AUDITED PROCESS: ARMORING

| NO | ELEMENTS | P O O R (1) | F A I R (2) | M O D E R A T E (3) | G O O D (4) | E X C E L L E N T (5) | CONSTANT (C) | SCORE (R) X (C) |
|---|---|---|---|---|---|---|---|---|
| | To what extent are process parameters controlled, monitored, and compliant with process/quality procedures in: | | | | | | | |
| 7. | Armor wire winding areas? | | | | 4 | | 0.91 | 3.64 |
| 8. | Cable over-armoring areas? | | | | 4 | | 0.91 | 3.64 |
| 9. | Armor extrusion areas? | | | | 4 | | 0.91 | 3.64 |
| 10. | How extensive and appropriate is the approval of Armoring processes and production equipment? | | | | 4 | | 0.91 | 3.64 |
| 11. | How well stipulated and defined are workmanship criteria through the use of written standards, representative samples, or illustrations? | | | | 4 | | 0.91 | 3.64 |
| 12. | How well maintained is equipment to ensure continuing armoring process capability? | | | | 4 | | 0.91 | 3.64 |

$$\text{CONSTANT (C)} = \frac{100}{(5) \times \text{NO. ELEM EVAL}} \qquad \text{(C)} = \frac{100}{(5) \times 22} = 0.91$$

T00770

Simplex Technologies, Inc.                          S.P.I.M. 19-19
Newington, New Hampshire                            Issue 3
March 30, 1994                                      Page 6 of 7

# SIMPLEX TECHNOLOGIES, INC.

## QUALITY SYSTEM AUDIT

### EVALUATION WORKSHEET

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

| DATE: April 13 & 14, 1994  LEAD AUDITOR: Robert C. Wilder  TEAM MEMBERS: Lyn A. Tyler | AUDITED PROCESS : ARMORING | RATING (R) | | | | | CONSTANT (C) | SCORE (R) X (C) |
|---|---|---|---|---|---|---|---|---|
| | | P O O R | F A I R | M O D E R A T E | G O O D | E X C E L L E N T | | |
| NO | ELEMENTS | 1 | 2 | 3 | 4 | 5 | | |
| | How effective is the calibration system relative to the applicable tools and/or equipment utilized for: | | | | | | | |
| 13. | Armor wire winding operations? | | | 3 | | | 0.91 | 2.73 |
| 14. | Cable over-armoring operations? | | | | | 5 | 0.91 | 4.55 |
| 15. | Armor extrusion operations? | | | | 4 | | 0.91 | 3.64 |
| 16. | To what extent are the training and certification requirements defined/ documented for Armoring personnel? | | | | 4 | | 0.91 | 3.64 |
| 17. | How thoroughly are appropriate training records maintained? | | 2 | | | | 0.91 | 1.82 |
| 18. | To what extent are special process qualification requirements defined and documented for the applicable Armoring personnel and facilities? | | | | 4 | | 0.91 | 3.64 |
| | | | | | | | | |

$$\text{CONSTANT (C)} = \frac{100}{(5) \times \text{NO. ELEM EVAL}} \qquad \text{(C)} = \frac{100}{(5) \times 22} = 0.91$$

T00771

Simplex Technologies, Inc.
Newington, New Hampshire
March 30, 1994

S.P.I.M. 19-19
Issue 3
Page 7 of 7

## SIMPLEX TECHNOLOGIES, INC.

## QUALITY SYSTEM AUDIT

## EVALUATION WORKSHEET

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

| DATE: April 13 & 14, 1994 — LEAD AUDITOR: Robert C. Wilder — TEAM MEMBERS: Lyn A. Tyler | AUDITED PROCESS : ARMORING | | | | | | CONSTANT (C) | SCORE (R) X (C) |
|---|---|---|---|---|---|---|---|---|
| | | P O O R | F A I R | M O D E R A T E | G O O D | E X C E L L E N T | | |
| **NO** | **ELEMENTS** | 1 | 2 | 3 | 4 | 5 | | |
| 19. | How thoroughly are special process | | | | | | | |
| | qualification records maintained? | | | | 4 | | 0.91 | 3.64 |
| 20. | To what extent are opportunities | | | | | | | |
| | available to Armoring personnel to | | | | | | | |
| | enhance their overall job training | | | | | | | |
| | and advance their education? | | | | 4 | | 0.91 | 3.64 |
| 21. | To what extent are statistical | | | | | | | |
| | techniques employed to analyze and | | | | | | | |
| | track production operations data? | | | 3 | | | 0.91 | 2.73 |
| 22. | What is the level of Armoring | | | | | | | |
| | personnel participation in quality | | | | | | | |
| | or process improvement activities? | | | | | 5 | 0.91 | 4.55 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

