Only new materials conforming to the requirements of the Contract Documents shall be used in performing the work.

### 4.0 DRAWINGS AND SPECIFICATIONS

The Company has furnished pertinent Drawings, Standards, and Specifications indicating necessary locations of duct banks, manholes and other details necessary for the installation and construction of the cable system. These Drawings are the "Petition Drawings" Sheets 1 through 9 which were submitted to the Corp of Engineers and Commonwealth Electric Company Drawings # 099-110D through 099-135D. Information regarding site conditions in the drawings or specifications, including but not limited to sub surface conditions, location of utilities, storage areas, water depths, topographical features, etc., is to assist the Contractor.

### 5.0 CONTRACTOR DRAWINGS

The Contractor, shall submit to the Company four (4) copies of Contractor Drawings covering the material or apparatus to be furnished by the Contractor, before starting the Work.

Such drawings shall be checked and certified prior to submission, and shall contain all required information to enable the Company to approve such material or apparatus. Anything not approved by the Company shall not be used in the Work.

Approved drawings shall be stamped and dated and shall form a part of the Contract. Approval by the Company will take place within ten (10) working days from the date of receipt, unless the Company notifies the Contractor otherwise.

The approval by the Company shall not relieve the Contractor from responsibility for correctness of all detailed drawings furnished by the Contractor, nor from complete execution of the Work.

### 6.0 SCHEDULE OF EVENTS

A schedule of events, per specifications, pertaining to the manufacture and/or installation of said System shall be provided by the Contractor to the Company at the earliest possible time prior to the commencement of said activities or as given in the specifications. If a schedule due date is not given, then in no case shall the Company receive the required information later than sixty (60) days after the effective date of the contract.

### 3.0 SHORE-END TRENCHING

3.1   The Cable Installer will be required for excavation of a four (4) foot deep trench, approximately 250 feet long on the Falmouth end and approximately 180 feet long on the Oak Bluffs end, from the end of the duct line out to a water depth of ten (10) feet as measured from the MLWL at each submarine cable landing location. The Cable Installer is responsible for the total length of trench required to meet the specified water depth of ten (10) feet.

3.2   The Cable Installer shall schedule the shore-end trenching work to coincide with the submarine cable laying operation to insure that the cables are installed before any premature backfilling takes place by wave or tidal action. The Cable Installer shall use whatever means are necessary to keep the ducts clean of sand and rocks to insure that no damage is done to the submarine cable thru this part of the installation.

3.3   In the sea trenching operation, all material removed during excavation shall be side casted and the trench allowed to backfill by natural tidal action.

### 4.0 SUBMARINE CABLE INSTALLATION

4.1   The installation of the submarine cable shall be accomplished by state of the art methods, procedures, equipment and specifically trained personnel so that a long period (40 years) of reliable service can be expected.

4.2   The Cable Installer will furnish a cable laying plan with his proposal including, but not limited to, the following:

  a/   Description of all major floating equipment and support craft to be used.

  b/   Navigational control methods to insure that the cables are laid in the approved, pre-determined submarine cable corridor and in a manner that will not prevent other cables from being laid, in the future, in this same corridor.

  c/   Methods to be utilized to control the cable tension during the laying operation.

  d/   Methods of recovering the cable aboard the lay vessel in the event of an accident or problems during the laying operation.

  e/   Methods and equipment to be utilized in the shore-end trenching operation to insure a trouble free installation from the shore-end duct systems to the termination manholes.

JUL-29-1994 11:38 FROM OKONITE RAMSEY QUOTE TO 915082912748 P.04

**THE OKONITE COMPANY**
Ramsey, New Jersey 07446

EXHIBIT "E" Page 4 of 5

- 3 -

in mechanical distress. Corrective action can be undertaken prior to premature outages.

PRICE ADDER **$10,000**

Question #4 -

Fiber Optic Cable - A price adder to "Jet In or Trench" the Double Armored Fiber Optic Cable to a depth of three (3) feet at the same time as, or just before, the Submarine Power Cable is installed.

Response -

Okonite is offering a series of installation options which serve to offer site mechanical protection for the components of the cable system. The unique cable installation expertise and equipment of the Caldwell Diving Company permit any one of the options to be accomplished in a sound professional manner.

PRICE ADDER **$375,500**

Question #5 -

If installed in the interstices of the submarine cable, maximum number of Optical Fibers that Commonwealth could order without changing the size or cost of the submarine cable?

Response -

Our alternative bid constructions consists of a fiber optic cable placed into one of the three interstice areas in the assembled cable construction. It is possible to place an identical 24 single mode fiber optic cable in each interstice thus providing a total capability of 72 single mode fibers. This design does not impact the overall dimensions of the basic submarine cable.

Our response to Question #6 provides price adders for up to 24 total fibers. We will be pleased to provide pricing for any other configuration, up to 72 fibers, upon request.

Question #6 -

Fiber Optic Cable - A price adder to add an additional 8, 16, or 24 Optical Fibers to the quoted:

    A. Submarine Double Armored Fiber Optic Cable

F94324

OK00505