UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>             Plaintiff,<br><br>   vs.<br><br>THE OKONITE COMPANY,<br><br>             Defendant. | Civil Action No. 04-cv-11681-RCL |

**THE OKONITE COMPANY'S NOTICE OF INTENT TO FILE
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
AND REQUEST FOR HEARING**

Defendant The Okonite Company ("Okonite") hereby gives notice that it intends to file an opposition to Plaintiff's Motion to Compel on or before May 16, 2005, in accordance with Local Rule 7.2(B)(2).

Okonite also gives notice, pursuant to Local Rule 7.2(D), that I believes that oral argument will assist the Court and, therefore, it wishes to be heard.

|  |  |
|---|---|
|  | THE OKONITE COMPANY<br>By their attorneys,<br><br>/s/ Andrea C. Kramer_____<br>Robert E. Sullivan, BBO # 487820<br>   sulli@swmlawyers.com<br>Andrea C. Kramer, BBO #632584<br>   akramer@swmlawyers.com<br>Sullivan Weinstein & McQuay, P.C.<br>Two Park Plaza, Suite 610<br>Boston, MA  02116-3902 |
| Dated:  May 4, 2005 | 617-348-4300 |