UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>              Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>              Defendant. | Civil Action No. 04-cv-11681-RCL |

**UNOPPOSED MOTION FOR <u>SHORT</u> EXTENSION OF TIME
<u>TO FILE OPPOSITION TO MOTION TO COMPEL</u>**

Defendant The Okonite Company ("Okonite") moves that the Court grant it a three-day extension, to May 19, 2005 (from May 16, 2005) to serve and file its opposition to the Motion to Compel of Plaintiff Commonwealth Electric Company d/b/a NStar Electric ("NStar"). NStar does not oppose this motion.

                                                                           THE OKONITE COMPANY
                                                                           By their attorneys,

                                                                           <u>/s/ Andrea C. Kramer</u>
                                                                           Robert E. Sullivan, BBO # 487820
                                                                             sulli@swmlawyers.com
                                                                           Andrea C. Kramer, BBO #632584
                                                                             akramer@swmlawyers.com
                                                                           Sullivan Weinstein & McQuay, P.C.
                                                                           Two Park Plaza, Suite 610
                                                                           Boston, MA  02116-3902
Dated:  May 13, 2005                                617-348-4300