UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>        Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>        Defendant. | Civil Action No. 04-cv-11681-RCL |

## THE OKONITE COMPANY'S MOTION TO STAY DISCOVERY

Defendant The Okonite Company ("Okonite") hereby moves for an order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, to stay discovery in this case pending the Court's determination of Okonite's Motion for Summary Judgment, currently pending before this Court, for the reasons set forth in its Memorandum in Opposition to the Motion to Compel and in Support of Its Motion To Stay Discovery.

                                                    THE OKONITE COMPANY
                                                    By their attorneys,


                                                    /s/ Andrea C. Kramer_____
                                                    Robert E. Sullivan, BBO # 487820
                                                        sulli@swmlawyers.com
                                                    Andrea C. Kramer, BBO #632584
                                                        akramer@swmlawyers.com
                                                    Rachel J. Valente, BBO #655239
                                                        rvalente@swmlawyers.com
                                                    Sullivan Weinstein & McQuay, P.C.
                                                    Two Park Plaza, Suite 610
                                                    Boston, MA  02116-3902
Dated:  May 19, 2005                      617-348-4300

## Certificate of Compliance

    Counsel for Okonite certifies that it has conferred with opposing counsel in a good faith attempt to resolve or narrow the issues in this Motion.

                                            /s/ Andrea C. Kramer