# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**COMMONWEALTH ELECTRIC**
**COMPANY, d/b/a NSTAR ELECTRIC,**
      **Plaintiff,**

   v.

**CIVIL ACTION NO:**
**04-11681-RCL**

**THE OKONITE COMPANY,**
      **Defendant.**

## NOTICE OF MOTIONS HEARING

Please take notice that a **HEARING** on the following Motions has been scheduled in the above-entitled case for **Tuesday, June 28, 2005 at 2:45 P.M.** at Courtroom #23, 7th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

1)    **Plaintiff's Motion to Compel (#36); and**
2)    **Defendant's Motion to Stay Discovery** (#41).

                                                   **ROBERT B. COLLINGS**
                                                   United States Magistrate Judge

                                                   **/s/ Kathleen M. Dolan**
                                                   **Deputy Clerk**
                                                   **(617) 748-9229**

Dated: May 31, 2005.
Notice Sent to:
Daniel J. Lyne, Esquire
Theodore J. Folkman, Esquire
Andrea C. Kramer, Esquire
Robert E. Sullivan, Esquire
Scott A. Roberts, Esquire