UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH ELECTRIC CO., d/b/a
NSTAR ELECTRIC,

    Plaintiff,

v.

THE OKONITE CO.,

    Defendant.

No. 04-11681-RCL

### DECLARATION OF DANIEL J. LYNE

Daniel J. Lyne deposes and says as follows:

1.    I am a lawyer licensed to practice law in Massachusetts. I represent the plaintiff in this action.

2.    Attached to this Declaration as Exhibit A is a true copy of a document produced in discovery by Simplex, which purports to be a letter dated March 24, 2000 from E.J. Bartolucci to Gary LaCasse.

3.    Attached to this Declaration as Exhibit B is a true copy of a document produced in discovery by Simplex, which purports to be a letter dated October 19, 1995 from Mr. LaCasse to Mr. Fitzgerald.

4.    Attached to this Declaration as Exhibit C is a true copy of a document produced in discovery by Simplex, which purports to be a memorandum of test results concerning the cable that is at issue in this case.

5.    Attached to this Declaration as Exhibit D is a true copy of a document produced in discovery by Simplex Wire & Cable Co. ("Simplex"), which purports to be a letter dated October 3, 1995 from J.V. Fitzgerald to Mr. LaCasse.

6. Attached to this Declaration as Exhibit E is a true copy of a document produced in discovery by Simplex, which purports to be a Simplex interoffice memorandum from D. Warnick dated April 19, 1995.

7. Attached to this Declaration as Exhibit F is a true copy of a document produced in discovery by Simplex, which purports to be a Corrective Action Record submitted May 3, 1994, with a follow-up date of August 12, 1994.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2005.

431132

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL-HAND ON 6/2/05