# Exhibit A

# THE
# OKONITE
# COMPANY

*CC. C. FONTAINE*
*C MURPHY*

Appli
Post
Rams
Teler
TeleF
engin

March 24, 2000

Mr. Gary LaCasse
Simplex Technologies
2073 Woodbury Ave.
Newington, NH 03801

Dear Gary,

### Martha's Vineyard Splice Dissection

Attached are a group of pictures that come from the CD of all the dissection pictures we sent you. These pictures are of the Red phase dissection we performed on March 1, after the fault dissection. This dissection was performed by Okonite personnel.

As you can see from the first picture there was a set of chatter marks on the Red phase splice. This sequence of pictures shows the chatter marks and wrinkled tape marks transferring down to the insulation. Other than the indents the insulation was not punctured. However, it appears that something caught the cable after it was spliced. Could this of happened to the Green splice that failed? We will never know since the burning of the fault destroyed a lot of the same area of the Green splice.

Let it be known that this is just an exchange of information between Simplex and Okonite. We will not be using these pictures for any other purpose than a learning experience. Based on these pictures we should both investigate the cabling operation and the route the cable travels prior to any upcoming submarine cable projects.

Please review these pictures with Greg, and should you wish to discuss them prior to our meeting on March 31, do not hesitate to contact us.

Very truly yours,

E. J. Bartolucci
Senior Staff Electrical Engineer

2K044.WPD

T00307



Red Phase Dissection: Point of heat shrink jacket overlapping factory jacket. Splice is to the right.

\\APP_ENG_SERVER\Common\BART\MV6-2 Repair\Red Phase chatter marks.doc

T00308



Red phase with chatter marks at the factory jacket and heat shrink interface.

G:\BART\MV6-2 Repair\Chatter marks factory jacket and heat shrink.doc





The failure from the Green phase compared to the Red phase at the location of the cable failure.

G:\BART\MV6-2 Repair\Green Phase vs Red phase.doc

T00310





Red Phase Splice with the heat shrink jacket removed with ridge in copper shielding tape.

T00311



Red Phase splice of factory shield tape to splice shield tape. Factory jacket on left, splice to the right.

G:\BART\MV6-2 Repair\Red Phase wrinkled tape.doc

T00312



Red Phase area under wrinkled shielding tape. Factory jacket removedsemicon intact.



\\APP_ENG_SERVER\Common\BART\MV6-2 Repair\Red Phase semicon marks.doc



Red Phase factory insulation with indents from the wrinkled shielding tape. Factory splice to left under the semicon which was bonded over the splice area.

G:\BART\MV6-2 Repair\Red Phase insulation with indents.doc

T00314