# Exhibit B

G. La Casse

SIMPLEX
TECHNOLOGIES INC.

a subsidiary of tyco international ltd.

October 19, 1995

Mr. Jim Fitzgerald
The Okonite Company
P.O. Box 340
Ramsey, NJ 07446

SUBJECT: Martha's Vineyard Remake

Dear Jim:

We would like to schedule a meeting with you at Simplex next Thursday, October 26, to discuss a number of technical issues regarding the remake of Martha's Vineyard #6.

A preliminary review of the proposed cable design indicates that the S-Z cabled 500 MCM phase conductors will be exposed to damaging stresses during coiling, unless the minimum coiling diameter is increased and the conductors are allowed to transfer stresses between adjacent right-hand and left-hand lay sections.

Elimination of the overall jacket will significantly improve the cable's coilability. In addition, we recommend the following design changes to minimize coiling-induced stresses:

1. Increase minimum coiling diameter to 20 ft., both at Simplex and on Caldwell's lay barge.
2. Eliminate cotton binder tapes.
3. Change direction of armor bedding from right-hand to left-hand lay.
4. Optimize S-Z core lay length and armor wire lay length to minimize coiling and bending induced stresses.
5. Reduce the number of core lays in each direction to allow for better stress transfer between adjacent left-hand and right-hand lay sections.

We are analyzing different options for Items 4 and 5, and will have final recommendations for our meeting next week.

Even with these improvements, it appears that the conductors will be exposed to high levels of tensile stress in the right-hand lay cable sections and high levels of compressive stress in the left-hand lay cable sections. We strongly recommend that the conductor welds be qualified to withstand the full annealed tensile strength of the 500 MCM conductor. We are revising

T00246





the test program previously used for the ARAMCO remake and will provide details next week.

We were advised Tuesday by Chromatic Technologies that their fiberoptic cable should not be exposed to long term operating temperatures greater than 70°C or to emergency overload conditions (2 to 3 hrs. max.) greater than 90°C. Please calculate the maximum conductor jacket surface temperatures that will occur under rated operating and emergency overload conditions at the fiber optic cable location, shown on the attached drawing (ie; in a buried section of cable as the worst case). We would like to discuss these results with you next week.

Chromatic was unable to offer any assistance or suggestions regarding splicing or repair capability for fiberoptic cable damage occurring during or after cabling. It appears that our only option in either case will be a rigid cable splicebox.

Another issue in using the Chromatics fiber cable is that we cannot use the SL splicebox that was included in the contract, since this splicebox could not be adapted to accept the Chromatics design. We will offer a Raychem Terrestial Splicebox which will be suitable for this application.

Please call me to confirm the meeting date.

Very truly yours,

Gary LaCasse
Program Manager

GAL:jeg

cc: N. Garvey
R. Armstrong
R. Traut
G. Fontaine
C. Robinson

# SIMPLEX TECHNOLOGIES INC.




SCALE: 1 = 1

T00248

THIS DRAWING IS TO BE USED FOR REFERENCE OR ILLUSTRATION PURPOSES ONLY, AND NOT FOR CONSTRUCTION.

SIMPLEX TECHNOLOGIES INC.
CS-1K290
10/18/95 CJW