# Exhibit C

11/2/95

GNF

GAL

This is the complete package of calculation results regarding 1996 MV cable. Two changes in the package were:

(1) Rewrote Page X FORMULA SHEET to make clean copy

(2) added note @ bottom of Page 14 regarding significance of nylon serving onto layers.

RTT

T00221

*FORMULA SHEET*

10/11/95

## CALCULATED EFFECTS OF COILING ON THREE CONDUCTOR C-4595 CORE

### CASE # :    "    -HAND CORE LAY & CLOCKWISE COILING
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| THREE CONDUCTOR CORE | COILING DIAMETER | | |
|---|---|---|---|
| | 10 FEET | 20 FEET | 30 FEET |

**INITIAL (straight)**

LAY LENGTH (inches)    $L_o = \dfrac{PD_o\,\pi}{\tan\alpha}$

ANGLE (degrees)    $\tan\alpha = \dfrac{PD\,\pi}{\text{LAY LENGTH}}$

PITCH DIAMETER (inches)    3/c dia. — 1/c dia.

COIL LENGTH (feet)    coiling dia × π

HELICAL LENGTH (feet)    coiling length ÷ cos α

INITIAL LAYS per TURN    coiling length ÷ lay length (original)

**COILED**

if LHL = initial lays per turn − 1.0 ⎫ for
if RHL = "   "   "   " + 1.0 ⎬ clockwise
⎭ coiling

LAYS per TURN    coiling length ÷ coiled lays per turn

LAY LENGTH

**Extreme #1 - Fixed PD**    (PD same as original PD)

ANGLE (degrees)    new angle tan α = $\dfrac{PD\,\pi}{\text{coiled lay length}}$

NEW HELICAL LENGTH (ft.)    coiling length ÷ coiled (new) angle cosine

STRAIN CHANGE (%)    (new helical length − initial helical length) ÷ initial helical length

COPPER STRESS (psi)    units/unit strain change × $17×10^6$

**Extreme #2 - Free PD**

ANGLE (degrees)    same as initial lay angle

NEW HELICAL LENGTH (ft.)    same as initial helical length

STRAIN CHANGE (%)    zero

COPPER STRESS (psi)    zero

NEW PITCH DIAMETER (in.)    (coiled lay length × tan α) × π

PITCH DIA. CHANGE (in.)    new pitch diameter − initial pitch dia.

T00222

(1A)                                           10/12/95

Stresses caused by bending 500 KCM 3/c cable          p^o

Radius of curvature of copper at cabling

   Lay length = 75" (nominal)

   Pitch diameter = 2.489"     Pitch radius = 1.2445"

   Conductor dia (Class B) = 0.813"

   Angle = 5.952°

   Radius of curvature = $\dfrac{1.2445}{\sin^2 \alpha}$ = 115.74"

> 37 strand concentric construction allows helical adjustment on bending → no *significant* stresses in bending

If this were a solid rod or tube of copper w/ 0.813" dia, the max stress on bending to a 115.74" radius would be   $\dfrac{115.74 + 0.4065"}{115.7} - 1 = 0.00384$

or 0.384% → stress ≈ 65,355 PSI

   very high for copper (well beyond yield point so calc. becomes invalid)

note: same high stress effect would occur if the strand package were so tightly bound that strand helical adjustment (on bending) could not occur

T00223

(1B)                                                    10/12/95
                                                          RST

Bending stresses on copper if:

(A) conductors are straight and unable to adjust into helical sections longitudinally

(B) or conductors are in a helix but tightly bound or in HPFF overall jacket and intermittently not able to adjust the helix

Overall cable diameter = 5.761"

500 KCM copper  PD = 2.489    I.D. = 1.676"
  "    "    "    O.D. = 3.302

<u>10 foot sleeve</u>  (assume zero strain on conductor before bending)

bending PD = 120 + 5.761 = 125.761"

max. tensile strain on outer edge of copper outer wire =

$$\frac{125.761 + 3.302}{125.761} - 1 = 0.02626$$

0.02626 (2.626%) is way <u>beyond</u> <u>yield point</u>
      (+446,354 PSI)

T00224

however, if straight section is short and core is not strongly bound down, longitudinal motion of fibers conductor will adjust into adjacent helical lay sections

max. compressive strain on inner side of inner copper wire:

$$\frac{125.761 - 1.676}{125.761} - 1 = -0.01333 \quad (1.333\%)$$

stress ≈ -226,555 PSI
      (compression)

straight lay conductors                (1C)                    10/17/95
                                                               RFD

