# Exhibit D

OCT 03 '95 04:38PM OKONITE RAMSEY ENG.


THE OKONITE COMPANY

Applications Engineering Dept.
Post Office Box 340
Ramsey, New Jersey 07446
Telephone: (201) 825-0300
Telefax: (201) 327-0273
CABLE/Okonite

October 3, 1995

Mr. G. LaCasse
Simplex Technologies, Inc.
2073 Woodbury Avenue
Newington, NH 03801

Dear Gary,

RE: Submarine Cable Processing

    Tony Angelone will be present on Monday, October 9, to participate in the coiling trials.

    Bart and Jim Rogers have commitments next week and will not be available to discuss the factory splice designs for the MV6 project and future orders. We request that Simplex consider this session for the week of October 23. Please advise.

    The subject of conductor joining techniques and the pursuit of continuous improvements in this operation are not the only areas we would like to discuss in light of the processing problems the submarine orders have experienced since 1990. The handling and movement of these large diameter cables and their associated weight from the armoring line to the storage tanks and finally to the barge/ship should be discussed in detail. A better understanding of this movement in a brainstorming session may identify corrective actions which will contribute to the success of our joint projects.

    Please advise the best time for our meeting.

Very truly yours,

J. V. Fitzgerald
Director
Application Engineering

JVF/ams
95501f

cc: A. Coppola
    A. Pack
    A. Angelone
    W. Turner

cc: N. Garvey
    R. Armstrong    G Fontaine
    C. Robinson    → Copy L.C. Andrews

T00212