# Exhibit E

## SIMPLEX
TECHNOLOGIES, INC.

**INTEROFFICE CORRESPONDENCE**

To: Document Control Armoring      Date: 04-19-95

cc: S. Orlando     From: D. Warnick
    J.A. Towne
    J.S.B. Logan     EI Number: 88-95 rev 3
    G.A. LaCasse     FO Number: 27803
    M.J. Stinchfield
    J.A. Deroy     Subject: Martha's Vineyard
    R.E. Reublinger     Cable Jacket Repair

**OBSOLETE**

**SCOPE:**

Martha's Vineyard Cable has holes and breaks in the jacket. The jacket holes will be repaired behind Armor Line 5-4, prior to armoring.

**INSTRUCTIONS:**

**A: FOR ALL REPAIRS:**

1) Warm up Molding Machine 40-26. Set the Front Barrel Temp. to 630°F. Set the Middle Barrel Temp. to 550°F and the Rear Barrel Temp. to 425°F.

2) Fill the hopper with 3479 Black HDPE.

3) Purge the barrel on low purge (10% - 20% motor speed setting). Leave the machine running at these settings until ready to repair an area on the cable.

4) When a repair area is arrived at, clean the area with 1,1,1-Trichloroethane.

5) After the area is clean and dry, pass a torch flame across the area briefly. The purpose is to oxidize the surface of the polyethylene, not to melt the polyethylene.

6) Immediately after torching the area, apply a hot molten "blob" of polyethylene from the extruder to the area, using a spatula. Press the molten polyethylene into the jacket defect.

7) Again, pass the torch flame over the area briefly, to enhance bonding. Use the spatula to smooth area.

8) If required, smooth out the area using a block plane or a file.

T00662

**B: FOR AREAS LESS THAN 12" IN LENGTH:**
(NOTE: ALL REPAIRS MUST BE FILLED WITH EXTRUDED POLYETHYLENE.)

1) Center Ray-Chem WPCP-03 (wrap-around) Tape over the area.

2) Tape or hold the ends of the WPCP to the parent Cable Jacket.

3) Using a torch, heat the outside of the WPCP until the Heat-Sensitive paint turns black. Use a leather glove to form the WPCP tightly around the cable.

4) Continue heating and forming the WPCP until it is completely in contact with the cable jacket.

5) Use black F-vinyl tape to build a 4-inch taper onto each end of the WPCP Jacket Repair.

6) Cool the repaired area with cloths soaked in cold water prior to moving the repair.

**C: FOR REPAIR AREAS 12" OR GREATER IN LENGTH:**
(NOTE: ALL REPAIRS MUST BE FILLED WITH EXTRUDED POLYETHYLENE.)

1) Center Ray-Chem WRSS 120/500 (preferred) or CRSM-198/55-1200 "zipper" style shrink tube on repair.

2) Begin shrinking the tube onto the cable. Work from the center of the tube, using a Ray-Chem torch model FH-2616A1. USE CAUTION NOT TO OVERHEAT AND BLISTER THE TUBE.

3) Continue shrinking the tube until it is completely in contact with the cable jacket. Adhesive should be visible at both ends of the tube.

4) Use F-vinyl tape to build a 4-inch taper onto each end of the shrink tube repair.

5) Cool the repaired area with cloths soaked in cold water prior to moving the repair.