# Exhibit F

AE-7, Issue 2
05/24/94

# SIMPLEX TECHNOLOGIES, INC.
## INTERNAL QUALITY AUDIT PROGRAM

### CORRECTIVE ACTION RECORD

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

---

SYSTEM/PROCESS AUDITED:  **Armoring Process**

AUDIT REPORT NUMBER    :  **19-19-94-3**

| ITEM # | NON-COMPLIANCE/FINDINGS |
|--------|-------------------------|
| 1.0 | element # 17;  Over-armor line operator training records have not been completed and filed for all effected personnel. Violates ISO 9001, section 4.18. |

CORRECTIVE ACTION    :

*We are in process of searching all operator files (T-1, T-2) and are in process of training & entering TCRPs in individual's files.*

PLANNED COMPLETION DATE: *June 15*        DATE SUBMITTED: *May 3, 94*

RESPONSIBLE PERSON    : *M Ashworth III*

FOLLOW-UP AUDIT RESULTS:

*TRAINING AND CERTIFICATION PACKAGES FOR THE EFFECTED LINE OPERATORS WERE COMPLETED AND FILED AS VERIFIED BY THE CLERK AND ASSISTANT MANAGER OF THE DEPARTMENT. NON-COMPLIANCE CLOSED.*

DATE: *8-12-94*        LEAD AUDITOR SIGNATURE: *Heidi Knell*

T00992

7, Issue 3    Simplex Technologies Inc.    
/28/95    INTERNAL QUALITY AUDIT PROGRAM

# CORRECTIVE ACTION RECORD

<u>System/Process Audited:</u> ARMORING PROCESS

<u>Audit Report Number:</u>    19-19-96-02

---

<u>CAR #:</u> 2    <u>Non-Compliance Description</u>    (Minor)/ Major *(circle one)*

ELEMENT #17: Training records were not available for all Armoring personnel operating wire winding machines. In addition, no training records were maintained for Armor extrusion line operators. Violates ISO 9001, section 4.18.

---

<u>Cause of Non-Compliance:</u> *wire winders – departmental oversight. extrusion operators – did not have operational SPIs*

---

<u>Corrective Action Description:</u>

*wire winders – complete*
*extrusion – July 31*

Designated Auditee / Date:    _____

Planned Completion Date:    _____

---

<u>Follow-up Audit Results</u>

*NON-COMPLIANCE ADDRESSED — ITEM CLOSED*

IQAP Lead Auditor / Date:    *Heidi Snell 8-2-96*

T00993

-7, Issue 3
1/28/95

**Simplex Technologies Inc.**
**INTERNAL QUALITY AUDIT PROGRAM**

SIMPLEX AUDIT PROGRAM
**PROPRIETARY**

# CORRECTIVE ACTION RECORD

<u>System/Process Audited:</u>  ARMORING PROCESS

<u>Audit Report Number:</u>     19-19-96-02

---

<u>CAR #:</u> 1                 <u>Non-Compliance Description</u>     (Minor) / Major  *(circle one)*

    ELEMENT # 16: Training and certification requirements for Armoring personnel operating extrusion lines have not been defined/documented. Violates ISO 9001, section 4.18.

---

<u>Cause of Non-Compliance:</u>  *No operation SPIM — now we do — (9.73 is not 2)*

---

<u>Corrective Action Description:</u>

    *July 31*

    *[signature]*

<u>Designated Auditee</u> / **Date:**      _____

<u>Planned Completion Date:</u>      _____

---

                 <u>Follow-up Audit Results</u>

    *Non- Compliance Addressed — Item Closed*

<u>IQAP Lead Auditor</u> / **Date:**    *Heidi Kroll 8-2-96*

T00994