UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC CO., d/b/a NSTAR ELECTRIC,<br><br>     Plaintiff,<br><br>v.<br><br>THE OKONITE CO.,<br><br>     Defendant. | No. 04-11681-RCL |

## MOTION OF DANIEL J. LYNE, ESQ. FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2, Daniel J. Lyne moves for leave to withdraw his

appearance. In support of this motion, he states that Michael R. Perry, Esq., Theodore J.

Folkman, Esq., and the firm of Hanify & King, P.C. will continue to represent the plaintiff.

Respectfully submitted,

/s/ Daniel J. Lyne
Daniel J. Lyne (BBO No. 309290)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, Mass. 02108
(617) 423-0400

Dated: June 17, 2005

CERTIFICATE OF SERVICE

      I hereby certify that on June 17, 2005, I caused a true copy of the preceding document to be served by ECF filing on counsel for each other party, and that I caused a true copy of the preceding document to be served by mail on:

        Timothy N. Cronin, Esq.
        Commonwealth Electric Co.
        800 Boylston St.
        Boston, Mass. 02199

                                     /s/ Daniel J. Lyne
                              Daniel J. Lyne (BBO #309290)
                              HANIFY & KING
                              Professional Corporation
                              One Beacon Street
                              Boston, MA  02108
                              (617) 423-0400

432586