UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC CO., d/b/a NSTAR ELECTRIC,<br><br>   Plaintiff,<br><br>v.<br><br>THE OKONITE CO.,<br><br>   Defendant. | No. 04-11681-RCL |

## NOTICE OF APPEARANCE

To the Clerk:

  Please enter my appearance as attorney for Commonwealth Electric Co., d/b/a NStar Electric, plaintiff in Civil Action No. 04-11681-RCL.

                /s/ Michael R. Perry
               MICHAEL R. PERRY
               (BBO #555300)
               HANIFY & KING
               Professional Corporation
               One Beacon Street
               Boston, MA  02108
               (617) 423-0400

DATED:  June 17, 2005 (432591)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC CO., d/b/a NSTAR ELECTRIC,<br><br>      Plaintiff,<br><br>v.<br><br>THE OKONITE CO.,<br><br>      Defendant. | No. 04-11681-RCL |

CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served, this day, by first class mail upon:

Timothy N. Cronin, Esq.
NStar Electric & Gas Company
Legal Department
800 Boylston Street
17th Floor
Boston MA  02199


                                                         /s/ Michael R. Perry
                                                      Michael R. Perry


DATED:  June 17, 2005

432591