UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH ELECTRIC CO.,
d/b/a NSTAR ELECTRIC,

    Plaintiff,

v.

THE OKONITE COMPANY,

    Defendant.

No. 04-11681-RCL

## JOINT MOTION TO EXTEND DEADLINES

Pursuant to Local Rule 16.1(G), the plaintiff, Commonwealth Electric Co. ("NSTAR Electric"), and the defendant, The Okonite Company ("Okonite"), jointly move for an extension of the case management deadlines established at the case management conference of November 3, 2004. This extension is necessary due to the timing of various motions still pending in this case, and an extension will likely lead to more efficient, rather than less efficient, discovery. Because of the pendency of the motions, it has not been possible or practical to conduct depositions. In support of this motion, the parties state as follows:

1. This is the parties' first request for extension.

2. The Complaint was filed on July 15, 2004.

3. On November 3, 2004, the Court held a case management conference, at which it established July 31, 2005 as the deadline for fact discovery.

4.      Since then, the parties have conscientiously engaged in extensive document discovery, including third-party discovery. Neither party has taken any depositions, though some have been noticed.

5.      On February 18, 2005, Okonite filed a motion for summary judgment. (Docket No. 11). The Court recently scheduled the hearing for that motion for August 29, 2005, and therefore the motion is still pending.

6.      NSTAR Electric's opposition to the motion for summary judgment included an argument that under Rule 56(f), NSTAR Electric could not fully oppose to the motion until it had obtained additional discovery. (Docket Nos. 18, 24).

7.      On May 2, 2005, NSTAR Electric filed a motion to compel Okonite to produce certain categories of documents it had withheld, including documents relating to the causes of the cable failures that are at issue in this case. (Docket No. 36).

8.      On May 19, 2005, Okonite filed a motion to stay discovery. (Docket No. 41).

9.      Both discovery motions were referred to Magistrate Judge Collings (Docket No. 43), who heard oral argument on them on June 29, 2005. Judge Collings reserved decision on both motions, and thus both motions are still pending.

10.      If Judge Collings grants NSTAR Electric's Motion to Compel, Okonite would not be required (or able) to produce those documents in time to use them during depositions if they must be completed by July 29, and NSTAR Electric's position is that the issues addressed in the contested discovery is central to this case. .

11.      In the posture of this case, with motions to stay discovery and to compel discovery pending, an extension of time to complete fact discovery and corresponding

extensions of the other case management deadlines are both appropriate and necessary.

The parties propose the following schedule:

| | |
|---|---|
| Fact discovery due: | October 28, 2005 |
| Plaintiff's expert disclosures: | November 30, 2005 |
| Defendant's expert disclosures: | December 30, 2005 |
| Expert discovery due: | March 24, 2006 |
| Motions due: | April 28, 2006 |

No expert depositions to be noticed before December 30, 2005

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court extend the case management deadlines as requested above.

Respectfully submitted:

| COMMONWEALTH ENERGY CO. | THE OKONITE COMPANY |
|---|---|
| By its attorneys: | By its attorneys: |
| /s/ Theodore J. Folkman | /s/ Andrea C. Kramer |
| Michael R. Perry (BBO No. 555300) | Robert E. Sullivan (BBO No. 487820) |
| Theodore J. Folkman (BBO No. 647642) | Andrea C. Kramer (BBO No. 632584) |
| HANIFY & KING, P.C. | SULLIVAN, WEINSTEIN & McQUAY, P.C. |
| One Beacon St. | Two Park Plaza |
| Boston, Mass. 02108 | Boston, Mass. 02116 |
| (617) 423-0400 | (617) 348-4300 |

Dated: July 7, 2005
433856