UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>      Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>      Defendant. | Civil Action No. 04-cv-11681-RCL |

## ASSENTED-TO MOTION TO CONTINUE

   Defendant The Okonite Company ("Okonite") moves that the Court reschedule the date set for the Court to hear Okonite's Motion for Summary Judgment from Monday, August 29 to Wednesday, August 31, 2005. This rescheduling is requested because Okonite's counsel has previously scheduled family vacation plans that cannot easily be changed. Plaintiff Commonwealth Electric Company d/b/a NStar Electric assents to this motion.

                 THE OKONITE COMPANY
                 By their attorneys,

                 /s/ Andrea C. Kramer_____
                 Andrea C. Kramer, BBO #632584
                   akramer@swmlawyers.com
                 Sullivan Weinstein & McQuay, P.C.
                 Two Park Plaza, Suite 610
                 Boston, MA  02116-3902
Dated:  July 13, 2005        617-348-4300

Assented to:
/s/ Theodore J. Folkman_____
Theodore J. Folkman (BBO No. 647642)
Hanify & King
One Beacon Street
Boston, MA 02108
(617) 423-0400