UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH ELECTRIC CO., d/b/a
NSTAR ELECTRIC,

       Plaintiff,

v.

THE OKONITE CO.,

       Defendant.

No. 04-11681-RCL

**PLAINTIFF'S UNOPPOSED
EMERGENCY MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c), the plaintiff, Commonwealth Electric Co. ("NSTAR Electric"), moves for a protective order providing that certain depositions the defendant ("Okonite") has noticed for July 18, 19, 20, 21, 22, 25, 26, 27, and 29 not be had.

In support of this motion, NSTAR Electric states as follows:

1. The Complaint in this case was filed on July 15, 2004.

2. On November 3, 2004, the Court held a case management conference, at which it established July 31, 2005 as the deadline for fact discovery.

3. Since then, the parties have conscientiously engaged in extensive document discovery, including third-party discovery. Neither party has taken any depositions to date.

4. On February 18, 2005, Okonite filed a motion for summary judgment. (Docket No. 11). The Court recently scheduled the hearing for that motion for August 29, 2005, and therefore the motion is still pending.

5. NSTAR Electric's opposition to the motion for summary judgment included an argument that under Rule 56(f), NSTAR Electric could not fully oppose the motion until it had obtained additional discovery (Docket Nos. 18, 24).

6. On May 2, 2005, NSTAR Electric filed a motion to compel Okonite to produce certain categories of documents it had withheld, including documents relating to the causes of the cable failures that are at issue in this case. (Docket No. 36).

7. On May 19, 2005, Okonite filed a motion to stay discovery (Docket No. 41).

8. Both discovery motions were referred to Magistrate Judge Collings (Docket No. 43), who heard oral argument on them on June 29, 2005. Judge Collings reserved decision on both motions, and thus both motions are still pending.

9. On July 5, 2005, Okonite served nine deposition notices for depositions to be held the weeks of July 18 and July 25.

10. On July 7, 2005, the parties filed a joint motion in which they requested, in light of the pending motions, that the deadline for fact discovery be extended to October 28, 2005. (Docket No. 49). The motion is pending.

11. Even if the discovery deadline were not an issue, the time between receipt of the deposition notices and the depositions is too short to permit NSTAR Electric's counsel adequately to prepare its witnesses in this complex warranty case.

12. Counsel for Okonite has stated that she does not oppose this motion.

## CONCLUSION

For the foregoing reasons, NSTAR Electric respectfully requests that the Court issue a protective order providing that the depositions noticed for July 18, 19, 20, 21, 22, 25, 26, 27, and

29 not be had. If the Court wishes to hold a hearing on this motion, NSTAR Electric respectfully requests that the hearing be set for Friday, July 15, 2005.

    Respectfully submitted,

    COMMONWEALTH ENERGY CO. d/b/a
    NSTAR ELECTRIC

    By its attorneys:

    /s/ Theodore J. Folkman
    Michael R. Perry (BBO No. 555300)
    Theodore J. Folkman (BBO No. 647642)
    HANIFY & KING, P.C.
    One Beacon Street
    Boston, Mass. 02108
    (617) 423-0400

Dated: July 14, 2005
434283

## CERTIFICATION

    Pursuant to Rule 26(c) and Local Rules 7.1 and 37.1(A), I certify that on July 14, 2005, I conferred with Andrea Kramer, Esq. counsel for the defendant, in an attempt to resolve or narrow the issue in this motion, and that she stated she did not oppose the motion.

    /s/ Theodore J. Folkman