UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC CO., d/b/a NSTAR ELECTRIC,<br><br>   Plaintiff,<br><br>v.<br><br>THE OKONITE CO.,<br><br>   Defendant. | No. 04-11681-RCL |

## NOTICE OF FILING OF PLAINTIFF'S REQUEST FOR PRODUCTION

  Pursuant to Judge Collings's electronic order of July 14, 2005, the plaintiff, Commonwealth Electric Co., submits a copy of the Plaintiff's First Request for the Production of Documents and Things. The document is attached to this Notice as Exhibit 1.

            Respectfully submitted,

            COMMONWEALTH ENERGY CO. d/b/a
            NSTAR ELECTRIC

            By its attorneys:

            /s/ Theodore J. Folkman
            Michael R. Perry (BBO No. 555300)
            Theodore J. Folkman (BBO No. 647642)
            HANIFY & KING, P.C.
            One Beacon Street
            Boston, Mass. 02108
            (617) 423-0400

Dated: July 15, 2005
434338