UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC CO., d/b/a NSTAR ELECTRIC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE OKONITE CO.,<br><br>　　　　Defendant. | No. 04-11681-RCL |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW**
**PLAINTIFF'S UNOPPOSED EMERGENCY MOTION FOR A PROTECTIVE ORDER**

The plaintiff, Commonwealth Electric Co. ("NSTAR Electric"), moves to withdraw the Plaintiff's Unopposed Emergency Motion for a Protective Order. In support of this motion, NSTAR Electric states that in light of Judge Lindsay's order of July 18, 2005 granting the parties' Joint Motion to Extend Deadlines and in light of the agreement of the parties to reschedule depositions that have been noticed, the motion for a protective order is moot. Counsel for the defendant does not oppose this motion.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　COMMONWEALTH ENERGY CO.

　　　　　　　　　　　　　　　　　　　　　By its attorneys:

　　　　　　　　　　　　　　　　　　　　　/s/ Theodore J. Folkman
　　　　　　　　　　　　　　　　　　　　　Michael R. Perry (BBO No. 555300)
　　　　　　　　　　　　　　　　　　　　　Theodore J. Folkman (BBO No. 647642)
　　　　　　　　　　　　　　　　　　　　　HANIFY & KING, P.C.
　　　　　　　　　　　　　　　　　　　　　One Beacon Street
　　　　　　　　　　　　　　　　　　　　　Boston, Mass. 02108
　　　　　　　　　　　　　　　　　　　　　(617) 423-0400

Dated: July 18, 2005
434412