UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY D/B/A NSTAR ELECTRIC,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY,<br><br>                    Defendant. | Civil Action No. 04-cv-11681-RCL |

## THE OKONITE COMPANY'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Defendant The Okonite Company ("Okonite") hereby moves, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, to compel the Plaintiff Commonwealth Electric Company d/b/a NStar Electric ("NStar") to respond fully to interrogatories numbered 5, 8, 11, 14, 15, 17, 18, 21, 22, 23, 24, 25, 26, 31, 32, and 36 in Defendant's First Set of Interrogatories, for the reasons set forth in Defendants Memorandum in Support of its Motion to Compel Interrogatory Responses.

The following exhibits are attached to this Motion in support of it:

A.   Okonite Company First Set of Interrogatories.

B.   Plaintiff Commonwealth Electric Company d/b/a NStar Electric's Answers to Interrogatories Propounded by the Okonite Co.

C.   Letter from Theodore Folkman to Andrea Kramer, dated April 20, 2005.

D.   Letter from Theodore Folkman to Andrea Kramer, dated May 18, 2005.

E.   Letter from Andrea Kramer to Theodore Folkman, dated June 23, 2005.

F.   Letter from Andrea Kramer to Theodore Folkman, dated July 8, 2005.

                                        THE OKONITE COMPANY
                                        By their attorneys,

                                        /s/ Andrea C. Kramer
                                        Robert E. Sullivan, BBO # 487820
                                            sulli@swmlawyers.com
                                        Andrea C. Kramer, BBO #632584
                                            akramer@swmlawyers.com
                                        Rachel J. Valente, BBO #655239
                                            rvalente@swmlawyers.com
                                        Sullivan Weinstein & McQuay, P.C.
                                        Two Park Plaza, Suite 610
                                        Boston, MA  02116-3902
Dated:  August 17, 2005                617-348-4300

Certificate of Compliance

    Counsel for Okonite certifies that it has conferred with opposing counsel in a good faith attempt to resolve or narrow the issues in this Motion.

                                                    /s/ Andrea C. Kramer