## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Commonwealth Electric Company**
**Plaintiff**

V.

**The Okonite Company**
**Defendant**

CIVIL ACTION

NO. **04CV11681**

### SETTLEMENT ORDER OF DISMISSAL

**Lindsay     D. J.**

The Court having been advised on **August 29, 2005** that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within **thirty (30)** days if settlement is not consummated.

By the Court,

**08/29/2005**
Date

**/s/ Steve York**
Deputy Clerk

(settlement order form.wpd - 12/98)