# Hanify&King

**MICHAEL R. PERRY**
Direct Dial: 617-226-3464
Direct Fax: 617-305-0664
Email: mrp@hanify.com

August 29, 2005

**BY HAND and BY FACSIMILE (617-748-9096)**

Steven York
Docket Clerk to the
Honorable Reginald J. Lindsay
Federal District Court
U.S. Courthouse
One Courthouse Way
Boston MA  02110

Re: <u>Commonwealth Elec. Co. v. The Okonite Co., No. 04-11681-RCL</u>

Dear Mr. York:

In follow-up to our most recent telephone conversation, I am writing to confirm that the parties to the above-referenced matter have reached a settlement. Based on the foregoing, the parties respectfully request that the court issue a 30-day Nisi Order.

By this letter, I am also confirming that the summary judgment hearing scheduled for this Wednesday, August 31, 2005, has been cancelled.

Please feel free to contact me with any questions that you may have regarding the above.

Sincerely,

Michael R. Perry

MRP/pm
436842
cc: Andrea Kramer, Esq.

Professional Corporation
Counsellors at Law

One Beacon Street
Boston, Massachusetts 02108-3107
tel: 617-423-0400
fax: 617-423-0498
www.hanify.com