UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH ELECTRIC CO., d/b/a NSTAR ELECTRIC,<br><br>Plaintiff,<br><br>v.<br><br>THE OKONITE CO.,<br><br>Defendant. | No. 04-11681-RCL |

STIPULATION OF DISMISSAL WITH PREJUDICE

NOW come the parties to the above-captioned action and agree and stipulate to dismiss all claims and counterclaims against each other with prejudice, each party to bear its own costs, and all parties waiving their rights to appeal.

Respectfully Submitted,

| | |
|---|---|
| COMMONWEALTH ENERGY CO. d/b/a NSTAR ELECTRIC | THE OKONITE CO. |
| By its attorneys: | By its attorneys: |
| _____<br>Michael R. Perry (BBO No. 555300)<br>Theodore J. Folkman (BBO No. 647642)<br>HANIFY & KING, P.C.<br>One Beacon Street<br>Boston, Mass. 02108<br>(617) 423-0400 | _____<br>Robert E. Sullivan (BBO No. 487820)<br>Andrea C. Kramer (BBO No. 632584)<br>SULLIVAN, WEINSTEIN & McQUAY, P.C.<br>Two Park Plaza<br>Boston, Mass. 02116<br>(617) 348-4300 |

DATED: October 18, 2005

437677