$$(C) = \frac{100}{(5) \times 22} = 0.91$$

SCORE TOTAL: 72.80 OF 100

T00772

AE-3, Issue 1                                                    Continuation
05/18/92

## SIMPLEX WIRE & CABLE COMPANY

## INTERNAL QUALITY AUDIT

### OBSERVATION FORM

SIMPLEX AUDIT PROGRAM
## PROPRIETARY

| LEAD AUDITOR : __Robert C. Wilder__    DATE(S): __April 13 & 14, 1994__ |
| TEAM MEMBER(S): __Lyn A. Tyler__ |
| SYSTEM/PROCESS: __Armoring Process__ |

| ELEM # | CLEARLY DESCRIBE OBSERVATION (USE ADDITIONAL FORMS IF NECESSARY) |
|--------|----------------------------------------------------------------|
| 1 | SPIM 12-108 "Operating Procedures for Wire Winders - Armor Department", was available for use in the armor wire winding area. Interviews with personnel in the area indicated the procedures defined the manner of operation for an older winding line configuration and may not fully reflect current operations. |
| 2 | Cable over-armoring lines have available procedures for specific aspects of operation such as the line set-up "speed sheet", SPIM 200.10.1.1 "SL-100 Armor Transitions", SPIM 12-11 "Machine Layout Line 5-A", SPIM 12-12 "Operation of line 5-A", etc. A procedure was available for operating the cable mix tanks (SPIM 12-18) but did not contain instructions for using the cable mix type that could be in use (mix #11). Procedures for operating armor lines 4-1 and 5-2 were not available on the lines although referenced by other documents that were on the lines. |

T00773

AE-3, Issue 1                                                    Continuation
05/18/92

# SIMPLEX WIRE & CABLE COMPANY

## INTERNAL QUALITY AUDIT

### OBSERVATION FORM

**SIMPLEX AUDIT PROGRAM**
**PROPRIETARY**

---

LEAD AUDITOR : **Robert C. Wilder**    DATE(S): **April 13 & 14, 1994**

TEAM MEMBER(S): **Lyn A. Tyler**

SYSTEM/PROCESS: **Armoring Process**

| ELEM # | CLEARLY DESCRIBE OBSERVATION (*USE ADDITIONAL FORMS IF NECESSARY*) |
|---|---|
| 3 | The primary document used to operate an armor extrusion line is the line standard, such as S-384. Applicable reference instructions were on an extrusion line and included SPIM 9-10 (Detraversing Mechanism), SPIM 9-7 (Wire Tensions) and SPIM 9-18 (Determining Tensions). A complete procedure describing how to operate the extrusion line was not available. |
| 4 | SPIM 1-41 "Standard Practices for Configuration Management" describes the overall document control procedures used by the Armor Department. Various SPIMs reviewed throughout the department all had the required document approval and control forms. Line set-up "speed sheets" appear to be un-controlled documents and did not appear on the latest issue master index, making it impossible to verify if a current issue is in use. One SPIM reviewed (12-11) was noted as issue 9 on the cover sheet but the remaining pages were revision 8. SPIM was listed on master index as issue 9. |