15 foot sheave

$$\text{bending } PD = 185.761$$

$$\text{max. copper tensile strain} = \frac{185.761 + 3.302}{185.761} - 1$$

$$= 0.017775 \quad (1.7775\%)$$

stress → 307,184 PSI    way beyond yield

max copper compressive strain:

$$= \frac{185.761 - 1.676}{185.761} - 1 = -0.00902$$
$$(0.9\%)$$

max. compressive stress ≈ −153,380 PSI

Following table shows total longitudinal adjustment
needed in various straight 3/c lay sections to avoid
the extremely high stresses (above)

10 foot sheave                          Total longitudinal adjustment

| Length of straight lay section | 4' | 6' | 8' |
|---|---|---|---|
| Tensile (outer) side | ←1.76"→ | ←1.89"→ | ←2.52"→ |
| Compressive (inner) side | →0.64← | →0.96← | →1.78← |

T00225

Page **1** of                                                    10/11/95

CALCULATED EFFECTS OF COILING ON THREE CONDUCTOR C-4595 CORE

CASE #**1** : **75" LEFT** -HAND CORE LAY & CLOCKWISE COILING
*******************************************************

|  | COILING DIAMETER | | |
|---|---|---|---|
| THREE CONDUCTOR CORE | 10 FEET | 20 FEET | 30 FEET |
| **INITIAL (straight)** | | | |
| LAY LENGTH (inches) | 75 | 75 | 75 |
| ANGLE (degrees) | -5.952 | -5.952 | -5.952 |
| PITCH DIAMETER (inches) | 2.489 | 2.489 | 2.489 |
| COIL LENGTH (feet) | 31.41593 | 62.83185 | 94.24778 |
| HELICAL LENGTH (feet) | 31.58620 | 63.17241 | 94.75861 |
| INITIAL LAYS per TURN | 5.05379 | 10.10759 | 15.16138 |
| **COILED** | | | |
| LAYS per TURN | 4.05379 | 9.10759 | 14.16138 |
| LAY LENGTH | 93.50119 | 83.23485 | 80.29608 |
| **Extreme #1 - Fixed PD** | | | |
| ANGLE (degrees) | -4.78047 | -5.36685 | -5.56206 |
| NEW HELICAL LENGTH (ft.)  31.5256 → | 31.69647 | 63.10851 | 94.69363 |
| STRAIN CHANGE (%) | -0.1919 | -0.1012 | -0.0686 |
| COPPER STRESS (psi) | -33,619 | -17,195 | -11,658 |
| **Extreme #2 - Free PD** | | | |
| ANGLE (degrees) | -5.952 | -5.952 | -5.952 |
| NEW HELICAL LENGTH (ft.) | 31.58620 | 31.58620 | 31.58620 |
| STRAIN CHANGE (%) | -0- | -0- | -0- |
| COPPER STRESS (psi) | -0- | -0- | -0- |
| NEW PITCH DIAMETER (in.) | 3.1029 | 2.7613 | 2.6647 |
| PITCH DIA. CHANGE (in.) | +0.6139" | +0.2723" | +0.1757" |

T00226

Page **2** of                                                          10/11/95

### CALCULATED EFFECTS OF COILING ON THREE CONDUCTOR C-4595 CORE

### CASE #**2**: **55" LEFT**-HAND CORE LAY & CLOCKWISE COILING
**************************************************

|                                   | COILING DIAMETER | | |
|-----------------------------------|---------|---------|---------|
| **THREE CONDUCTOR CORE**          | **10 FEET** | **20 FEET** | **30 FEET** |
| **INITIAL (straight)**            |         |         |         |
| LAY LENGTH (inches)               | 55      | 55      | 55      |
| ANGLE (degrees)                   | -8.092  | -8.092  | -8.092  |
| PITCH DIAMETER (inches)           | 2.489   | 2.489   | 2.489   |
| COIL LENGTH (feet)                | 31.41593 | 62.83185 | 94.24778 |
| HELICAL LENGTH (feet)             | 31.73187 | 63.46375 | 95.19562 |
| INITIAL LAYS per TURN             | 6.85438 | 13.70877 | 20.56315 |
| **COILED**                        |         |         |         |
| LAYS per TURN                     | 5.85438 | 12.70877 | 19.56315 |
| LAY LENGTH                        | 64.39472 | 59.32772 | 57.81142 |
| **Extreme #1 - Fixed PD**         |         |         |         |
| ANGLE (degrees)                   | -6.92351 | -7.50834 | -7.70293 |
| NEW HELICAL LENGTH (ft.)          | 31.64670 | 63.37575 | 95.10599 |
| STRAIN CHANGE (%)                 | -0.2684 | -0.1395 | -0.0942 |
| COPPER STRESS (psi)               | -45,629 | -23,707 | -16,005 |
| **Extreme #2 - Free PD**          |         |         |         |
| ANGLE (degrees)                   | -8.092  | -8.092  | -8.092  |
| NEW HELICAL LENGTH (ft.)          | 31.73187 | 63.46373 | 95.19562 |
| STRAIN CHANGE (%)                 | -0-     | -0-     | -0-     |
| COPPER STRESS (psi)               | -0-     | -0-     | -0-     |
| NEW PITCH DIAMETER (in.)          | 2.9143  | 2.6850  | 2.6164  |
| PITCH DIA. CHANGE (in.)           | +0.4253" | +0.1960" | +0.1274" |