T00774

AE-3, Issue 1                                              Continuation
05/18/92

## SIMPLEX WIRE & CABLE COMPANY

## INTERNAL QUALITY AUDIT

### OBSERVATION FORM

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

LEAD AUDITOR : __Robert C. Wilder__    DATE(S): __April 13 & 14, 1994__

TEAM MEMBER(S): __Lyn A. Tyler__

SYSTEM/PROCESS: __Armoring Process__

| ELEM # | CLEARLY DESCRIBE OBSERVATION (*USE ADDITIONAL FORMS IF NECESSARY*) |
|---|---|
| 5 | All documents coming in to the Armor Department go to the Document Control Specialist. They maintain a file of these documents in the Armor office along with copies of the latest issue index published by Configuration Management. A computer data base is used to control distribution of approved copies to the various production lines within the department. A random selection of documents from the area was compared to the latest issue index with the following results: |

| Doc # | Issue | Title | Current? |
|---|---|---|---|
| 12-12 | 1 | Operation of Line 3A | Yes |
| 12-18 | 8 | Operation of Cable Mix Tanks | Yes |
| 12-116 | 2 | Closing die | Yes |
| 5-27 | 17 | Qualification Program (on Lines-4) | No (Should be vac 18.) |
| 12-108 | 2 | Wire Winder Operation | Yes |
| 12-57 | 1 | Stringing Armor Lines | Yes |
| 5-384 | 2 | Conowingo Line Standard | Yes * |

\* Listed on master index as Issue 1, 11/23/93, but standard on line was Issue 2, 12/16/93.

T00775

AE-3, Issue 1                                                    Continuation
05/18/92

# SIMPLEX WIRE & CABLE COMPANY

## INTERNAL QUALITY AUDIT

### OBSERVATION FORM

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

LEAD AUDITOR : **Robert C. Wilder**    DATE(S): **April 13 & 14, 1994**

TEAM MEMBER(S): **Lyn A. Tyler**

SYSTEM/PROCESS: **Armoring Process**

| ELEM # | CLEARLY DESCRIBE OBSERVATION (*USE ADDITIONAL FORMS IF NECESSARY*) |
|--------|-------------------------------------------------------------------|
| 6 | Suitability of tools and equipment and the overall work environment was investigated through interviews with Armor Department personnel. Concern was expressed regarding the availability of tools and inconsistencies with tool crib staffing. Equipment, such as a line, appeared suitable for the operations required. Interviews with an armor winding operator revealed improved process equipment along with environmental improvements through contamination and noise reduction. Much activity in safety improvements |
| 7 | Process parameters monitored and controlled in the armor winding area include wire type, manufacturer, footages, weld locations, line speed, and traverse. A review of the logs maintained by the winding operator indicated that all process and quality parameters had been complied with. |

T00776

AE-3, Issue 1                                                    Continuation
05/18/92

## SIMPLEX WIRE & CABLE COMPANY

### INTERNAL QUALITY AUDIT

#### OBSERVATION FORM

SIMPLEX AUDIT PROGRAM
PROPRIETARY

| LEAD AUDITOR : Robert C. Wilder     DATE(S): April 13 & 14, 1994 |
|---|
| TEAM MEMBER(S): Lyn A. Tyler |
| SYSTEM/PROCESS: Armoring Process |

| ELEM # | CLEARLY DESCRIBE OBSERVATION (*USE ADDITIONAL FORMS IF NECESSARY*) |
|---|---|
| 8 | Process parameters monitored and controlled on the various over-armoring lines include core diameter/condition, bedding/armor/outer serve lays (length and direction), line speed, footages, and weld locations. Examination of a rundown log (QC-755) indicated all process and quality parameters had been complied with. |
| 9 | Process parameters on the extrusion lines are monitored and controlled by a combination of automatic and manual means. These include extruded diameters, water trough temperatures, barrel temperatures, line speed, footages. Review of completed line logs indicated full parameter compliance. |
| 10 | Interviews with Engineering personnel revealed adequate levels of Armoring process and equipment approval. New products go through extensive trials and sample testing per Engineering Instructions. Proven products must pass a start-up rundown prior to operational approval with periodic sampling to ensure continued customer product approval. |