T00227

Page **3** of                                                    10/11/95

CALCULATED EFFECTS OF COILING ON THREE CONDUCTOR C-4595 CORE

CASE #3: 75" RIGHT-HAND CORE LAY & CLOCKWISE COILING
**************************************************

| THREE CONDUCTOR CORE | COILING DIAMETER | | |
|---|---|---|---|
| | 10 FEET | 20 FEET | 30 FEET |
| **INITIAL (straight)** | | | |
| LAY LENGTH (inches) | 75 RH | 75 RH | 75 RH |
| ANGLE (degrees) | 5.952 | 5.952 | 5.952 |
| PITCH DIAMETER (inches) | 2.489 | 2.489 | 2.489 |
| COIL LENGTH (feet) | 31.41593 | 82.83185 | 94.24778 |
| HELICAL LENGTH (feet) | 31.58620 | 63.17241 | 94.75861 |
| INITIAL LAYS per TURN | 5.05379 | 10.10759 | 15.16138 |
| **COILED** | | | |
| LAYS per TURN | 6.05379 | 11.10759 | 16.16138 |
| LAY LENGTH | 62.77358 | 67.87992 | 69.98001 |
| **Extreme #1 - Fixed PD** | | | |
| ANGLE (degrees) | 7.15693 | 6.57122 | 6.37567 |
| NEW HELICAL LENGTH (ft.) | 31.66262 | 63.24737 | 94.83432 |
| STRAIN CHANGE (%) | +0.2420 | +0.1187 | +0.0799 |
| COPPER STRESS (psi) | +41,132 | +20,172 | +13,583 |
| **Extreme #2 - Free PD** | | | |
| ANGLE (degrees) | N/A | N/A | N/A |
| NEW HELICAL LENGTH (ft.) | | | |
| STRAIN CHANGE (%) | | | |
| COPPER STRESS (psi) | | | |
| NEW PITCH DIAMETER (in.) | | | |
| PITCH DIA. CHANGE (in.) | | | |

T00228

Page **4** of                                    10/11/95

CALCULATED EFFECTS OF COILING ON THREE CONDUCTOR C-4595 CORE

CASE #**4** : **55" RIGHT**-HAND CORE LAY & CLOCKWISE COILING
***************************************************

|  | COILING DIAMETER | | |
|---|---|---|---|
| **THREE CONDUCTOR CORE** | **10 FEET** | **20 FEET** | **30 FEET** |
| **INITIAL (straight)** | | | |
| LAY LENGTH (inches) | 55 RH | 55 RH | 55 RH |
| ANGLE (degrees) | 8.092 | 8.092 | 8.092 |
| PITCH DIAMETER (inches) | 2.489 | 2.489 | 2.489 |
| COIL LENGTH (feet) | 31.41593 | 62.83185 | 94.24778 |
| HELICAL LENGTH (feet) | 31.73187 | 63.46375 | 95.19562 |
| INITIAL LAYS per TURN | 6.85438 | 13.70877 | 20.56315 |
| **COILED** | | | |
| LAYS per TURN | 7.85438 | 14.70877 | 21.56315 |
| LAY LENGTH | 47.99757 | 51.26073 | 52.44936 |
| **Extreme #1 - Fixed PD** | | | |
| ANGLE (degrees) | 9.25293 | 8.67316 | 8.47950 |
| NEW HELICAL LENGTH (ft.) | 31.83010 | 63.55868 | 95.28943 |
| STRAIN CHANGE (%) | +0.3096 | +0.1496 | +0.0985 |
| COPPER STRESS (psi) | +52,625 | +25,428 | +16,752 |
| **Extreme #2 - Free PD** | N/A | N/A | N/A |
| ANGLE (degrees) | | | |
| NEW HELICAL LENGTH (ft.) | | | |
| STRAIN CHANGE (%) | | | |
| COPPER STRESS (psi) | | | |
| NEW PITCH DIAMETER (in.) | | | |
| PITCH DIA. CHANGE (in.) | | | |