T00777

AE-3, Issue 1                                              Continuation
05/18/92

# SIMPLEX WIRE & CABLE COMPANY

## INTERNAL QUALITY AUDIT

**OBSERVATION FORM**

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

---

LEAD AUDITOR : __Robert C. Wilder__     DATE(S): __April 13 & 14, 1994__

TEAM MEMBER(S): __Lyn A. Tyler__

SYSTEM/PROCESS: __Armoring Process__

---

| ELEM # | CLEARLY DESCRIBE OBSERVATION (*USE ADDITIONAL FORMS IF NECESSARY*) |
|--------|---------------------------------------------------------------------|
| 11 | Workmanship criteria is stipulated and defined primarily by written standards. The Cable Construction Memo (CCM) establishes all product physical requirements. Various quality documents such as SPIN 5-30, "SLI SL-100/UPS Armor Process Inspection", describe specific criteria such as weld diameters and inspection frequencies. Photographs and video tape have been utilized as a reminder for operators concerning products that are manufactured sporadically. |
| 12 | Each wire winding, over-armoring, or extrusion line visited throughout the course of the audit were found to have maintenance logs. A review of the information contained in the maintenance logs indicated scheduled as well as unscheduled maintenance. Scheduled maintenance primarily involves greasing and oiling. Unscheduled maintenance focuses on replacing parts when needed. The maintenance department is also involved in setting-up a product line, particularly gear installation. |

T00778

AE-3, Issue 1                                                    Continuation
05/18/92

## SIMPLEX WIRE & CABLE COMPANY

## INTERNAL QUALITY AUDIT

## OBSERVATION FORM

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

LEAD AUDITOR : __Robert C. Wilder__    DATE(S): __April 13 & 14, 1994__
TEAM MEMBER(S): __Lyn A. Tyler__
SYSTEM/PROCESS: __Armoring Process__

| ELEM # | CLEARLY DESCRIBE OBSERVATION (*USE ADDITIONAL FORMS IF NECESSARY*) |
|--------|-------------------------------------------------------------------|
| 13 | A limited quantity of items in Armor Winding require calibration and consist primarily of 1" micrometers used to inspect weld diameters. Length counters are used to verify the approximate amount of wire on a bobbin. Although a reference counter, only the "speed winder" counter was identified as "No calibration Required", the other winders had no stickers indicating their status. |
| 14 | Over-armoring lines utilize calibrated length counters and 1" micrometers for weld inspections. Micrometers are calibrated by one of four certified individuals that have been formally trained and have records on file. A randomly selected 1" micrometer used by a line operator (item #5386) was found to be in calibration with proper support records. The standards used to calibrate micrometers (S/N K1, Cat # 06213) were properly stored, calibrated 'till February of 1995, and certified N.I.S.T. traceable (Test # 821/253343-93). A randomly selected armor line counter (A-A3) was found to be in calibration 'till 7/5/94 and have proper records maintained in the Process Inspection Office. |

T00779

AE-3, Issue 1                                                    Continuation
05/18/92

# SIMPLEX WIRE & CABLE COMPANY

## INTERNAL QUALITY AUDIT

### OBSERVATION FORM

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

| LEAD AUDITOR : | Robert C. Wilder | DATE(S): | April 13 & 14, 1994 |
| --- | --- | --- | --- |

TEAM MEMBER(S): Lyn A. Tyler

SYSTEM/PROCESS: Armoring Process

| ELEM # | CLEARLY DESCRIBE OBSERVATION (*USE ADDITIONAL FORMS IF NECESSARY*) |
| --- | --- |
| 15 | Armor extrusion lines utilize several automatic measuring devices. These have color coded indicator stickers which identify them as requiring calibration on a scheduled basis, prior to use, or not at all. A device that was examined that required scheduled calibration had the proper indicator sticker with due date. Prior to use items are calibrated by Electronic Technicians following an approved C.E.S.S. document that is product specific. |
| 16 | Training and certification requirements for Armoring personnel are defined and documented in (T&CP) drawing packages. these include: armor wire welding (T&CP-6), jacket repair (T&CP-3A), armor wire winding (T&CP-5E), and armoring line operation (T&CP-59 or T&CP-61). Blank copies of the current training packages are maintained in a file in the Armoring office and are available for use to train and certify personnel on all shifts. |

T00780

AE-3, Issue 1                                                    Continuation
05/18/92