T00229

10/11/95

CALCULATED EFFECTS OF COILING ON THREE CONDUCTOR C~4595 CORE

CASE #**5**:    **∞**  ~~HAND~~ CORE LAY & CLOCKWISE COILING
*****************************************************

**STRAIGHT LAY**

| THREE CONDUCTOR CORE | COILING DIAMETER | | |
|---|---|---|---|
| | **10 FEET** | **20 FEET** | **30 FEET** |
| **INITIAL (straight)** | | | |
| LAY LENGTH (inches) | ∞ | ∞ | ∞ |
| ANGLE (degrees) | 0 | 0 | 0 |
| PITCH DIAMETER (inches) | 2.489 | 2.489 | 2.489 |
| COIL LENGTH (feet) | 31.41593 | 62.83185 | 94.24778 |
| HELICAL LENGTH (feet) | N/A | N/A | N/A |
| INITIAL LAYS per TURN | 0 | 0 | 0 |
| **COILED** | | | |
| LAYS per TURN | 1.0 | 1.0 | 1.0 |
| LAY LENGTH | 376.991 | | 1130.973 |
| **Extreme #1 - Fixed PD** | | | |
| ANGLE (degrees) | 1.1882 | 0.5942 | 0.3963 |
| NEW HELICAL LENGTH (ft.) | 31.42269 | 62.8352 | 94.250 |
| STRAIN CHANGE (%) | +0.0215 | +0.0054 | +0.0024 |
| COPPER STRESS (psi) | +3,656 | +914 | +406 |
| **Extreme #2 - Free PD** | | | |
| ANGLE (degrees) | N/A | N/A | N/A |
| NEW HELICAL LENGTH (ft.) | | | |
| STRAIN CHANGE (%) | | | |
| COPPER STRESS (psi) | | | |
| NEW PITCH DIAMETER (in.) | ↓ | ↓ | ↓ |
| PITCH DIA. CHANGE (in.) | | | |

T00230

Page **6** of                                                      10/11/95

CALCULATED EFFECTS OF COILING ON THREE CONDUCTOR C-4595 CORE

CASE #**6**:         *    ~~ARMOR HAND CORE~~ **ARMOR** LAY & CLOCKWISE COILING
**************************************************

**ARMOR**

|                                  | COILING DIAMETER |          |          |
|----------------------------------|----------|----------|----------|
| THREE CONDUCTOR CORE             | 10 FEET  | 20 FEET  | 30 FEET  |
| **INITIAL (straight)**           |          |          |          |
| LAY LENGTH (inches)              | 40.4     | 40.4     | 40.4     |
| ANGLE (degrees)                  | − 22.0   | − 22.0   | − 22.0   |
| PITCH DIAMETER (inches)          | 5.191    | 5.191    | 5.191    |
| COIL LENGTH (feet)               | 31.41593 | 62.83185 | 94.74778 |
| HELICAL LENGTH (feet)            | 33.88317 | 67.76634 | 101.64951|
| INITIAL LAYS per TURN            | 9.33146  | 18.66293 | 27.99439 |
| **COILED**                       |          |          |          |
| LAYS per TURN                    | 8.33146  | 17.66293 | 26.99439 |
| LAY LENGTH                       | 45.2491  | 43.6873  | 41.2966  |
| **Extreme #1 - Fixed PD**        |          |          |          |
| ANGLE (degrees)                  | −19.8194 | −20.9026 | −21.2682 |
| NEW HELICAL LENGTH (ft.)         | 33.3940  | 67.2609  | 101.1359 |
| STRAIN CHANGE (%)                | − 1.44373| − 0.7458 | −0.5053  |
| ~~COPPER~~ STEEL STRESS (psi)    | −418,681 | −216,282 | −146,537 |
| **Extreme #2 - Free PD**         |          |          |          |
| ANGLE (degrees)                  | −22.0    | −22.0    | − 22.0   |
| NEW HELICAL LENGTH (ft.)         | 33.88317 | 67.76634 | 101.64951|
| STRAIN CHANGE (%)                | −0−      | −0−      | −0−      |
| ~~COPPER~~ STEEL STRESS (psi)    | −0−      | −0−      | −0−      |
| NEW PITCH DIAMETER (in.)         | 5.8193   | 5.4898   | 5.3881   |
| PITCH DIA. CHANGE (in.)          | +0.628   | +0.2988  | +0.197   |

T00231

CALCULATED EFFECTS OF COILING ON THREE CONDUCTOR C-4595 CORE

CASE #**7**:       **ARMOR**
~~HAND~~ ~~CORE~~ LAY & CLOCKWISE COILING
*************************************************************