## SIMPLEX WIRE & CABLE COMPANY

## INTERNAL QUALITY AUDIT

### OBSERVATION FORM

**SIMPLEX AUDIT PROGRAM**
**PROPRIETARY**

| LEAD AUDITOR : Robert C. Wilder      DATE(S) : April 13 & 14, 1994 |
|---|
| TEAM MEMBER(S): Lyn A. Tyler |
| SYSTEM/PROCESS: Armoring Process |

| ELEM # | CLEARLY DESCRIBE OBSERVATION (USE ADDITIONAL FORMS IF NECESSARY) |
|---|---|
| 17 | A random selection of individuals that were operating armor lines had their training files checked. These files are maintained for all operators in the Armoring Office. Of the five (5) names checked, only two (2) had the appropriate training records. Three (3) individuals that were operating armor lines had no records indicating they were certified and approved to do so. A wire winding operator that was interviewed had no knowledge of the existence of the procedure for operating the winder (SPIN 12-108) although their training record indicated they had read it. This indicates the training may not have been as comprehensive as possible. |
| 18 | Special processes in Armoring that were examined were #1, #6, and #8 MZ armor wire welds. Qualification requirements for these items are detailed in SPIN 5-47, "SL/SL-100/WS Qualification Program". Descriptions include the reason for the qualification, sample quantities, testing frequencies, and processing procedures. |

T00781

AE-3, Issue 1                                                    Continuation
05/18/92

# SIMPLEX WIRE & CABLE COMPANY

## INTERNAL QUALITY AUDIT

## OBSERVATION FORM

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

LEAD AUDITOR  :   Robert C. Wilder      DATE(S):   April 13 & 14, 1994

TEAM MEMBER(S):   Lyn A. Tyler

SYSTEM/PROCESS:   Armoring Process

| ELEM # | CLEARLY DESCRIBE OBSERVATION (*USE ADDITIONAL FORMS IF NECESSARY*) |
|---|---|
| 19 | Special process qualification records are maintained in the Process Inspection Office in accordance with procedures in SPM 3-47. Randomly selected wire welding facilities (12-29 and 12-11) were reviewed and found to have proper qualification records. Randomly selected wire weld operators were interviewed and found to be fully aware of their qualification status. Tracking of armor qualifications is currently a manual system, but plans are underway to establish a computer networked status reference matrix. |
| 20 | Opportunities for Armoring personnel to take advantage of the Simplex tuition reimbursement policy are available. Interviews with department personnel confirmed this observation. In addition, armoring personnel have taken in-house course offering such as us of computers (specifically Word Perfect training). |

T00782

AE-3, Issue 1
05/18/92

Continuation

# SIMPLEX WIRE & CABLE COMPANY

## INTERNAL QUALITY AUDIT

### OBSERVATION FORM

**SIMPLEX AUDIT PROGRAM**
**PROPRIETARY**

LEAD AUDITOR : <u>Robert C. Wilder</u>    DATE(S): <u>April 13 & 14, 1994</u>

TEAM MEMBER(S): <u>Lyn A. Tyler</u>

SYSTEM/PROCESS: <u>Armoring Process</u>

| ELEM # | CLEARLY DESCRIBE OBSERVATION (*USE ADDITIONAL FORMS IF NECESSARY*) |
|--------|-------------------------------------------------------------------|
| 21 | Use of statistical techniques within the Armoring area is very limited with no "real time" SPC evident. The only method employed is pareto analysis of production and qualification welds and Request for Material Disposition (RMD) generation. The pareto identifies items that may or may not require attention and action. |
| 22 | The Armoring Department has active Process Improvement Teams. Interviews with the team coordinator and a review of meeting minutes revealed a focus on safety improvements which have colateral benefits as process and quality improvements. Current active teams (SPITS and RSPCA) meet weekly to disscuss old and new activities and to track progress. Management has proven supportive with capital equipment approvals. Progress status updates are published as appropriate. In addition to Process Improvement Teams, the Armor Department has actively supported Simplex Quality Day activities for many years. |