**ARMOR**

| THREE CONDUCTOR CORE | COILING DIAMETER | | |
|---|---|---|---|
| | 10 FEET | 20 FEET | 30 FEET |
| **INITIAL (straight)** | | | |
| LAY LENGTH (inches) | 36.63 | 36.63 | 36.63 |
| ANGLE (degrees) | −24.0 | −24.0 | −24.0 |
| PITCH DIAMETER (inches) | 5.191 | 5.191 | 5.191 |
| COIL LENGTH (feet) | 31.41593 | 62.83185 | 94.24778 |
| HELICAL LENGTH (feet) | 34.3890 | 68.77803 | 103.16705 |
| INITIAL LAYS per TURN | 10.29187 | 20.58374 | 30.87561 |
| **COILED** | | | |
| LAYS per TURN | 9.29187 | 19.58374 | 29.87561 |
| LAY LENGTH | 40.57215 | 38.50043 | 37.85608 |
| **Extreme #1 - Fixed PD** | | | |
| ANGLE (degrees) | −21.2977 | −22.4565 | −23.3059 |
| NEW HELICAL LENGTH (ft.) | 33.8588 | 68.2361 | 102.6211 |
| STRAIN CHANGE (%) | −1.5417 | −0.7880 | −0.5292 |
| ~~COPPER~~ STEEL STRESS (psi) | −447,113 | −228,586 | −153,472 |
| **Extreme #2 - Free PD** | | | |
| ANGLE (degrees) | −24.0 | −24.0 | −24.0 |
| NEW HELICAL LENGTH (ft.) | 34.3890 | 68.77803 | 103.16703 |
| STRAIN CHANGE (%) | −0− | −0− | −0− |
| ~~COPPER~~ STEEL STRESS (psi) | −0− | −0− | −0− |
| NEW PITCH DIAMETER (in.) | 5.7499 | 5.4563 | 5.3650 |
| PITCH DIA. CHANGE (in.) | +0.559 | +0.265 | +0.174 |

SZ coiling
behind adjustment                    (8)                    10/12/95

If the components are not tightly bound and free
to adjust axially when coiled, how much
movement needs to occur to minimize coiling stresses?

RHL ⌇    LHL    ⌇    RHL    ⌇ LHL

middle of          → ↑ ←——— x ———→ ↑ ←  middle
LHL section                                            of RHL
                                                           section

two examples

refer to pages 2 & 4     10 foot coil case

in section x                                                        behind lengths
    say straightens   4 feet
    say 1/2 LHL section = 225"      (3 loops)    227.262
    "   "   RHL   "   = 225"                                   227.262

in fixed PP case   (clockwise coiling)

first LHL section wants to move    0.002634 × 227.262
                                                    = 0.60997" toward
                                                    RHL section  to make
                                                    stress = zero

straight section (see page 5)
                      wants to move    0.000215 × 48 = 0.0103"
                      towards LHL section to make stress = zero

first RHL section wants to move    0.003096 × 227.262
                                                    = 0.7036" towards LHL section

(next page)

T00233

⑨        10/13/95



52 cooling
helical
adjustment *

plus

assign ~~minus~~ signs to sectors wanting to move
towards LHL sector   (RHL & straight sections)

net over 498 inch (41.5 ft) is then

$-\#\ 0.60997 + 0.0103 + 0.7036'' = +\ 0.10393''$

helical length of 498 inch cable section
is $(2 \times 227.62) + (48 \div \cos 1.1887°) = 503.25$

net strain over this 41.5 ft section (from coiling)
is:

$$\frac{0.10393}{503.25} = 0.0002065\ inch/inch$$

or $0.02065\ \%$

this equals a copper ~~stress~~ of $\simeq 3510\ \underline{PSI}$

This is the case if phase conductors are completely

free to adjust helically.  (not tightly bound)

This indicates that (A) fewer lays per helical section

may be desirable   and (B) binding effect should

be kept to a ~~minim~~ minimum

T00234

⑩

# ANALYSIS SHEET FOR S-Z LAY NET COILING STRAIN

BASE LAY LENGTH = **75"**

(REF. PAGE 1
& 3 & 5 )

| NUMBER OF LAYS IN EACH DIRECTION | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| COILING DIAMETER | 10' | 10' | 10' | 10' |

**LHL (S) SECTION**

HALF SECTION

| | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| (A) INITIAL HELICAL LENGTH (in.) | 226.220 | 188.516 | 150.813 | 113.110 |
| (B) COILED HELICAL LENGTH (in.) | 225.785 | 188.155 | 150.524 | 112.893 |

**STRAIGHT SECTION**

| | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| (C) INITIAL LENGTH (in.) | 48 | 48 | 48 | 48 |
| (D) COILED LENGTH (in.) | 48.0103 | 48.0103 | 48.0103 | 48.0103 |

**RHL (Z) SECTION**

HALF SECTION

| | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| (E) INITIAL HELICAL LENGTH (in.) | 226.220 | 188.516 | 150.813 | 113.110 |
| (F) COILED HELICAL LENGTH (in.) | 226.767 | 188.972 | 151.178 | 113.383 |