T00783

AE-3, Issue 1
05/18/92

Continuation

### SIMPLEX WIRE & CABLE COMPANY

### INTERNAL QUALITY AUDIT

### OBSERVATION FORM

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

---

**LEAD AUDITOR :** Bob Wilder     **DATE(S) :** 4/13/94

**TEAM MEMBER(S):** Lyn Tyler

**SYSTEM/PROCESS:** Armoring

---

| ELEM # | CLEARLY DESCRIBE OBSERVATION (USE ADDITIONAL FORMS IF NECESSARY) |
|---|---|
| 1 | ~~all~~ Armor lines + winding area had (except 4-1) ~~both~~ Spins, CCM  FI ~~in~~ start-up diagrams, ~~located in~~ complied in a book, at operator's desk. Some operators were aware where it was located and what was in it. Some also knew where to check for updated issues. Quite a few people were not really clear about Spins or how to locate them, or check for correct Rev #. training? In winding area the Spin 12-08 FSS #2 needs to be up dated for the improvement made to the lines. Sex: coils not loaded by forklift anymore — it's by ~~straps~~ + hoist. Document Control appears to be in good shape |
| 8 | QC 753 Rev 6  5-3  Rundown sheet line log / |
| 6. | There is agreement that tools are a problem rate 3-5, [N.P. with lines] hard to do the job without the correct tools. / |

T00784

AE-3, Issue 1
05/18/92

Continuation

## SIMPLEX WIRE & CABLE COMPANY

### INTERNAL QUALITY AUDIT

#### OBSERVATION FORM

SIMPLEX AUDIT PROGRAM
PROPRIETARY

LEAD AUDITOR : *Bob Wilder*   DATE(S): *4/13 r 14/94*

TEAM MEMBER(S): *Lyn Tyler*

SYSTEM/PROCESS: *armor*

| ELEM # | CLEARLY DESCRIBE OBSERVATION (*USE ADDITIONAL FORMS IF NECESSARY*) |
|---|---|
| 1 | C-4210-0202  9/28/93  SL-LWA |
| 5 | 200,10.1.1  Issue 1  Si-100 Trans |
|  | 12-12  Iss 1  4/3/67  not aware. |
|  | 12-52  Iss 1  6/27/63 |
|  | C-4210-0602  11/8/93  reference to Batch mry #91 |
|  | 12-08  Wire winding  Issue #2  2/2/93  (old way) |
|  | TCP-58 / Training Issues? (winding) |
|  | C-4268  Rev 2  Okonite insul. STD. S-384 |
|  | 9-7  5/6/67  Rev tension |
|  | 9-18  8/1/56  tension |
|  | 9-10  11/10/56  de traven |
|  | 12.4  Iss 13  6/28/93  line 5-2 |
|  | 12.42  Iss 2  4/17/67  line 5-2 Start-up. |
|  | 12.12  5-4 |
| 6 | in winding  O.K. |
|  | on lines generally 3-5 rate on tools |
|  | Concerning lines  O.K. |
| 11 | winding area — control & documentation |
|  | armor lines same as above ^ |

T00785

There are some pictures, but there for
refresher-minds, not for work man ship.

AE-3, Issue 1                                                    Continuation
05/18/92

# SIMPLEX WIRE & CABLE COMPANY

## INTERNAL QUALITY AUDIT

### OBSERVATION FORM

**SIMPLEX AUDIT PROGRAM**
**PROPRIETARY**

| LEAD AUDITOR : | Robert Wilder | DATE(S): 4/13 ⅋ 14/94 |
| --- | --- | --- |
| TEAM MEMBER(S): | Lyn Tyler | |
| SYSTEM/PROCESS: | Armoring | |

| ELEM # | CLEARLY DESCRIBE OBSERVATION (USE ADDITIONAL FORMS IF NECESSARY) |
| --- | --- |
| 12,13, 14,15 | micrometer 5617, 5663, 5609, 5631 + paperwork good + Computer chart recorders 2810, 2812 → cal good → cal @ use record: fish scale 6130 → cal good - records ✓ counters A-47, A-35 - paperwork + cal in order |
| 16 | TCP they are defined + documented ✓ |
| 17 | concern that 1st shift does not seem to be as up to date on Cert packages as 2nd + 3rd shift the ones that are completed are correct, organized. |
| 18 + 19 | picked names of welders + machines looked at files no problems noted |
| 20 - 21 | Spits solving problems in the shop all 3 active RSPCA management involvement seems to be a great effort towards change + improvement. ✓ + motivated. ✓ |

T00786