**SECTION CHANGE RESULTS**

| | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| S (LHL) -->> $\frac{B-A}{A\rightarrow B}$ = | −0.43409 | −0.36147 | −0.28939 | −0.21704 |
| STRAIGHT -->> $\frac{D-C}{C\rightarrow D}$ = | +0.01032 | +0.01032 | +0.01032 | +0.01032 |
| Z (RHL) -->> $\frac{F-E}{E\rightarrow F}$ = | +0.54682 | +0.45635 | +0.36427 | +0.27365 |
| NET CHANGE (inches) | 0.12305" | 0.10520" | 0.08580 | 0.06693 |
| NET STRAIN (%) | 0.02459% | 0.02475% | 0.02454 | 0.02441 |
| NET COPPER STRESS (psi) | 4180 PSI (1639 #) | 4207 PSI (1649 #) | 4171 PSI (1635#) | 4149 PSI (1626#) |

Note: The strain & stress imposed on the 3/C core due to the forces from the armor must be added to the above. The above is for the 3/C core only  (500 KCM  35 KV EPR)

T00235

⑪

## ANALYSIS SHEET FOR S-Z LAY NET COILING STRAIN

BASE LAY LENGTH = **75"**                     REF: PAGES 1, 3 & 5

| NUMBER OF LAYS IN EACH DIRECTION | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| COILING DIAMETER | 20' | 20' | 20' | 20' |

**LHL (S) SECTION**

HALF SECTION

| | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| (A) INITIAL HELICAL LENGTH (in.) | 226.220 | 188.516 | 150.813 | 113.110 |
| (B) COILED HELICAL LENGTH (in.) | ~~225.785~~ 225.991 | 188.326 | 150.660 | 112.995 |

**STRAIGHT SECTION**

| | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| (C) INITIAL LENGTH (in.) | 48 | 48 | 48 | 48 |
| (D) COILED LENGTH (in.) | 48.00258 | 48.00258 | 48.00258 | 48.00258 |

**RHL (Z) SECTION**

HALF SECTION

| | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| (E) INITIAL HELICAL LENGTH (in.) | 226.220 | 188.516 | 150.813 | 113.110 |
| (F) COILED HELICAL LENGTH (in.) | 226.488 | 188.740 | 150.992 | 113.244 |

**SECTION CHANGE RESULTS**

| | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| S (LHL) -->> B - A = | ~~-0.2293~~ ~~-0.13457~~ | -0.19043 | -0.15254 | -0.11466 |
| STRAIGHT -->> D - C = | +0.00258 | +0.00258 | +0.00258 | +0.00258 |
| Z (RHL) -->> F - E = | +0.26794 | +0.22315 | +0.17896 | +0.113397 |
| NET CHANGE (inches) | 0.04121" | 0.03611 | 0.02900 | 0.02190 |
| NET STRAIN (%) | 0.0082% | 0.0085% | 0.0083% | 0.0080% |
| NET COPPER STRESS (psi) | 1400 PSI (549 #) | 1444 PSI (566 #) | 1410 PSI (553 #) | 1357 PSI (537 #) |

Note: The strain & stress imposed on the 3/C core due to the forces from the armor must be added to the above. The above is for the 3/C core only (500 KCM   35 KV EPR)

T00236

ANALYSIS SHEET FOR S-Z LAY NET COILING STRAIN

⑫

BASE LAY LENGTH = **55"**          REF. PAGE 2, 4 & 5

| NUMBER OF LAYS IN EACH DIRECTION | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| COILING DIAMETER | 10' | 10' | 10' | 10' |

**LHL (S) SECTION**

| HALF SECTION | | | | |
|---|---|---|---|---|
| (A) INITIAL HELICAL LENGTH (in.) | 166.659 ~~165.844~~ | 138.283 | 111.106 | 83.330 |
| (B) COILED HELICAL LENGTH (in.) | ~~165.576~~ 166.212 | 138.510 | 110.808 | 83.106 |

**STRAIGHT SECTION**

| (C) INITIAL LENGTH (in.) | 48 | 48 | 48. | 48 |
|---|---|---|---|---|
| (D) COILED LENGTH (in.) | 48.0163 | 48.0163 | 48.0163 | 48.0163 |

**RHL (Z) SECTION**

| HALF SECTION | | | | |
|---|---|---|---|---|
| (E) INITIAL HELICAL LENGTH (in.) | 166.659 ~~165.844~~ | 138.883 | 111.106 | 83.330 |
| (F) COILED HELICAL LENGTH (in.) | 167.175 | 139.313 | 111.450 | 83.5876 |

**SECTION CHANGE RESULTS**

| | | | | |
|---|---|---|---|---|
| S (LHL) -->> B - A = | -0.44735 ~~-0.71801~~ | -0.37779 | -0.29823 | -0.22367 |
| STRAIGHT -->> D - C = | +0.01632 | +0.01632 | +0.01632 | +0.01632 |
| Z (RHL) -->> F - E = | +0.51589 | +0.42991 | +0.34392 | +0.25794 |
| NET CHANGE (inches) | 0.07886 | 0.06743 | 0.05601 | 0.04459 |
| NET STRAIN (%) | 0.0209% | 0.0207% | 0.0207% | 0.0208% |
| NET COPPER STRESS (psi) | 3546 PSI (1390 #) | 3519 PSI (1379 #) | 3503 PSI (1381 #) | 3531 PSI (1384 #) |

Note: The strain & stress imposed on the 3/C core due to the forces from the armor must be added to the above. The above is for the 3/C core only (500 KCM 35 KV EPR)

T00237

ANALYSIS SHEET FOR S-Z LAY NET COILING STRAIN                    ⑬

BASE LAY LENGTH = **55"**                    REF. PAGE 2,4+5

| NUMBER OF LAYS IN EACH DIRECTION | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| COILING DIAMETER | 20' | 20' | 20' | 20' |
| LHL (S) SECTION | 166.659 | 138.883 | 111.106 | 83.330 |
| HALF SECTION | | | | |
| (A) INITIAL HELICAL LENGTH (in.) | ↓ | ↓ | ↓ | ↓ |
| (B) COILED HELICAL LENGTH (in.) | 166.427 | 138.689 | 110.951 | 83.213 |
| STRAIGHT SECTION | | | | |
| (C) INITIAL LENGTH (in.) | 48 | 48 | 48 | 48 |
| (D) COILED LENGTH (in.) | 48.00758 | 48.00758 | 48.00758 | 48.00758 |
| RHL (Z) SECTION | | | | |
| HALF SECTION | | | | |
| (E) INITIAL HELICAL LENGTH (in.) | 166.659 | 138.883 | 111.106 | 23.330 |
| (F) COILED HELICAL LENGTH (in.) | 166.909 | 139.091 | 111.272 | 83.454 |

SECTION CHANGE RESULTS

| | 6 | 5 | 4 | 3 |
|---|---|---|---|---|
| S (LHL) -->> B - A = | -0.23203 | -0.19386 | -0.15469 | -0.11620 |
| STRAIGHT ->> D - C = | +0.00758 | +0.00758 | +0.00758 | +0.00758 |
| Z (RHL) -->> F - E = | +0.24966 | +0.20753 | +0.16644 | +0.12464 |
| NET CHANGE (inches) | 0.02021 | 0.01627 | 0.01433 | 0.01102 |
| NET STRAIN (%) | 0.0053% | 0.0050% | 0.0053% | 0.0051% |
| NET COPPER STRESS (psi) | 901 PSI (353#) | 849 PSI (333#) | 902 PSI (353#) | 873 PSI (342#) |

Note: The strain & stress imposed on the 3/C core due to the forces
from the armor must be added to the above. The above is for the
3/C core only (500 KCM   35 KV EPR)

T00238

(14)

10/23/93

## Armoring stresses / forces

→ refer also to Pages 6 & 7 (22° LHL & 24° LHL Armor) of 10/11/95 calculations

The amount of compressive stress on the armor during coiling (clockwise looking down on the tare) is a function of coiling diameter, armor lay angle, and degree of radial constriction of the armor. If the armor is totally constricted from outward movement one extreme exists (fixed OD) and compressive stress is maximum. If the armor is totally free to expand radially (no overlying restricting layers) then the other extreme exists and compressive stress in the armor is virtually zero. In the real case, the outer nylon serving do have a (significant) restricting effect on the expansion of the armor fixed diameter during coiling. The following calculations & results will examine the amount of armor compression at two different angles by -22° (Page 6) and -24° (Page 7) as a function of the intermediate level of OD expansion between the extremes. Will look at 0.5 degree (armor lay angle) increments and the amounts of finish diameter and armor compressive stress

— 22° hose lay angle (armor)

see Page 6 data on Extreme #1 (-19.3194°) and Extreme #2 (-22.0°) @ 10 ft. coiling diameter

see next page

T00239

— note: not a significant effect in terms of adding substantial stress to cable core; overall HDPE jacket was very much more significant and added very high stress. RES

⑮

10/23/95

−77.0° RHL Base armor lay before coils

ref. l.b.

fixed PD



| PD | angle | pitch field length | strain change (%) | steel stress (PSI) | axial load (lbs) |
|---|---|---|---|---|---|
| 5.191 | −19.2198° | 33.3940 | −1.44373 | −416,621 | |
| 5.300 | −70.202 | 33.47535 | −1.2036 | −343,045 | |
| 5.400 | −70.552 | 33.5513 | −0.8795 | −284,012 | |
| 5.500 | −70.900 | 33.6285 | −0.7516 | −217,976 | |
| 5.600 | −71.246 | 33.7069 | −0.5202 | −150,252 | |
| 5.700 | −71.591 | 33.7866 | −0.2851 | −82,620 | |
| 5.8193 | −77.0 | 33.88317 | −0− | −0− | zero |

10 ft. coil

fixed PD → 5.8193 | −77.0 (free PD)

---

| PD | angle | pitch field length | strain change | steel stress | |
|---|---|---|---|---|---|
| fixed PD → 5.191 | −70.9086 | 67.2609 | −0.7458 | −216,280 | |
| 5.300 | −71.3086 | 67.4424 | −0.4780 | −138,616 | |
| 5.400 | −71.6736 | 67.6118 | −0.2280 | −66,119 | |
| free PD → 5.4898 | −77.000 | 67.76634 | −0− | −0− | |

20 ft. coil



R&S

T00240



16                                                    10/23/95

−24.0°  L Ht breaming lay before coiling

ref (use 7)

| | PD | angle | new helical length (ft) | strain change | steel strain | axial load (lbs) |
|---|---|---|---|---|---|---|
| fixed PD → | 5.191 | −21.8977° | 33.8588 | −1.5417 | | −447,113 |
| | 5.300 | −22.3128 | 33.9586 | −1.2516 | | −362,973 |
| | 5.400 | −22.6915 | 34.0517 | −0.9809 | | −284,462 |
| | 5.500 | −23.0681 | 34.1463 | −0.7059 | | −204,704 |
| | 5.600 | −23.4425 | 34.2423 | −0.4266 | | −123,708 |
| | 5.700 | −23.8149 | 34.3398 | −0.1431 | | −41,486 |
| free PD → | ~~5.8173~~ 5.7999 | −24.0° | 34.3890 | −0− | | −0− |

10 ft. coil (CW)

| | PD | angle | new helical length | strain change | | axial load |
|---|---|---|---|---|---|---|
| fixed PD → | 5.191 | −72.9565 | 68.7861 | −0.7880 | | −728,506 |
| | 5.300 | −73.3872 | 68.4560 | −0.4682 | | −135,710 |
| | 5.400 | −73.7799 | 68.6611 | −0.1670 | | −49,300 |
| free PD → | 5.4563 | −74.000 | ~~68.8°~~ 68.77803 | −0− | | −0− |

20 ft. coil (CW)

T00241

Localized stress @ weld          (17)                    10/23/95

Radius of curvature of 0.813" copper conductor

@ pitch diameter = 2.489"    ( RHL & LHL

@ 75" lay   $\alpha$ = 5.932°

$$R_c = \frac{2.489}{2(\sin\alpha^2)} = 115.74"$$

bending strain = $\dfrac{115.74 + \left(\frac{0.813}{2}\right)}{115.74}$ - 1 = 0.003512 units/unit

or 0.3512%

copper stress @ outer edge of weld
= 0.003512 × 17×10⁶ = 59,707 PSI

note: 75" lay is more desirable than 55" lay for reducing cabling bending stress at the weld

@ 55" lay   $\alpha$ = 8.073°

$$R_c = \frac{2.489}{2(\sin 8.073)^2} = 62.81"$$

weld-localized bending strain =

$$\frac{62.81 + \left(\frac{0.813}{2}\right)}{62.81} - 1 = 0.006472$$ units/unit

stress is >>> yield of copper

adjacent annealed copper stretches to accommodate
the bending stress at the weld to some extent

very important

in conductor, behind strands nullify the
compressive/tensile forces due to bending

T00242          RDS

(18)

Largest contributor to problems encountered in the previous MV (1995) manuf. was the presence of the overall HDPE jacket. This acted, to a great extent, as a very effective binder which had the effects of:

(A) preventing radial expansion of the LHL during bending over sleeves and during coiling

and

(B) preventing necessary longitudinal adjustment of the components during bending over sleeves and during coiling. This allowed tensile stresses in RHL & straightly to be excessive and excessive compression in LHL

The new manufacture (without O/A jacket) will allow much ~~an~~ greater movement of the components to balance out bending and coiling stresses. It is very desirable that the cable <u>not</u> be coiled to less than a 20 ft. diameter. To minimize the chance of a weld break in coiling, it would be desirable to place brown welds at as large a coiling diameter as possible (30 to 40 ft.?) Welds should inherently have the ability to not break on a straight pull at loads < full annealed 500 Kcm strength.

T00243

R. S. Draw
10/23/95